UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,* | Case No. 26-CV-00324 PAM/ECW |
| Plaintiffs, | |
| v. | **DECLARATION OF JAVIER DOE** |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

# DECLARATION OF JAVIER DOE

I, Javier Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My pseudonym in this case is Javier Doe. I live in Richfield, Minnesota, and I am 22 years old.

2. I am seeking to participate in this lawsuit using the pseudonym Javier Doe because of my fears of retaliation, harassment, and targeting of my family as a result of my participation in this case.

3. When I was attacked and arrested by Border Control agents at my workplace, some of the videos of what happened went viral. I know that this kind of attention can put a person's safety at risk, when targeted by online movements.

4. Yesterday, the Department of Homeland Security posted at least two attacks against me on its "X" account, https://x.com/DHSgov/status/2010772543536325107 and https://x.com/DHSgov/status/2010901591163908198, and it seems like they are inviting people to come after me, and coming after me, themselves.

5. I have heard reports of ICE officers showing up at protestor's homes after a protest, parking outside their houses in a threatening manner. I also know have heard about threatening calls that have been made to the person who was arrested with me.

6. It is deeply important to me to hold federal immigration agents accountable for what they did to me, and to try to stand up on behalf of other people being targeted by them. But I want to stay safe and for my family to stay safe. I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on January 14, 2026 in Hennepin County in the State of Minnesota.

_Javier Doe_
Javier Doe