UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE,<br>*on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Case No.: 26-cv-00324 PAM/ECW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PLAINTIFF JAVIER DOE TO PROCEED UNDER PSEUDONYM** |

This matter is before the Court on Plaintiffs' Motion for Plaintiff Javier Doe to Proceed Under Pseudonym. Based on all the files, records, and proceedings herein, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Plaintiff Javier Doe to Proceed Under Pseudonym is GRANTED.

2. Plaintiff Javier Doe is permitted to proceed in this action under the pseudonym Javier Doe in all public filings and proceedings, unless otherwise ordered by the Court.

3. Defendants shall maintain the confidentiality of Plaintiff Doe's identity by using this pseudonyms and redacting Plaintiff's full name and personally identifying information in all filings, including all exhibits in which his name appears.

4. This Order shall remain in effect unless and until modified by the Court.

2

Dated:

BY THE COURT:

_____
United States District Court Judge