UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mubashir Khalif Hussen, et al., | Court File No. 26-CV-324 (PAM/ECW) |
| Plaintiff(s), | |
| v. | |
| Kristi Noem, et al., | |
| Defendant(s). | |

---

**ORDER OF RECUSAL AND DIRECTION TO THE
CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter, as two of the lead attorneys are his former law clerks. Thus, the Court's impartiality could be questioned. Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master list for the undersigned.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

Dated: <u>January 16, 2026</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge