UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants.* | Case No. 0:26-cv-324-ECT-ECW<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**EXPEDITED HANDLING REQUESTED** |

Plaintiffs Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe (collectively, "Plaintiffs") hereby move the Court pursuant to Federal Rule of Civil Procedure 65(a) for entry of a preliminary injunction and, because of ongoing irreparable harm to Plaintiffs and all others similarly situated, seek expedited handling of this Motion. The grounds for this Motion are set forth in the accompanying brief, the arguments of counsel, and all the proceedings and papers submitted in this matter.

Dated: January 16, 2026

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT**

Spencer Amdur*
Oscar Sarabia Roman*
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Kathryn Huddleston*
Lucia Goin*
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Omar C. Jadwat*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org

**COVINGTON & BURLING, LLP***

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

s/ *Kshithij Shrinath*

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
Benjamin Casper (#0276145)
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org
bcasper@aclu-mn.org

Ian Bratlie (#319454)
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

**GREENE ESPEL PLLP**

Amran A. Farah, Reg. No. 0395354

1

| | |
|---|---|
| Robert Fram*<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>rfram@cov.com<br>415-591-7025<br><br>Gregg Levy*<br>Paul Killebrew*<br>850 Tenth Street, NW<br>Washington, DC 20001<br>glevy@cov.com<br>pkillebrew@cov.com<br><br>Bree Peilen*<br>30 Hudson Yards<br>New York, NY 10001<br>bpeilen@cov.com | Aaron P. Knoll, Reg. No. 0393066<br>Benjamin Larson, Reg. No. 0504146<br>Michelle E. Morrow, Reg. No. 0504419<br>Nicholas Scheiner, Reg. No. 0402470<br>Kshithij Shrinath, Reg. No. 0505164<br>X. Kevin Zhao, Reg. No. 0391302<br>222 S. Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>afarah@greeneespel.com<br>aknoll@greeneespel.com<br>blarson@greeneespel.com<br>mmorrow@greeneespel.com<br>nscheiner@greeneespel.com<br>kshrinath@greeneespel.com<br>kzhao@greeneespel.com<br>(612) 373-0830<br><br>**ROBINS KAPLAN, LLP**<br><br>Raoul Shah, Reg. No. 0399117<br>Bahram Samie, Reg. No. 0392645<br>Ellen Levish, Reg. No. 0400878<br>Stacey Slaughter, Reg. No. 0296971<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>rshah@robinskaplan.com<br>bsamie@robinskaplan.com<br>elevish@robinskaplan.com<br>sslaughter@robinskaplan.com<br>(612) 349-8500<br><br>*Attorneys for Plaintiffs* |

*\* Pro Hac Vice admissions pending*