# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,* | Case No. 0:26-CV-00324-ECT-ECW |
| Plaintiffs, | |
| v. | **SECOND DECLARATION OF JAVIER DOE** |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,* | **(*Filed Under Seal*)** |
| Defendants. | |

## DECLARATION OF JAVIER DOE

I, Javier Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  My name is Javier Doe. I am 22 years old. I am an employee at Target Corporation "Target," and I work at the Target store in Richfield, MN. I work at Target assisting with drive-up orders, which means bringing fulfilled orders outside to clients who come and pick up in our parking lot. I was born in the United States and have lived in Minnesota my entire life. I am Hispanic, and I am a U.S. citizen by birth. I currently live in the city of Richfield with my family. Working at Target is a family affair for us, as my younger sister and my cousin both work there, as well, and they were both there the day federal agents arrested me at work.

2.  On January 8th, 2026 at around 7:00 a.m., I arrived to work my regular shift at Target. That morning, there were three of us running drive-up orders. Me, my friend who I will call Andres to respect his privacy, also a Hispanic U.S. citizen, and another coworker, an older white woman. I had heard that ICE agents were in the area that day, and I was on guard and worried for the safety of the community. I was wearing the typical uniform for drive-up orders, which included a Target issued vest. Anyone who drove up would know that I worked at Target.

3.  Around 11:00 a.m., I heard someone saying something like: Javier, Javier, ICE is in the parking lot. I walked outside and saw what looked like ICE agents' cars— unmarked SUVs—driving towards the end of the parking lot where there are several restaurants, including a Chipotle and Five Guys. Then, I saw them turning back in our direction, and I started paying closer attention when I realized that a white SUV

1

had blocked Andres's way as he was working in the parking lot with a drive-up order. There was no marking on the car, but there were four masked agents wearing vests that said Border Patrol. I guess that means they were from Customs and Border Patrol. Greg Bovino, some kind of Border Patrol commander, was there too. I recognized him because I had seen online just the day before about who Greg Bovino was, and that when he comes to town, the Border Patrol agents mistreat a lot of people. Andres was recording them on his phone.

4. The agents asked us how we were and I kept saying "fuck you." I wanted them to leave us alone. They had no reason to bother us at work. They came towards us. We were both keeping our distance and videoing them. The agents said something like, "oh, that's not very nice" and I responded, "I don't care, fuck you." I also gave them my middle finger as they tried to take pictures of us. Greg Bovino asked if we were U.S. citizens, and it seemed completely inappropriate and not based on anything other than that we were Hispanic and working in Richfield, a community in which many Hispanic people live and work. They did not know my name or have a piece of paper with my name on it. I knew I had the right not to answer him. I just kept saying "fuck you," and trying to walk away from them.

5. Things were about to become chaotic as more federal agents came closer to us, creating a group that I would estimate was about seven federal agents. One really tall agent kept coming towards me as I walked away from him. I was trying to walk away from him when he said, "are you from here?" I responded, "fuck you, I don't need to tell you anything." The agent said things like, "are you a U.S, citizen," and

2

"what country are you a citizen of," and "are you a United States citizen, or what?" I kept a distance from him because I did not want him to hurt me. He tried to block me from going inside Target and I told him, "Bro, I work here, what are you going to do? You literally can't do anything to me." I kept walking, and that is when the tall CBP agent lunged at me and tackled me to the ground in the area between the automatic sliding doors of Target. I tried to grab the door that enters directly into the store. I grabbed the door so hard that it felt like I was breaking it, but holding onto that door could not save me from the CBP agent's attack. I could feel his weight on top of me.

6. More agents were piling on top of me. I couldn't think at this point. I was terrified and angry. I wanted to be safe from these federal agents who were on top of me. I kept thinking that someone could help me in the store, but no one could help me once the agents turned their force against me. Up until now, I had always thought I was safe when I was at work on Target property.

7. As they pinned me down, I could feel one of them pressing his knee on my neck. Another agent grabbed my shoulder and yanked it back to handcuff me, and other agents were trying to hold me down. Andres was yelling, "Don't touch him! He works here!" and that is when I saw them grab Andres too.

