UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF CRISARELI CASTILLO** |

## DECLARATION OF CRISARELI CASTILLO

I, Crisareli Castillo, pursuant to 28 U.S.C § 1746, declare as follows:

1. My name is Crisareli Castillo. I was born in Minneapolis, Minnesota. I am 21 years old. I am a U.S. citizen of Mexican descent. I have two sisters, ages 25 and 18, both of whom are also U.S. citizens. I live in the Powderhorn neighborhood of Minneapolis with my boyfriend and 2-year-old daughter, who was also born in Minneapolis.

2. I am currently employed by Jardín Spanish Immersion Academy, a Spanish-immersion daycare, as a Support Teacher. I primarily care for infants, but sometimes I will also look after toddlers between the ages of 2 to 5 years old. I work at the Jardín Longfellow location (3836 Minnehaha Avenue) in Minneapolis. I have been working at Jardín for about 3 months. Before Jardín, I worked in housekeeping for a local hotel chain.

3. My boyfriend's aunt, Rosa,[1] also works at Jardín Longfellow. She is a cook. Rosa, age 38, is from Ecuador. She lives with her husband and two children (ages 3 and 14) in Minneapolis. Rosa arrived in the United States approximately 7 years ago. I understand that Rosa is currently seeking asylum. I also understand that she has a social security number and a work permit that expires in 2030. Rosa and I are very close; I call her "auntie" as if she were a blood relative.

4. On Wednesday, January 7, 2026, I drove myself to work, arriving at Jardín at approximately 8:00 am, about 15 minutes before I typically start work. There is no parking lot at the daycare, so I typically park on the street. When I arrived, I saw a few

---

[1] Rosa is not her real name. I am using this pseudonym to describe her in this public declaration because she is seeking asylum.

parents dropping off their children. I did not see anything unusual at that time. Rosa had just parked her car and was walking toward the entrance of the daycare.

5. Because I am not very good at parallel parking, I called Rosa and asked her to help me park my car. I stood nearby as Rosa got into the driver's seat and began to park on Minnehaha Avenue.

6. Abruptly and without warning, several unmarked SUVs with flashing lights suddenly approached and boxed in my car. The SUVs came in from both directions on Minnehaha Avenue. Several men exited these vehicles, and two men approached me. They wore masks, so I could only see their eyes. One man had on jeans, while the other wore khaki pants and a cap. They also wore "POLICE" vests over their jackets. Although they did not identify themselves, I knew they were ICE officers because of their masks and vests.

7. The officers ordered me to stand where I stood and not move. Although they did not draw their weapons, I could see that they were armed. They were physically larger than me, and I was so scared. I felt that I had to follow their directions and that I was not free to walk away from them.

8. The officers started to speak to me in Spanish, but I said I spoke English. They asked if I had identification. I told them that I had it in my purse, which was in my car. They allowed me to retrieve it, and I showed them my U.S. passport. One of the men took my passport and scanned it with his phone. While he was looking at my passport, the other man showed me a picture of a woman on his phone. The woman in the picture was Latina and had shoulder-length curly hair. The man said she worked at Jardín and asked

whether I recognized her. I did not recognize the woman, and I told him that she did not work at Jardín.

9. After returning my passport, the men walked away from me. One of the men walked around my car to the driver's side window, where Rosa was still sitting. He was joined by a different ICE officer.

10. After the officers walked away from me, I called my boyfriend to tell him that ICE was here and that they were talking to his aunt, Rosa. I also called Olga, the director of the daycare, to tell her what was happening.

11. While I was on the phone, I heard the men ask Rosa, who does not speak English, for identification. I did not hear the men ask her questions about her ties to the community such as where she lived or where she worked. I also did not hear Rosa say, or admit, that she was in the country without authorization. The officers then asked Rosa to open the door and get out. She did as they asked. The officers put her hands behind her back and handcuffed her. They then put her in the back of one of their vehicles and drove away.

12. I do not know why the officers stopped me and arrested Rosa. The woman in the picture did not look anything like me or Rosa. The ICE officers never presented a warrant or identified themselves. The ICE officers did not indicate that they knew either my name or Rosa's name before stopping us and asking for our identification. They did not claim to be looking for us. I have never been arrested or convicted of any crime. And to my knowledge, Rosa has not been convicted of any crime either.

13. The ICE officers indicated that they were looking for the curly-haired woman in the picture. But they never explained why they needed Rosa's and my identification because neither Rosa nor I looked anything like the woman in the picture—apart from also being Latina.

14. There were around 10 bystanders, including some parents, who witnessed the entire encounter with ICE. Yet the ICE agents asked only me and Rosa, the only two non-whites in the area, for identification. They did not ask the witnesses, who were white, for identification. And they did not show the picture of the Latina woman to anyone else.

15. The entire encounter with the ICE agents took less than five minutes from start to finish. They drove away without providing any information about why they were taking Rosa or where they were taking her. I was left there on the sidewalk in front of the daycare with the car keys still in the car where Rosa had left it.

16. I have not talked to Rosa since she was taken away by ICE. I learned that ICE flew Rosa to Texas, either the next day (Thursday) or the day after (Friday). I do not know which detention facility she is in.

17. The entire encounter with ICE has left me traumatized. Even though I am a U.S. citizen, I am afraid to be outside alone because I am terrified of being stopped by ICE again. I am especially scared that ICE will detain me and separate me from my daughter, just as they separated Rosa from her husband and children.

18. I regularly have nightmares about the ICE encounter, and every time I close my eyes, I see Rosa looking at me as she's being taken away. I feel like it was my fault that Rosa was taken away because I asked her to help me park my car.

19. I understand that there is a large ICE presence in Minneapolis. I am afraid that ICE will target my neighborhood in Powderhorn, which has a large percentage of Latino families. And I continue to work at Jardín, a Spanish-immersion daycare, the location where I was stopped and where Rosa was detained. I am afraid that ICE officers will continue to target Spanish-immersion daycares like the one that I work at.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 01/13/2026

_____
Cristareli Castillo