## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF LUISA DOE** |

## DECLARATION OF LUISA DOE

I, Luisa Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Luisa Doe. I am 48 years old and live in St. Paul, Minnesota. I am from Honduras and am Latina, and have lived in Minnesota since 2019. Several of my close family members also live in the Twin Cities, including my son, sister, and brother. I am a caretaker at Cerenity Senior Care Services in Saint Paul. I also attend church at Elim Covenant Church in St. Paul. I have a pending asylum application and my next immigration court date is scheduled for May 5, 2026.

2. On December 12, 2025 at around 7:00 a.m., I was on my way to work on White Bear Avenue in Saint Paul, when I was stopped by ICE agents.

3. The ICE agents were driving behind me in an unmarked vehicle. At some point, they turned on their flashing lights and, once I saw the lights, I pulled over. Another unmarked vehicle then pulled right in front of me and backed up to pin me in. Neither vehicle looked like a police car.

4. After I pulled over, a female ICE agent got out of the vehicle and started knocking on my window. She told me to roll down my window, said she was an agent with ICE, and asked my name. I told her my name. She then told me to turn off the car, which I did. She opened the door, unbuckled my seatbelt, and told me to get out of the car. I did and gave a male ICE agent my keys. That agent got into my car, moved it to the side of the road, and left it there with the keys in the car.

5. The female ICE agent then put handcuffs on me and arrested me. She put me in the vehicle parked behind my car.

6. In the vehicle, the female ICE agent asked me if I had little kids, to which I said "no."

She then took a picture of me with a phone. After that, she and the male ICE agent started to speak in English and I did not understand what they were saying. These agents were wearing beige vests that said "Police" in the front and "ICE" in the back.

7. At no point did the ICE agents ask me any questions about my immigration status or for any identification or documents. There was no opportunity for me to say anything to them before I was escorted to their vehicle.

8. Throughout my arrest, I remained calm. I listened to and complied with all the ICE agent's instructions. I did not make any attempt to resist arrest or run away. My car was still the entire time, and I did not make or have any intention to drive away.

9. None of the ICE agents ever presented a warrant, explained why they stopped me, or indicated that they knew me or my name before stopping me. Nor did any of them ask me any questions about my ties to the community, how long I've been living or working in Minnesota, my family here, or anything else about my circumstances.

10. After arresting me and placing me in their vehicle, the ICE agents drove to a facility about 20 minutes away, where other people were being detained. Staff at the facility patted me down and put a chain around my feet. They then searched through my bag, throwing away food and taking my Minnesota identification. I was fingerprinted and asked for my full name and passport. I told them that I have a pending asylum application and a valid five-year work permit. They said I could call a friend or family member by retrieving one of their numbers on my phone. But when I tried calling that number, my friend did not answer. I was not allowed to try calling any other number. I was detained at this facility until about 5:00 p.m.

11. I was then transferred along with other detainees to the Douglas County jail in Wisconsin,

over two hours away. During transport, I was handcuffed and shackled.

12. I am still currently being held at the Douglas County jail.

13. I am also a diabetic and I take regular medication to help me stay healthy. But since my arrest, I have not been able to take my medication. My health condition is getting worse and worse. I've asked the ICE agents or jail personnel if they can help me, and they refuse to give me my medication. I've told them how horrible I am feeling and the only thing they have done is isolated me in a cold, dark room with hard surfaces for 24 hours. I also have not been able to sleep and cannot go to the bathroom regularly, and am very worried about my health.

14. At no point during my arrest was I able to communicate with my family. They were very worried because they had not heard from me since the morning of my arrest. That day, when I did not answer my son began searching for me by calling my friends and coworkers. He went to my work site to search for my car and verified with my boss that I had never arrived to work that day. After 24 hours of searching, he made a missing person's report with the local police department. He received a phone call back from the police department indicating that I was in ICE's custody. This was extremely distressing for my family. They are very worried about me and my health.

15. Since 2019 when I entered this country, this is the first and only time I was stopped, arrested, or detained by law enforcement. I have not had any other interactions with law enforcement, I have never been convicted of a crime or offense other than perhaps minor traffic citations, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration case.

16. I am deeply concerned and scared by this incident. I have not been able to work and earn

money for my family. My son has also had to move out of our home because we pay the rent together and have not been able to since I have been in jail. I am feeling terrible physically, including because I cannot take medication for my diabetes. And I am mentally exhausted and afraid.

17. I believe that I was stopped and arrested solely because of the color of my skin and my appearance, as it was clear that the arresting officer did not know who I was, did not present any warrant, and did not say why I was stopped or why I was being arrested.

18. Due to my pending asylum application, I fear that I would face retaliation and grave danger if my persecutors in Honduras were to learn of my asylum claims through this lawsuit. I am also afraid of retaliation towards me and my family may face if my identity were to become public as a result of my participation in this lawsuit. I am afraid that my family members and I will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

19. This declaration was read to me in full in Spanish on January 12, 2026 by Margo Scott. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2026.

<u>s/Luisa Doe</u><br>
Luisa Doe

I, Margo Scott, a Paralegal at Greene Espel PLLP, affirm that Luisa Doe gave me permission to sign this declaration on her behalf because she is currently detained. On January 12, 2026, I read the above Declaration back to Luisa Doe word for word in Spanish to confirm its accuracy and she stated that it was accurate.

Executed on January 13, 2026.

*Margo Scott*