# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>             Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>             Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF MARK CASTILLO** |

## DECLARATION OF MARK CASTILLO

I, Mark Castillo, pursuant to 28 U.S.C § 1746, declare as follows:

    1.    My name is Mark Castillo. I am a citizen of the United States. I was born in Texas but I have lived in Minnesota for over twenty years. I currently live in St. Paul, MN.

    2.    On January 9, 2026, I took out the trash in my apartment building. When I got downstairs, I saw the maintenance man and started talking to him. I was not dressed for winter, I was just going to run out and get rid of the trash and possibly pick up a package.

    3.    The two of us saw ICE agents in the neighborhood. We talked about how horrible having them around were. The maintenance man told me that some ICE agents had broken into the apartments and pulled a couple Mexican workers out of their apartments without a warrant.

    4.    I said I didn't think ICE could do that and he agreed but said they did it anyway. And he said the Mexican guys had papers of some sort but ICE still took them.

    5.    He walked away and when I started to leave four ICE vehicles cornered me.

    6.    I'm a US citizen by birth but I'm sure the agents thought I looked like I was from Mexico.

    7.    The first thing they said to me was "you got a birth certificate?" I laughed and said "who carries a birth certificate? But I was born here, in Texas."

    8.    They didn't laugh and asked me if I had papers. I tried to make another joke about papers but then said I had an ID. They asked if it was from Minnesota and I told them it would be pretty stupid if it was from some other state.

    9.    They asked for it and I gave it to one of the agents who looked at it.

    10.    While this was happening, I was cold and fidgety. I was putting my hands in my hair. The agent with my ID said "you're making me nervous." I told him not to be "trigger happy" and he looked really mad at me, like I was making a joke. We both knew that ICE agents had just shot a woman two days before.

    11.    The agent went to a car with my license, I asked for it back but another agent stopped me from moving and told me to stay where I was. They made me stay put in the cold for about 20-30 minutes until they returned my license. The officer who returned it told me that I should move back to Texas.

96763000.1

12. I thought the whole stop was discriminatory. They saw a man who looked Mexican and pounced on him. And then they told me to leave and go to Texas. Very racist.

13. I was pissed off that they treated me like this and am angry that they are treating others like this. They had no reason to think I was in violation of any immigration law. I'm a US citizen.

14. But because I'm not white, they didn't care.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: Jan 15, 2026

*Mark Castillo*
Mark Castillo (Jan 15, 2026 17:24:17 CST)

Mark Castillo