## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE<br>*on behalf of themselves and others similarly situated,*<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br>　　　　　　　　　　　　Defendants. | Case No. 0:26-cv-00324-ECT-ECW<br><br><br><br>**MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Kshithij Shrinath, representing Plaintiffs Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, submit this statement pursuant to L.R. 7.1(a).

Due to the expedited nature of this motion, counsel for Plaintiffs has not yet had the opportunity to meet and confer with Defendants regarding this motion. On January 16, 2026, I sought to meet and confer with counsel for Defendants, who was unavailable to confer before the filing of this motion. Undersigned counsel will promptly meet and confer with counsel for Defendants regarding the issues raised in the accompanying Motion for Preliminary Injunction, and will supplement this statement in accordance with L.R. 7.1(a)(2)(A).

| | |
|---|---|
| Dated: January 16, 2026 | s/ *Kshithij Shrinath* |

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT**

Spencer Amdur*
Oscar Sarabia Roman*
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Kathryn Huddleston*
Lucia Goin*
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Omar C. Jadwat*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org

**COVINGTON & BURLING, LLP**

Robert Fram*
415 Mission Street, Suite 5400
San Francisco, CA 94105
rfram@cov.com
415-591-7025

Gregg Levy*
Paul Killebrew*
850 Tenth Street, NW
Washington, DC 20001
glevy@cov.com
pkillebrew@cov.com

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
Benjamin Casper (#0276145)
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org
bcasper@aclu-mn.org

Ian Bratlie (#319454)
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

**GREENE ESPEL PLLP**

Amran A. Farah, Reg. No. 0395354
Aaron P. Knoll, Reg. No. 0393066
Benjamin Larson, Reg. No. 0504146
Michelle E. Morrow, Reg. No. 0504419
Nicholas Scheiner, Reg. No. 0402470
Kshithij Shrinath, Reg. No. 0505164
X. Kevin Zhao, Reg. No. 0391302
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
afarah@greeneespel.com
aknoll@greeneespel.com
blarson@greeneespel.com
mmorrow@greeneespel.com
nscheiner@greeneespel.com
kshrinath@greeneespel.com
kzhao@greeneespel.com
(612) 373-0830

| | |
|---|---|
| Bree Peilen*<br>30 Hudson Yards<br>New York, NY 10001<br>bpeilen@cov.com | **ROBINS KAPLAN, LLP**<br><br>Raoul Shah, Reg. No. 0399117<br>Bahram Samie, Reg. No. 0392645<br>Ellen Levish, Reg. No. 0400878<br>Stacey Slaughter, Reg. No. 0296971<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN  55402<br>rshah@robinskaplan.com<br>bsamie@robinskaplan.com<br>elevish@robinskaplan.com<br>sslaughter@robinskaplan.com<br>(612) 349-8500<br><br>*Attorneys for Plaintiffs* |

\* *Pro Hac Vice motions pending*