UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**DECLARATION OF KSHITHIJ SHRINATH IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Kshithij Shrinath, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Greene Espel PLLP law firm, which represents the Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached to this declaration are true and correct copies of the following:

| Exhibit # | Description |
|---|---|
| 1 | Hanna Park et al., *October 7, 2025: National Guard deployments*, CNN (Oct. 8, 2025), https://www.cnn.com/us/live-news/national-guard-chicago-portland-trump-10-07-25. |
| 2 | U.S. Department of Homeland Security (@DHSgov), X (Dec. 16, 2025, at 11:21 AM), https://x.com/DHSgov/status/2000979658179752224?s=20. |
| 3 | Holly Yan, *US citizens were at work or shoveling snow when agents tackled or detained them, lawsuit says*, CNN (Jan. 15, 2026), https://www.cnn.com/us/live-news/minneapolis-ice-shooting-protests-01-15-26. |
| 4 | Roll Call, Remarks: *Donald Trump Holds a Cabinet Meeting at the White House - December 2, 2025*, Factbase (Dec. 2, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-cabinet-meeting-december-2-2025. |
| 5 | Donald J. Trump (@realDonaldTrump), Truth Social (Dec. 19, 2025, 6:47 PM), https://truthsocial.com/@realDonaldTrump/posts/115748898604800291. |
| 6 | Roll Call, *Speech: Donald Trump Holds a Campaign Rally in Aurora, Colorado*, Roll Call (Oct. 11, 2024), https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-aurora-colorado-october-11-2024. |
| 7 | National Cable Satellite Corporation, *Donald Trump on Illegal Immigrants "Poisoning the Blood of Our Country,"* C-SPAN (Dec. 16, 2023), https://www.cspan.org/clip/campaign-2024/donald-trump-on-illegal-immigrants-poisoning-the-blood-of-our-country/5098439. |

| Exhibit # | Description |
|---|---|
| 8 | Rebecca Santana & Mike Balsamo, Homeland Security plans 2,000 officers in Minnesota for its 'largest immigration operation ever', AP News (January 6, 2026), https://apnews.com/article/immigration-enforcement-ice-noem-minnesota-somali-db661df6de1131a034da2bda4bb3d817. |
| 9 | U.S. Census Bureau, *Somali/Minnesota (S0201: Selected Population Profile in the United States)*, American Community Survey (2024), https://data.census.gov/table/ACSSPP1Y2024.S0201?q=somali+minnesota. |
| 10 | U.S. Census Bureau, *Hispanic and Latino (B05003I: Sex by Age by Nativity and Citizenship Status)/Minnesota*, American Community Survey (2024), https://data.census.gov/table/ACSDT1Y2024.B05003I?t=Hispanic+or+Latino. |
| 11 | Peter Aitken & Dan Gooding, *Kristi Noem Says People Should Be Prepared to Prove Citizenship*, Newsweek (Jan. 15, 2026), https://www.newsweek.com/kristi-noem-ice-us-citizenship-minnesota-shooting-identity-11366671. |
| 12 | Aaron Rupar (@atrupar), X (Jan. 15, 2026, 9:37 AM), https://x.com/atrupar/status/2011825171976376554. |
| 13 | Julia Ainsley, Didi Martinez & Laura Strickler, *Under Trump administration, ICE scraps paperwork officers once had to do before immigration arrests*, NBC News (Sept. 9, 2025), https://www.nbcnews.com/politics/national-security/trump-administration-ice-scraps-paperwork-officers-immigration-arrests-rcna229407. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026.

*/s/ Kshithij Shrinath*
Kshithij Shrinath