# EXHIBIT 2

Post

**Homeland Security** ✓
@DHSgov

ICE has absolutely ZERO record of its officers or agents pulling over Congresswoman Omar's son.

With no evidence, it is shameful that Congresswoman Omar would level accusations to demonize ICE as part of a PR stunt.

Allegations that ICE engages in 'racial profiling' are disgusting, reckless and categorically FALSE. What makes someone a target for immigration enforcement is if they are illegally in the U.S.—NOT their skin color, race, or ethnicity. Under the Fourth Amendment of the U.S. Constitution, DHS law enforcement uses "reasonable suspicion" to make arrests.

> **The Washington Times** ✓ @WashTimes · Dec 16, 2025
> Rep. Ilhan Omar said that her son was pulled over by Immigration and Customs Enforcement agents and asked to provide proof of citizenship.

11:21 AM · Dec 16, 2025 · **2.4M** Views

💬 2.1K      🔁 9.1K      ♥ 32K      🔖 707

Read 2.1K replies

---

**New to X?**
Sign up now to get your own personalized timeline!

[Sign up with Google]
[Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**Verizon**
Trending with T-Mobile

Sports · Trending
**Dylan Raiola**
Trending with Oregon QB Dante Moore

Sports · Trending
**#PMSSEATGEEKWORDSEARCH**
Trending with #PMSLive

Trending in United States
**#alchemy**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More··· | © 2026 X Corp.

---

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up


