# EXHIBIT 3



☰  **CNN** US                                                    Subscribe


**LIVE UPDATES**
The latest on the
Trump administration


**LIVE UPDATES**
En español:
cobertura en vivo de
Venezuela

# January 15, 2026 - Minneapolis shootings and protests

Updated 8:29 AM EST, Fri January 16, 2026

Federal officers in tense face off with anti-ICE protesters outside
Minneapolis federal building

03:42

## What we covered here

• **Insurrection Act:** President Donald Trump **warned he might invoke**
the **centuries-old law** to deploy US troops to Minnesota as state and
federal officials clash over tactics used by immigration agents.

**immigration agents** have sparked heated protests in Minnesota, a state already on edge over the surge in immigration agents on the heels of an alleged **welfare fraud scandal**.

• **Police try to disperse protesters:** Tear gas and crowd control measures were deployed Thursday on demonstrators outside the Bishop Henry Whipple Federal Building. A CNN crew was hit with **pepper balls** after a projectile was thrown at federal agents.

---

**All**    **Catch Up**

**41 Posts**

7 hr 28 min ago

*Our live coverage of the Minneapolis protests has ended.* **Get the latest here.**



---

7 hr 51 min ago

## 911 transcripts capture chaos in the minutes after Renee Good was shot

From CNN's Karina Tsui

Scores of emergency call transcripts from the minutes after Renee Good was shot by a federal agent illustrate how a community responded to an unexpected tragedy in real time – many expressing shock and confusion.

"I saw ... an ICE officer fire two shots through her windshield into the

driver. She tried to drive away but crashed into the nearest vehicle that was parked," one caller told 911, according to transcripts CNN received from the city of Minneapolis.

"I saw blood all over the driver then the partner who was trying to provide assistance," the person added.

> "She's f**kin' dead. They f**kin' shot her," another caller told a 911 dispatcher, who assured that help was on the way. "There's 15 ICE agents and they shot her, like, cause she wouldn't open her car door," the caller added.

According to the transcripts, one of the calls came from a man who said he was calling on behalf of Homeland Security officers on the scene.

> "We had officers stuck in a vehicle and we had agitators on scene. And we have shots fired by our locals," he said, requesting emergency services and local law enforcement.

He said he did not have a description of the shooter and that he was getting his information from a local joint operation command center.

8 hr 41 min ago

**In pictures: People prepare aid for immigrant**
communities amid federal crackdown

# communities amid federal crackdown

From CNN's Photo Desk

The Trump administration's immigration crackdown in the Twin Cities has **ground one of the largest metro economies in America to a halt**, business owners and local leaders say. Many immigrants have stopped going out in public since the crackdown began. To help immigrants who are staying home, community groups have organized the distribution and delivery of supplies.



Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*





Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*



Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*





Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*



Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*



Goods are prepared for distribution to immigrant communities who are concerned about leaving their homes due to stepped-up immigration raids in Minneapolis on Thursday. *Bridget Bennett/Reuters*



8 hr 40 min ago

# CNN was on the scene when tear gas was deployed in Minneapolis

CNN's Shimon Prokupecz reports from outside the Bishop Henry Whipple Federal Building near Minneapolis as police deploy tear gas and percussion grenades to disperse crowds.

**CNN on scene as tear gas deployed in Minneapolis**

01:22



---

8 hr 48 min ago

## Incident report reveals new details of Renee Good's injuries

From CNN's Karina Tsui

An incident report from the Minneapolis Fire Department details how Renee Good, who was shot and killed by an ICE officer last week, was found by an emergency responder, unresponsive with multiple gunshot wounds in her upper body.

Good was in the driver's seat with blood on her face and torso before rescue workers moved her to a nearby snowbank for assessment, according to the incident report obtained by CNN.

The 37-year-old was "unresponsive, not breathing, with inconsistent, irregular, thready pulse activity," the report read. She had two apparent gunshot wounds to her right chest, one apparent gunshot wound to her left forearm, and a possible gunshot wound on the left side of her head, according to the report.

After an initial assessment, rescuers moved Good down the block "for a more workable scene, better access for ambulances, and separation from an escalating scene involving law enforcement and bystanders."

The report also details how Good was found without a pulse, and there were attempts to resuscitate her with chest compressions and other measures on the scene before she was taken into an ambulance and transferred to the hospital, where she later died.