8. After they handcuffed me, the CBP agents tried to pick me up and they seemed upset when I wasn't getting up quickly. They yanked me up again by my shoulder and started dragging me outside towards their SUV. I repeated loudly a few times, "I am a U.S. citizen. I am literally a U.S. citizen." They wouldn't listen to me and shoved

3

me into the SUV. As they were doing so, I slipped because the handcuffs were limiting my movement. I slammed my head hard on the SUV. I could feel numbness in my head, and it immediately started to ache. I kept telling them that they hit my head. I couldn't move.

9. At least one of the agents told me to get the fuck up. I told them that I could not get up because I was handcuffed. They were telling me to get up, to hurry up. I told them I couldn't use my hands to get myself up. One agent grabbed me and pushed me, hard, into the car and up on the seat. They did not put a seatbelt on me.

10. In the car, I was sitting in the back next to Andres, in the third row of the car. There were four other CBP agents in the car. All of the CBP agents had a mask on except the driver, and they all wore vests that said Border Patrol, or something like that. As we drove away from the Target parking lot, I heard one of the CBP agents say, "yeah blow your fucking whistles, I want to hear that shit" mocking the protestors and observers in the parking lot.

11. The agents were driving recklessly: they were going way over the speed limit, and they were playing Mexican music loudly, I assume because we were Hispanic. When the driver would put his foot on the gas, he would accelerate so fast that I would be pushed backwards into the seat. We drove around like this while the officers in the middle were trying to take scans of our faces. They asked for our IDs and I told them that my passport book was in my left pocket. They took it out of my pocket and looked at me suspiciously. I told them it was literally me, and if they wanted, they could check my Minnesota ID as well.

4

12. Andres did not have his passport, but did have his current Minnesota ID and his expired Minnesota ID. The agent dropped Andres's Minnesota ID on the floor, and then they asked him why he had holes in his expired ID. I told them "ha ha, you have to go under the seat to get it." I was trying to show Andres that we were going to be okay. I could tell that he was really scared. I was nervous and scared. I kept telling Andres that he didn't have to answer the agents' questions. I told him that they are going to know that we are both U.S. citizens.

13. We had crossed into Bloomington from Richfield. As we were driving, I worried about my family. I knew they would be so worried about me. I didn't know where the agents were taking me, and I didn't know how I would ever get in touch with my family. I didn't know how to get in touch with anyone.

14. The federal agents pulled into the Walmart parking lot in Bloomington, and I heard one of them ask, "what do we do with him?" They were making me feel like I wasn't even human. Someone said, "let him go."

15. While we were sitting in the Walmart parking lot, the agents saw another federal agent checking an Asian man's identification, and they were laughing at it. They were not taking their actions towards us seriously. I started feeling like I had to block them out. If I could have blacked out, I would have at that point.

16. After that, one of the agents got out of the car. I don't know what he was doing. One of them said "we should just drop him off here." They opened the door and threw me out. They took the handcuffs off of my hands and gave me my phone. I didn't even realize until then that they had my phone – I thought it had probably been left

5

behind at Target. When the agent gave me my phone, I said, "fuck you" and the agent responded "don't start this shit again." I responded with "no fuck you" because I knew they now knew I was a U.S. citizen. And I knew that I had a First Amendment right to tell them how I felt about them. I never did anything physical to the agents, and I did not say anything else.

17. They did not let Andres go when they let me go, and they drove away from the Walmart parking lot with him still inside. I heard them talking about whether they could charge him with something so that they would not have to let him go. It was like they were still profiling him. At that point I didn't know where Andres was going or what was going to happen to him. I sat down on the ground and let it all out. I broke down crying. I was so afraid for my friend. I felt like I couldn't do anything for him at that point, and that he wouldn't be able to have contact with his parents or anyone he knows.

18. An older lady came up to me in the parking lot and tried to comfort me. She asked if she could call somebody for me. I told her that I didn't know where to go. I felt overwhelmed. I started walking towards the Walmart entrance, and another guy came up to me and gave me a hug. I hadn't even realized that the knuckles on my hand were bleeding, and my wrist was swollen from the way they had tightened the handcuffs on me until someone pointed it out to me. I couldn't even feel my body yet.