8 hr 35 min ago

# In pictures: Federal immigration officers confront protesters outside federal building in Minneapolis

From CNN's Photo Desk

Tensions continued to flare on Thursday night outside the Bishop Henry Whipple Federal Building in Minneapolis, where police have used pepper balls, percussion grenades, and tear gas to try to disperse crowds.





Federal immigration officers confront protesters outside the Bishop Henry Whipple Federal Building in Minneapolis. *Yuki Iwamura/AP*



Federal immigration officers confront protesters outside the building. *Yuki Iwamura/AP*





A woman holds up a sign as federal immigration officers confront protesters outside the building. *Yuki Iwamura/AP*



Protesters shake a fence outside Bishop Henry Whipple Federal Building. *Adam Gray/AP*





Federal immigration officers detain a protester outside the building. *Adam Gray/AP*



A federal immigration officer runs out to detain a person outside the building. *Adam Gray/AP*

11 hr 24 min ago

# Tear gas and percussion grenades deployed at protesters outside Whipple Federal Building

From CNN's Kelly McCleary

**CNN crew captures law enforcement deploying tear gas**

00:35

Tear gas was deployed on protesters outside the Whipple Federal Building near Minneapolis Thursday night as federal law enforcement tried to clear a group from the building's driveway.

The use of tear gas came after several instances of protesters **kicking and banging on vehicles** entering and leaving the facility Thursday.

Around 10:00 p.m., a line of Customs and Border Protection officers moved down the driveway, pushing protesters back. As that happened, a separate team of officers approached from the side, CNN's Shimon Prokupecz reported from the scene.

"Out of nowhere, the other team of federal law enforcement officers come from this other direction and start firing the percussion grenades and then they started with the tear gas," Prokupecz said.

The protesters then appeared to move back from the driveway to an area across the street.



11 hr 54 min ago

## Following ICE-involved shooting, law enforcement used flash bang before entering home in search of suspect

From CNN's Jillian Sykes

**Law enforcement uses flash bang before entering home in search of suspect following ICE-involved shooting**

00:24

Witness video shows the moment federal agents gained access to a Minneapolis home on Wednesday night following an **ICE-involved shooting**.

According to DHS, federal agents were conducting a "targeted traffic stop" when a Venezuelan national resisted arrest and started to "violently assault" an officer.

DHS said two people from what's described as a nearby apartment came

out and attacked the officer with a snow shovel and broom handle, resulting in the officer firing "defensive shots," striking the original suspect in the leg.

The three people ran back into the building and barricaded themselves, DHS said.

In video obtained by CNN, law enforcement is seen approaching the home and setting off a flash bang. Smoke can be seen and ramming sounds are heard as the witness says "They're in! There's more than a dozen of them."

The suspect was removed by federal agents and taken to an ambulance, CNN previously reported.



---

12 hr 36 min ago

## Smoke device deployed as vehicles leave Whipple Federal Building

From CNN's Taylor Romine

As vehicles were leaving the Bishop Henry Whipple Federal Building near Minneapolis tonight, a smoke device was deployed from at least one car window, causing protesters to disperse from the driveway, according to CNN senior crime and justice correspondent Shimon Prokupecz, who is at the protest.

Clouds of smoke surrounded protesters but no one appeared to be injured. As the cars came out of the facility, a couple people kicked the

tires of the vehicles.

After the smoke was deployed, an announcement from the federal building loudspeaker told protesters to move away from the driveway. The message has been shared several times throughout the night.



13 hr 33 min ago

## Here is how the attorneys representing Renee Good's family are preparing for potential litigation

From CNN's Taylor Romine



Attorney Antonio Romanucci speaks during a news conference in Las Vegas on July 15, 2021.
*Ethan Miller/Getty Images North America/Getty Images*

The law firm representing the family of Renee Good filed a letter to the federal government today demanding they preserve all evidence related

to her fatal shooting by a federal agent, which is the first step of a civil investigation that could potentially lead to litigation, attorney Antonio Romanucci told CNN's Anderson Cooper.

Romanucci and the law firm want the federal government to preserve any and all evidence related to the investigation, including Good's car, cellphone video, dashcam video and communications between agents, among other things.