19. I called my girlfriend and told her what happened. She could see my location and said she was on her way. I told her that they took my friend and I don't know where

he is going. I was so worried. I guess my older sister had already been driving around looking for me, and they were able to come find me at Walmart. They came to pick me up around 1:00 p.m., and I asked them to take me straight to Target so that I could hopefully get some information about what was happening to Andres. When we got to Target, no one had any other information about Andres. I spoke to HR to see if I could help contact or talk with Andres's parents about the incident. Target employees had already been trying to get in touch with them.

20. I went to the Fairview Emergency Care in Edina after that. They checked my bruised arm, my shoulder, and my neck and head. They told me they needed to make sure I did not have a concussion from slamming my head, or blood clots from the pressure of the ICE agent kneeling on my neck, so they did a CT scan. I am so grateful that the CT scan came back normal. The doctor was kind and told me that I needed rest and to take care of myself so that my body could heal. I took the following photos of my wrists and bicep.





21. I didn't hear anything about Andres until late that night when I saw from social media he had been released.

22. The next day, as my body let down, I could feel more pain from what they did to me, especially in my ribs and chest. Since the incident I feel very anxious, angry and nervous. I have had difficulty sleeping. I feel vulnerable and scared all the time. I am still overwhelmed from what I went through.

23. None of the agents at any point before the tall agent grabbed me ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me or knew my name prior to stopping me. Nor did any of them ask me any questions about my ties to the community, how long I've been living and working in Minnesota, my family here, or anything else about my circumstances. They also did not ask me any of these questions before they put me in the car. None of the agents told me that I was under arrest at any point.

24. I have not had any other interactions with law enforcement. I have never been

8

convicted of any crime.

25. I am deeply concerned and scared by this incident and I have been worried about my safety to return to work. My family is terrified that any one of us could get picked up for no reason, and that the next time we may not come out of it as safely as we did this time. We have talked about whether we need to try to limit the amount of work we all do outside the home to keep us safer, even though we need the income to pay our bills. However, the reality is that I have worked at Target for a long time, and my sister and my cousin work there, too. Federal immigration agents are targeting the area around my workplace, and around my home. If I am going to work and live my life, I am at risk of running into federal agents every day.

26. I believe I was stopped and arrested solely because of the color of my skin and my appearance, as it was clear that the arresting officer did not know who I was, did not present any warrant, and did not say why I was stopped or why I was being arrested. I was simply trying to work and do my job that day and am very scared that I may be arrested and detained again. There were many people at Target that day, most of them white, and a ton of people were yelling at the agents and telling them off. And the agents did not question, take photos of, harass, follow, tackle, or arrest any of the white people. They had no reason to suspect that Andres and I were not citizens, and that white people were citizens, other than based on the color of our skin.

27. Richfield has been relentlessly targeted by federal immigration enforcement agents since Thanksgiving, I assume because there is a significant Hispanic population living there. We see agents in Richfield neighborhoods, outside churches, and in and

around businesses. I drive in Richfield to go to work several days each week, and I go out to see my family and friends, and go to the gym. Every day as I do these things, I hear whistles, signaling the presence of ICE or other federal agents. I talk to friends and family, and people have seen recognizable federal immigration enforcement vehicles most days. And we have heard terrible stories like mine of people being grabbed from their neighborhoods and workplaces in Richfield, simply because they are Hispanic and live there.

28. Attached as Exhibit A is a video I took during the January 8 incident.

29. Attached as Exhibit B is a video of the January 8 incident that was taken by Andres and shared with me.

30. Attached as Exhibit C is a video that was taken of the January 8 incident and shared with me.

31. I am a Plaintiff in this proposed class action because what happened to me was wrong. Federal immigration agents are targeting, harassing, and arresting Hispanic people throughout Richfield, and beyond. The violence that was used against me is wrong, and I am worried about the safety of me, my family, my neighbors and my community. If the court does not act, we will continue to be harmed simply for living as people in the United States of America. We should get the same constitutional protections that all people in the United States get, regardless of the color of our skin. I don't want any more members of my community to be arrested and detained. And I am afraid that federal immigration agents will continue to cause great physical

10

and emotional harm to me, my family, and my community. I feel that I have to stand up for all of us.

32. I believe that the following organizations and law firms should be approved by the Court to serve as co-counsel for the class: the American Civil Liberties Union, Greene Espel PLLP, and Covington & Burling LLP. I believe that they will work to obtain the best result for the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2026 in Hennepin County in the State of Minnesota.

*Javier Doe*

Javier Doe

11