Romanucci said his firm is conducting its own investigation and demanding the preservation of the evidence, as they "don't know that we are going to get the truth only with the federal government investigating this," he said. If evidence is not preserved, "that could be very problematic," Romanucci added.

He also refuted "**domestic terrorism**" accusations made by federal officials against Good and criticized efforts to have the **investigation focus** on her and her wife, Rebecca Good.

> "I won't dignify in repeating those words, because that's slanderous, I believe," Romanucci said. "She should not be labeled that because Rebecca and Renee are good people. Renee is a housewife. She is a mother. She's a daughter. She's a sister. She is many things to many people, not what the government labeled her as."



12 hr 5 min ago

# Agents at Whipple Federal Building deploy pepper spray after protesters shake fence

From CNN's Taylor Romine



Protesters shake a fence outside Bishop Henry Whipple Federal Building in Minneapolis on Thursday. *Adam Gray/AP*

Federal agents at the Whipple Federal Building near Minneapolis have deployed pepper spray to disperse protesters who were shaking a fence, according to CNN senior crime and justice correspondent Shimon Prokupecz, who is at the protest.

One protester could be seen on the ground crying out in pain, having a liquid poured onto his face by other protesters.

A wall of agents stood a distance behind the fence, standing shoulder to shoulder.

After several minutes, protesters approached the fence, some touching it

but not shaking it, and agents deployed pepper balls towards the protesters. They immediately started coughing and backing away, several saying they couldn't breathe.

*This post has been updated with additional information.*

---

14 hr 3 min ago

## Federal officials using physical tactics and warnings to keep crowd at federal building back

From CNN's Elise Hammond



Federal law enforcement officers attempt to disperse demonstrators protesting Immigration and Customs Enforcement (ICE) activity outside the Bishop Henry Whipple Federal Building in St. Paul, Minnesota, on Thursday. *Tim Evans/Reuters*

Federal agents right now are managing protests in front of a federal building near Minneapolis by giving verbal warnings and physically

pushing people back.

In the last few hours in front of the Bishop Henry Whipple Federal Building, they have not appeared to use tear gas or any type of chemical to disperse the crowd, despite having those tools with them, according to CNN senior crime and justice correspondent Shimon Prokupecz, who is at the protest.

The federal agents are carrying batons and have been physically pushing the crowd of people from the street to the sidewalk, walking in a line. When this happens, the officials and protesters come face to face for a few minutes before law enforcement walks back toward the building.

Still, the protesters, who have been walking right up to the line of the driveway, came prepared. Many of them are wearing gas masks and goggles.



---

14 hr 48 min ago

## "You will be identified": Federal officials warn protesters before pushing them back

From CNN's Elise Hammond





Federal law enforcement officers attempt to disperse demonstrators protesting Immigration and Customs Enforcement (ICE) activity outside the Bishop Henry Whipple Federal Building in St. Paul, Minnesota on Thursday. *Victor J. Blue/Bloomberg/Getty Images*

Federal agents are issuing warnings to protesters at the Bishop Henry Whipple Federal Building near Minneapolis.

The crowd moved into the building's driveway before being pushed back by federal agents. Before the officials moved into the crowd, a person using a bullhorn was heard telling protesters not to block the entryway.

"You will be identified, and we will come arrest you," the person said.

As cars went in and out, protesters were seen blocking and hitting some of the vehicles, according to CNN senior crime and justice correspondent Shimon Prokupecz, who is on the scene.

"Do not strike the vehicles," the person with the bullhorn said. "You will be identified."

Law enforcement officials holding what appeared to be batons stood face to face with protesters, who chanted "shame" at them.

3 hr 1 min ago

# Can law enforcement demand proof of citizenship? Elie Honig says no.

From CNN's Piper Hudspeth Blackburn

Many activists have sounded the alarm over reports of immigration agents demanding people provide proof of citizenship amid tense protests in Minneapolis against the Trump administration's immigration crackdown.

"It's illegal and it's unconstitutional to require people to show their citizenship papers without some other basis to make a stop," said CNN Senior Legal Analyst Elie Honig.

> "In order to stop somebody, detain them, question them for immigration purposes, an officer has to have reasonable suspicion," Honig continued. "Now, that's a fairly low bar. It's lower than the bar that a law enforcement agent would need to make a stop or questioning for criminal purposes, but it's still a bar."

Homeland Security Secretary Kristi Noem has defended the questioning of bystanders in certain situations, telling reporters Thursday, that people "surrounding" someone alleged to have committed a crime may be asked to "validate their identity."

**The Supreme Court, last September,** backed President Donald Trump's push to allow immigration enforcement officials to continue what critics describe as "roving patrols" in Southern California that lower courts said likely violated the Fourth Amendment.

The Supreme Court did not provide any analysis explaining their

decision to overturn the lower courts' rulings. But in a 10-page concurring opinion, Justice Brett Kavanaugh wrote that in cases where legal immigrants are stopped by law enforcement, "the questioning in those circumstances is typically brief, and those individuals may promptly go free after making clear to the immigration officers that they are U. S. citizens or otherwise legally in the United States."

He also wrote: "To be clear, apparent ethnicity alone cannot furnish reasonable suspicion; under this court's case law regarding immigration stops, however, it can be a 'relevant factor' when considered along with other salient factors."

Honig pointed to Kavanaugh's concurring opinion, saying, "So what you cannot do is just go arbitrarily up to people or set up a checkpoint or go door to door and say, 'Hey, you need to prove to us that you're a US citizen.' The immigration officer needs to have some reasonable suspicion. You cannot just arbitrarily approach people and make them prove that they are in fact here legally."

15 hr 3 min ago
## When ICE agents can legally use force on protesters

**When ICE agents can legally use force on protesters**

02:37

CNN's Josh Campbell walks through DHS protocols for federal agents.



15 hr 7 min ago

## One person arrested for stealing FBI body armor and weaponry out of car, federal authorities say

From CNN's Taylor Romine

One person was arrested after they allegedly stole FBI body armor and weaponry from an FBI car last night in Minneapolis, federal authorities said.

The person is "a known member of the Latin Kings gang" with "a long list of prior violent crimes," US Attorney General Pam Bondi **said in a post on X**. Earlier in the day, the FBI **posted a reward of up to $100,000** for information on FBI vehicles that were vandalized and from which items were stolen last night.

FBI Director Kash Patel **assured more arrests were coming**: "Again: any individual who attacks law enforcement or vandalizes federal property paid for by hardworking taxpayers will be found and arrested."

CNN has reached out to the Department of Homeland Security for information on arrests in Minneapolis over the last two days.

**15 hr 29 min ago**

# Tensions amid protest at Whipple Federal Building

From CNN's Elise Hammond

**Protester detained outside federal building**

00:34

Tensions are flaring at the Bishop Henry Whipple Federal Building near Minneapolis.

Federal officers in tactical gear just came out into the crowd. Several officers appeared to be detaining someone on the ground, while others pushed back the rest of the crowd.

They then led that person into the building.

Dozens of officers then walked back up the driveway while others formed a line, keeping protesters at a distance.

Earlier, a protester threw what appeared to be a frozen water bottle at a car, which also brought the federal agents out. Agents then lined up at the entrance again, across from protesters who were yelling at them from the middle of the street.

"What if someone came for your family?" one person with a bullhorn yelled.

For most of the day, the protests around the federal building have remained calm. The crowd held signs, rang a cowbell and yelled at cars coming in and out.

But last night, there were **intense clashes** between federal officials and protesters. Law enforcement officers deployed multiple tear gas canisters and what sounded like flash bangs before officials told people to "go home."

*CNN's Shimon Prokupecz contributed reporting to this post, which was updated with additional details from the protest.*



15 hr 48 min ago

## As night falls on Minneapolis, tensions between protesters and federal agents remain high. Here's the latest

From CNN's Amanda Musa





US Customs and Border Protection agents face protesters during a demonstration outside the Whipple Federal Building in Minneapolis, on Thursday. *Tim Evans/Reuters*

More than a week has passed since 37-year-old Renee Good was fatally shot by an ICE agent in Minneapolis, making way for heated — and sometimes violent — confrontations between protesters and federal agents.

As city leaders urge the community to remain calm under pressure, another shooting involving US Immigration and Customs Enforcement is prompting warnings from President Donald Trump, who is threatening to invoke the Insurrection Act — a **centuries-old law** that would allow the deployment of US troops to Minnesota.

*Here's the latest:*

- **Another ICE-involved shooting:** Julio Cesar Sosa-Celis, a Venezuelan national, was **shot and injured** by an ICE agent last night after he resisted arrest and started to "violently assault" the federal officer, according to a **press release** from the Department of Homeland Security. Sosa-Celis was detained along with two others from Venezuela, Alfredo Alejandro Ajorna and Gabriel Alejandro Hernandez-Ledezma, DHS said. All three men are living in the US

illegally, according to officials.

- **Recent arrests:** A number of arrests have been made amid anti-ICE protests this week, federal officials have said. Some protesters were taken into custody this afternoon during demonstrations at a federal building, US Customs and Border Protection Commander **Gregory Bovino** told Fox News. Last night, an armed protester was arrested for assaulting officers, DHS said in an **X post**. CNN has reached out to officials for more information.

- **Insurrection Act:** Trump has warned he might invoke the **centuries-old law** to deploy US troops to Minnesota. White House press secretary Karoline Leavitt said it is a "tool at the president's disposal" and Trump's warning "spoke very **loud and clear** to Democrats across this country." The president previously threatened to invoke the Insurrection Act in response to anti-ICE protests in Portland last fall.

- **Legal battle:** Teresa Nelson, legal director of the **American Civil Liberties Union** of Minnesota, called Trump's Insurrection Act threats "unnecessary, dangerous and wrong." The organization also filed a **class-action lawsuit** against the federal government today claiming immigration agents violated US citizens' Fourth Amendment rights.

- **Twin cities on alert:** Federal agents **pulled over** two vans of students and staff on their way to school in St. Paul, Minnesota, in separate incidents this week, a school district spokesperson said. Starting next week, students "who do not feel comfortable coming to school" can participate in virtual learning, Saint Paul Public Schools said in **a Facebook post**.

17 hr 23 min ago

# CNN crew hit with pepper balls amid Minneapolis protests

From CNN's Amanda Musa

**CNN's Julia Vargas Jones describes pepper ball incident**

00:36

A CNN crew was hit with pepper balls while at an anti-ICE protest in the Minneapolis area today.

Demonstrators were confronting a large group of US Immigration and Customs Enforcement agents outside the Bishop Henry Whipple Federal Building when an object was thrown at officials.

"Just moments ago, we saw agents coming out of this building in formation and tried to clear protesters off of the street," CNN correspondent Julia Vargas Jones told Jake Tapper this evening.

"Soon after, some kind of projectile — looked to me like a water bottle —

was thrown at these agents," Jones said. "And then all of us, including our crew here, our CNN crew, got hit with some projectiles with pepper spray."

Arrests were recently made outside the federal building where anti-ICE protests have been happening daily, US Customs and Border Protection Commander **Gregory Bovino** told Fox News this afternoon.

CNN has reached out to authorities for more information.

17 hr 37 min ago

## Federal agents pulled over vans of students heading to school in St. Paul, district spokesperson says

From CNN's Elise Hammond

Federal agents pulled over two vans of students and staff on their way to school in St. Paul, Minnesota, in separate incidents this week, a school district spokesperson said.

The incidents happened on Monday and Wednesday, Erica Wacker, a spokesperson for St. Paul Public Schools, said in a statement to CNN.

The district said "staff followed the district's protocols, and both vans were able to continue to school without further disruption."

Wacker did not elaborate when asked what those protocols are. The vehicles were "contract vans" that had the van company's name on them, according to the spokesperson.

Wacker said staff members in the vans were able to keep everyone "calm and safe."

Starting next Thursday, students "who do not feel comfortable coming to school" can participate in virtual learning, Saint Paul Public Schools said in **a Facebook post**. After the holiday Monday, there will be no school next Tuesday or Wednesday to give teachers time to prepare, the post said.

In another school district: Minneapolis Public Schools is also offering online learning through February 12, according to **its website**. The district said more information was shared directly with families.

*This post has been updated with information about virtual learning at Minneapolis Public Schools.*

Search CNN...

Subscribe

Sign in

Listen

Watch

US

World

Politics

Business

Markets

Health

CNN Underscored

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

Games

About CNN

FOLLOW CNN



DOWNLOAD THE CNN APP



Terms of Use     Privacy Policy     Do Not Sell Or Share My Personal Information     Ad Choices     Accessibility & CC     About

Subscribe     Newsletters     Transcripts     Help Center

© 2026 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.