# EXHIBIT 4

 Factbase

Powered by **FiscalNote** StressLens

## Donald J. Trump

**Transcripts**     White House Calendar     White House Press Releases

### Remarks: Donald Trump Holds a Cabinet Meeting at the White House - December 2, 2025

📊 StressLens      📁 5 Topics      ☰ 9 Entities      🎤 Moderation      👥 21 Speakers



## Full Transcript

▶ **Donald Trump**  00:00:00–00:00:30 (30 sec)                    MEDIUM (1.808)

Are you all set? Everybody ready? It's nice to be with you. Welcome to the final cabinet meeting of 2025, a year that will go down as the most consequential and successful first year of any administration. They're saying that, not me. Well, I say it too actually, but a lot of people are saying it. And a lot of that is thanks to the men and women in the cabinet, the new and improved Cabinet Room I might add.

✕

▶ **Donald Trump**  00:00:30–00:00:50 (20 sec)

We took pictures down from the vaults. We have vaults downstairs with lots of pictures that for, in many cases, over 100 years. We brought them up and we're using them as they shoul



2:17:45

looks beautiful like it should now. The Oval Office looks beautiful like it should.

▶ **Donald Trump**  00:00:50–00:01:14 (24 sec)    MEDIUM (1.871)

It was not -- it was like the rest of the country. It was in disrepair. One year ago, our country was dead -- and said to me by many leaders, we had a dead country. Now we have the hottest country anywhere in the world. It's true, we have the hottest country anywhere in the world. Think of that. In four long years of the Biden administration, there were just $1 trillion of new investments in the United States.

▶ **Donald Trump**  00:01:14–00:01:36 (22 sec)    MEDIUM (1.943)

In 10 months, we've secured commitments of over $18 trillion. So, they had, in one year, less than -- they had less than $1 trillion. That's in a period of four years. Think of it, four years, they had less than $1 trillion. In 10 months, we have more than $18 trillion. Is that right, Scott? It's even going to be higher than that --

▶ **Scott Bessent**  00:01:36–00:01:38 (2 sec)    NO STRESSLENS

It'll be higher by the end of the year, sir.

▶ **Donald Trump**  00:01:38–00:01:59 (21 sec)    MEDIUM (1.646)

And going up. And we're waiting for the Supreme Court case. And it's so important and so vital for this country because we're not only respected again, we're putting out wars by our trade policies and we're taking in hundreds of billions of dollars. And our country is wealthy again and secure again and it's part of national security.

▶ **Donald Trump**  00:01:59–00:02:21 (22 sec)    MEDIUM (1.719)

And I hope that goes well. I think it's very important. But think of the number, we're going to be over $18 trillion in 10 months and -- which is a record times probably eight or 10 times, I think more than that, for any country. There's never been a country that's had that kind of an investment ever in history.

▶ **Donald Trump**  00:02:21–00:02:46 (24 sec)    STRONG (2.219)

And there's never been a country that's had half of that. It's a tremendous thing that's taking place. We have companies moving in from all over the world, from Mexico, from Canada, from Europe, from China, from Japan a lot. We just had -- Toyota's going to spend $10 billion they just announced on building new plants in this country.

▶ **Donald Trump**  00:02:46–00:03:08 (22 sec)    MEDIUM (1.735)

Our workers -- they're going to be our workers, but they're spending a tremendous amount. So, the stock market has set 46 all-time highs. And this last Friday, which is called Black Friday, was the biggest ever online sales that there's ever been by a lot. More Americans are working today than at any time in the history of our country.

▶ **Donald Trump**  00:03:08–00:03:26 (18 sec)    STRONG (2.241)

I mean, these are the facts we have to get out. And you know, there's this fake narrative that the Democrats talk about -- affordability. They just say the word, it doesn't mean anything to anybody, they just say it, affordability. I inherited the worst inflation in history. There was no affordability, nobody could afford anything.

✕

▶ **Donald Trump**  00:03:26-00:03:49 (23 sec)    NO SIGNAL (0)

The prices were massively high. Do you remember when we took over eggs? You did a great job on that, Madam Secretary, Agriculture, Brooke. Eggs were four or five times higher than they had ever been. They said don't order eggs for Easter at the White House. And we ended up doing it and we got the egg prices way down, lower than what they were before.

▶ **Donald Trump**  00:03:49-00:04:14 (25 sec)    STRONG (2.064)

But the word affordability is a con job by the Democrats, they say affordable. I watched the other day where some very low IQ Congresswoman talked about affordability, affordability, affordability. She had no idea. Their prices were much higher. As an example, energy, gasoline, we're now at about $2.50 a gallon.

▶ **Donald Trump**  00:04:14-00:04:35 (21 sec)    MEDIUM (1.646)

We're going to be, I think, at $2 a gallon. We could even crack that at some point, I'd love to do it. And we could do it more easily if we weren't building up the strategic national reserves, which Biden emptied out before the election so that he could try and get elected, meaning she -- he started it, then he got thrown out of the race, then she took over and she kept it going.

▶ **Donald Trump**  00:04:35-00:05:00 (25 sec)    MEDIUM (1.938)

And they emptied out the strategic national reserves, which are really meant for something else. They're not meant to keep people happy with their gasoline prices. They're meant for war. They're meant for problems, big problems. He emptied it out and then she continued it during the process of trying to get elected, didn't work out too well for them, and they virtually brought it down to the lowest level I believe in history.

▶ **Donald Trump**  00:05:00-00:05:24 (24 sec)    NO SIGNAL (0)

And it didn't have much of an impact because the prices were very high. But our prices now for energy, but for gasoline are really low. Electricity is coming down. And when that comes down, everything comes down. But the word affordability is a Democrat scam. They say it and then they go on to the next subject, and everyone thinks, oh, they had lower prices.

▶ **Donald Trump**  00:05:24-00:05:47 (23 sec)    WEAK (1.493)

No, they had the worst inflation in the history of our country. Now some people will correct me because they always love to correct me, even though I'm right about everything. But some people like to correct me, and they say 48 years. I say it's not 48 years, it's much more, but they say it's the worst inflation that we've had in 48 years, I say ever.

▶ **Donald Trump**  00:05:47-00:06:11 (24 sec)    STRONG (2.003)

But whether it's 48 years or ever, it's pretty bad. We had the worst inflation that we've ever had. Since last January, we've stopped inflation in its tracks and there is still more to do. There's always more to do. But we have it down to a very good level. It's going to go down a little bit further. You want to have a little tiny bit of inflation, otherwise that's not good either.

▶ **Donald Trump**  00:06:11-00:06:41 (30 sec)    STRONG (2.088)

Then you have a thing called deflation and deflation can be worse than inflation. But we have it almost -- we'll soon be at a perfect level, but we inherited the worst inflation. But we have 20 states that are now selling gasoline at less than the $2.75. Think of that, $2.75. And it was at $5 under Sleepy Joe.

✕

▶ **Donald Trump**  00:06:41-00:06:46 (6 sec)    MEDIUM (1.516)

Grocery prices are down with the cost of Thanksgiving turkey this year down 33 percent.

**Donald Trump**  00:06:46-00:07:08 (22 sec)    MEDIUM (1.527)

It was lower than -- 33 percent lower than under the Biden administration. Egg prices are way down, 86 percent, thank you. And mortgage rates, despite the fact that we have an incompetent chairman of the fed, a real dope who should reduce rates. I saw -- even Jamie Dimon said he should be reducing rates.

**Donald Trump**  00:07:08-00:07:30 (22 sec)    STRONG (2.391)

1 of 374 paragraphs scored.

I never saw Jamie Dimon say that. I wonder why he said that, but he really said it because he's right. But we have a guy that's just a stubborn ox who probably doesn't like your president, your favorite president. But they're going to be coming down. We'll be announcing somebody probably early next year for the new chairman of the fed.

**Donald Trump**  00:07:30-00:07:37 (6 sec)    STRONG (2.331)

7 of 374 paragraphs scored.

I talked to Scott about taking the job, but he doesn't want it. You got the greatest job here.

**Scott Bessent**  00:07:37-00:07:37 (1 sec)    NO STRESSLENS

Yes, sir.

**Donald Trump**  00:07:37-00:07:47 (10 sec)    MEDIUM (1.653)

Right? He said, no, I want to stay chairman -- I want to stay -- I want to stay right where we are, Treasury. And I think we're doing really great, aren't we?

**Scott Bessent**  00:07:47-00:07:50 (3 sec)    NO STRESSLENS

We're doing great, sir, and it's a great team to be a part of.

**Donald Trump**  00:07:50-00:08:26 (36 sec)    NO SIGNAL (0)

Yeah. No, it's amazing. Under my executive order to lower prescription drug prices, which I think is the single biggest thing we've ever done that nobody writes about because you're fake news. I've made unprecedented deals along with Bobby and Oz and all of the people that work on it. A lot of people, a lot of people that you wouldn't even think work on it, but they do to slash drug prices by 200 percent, 300 percent, 400 percent, 500 percent, 600 percent, 700 percent, 800 percent.

**Donald Trump**  00:08:26-00:08:52 (26 sec)    STRONG (2.269)

Nobody's ever heard of it before, because I instituted Favored Nations. And no nation agreed to do it. And then I said to the nations, if you're not going to do it, I'm going to charge you 100 percent tariff, which is more money than we're talking about. And they said, sir, we'd love to do it, please, we would be honored to do it. And they agreed that they would go along with the whole thing.

**Donald Trump**  00:08:52-00:09:19 (27 sec)    STRONG (2.277)

Nobody -- nobody thought you could do it because they felt, number one, you couldn't get the drug companies to do it. So we're paying, as an example, for the -- let's call it the fat drug, the fat drug, F-A-T, for fat people. Anybody use it at the table? Don't ask. But the fat drug was $135. Think of that, for certain people.

**Donald Trump**  00:09:19-00:09:43 (24 sec)    STRONG (2.281)

$1,300 for certain countries, $1,300 in New York. So in New York it was $1,300 and in London it was $135. And a friend of mine called me, he said, what is this? Why is it -- he got -- used to paying $1,300. Well, now what we have it down to is -- Bobby,

what's the number, like $150 or something? We have it down to a low number, don't we now?

▶ **Robert F. Kennedy Jr.**  00:09:43-00:09:46 (3 sec)                    NO STRESSLENS

Yeah, it's around $125, $150.

▶ **Donald Trump**  00:09:46-00:10:13 (27 sec)                    STRONG (2.225)

Think of that. So we got it down from $1,300 to $125 to $140 depending on various countries. In other words, we're paying the lowest price, tied for the lowest price in the world. People said you could never do that because you couldn't get the countries to agree to it, I did. Every country agreed to it because I said if you're not going to agree to it, that's OK, I'm going to charge you tariffs.

▶ **Donald Trump**  00:10:13-00:10:40 (28 sec)                    MEDIUM (1.953)

And as soon as I said that they said we agree. And then we had to be a little tough with the drug companies, but they came along. The bigger problem was the countries. The countries just wouldn't go along with it, but they did, every country. So we have reduced drug prices by 500, 600, 700, 800, 900 percent depending on the drug, depending on the company, depending on all of the different factors involved.

▶ **Donald Trump**  00:10:40-00:10:59 (19 sec)                    STRONG (2.327)
                                                                8 of 374 paragraphs scored.

Nobody's ever even thought of drug reductions like that, price reductions. And I told you the story that in my first term, I was so proud of myself because I reduced drugs. It was the first time in 28 years that drug prices were reduced. It was one quarter of one percent, one quarter of one percent and I was so proud of myself.

▶ **Donald Trump**  00:10:59-00:11:33 (34 sec)                    NO STRESSLENS

I said, it's the first time in 28 years that drug prices went down over the course of a year over the course of a presidency. One year, one quarter of one percent. I had a news conference, I was so proud. Now I got them down, not one quarter of one percent, I got them down 400, 500, 600 percent and more and the fake news won't write about it. And it's going to have a huge impact on health care because a big part of it is buying drugs, buying prescription drugs, drugs.

▶ **Donald Trump**  00:11:33-00:11:54 (21 sec)                    MEDIUM (1.579)

It's going to have a huge positive impact because Obamacare is a disaster. I said it years ago and I say it now and the money should be paid, taken away from the insurance company. Obamacare was made to make the insurance companies rich. Their stocks have gone up 1,000 percent in a short period of time because the money goes to the insurance company.

▶ **Donald Trump**  00:11:54-00:12:14 (20 sec)                    NO SIGNAL (0)

I want the money to go to the people. Let all the money go to the people and let the people go out and buy their own health care. And I see on television, people are advertising now, we will help you buy health care. We will go out and help you buy -- that's becoming like an industry because of what I said.

▶ **Donald Trump**  00:12:14-00:12:43 (29 sec)                    STRONG (2.376)
                                                                4 of 374 paragraphs scored.                    ✕

So something's going to happen. It's probably not going to be easy because the Democrats, frankly, they don't want to make a good deal for the people. They just want to make a bad deal for the country. They want to make a bad deal for the Republican Party. But the Republican Party is -- is united and I will say that what I would like to do is the money, does it go -- trillions of dollars get paid to drug companies and you still have lousy health care.

**Donald Trump**  00:12:43-00:13:16 (33 sec)    NO SIGNAL (0)

Obamacare is horrible health care. We want it to go to the people and then let the people go out and buy their own health care and they'll do great. They'll do great. So we're negotiating that now with the Democrats. While Congressional Democrats want the largest tax hike in history, I proudly signed the largest tax cuts in American history with the Great, Big, Beautiful Bill, the Great, Big Beautiful Bill, the biggest piece of legislation ever signed and that includes the extension of the original Trump tax cuts.

**Donald Trump**  00:13:16-00:13:38 (22 sec)    STRONG (2.231)

But it's the biggest tax cut ever signed and it includes no tax on tips, no tax on overtime and no tax on Social Security. Nobody's ever seen anything like it, so think of that. And in addition, you get -- if you buy a car, this is great for our car industry because we have a lot of car plants. We're bringing back the automobile business.

**Donald Trump**  00:13:38-00:13:58 (19 sec)    MEDIUM (1.656)

60 percent of it was stolen because we had incompetent presidents or incompetent trade people. But 60 percent of it was stolen over the years and now we're bringing it -- I think we're bringing it all back. I think we'll be bigger than ever, than we've ever been in the auto business. That's not even to mention AI where we're leading China.

**Donald Trump**  00:13:58-00:14:26 (28 sec)    MEDIUM (1.972)

You know, we're leading China by a lot. They're not going to catch us. We have to be smart. But if we're smart, they're not going to be able to catch us. They know that. They told me that. Next year is projected to be the largest tax refund season ever. And we're going to be giving back refunds out of the tariffs because we've taken in literally trillions of dollars and we're going to be giving a nice dividend to the people, in addition to reducing debt.

**Donald Trump**  00:14:26-00:14:54 (28 sec)    MEDIUM (1.659)

We -- as you know, I inherited a lot of debt, but it's peanuts compared to the kind of numbers we're talking about. So we're going to be making a dividend to the people. And additionally, we're going to be able to reduce debt. And as time goes by over the next two, three, four years, those numbers are going to go up. And I believe that at some point in the not too distant future, you won't even have income tax to pay because the money we're taking in is so great.

**Donald Trump**  00:14:54-00:15:17 (23 sec)    STRONG (2.303)

It's so enormous that you're not going to have income tax to pay, whether you get rid of it or just keep it around for fun or have it really low, much lower than it is now, but you won't be paying income tax. We've slashed $1 trillion in costly job-killing regulations, saving Americans an estimated $2,100 for a family of four.

**Donald Trump**  00:15:17-00:15:43 (26 sec)    MEDIUM (1.784)

The Biden administration was the exact opposite, but times four. They went up $6,000, we went down $2,100. Think of that. To bring down energy, electricity and utility prices, I ended the Green New Scam. They call it the Green New Scam, one of the greatest scams in the history of our country. They talked about global warming and all that crap and what they've done to this country.

**Donald Trump**  00:15:43-00:16:06 (23 sec)    STRONG (2.104)

What they've done by allowing 25 million people into our country, many of whom are criminals, many of whom, 11,888 are murderers. And we have to get them out and we're doing it. We're doing it. I think what the job that our law enforcement groups are doing, Kristi, you and Tom and everybody, amazing. What you're doing is amazing.

▶ **Donald Trump** 00:16:06-00:16:34 (27 sec)    STRONG (2.185)

I terminated the insane electrical -- electric vehicle mandate and look, some people that make electric cars weren't happy with that, but we have to do that because you have to have a choice. Whether it's a gasoline powered car and we have so much gasoline. You know, China doesn't have gasoline, we do. And whether it's a hybrid which really are working really well.

▶ **Donald Trump** 00:16:34-00:16:56 (23 sec)    NO SIGNAL (0)

The combination of electric and -- and gasoline driven, but we -- you know, everybody was supposed to by 2030, everybody had to own an electric car under the Biden stupidity, and not everybody wants to do that. I like electric cars. I like all cars. They're all good. They all have reasons, but you want to be able to go and buy what you want.

▶ **Donald Trump** 00:16:56-00:17:29 (33 sec)    NO SIGNAL (0)

I imposed historic tariffs that are now bringing in so much money that we've never -- nobody's ever seen anything like it. And countries that were ripping us off, including allies, but they were ripping us off for years. I won't use the names, I won't mention Japan. I refuse to mention South Korea. I will not mention names, but they were ripping us off like nobody's ever been ripped off before and taking horrible advantage of your country, but now we're making a lot of money.

▶ **Donald Trump** 00:17:29-00:17:47 (18 sec)    MEDIUM (1.796)

We're making a lot of money because of the tariffs that are pouring in and it's really national security, among everything else, it's national security. We've also rapidly turned the worst border crisis in world history -- I believe we had the worst border ever in history. I don't care if you had a fourth world country.

▶ **Donald Trump** 00:17:47-00:17:54 (7 sec)    NO SIGNAL (0)

You know, we allow third world country in. We would allow fourth world war countries in also.

▶ **Donald Trump** 00:17:54-00:18:16 (22 sec)    STRONG (2.215)

It doesn't matter. There was never a border that was as bad as our border. We allowed anybody in with no checks, no vetting. So we've rapidly turned the worst border crisis in world history into the strongest border in the history of our country and probably one of the strongest borders in the history of the world, because we have nobody coming through.

▶ **Donald Trump** 00:18:16-00:18:38 (22 sec)    STRONG (2.167)

And I want to thank our people, the Border Patrol is so amazing, ICE, and I want to thank the military for the backup because they're standing right behind him. And that was really nasty for a period of months. And now it's no longer nasty. Now they don't even come up. Nobody comes up. It's an easy job. I made your job a lot easier, because they know they're not going to get through.

▶ **Donald Trump** 00:18:38-00:18:58 (21 sec)    NO STRESSLENS

And we take people in, but they have to come in legally. For six months in a row, zero illegal aliens have been admitted into the United States. You believe that, zero. We had millions of people coming in a year, millions. Now we have zero for six months. And these are given by radical left people that do the numbers.

▶ **Donald Trump** 00:18:58-00:19:21 (23 sec)    MEDIUM (1.539)

I mean, they're not doing me any favor. They're being -- we don't have -- we don't have -- our net numbers are unbelievable, but we had zero people in the last six months. Illegal border crossings along the US Mexico border have plummeted to the lowest level ever recorded, ever recorded. And nobody talks about that anymore.

▶ **Donald Trump**  00:19:21-00:19:50 (29 sec)                                    MEDIUM (1.966)

You know, it's crazy. They don't talk about it. You'd think they'd say, well, Trump's done a great job on the border. This country is being destroyed by the border, but you always find something new, like is he in good health? Biden was great, but his Trump in good health? I sit here -- I sit here, I do news for news conferences a day, I ask questions from very intelligent lunatics, you people, and they always get -- I give the right answers.

▶ **Donald Trump**  00:19:50-00:20:13 (23 sec)                                    MEDIUM (1.997)

There's never a scandal. There's never a problem. I give you answers that solve your little problems. You go back and you can't find anything, but you do -- you do stories about Biden was in wonderful health. The guy didn't do a news conference for eight months. If I go one day, I had one day where I didn't do a news conference, there's something wrong with the president.

▶ **Donald Trump**  00:20:13-00:20:33 (19 sec)                                    STRONG (2.265)

You people are crazy. I'll let you know when there's something wrong. There will be some day. That's going to happen to all of us. But right now, I think I'm sharper than I was 25 years ago. But who the hell knows? I took -- by the way, I took my physical. I got all A's, everything. But they said to me, would you like to take a cognitive test?

▶ **Donald Trump**  00:20:33-00:21:07 (34 sec)                                    MEDIUM (1.943)

I said, is it hard? They said, yes. I said, well, I'm a very smart person. Who was the last president to take one? No president has ever agreed to take one. Because when you get into the mid questions, meaning you know 10, question number 10, 11, 12, 28, 30, they get harder and harder. And they said, would you like to do it? I said, well, no reason to do it, nobody's ever done it. I'll do it, maybe, but there's really no reason.

▶ **Donald Trump**  00:21:07-00:21:31 (24 sec)                                    STRONG (2.31)

They said, sir, the problem is this is Walter Reed Hospital and that's a military hospital. And that means that things are, you know, sort of open. It's not like private where you have -- if you do poorly, we'll have to probably -- you'll -- you'll find out. I said, I won't do poorly. I'm a smart person, not a stupid person.

▶ **Donald Trump**  00:21:31-00:21:57 (26 sec)                                    WEAK (1.312)

And as the doctor will tell you, I aced it, right, Susie? I aced. I got every question right. And these are tough questions. These are questions that I would say 99 percent of the people that I'm talking to right now, meaning the people from the fake news, would not do well in those exams. But I'm the only one that took it. I got every single question right and then I read in the New York Times, is Trump sharp?

▶ **Donald Trump**  00:21:57-00:22:20 (23 sec)                                    STRONG (2.043)

Trump is sharp, but they're not sharp. That's why they're going out of business, The New York Times. I hear that they're losing so much money it's ridiculous. They're a bunch of fakers. But we have -- we can never let another thing happen like what happened to us with a fake election, with a rigged election where a guy like Joe Biden assumes the presidency because the man was grossly incompetent.

▶ **Donald Trump**  00:22:20-00:22:44 (24 sec)                                    STRONG (2.31)  ✕

And he was incompetent 30 years ago, but he was really incompetent for those last few years and our country was put at great danger because of it. So for six months in a row, we had zero people. Illegal border crossings along the US-Mexico border have plummeted to the lowest level ever, ever, ever. Think of that.

▶ **Donald Trump**  00:22:44-00:23:10 (26 sec)                                  NO SIGNAL (0)

And the net benefit to our country is enormous, incalculable. America is strong and respected again. On the world stage, we're really respected. In fact, I went to a NATO and they were calling me the president of Europe. We're doing very well. We have a lot of respect. As you know, we have a problem with a war that our people are trying to settle now with Russia and Ukraine.

▶ **Donald Trump**  00:23:10-00:23:37 (27 sec)                                  STRONG (2.161)

We are not involved in the war monetarily anymore. Biden gave away $350 billion like it was candy. That's a massive amount of money. And much of it in cash, a lot of it in equipment. I don't give away anything. We sell the equipment to NATO. The European nations pay us for the equipment, 100 percent price, and then they bring it to Ukraine or whatever they do with it. But we're trying to get that settled.

▶ **Donald Trump**  00:23:37-00:24:00 (23 sec)                                  STRONG (2.318)

                                                                                9 of 374 paragraphs scored.

I've settled eight wars. This would be the ninth, and our people are over in Russia right now to see if we can get it settled. Not an easy situation, let me tell you. What a mess. It's a war that never would have happened if I were president, not even a chance and it didn't happen for four years. We've renamed the Department of Defense, the Department of War, and I thought that would be controversial.

▶ **Donald Trump**  00:24:00-00:24:21 (22 sec)                                  STRONG (2.309)

And frankly, I'll tell you what. I haven't met one person -- there's not one person I've met that doesn't like it. You know, think of it. We won World War I, World War II, everything in between, everything before it and then we said, let's change the name. So we changed it back to what it was, Department of War and Pete's doing a great job.

▶ **Donald Trump**  00:24:21-00:24:50 (28 sec)                                  MEDIUM (1.917)

We ended eight wars. Think of that, eight wars, but we're going to do one more, I think, I hope. I hope. Every time I end a war they say, if President Trump ends that war, he's going to get the Nobel Prize, if I end that war. Well, he won't get it for that war, but if he ever gets it for the next war. Now they're saying, if he ever ends the war with Russia and Ukraine, he's going to get the Nobel Prize.

▶ **Donald Trump**  00:24:50-00:25:09 (20 sec)                                  STRONG (2.217)

What about the other eight wars, India, Pakistan, think of -- think of all the wars I ended. I should get the Nobel Prize for every war, but I don't want to -- I don't want to be greedy. Actually, the woman who got the Nobel Prize said, you've got to be kidding, Trump deserves the Nobel Prize. That was very nice of her.

▶ **Donald Trump**  00:25:09-00:25:32 (22 sec)                                  MEDIUM (1.722)

I appreciate it, which is true actually, but I don't care about that. You know what I care about, I care about death. I care about all the people that are dying. And last month, 27,000 young people died, mostly young people, mostly soldiers, despite some missiles being shot into Kyiv and other places. But think of it, mostly young people.

▶ **Donald Trump**  00:25:32-00:25:55 (23 sec)                                  STRONG (2.028)

27,000 people died between Russia and Ukraine last month, what a shame. So we're restoring law and order to our cities and towns if you look at what's happened. And I want to pay my deepest respects to those two incredible people from the National Guard in West Virginia, they came from. I spoke to their parents.

▶ **Donald Trump**  00:25:55-00:26:18 (23 sec)                                  STRONG (2.074)

Sarah is gone. She passed away. She's looking down on us now and she loves her parents and they loved her. They -- they were -- somebody said, how are they doing? I said, the word is devastated, doing. How are they going to do? They're devastated. The rest of their lives they're going to be devastated. She was an incredible person, highly respected, top of her class, everything.

---

▶ **Donald Trump**  00:26:18-00:26:40 (22 sec)     `STRONG (2.295)`

She was like a perfect human being, 20 years old, just started. She was like a baby. She was so proud. They were giving her a promotion and she told her parents that she was getting a promotion and they were so proud of her. Then they get a call that this happened. And we have one young man who's fighting for his life.

---

▶ **Donald Trump**  00:26:40-00:27:02 (21 sec)     `WEAK (1.431)`

He's fighting very hard. I think he's probably doing better than anybody -- they -- they said he -- he didn't have a chance. I'll tell you the one who said he's going to live is his mother. I spoke to his mother. Sir, he's going to live. I spoke to her very soon after this horrible event took place with this scum that was able to come into our country.

---

▶ **Donald Trump**  00:27:02-00:27:24 (22 sec)     `STRONG (2.183)`

I spoke to his mother. Sir, he's -- he's going to be OK. I'm telling you. No doctor thought that. Nobody thought that. He was hit in bad places and she was like so positive. It was incredible. And it's possibly right, Pam, right? Possibly right. Boy, it would be amazing. If he lives, it would be amazing, a miracle actually.

---

▶ **Donald Trump**  00:27:24-00:27:51 (27 sec)     `STRONG (2.29)`

But we're very proud of those two people. We're very proud of the National Guard. We're very proud of our military and our police and our firemen and women. If you go back and take a look a year ago, year and a half ago, it all changed, I think, on November 5th, the day of the election. But you go back before that, you couldn't get people to join the military, Pete, right?

---

▶ **Donald Trump**  00:27:51-00:27:56 (5 sec)     `NO SIGNAL (0)`

They didn't want anything to do with military. They wanted nothing to do with joining the police or the fire.

---

▶ **Donald Trump**  00:27:56-00:28:19 (23 sec)     `STRONG (2.119)`

They wanted nothing to do with anything. They had no spirit. The country was -- it had no spirit, nothing. And now we just had the highest recruitment in history. And we're getting great people. We're getting great people. And I will say, despite what just happened, Washington DC has become a really safe place.

---

▶ **Donald Trump**  00:28:19-00:28:38 (19 sec)     `MEDIUM (1.777)`

And I guess this lunatic probably was upset that the National Guard is so effective because we were really, really effective and we are. And Washington DC is now considered a very, very safe city. We had crime numbers a year ago that were so bad, embarrassment, that the city, the capital of this country could be -- have numbers like that.

---

▶ **Donald Trump**  00:28:38-00:28:57 (20 sec)     `MEDIUM (1.997)`

And Washington now is -- I mean, no murders, no this -- it's been a miracle also what happened here. And now we're in Memphis and we're going to New Orleans pretty soon over there. The governor called me; he'd like to have us go there. Governor Landry, great guy, great governor, he's asked for help in New Orleans and we're going to go there in a couple of weeks.

---

▶ **Donald Trump**  00:28:57-00:29:13 (15 sec)     `MEDIUM (1.687)`

And we're doing a real job. Even Chicago's down a little bit because of -- we have a minor force there. We could knock it down within four or five weeks. We could bring it down to almost nothing. But we have a governor that's grossly incompetent and we have a mayor that's even more incompetent than governor.

**Donald Trump**  00:29:13-00:29:37 (25 sec)                    `STRONG (2.164)`

He's a very low IQ person. And typically, low IQ people don't make good mayors. So, I want to thank all of our cabinet members, they're high IQ. Let me see, one -- generally speaking, right? A couple I'm a little concerned about. [Laughter] No, but I want to thank -- we have a great cabinet, an amazing cabinet, amazing people.

**Donald Trump**  00:29:37-00:29:56 (19 sec)                    `NO STRESSLENS`

All of them, you know, sort of have become stars. We're getting credit for the good cabinet actually. And I just want to wish everybody a great holiday. We've, I think, done a great job with the White House, bringing the White House back. You see the Palm Court that was redone, the Lincoln bedroom was redone.

**Donald Trump**  00:29:56-00:30:22 (26 sec)                    `NO SIGNAL (0)`

The Lincoln bathroom is now gorgeous like it should have been. It was terrible, green tile that was never the way it was supposed to be. It was done in the 1940s actually, but it was not proper and we're restoring the White House just like we're restoring the country and people are thrilled. But we -- the First Lady has done a beautiful job with the Christmas trees and all the decorations.

**Donald Trump**  00:30:22-00:30:43 (21 sec)                    `STRONG (2.143)`

I see the wreaths on the windows. I've never seen that before on the windows of the White House. And you know, it's four stories high. I said how did they get that wreath? They had people going up in a -- a little dangerous, I wouldn't want to do it. But they put them up and we have wonderful people working in the White House and they're really proud to bring the building back.

**Donald Trump**  00:30:43-00:31:02 (19 sec)                    `STRONG (2.254)`

Because this building was a little bit like the country. It was mishandled, it was mistreated, and now it's being given love and we're building one of the great, I think, maybe the greatest ballroom. We needed it -- for 150 years they've been asking. You see the trucks and cranes and excavators in the background and you hear them.

**Donald Trump**  00:31:02-00:31:18 (16 sec)                    `MEDIUM (1.84)`

And every time I hear them, I love the sound. To me, I love the sound. I wouldn't say my wife is thrilled. [Laughter] She hears pile drivers in the background all day, all night. They go till 12:00 in the evening. Day night pile drivers. Darling, could you turn off the pile drivers? I'm sorry, darling, that's progress.

**Donald Trump**  00:31:18-00:31:45 (27 sec)                    `STRONG (2.342)`
                                                   5 of 374 paragraphs scored.

But, no, we're doing great. It's going to be the -- I think it's going to be the finest ballroom ever built and we're going to have it here. They've wanted it for 150 years. Think of that. So, I will just end by saying I want to thank the cabinet, it's been a great cabinet. And let's think of it, time flies.

**Donald Trump**  00:31:45-00:32:08 (22 sec)                    `MEDIUM (1.722)`

But this is our last of the year, as I said. And I just think you've done a fantastic job and we're going to go around the room, we'll go quickly, but we're going to go around the room. And we'll start with Pete, and you'll tell us about some of the

achievements. And some of you have achievements that are so big, I don't want you to go through the whole thing because we don't have time.

▶ **Donald Trump**  00:32:08-00:32:16 (8 sec)    STRONG (2.049)

But we'll start with Pete and then if you want, we'll take some questions at the end. Please, Pete.

▶ **Pete Hegseth**  00:32:16-00:32:37 (21 sec)    NO SIGNAL (0)

Well, thank you, Mr. President. As you said, it has been a historic year at the Department of War. Recruiting and retention over this year are at the most historic levels our country has ever seen. I had a chance to be on an aircraft carrier destroyer over Thanksgiving, the spirit in our ranks since the election under President Trump is unprecedented.

▶ **Pete Hegseth**  00:32:37-00:32:54 (17 sec)    NO SIGNAL (0)

I've never seen anything like it as a soldier myself in uniform. And I know a lot of you feel the same way. We've ripped out the DEI and the political correctness, it's all merit-based at the department. We're getting back to basics, accountability, training readiness, lethality and that's reviving that spirit.

▶ **Pete Hegseth**  00:32:54-00:33:13 (18 sec)    NO SIGNAL (0)

And Mr. President, we're rebuilding the military historic investments. I just took briefings on the Golden Dome and F-47 next generation capabilities that are going to make sure that for generations to come, America has the most powerful, most capable, most lethal military in the world, which you have rebuilt once and we're rebuilding again.

▶ **Pete Hegseth**  00:33:13-00:33:29 (16 sec)    NO SIGNAL (0)

And then we're reestablishing deterrence and credibility. If you look at what happened, we deal with every day the outcome of what happened in Afghanistan, the debacle under Joe Biden. We just dealt with it in the streets of Washington DC with those two National Guardsmen. And then what happened on October 7th with Hamas.

▶ **Pete Hegseth**  00:33:29-00:33:50 (21 sec)    NO SIGNAL (0)

What happened in Ukraine, a war that never would have started under President Trump, we're having to rebuild that. So, whether it's freedom of navigation and taking the fight to the Houthis; whether it's Midnight Hammer, those beautiful B-2s going 37 hours back and forth, undetected, delivering with precision; and Iran not getting nuclear capabilities; Europe and NATO stepping up to 5 percent; locking down our southwest border.

▶ **Pete Hegseth**  00:33:50-00:34:15 (26 sec)    NO SIGNAL (0)

It's been an honor to work with Kristi and Tom and everyone else down there to lock it to zero operational control of our border. And then it's getting after and going after narco terrorists and designated terrorist organizations in our own hemisphere. As I've said and I'll say again, we've only just begun striking narco boats and putting narco terrorists at the bottom of the ocean because they've been poisoning the American people.

▶ **Pete Hegseth**  00:34:15-00:34:32 (16 sec)    NO SIGNAL (0)

And Joe Biden tried to approach it with kid gloves and allowed them to come across the border, cartels take over community, 20 million people, hundreds of thousands of Americans poisoned. And President Trump said no, we're taking the gloves off. We're taking the fight to these designated terror organizations.

▶ **Pete Hegseth**  00:34:32-00:34:38 (7 sec)    NO SIGNAL (0)

And that's exactly what we're doing. So, we're stopping the drugs, we're striking the boats, we're defeating narco terrorists, and we're standing --

▶ **Donald Trump**    00:34:38-00:34:48 (10 sec)    `MEDIUM (1.894)`

You may say one thing, that drugs coming in through the sea by sea are down 91 percent. And I don't know who the 9 percent is.

▶ **Pete Hegseth**    00:34:48-00:34:49 (1 sec)    `NO STRESSLENS`

I'm not sure either, sir.

▶ **Donald Trump**    00:34:49-00:34:52 (2 sec)    `NO STRESSLENS`

But down 91 percent by sea.

▶ **Pete Hegseth**    00:34:52-00:35:20 (28 sec)    `NO SIGNAL (0)`

We've had a bit of a pause because it's hard to find boats to strike right now. [Laughter] Which is the entire point, right? Deterrence has to matter, not arrest and hand over and then do it again, the rinse and repeat approach of previous administrations. This is meant to get after that approach. And I will just end by saying, as President Trump always has our back, we always have the back of our commanders who are making decisions in difficult situations, and we do in this case and all these strikes.

▶ **Pete Hegseth**    00:35:20-00:35:28 (8 sec)    `NO SIGNAL (0)`

They're making judgment calls and ensuring that they defend the American people. They've done the right things, will keep doing that and we have their backs, Mr. President.

▶ **Donald Trump**    00:35:28-00:35:30 (2 sec)    `NO STRESSLENS`

Good job. Thank you very much. Howard?

▶ **Howard Lutnick**    00:35:30-00:35:52 (22 sec)    `NO SIGNAL (0)`

So, we set out to stop the rip-off of the United States of America. This is about global change of trade. We've been ripped off since 1945 when we set this policy. So, we set out and, together with my partners, Jamieson Greer and Scott Bessent, we set out to change that. So, we started -- the first one was the UK deal, right?

▶ **Howard Lutnick**    00:35:52-00:36:22 (30 sec)    `NO SIGNAL (0)`

We -- asymmetric, they pay us 10 percent, and we get charged nothing. That allows us to export and that began the process. Then we did the biggest, the European Union, 450 million people, $20 trillion economy. They completely open their borders to us, and we charge them 15 percent. That makes America $100 billion a year and turns it back to where our economy is the best.

▶ **Howard Lutnick**    00:36:22-00:36:47 (25 sec)    `NO SIGNAL (0)`

And so, it proved that President Trump's trade agenda was the right trade agenda. Then we go to Japan and Korea, they offer us $750 billion in cash to build in America at the president's direction. And we're going to start, as an example, nuclear, right? We need to have a nuclear arsenal in America of power, the generation of power.

▶ **Howard Lutnick**    00:36:47-00:37:10 (23 sec)    `NO SIGNAL (0)`

So, we're going to build hundreds of billions of dollars financed by the Japanese and the Koreans, meaning they give us the money, we build it here and we split the cash flow 50/50. We're going to build ships, $150 billion worth of ships in America that

changes the way things work, right? After those trade deals, then you go to how are we going to reshore, right?

▶ **Howard Lutnick**  00:37:10-00:38:03 (53 sec)                    `NO STRESSLENS`

Let's start talking about the auto industry, right? We've been competed against by Koreans, the Japanese, the Europeans were kicking our tail. President Trump changed it; 25 percent tariffs bring it all home. This year, General Motors' stock up 40 percent, Ford up 34 percent. And on the same day that we announced we had set all the tariffs, Shawn Fain, the head of the United Auto Workers called and said, I can't believe I'm calling a Republican Secretary of Commerce to tell the president that this is the greatest administration for auto workers in America, stocks up and auto workers up. That proves that President Trump understands how to take care of the whole ecosystem, both the companies and more importantly, the people who work there.

▶ **Howard Lutnick**  00:38:03-00:38:32 (29 sec)                    `NO SIGNAL (0)`

Semiconductors, right, we didn't build any. The Biden CHIPS Act was a $60 billion giveaway, right? We've now turned that. $300 billion is committed to America. That's going to go up to $750 billion in the next 60 days, right? And then you go to pharmaceuticals, right, $250 billion being invested in America and then working together with Bobby Kennedy, right, pounding away on that MFN Working together as a joint team.

▶ **Howard Lutnick**  00:38:32-00:38:55 (23 sec)                    `NO SIGNAL (0)`

They're coming to over $250 billion and cutting prices in half. We did the golden share of US steel to make sure the Mon Valley is protected. Intel gave us 10 percent of the company, make tens of billions of dollars, right? And the last thing I will say is a year ago today I was working on transition with President Trump, right, to build the greatest cabinet ever for the greatest president ever.

▶ **Howard Lutnick**  00:38:55-00:39:03 (8 sec)                    `NO SIGNAL (0)`

And I, as I sit here today, I can't be more proud of how you did it, sir. You've created the greatest cabinet. It is a joy to be at this table.

▶ **Donald Trump**  00:39:03-00:39:26 (23 sec)          `STRONG (2.379)`
                                                        3 of 374 paragraphs scored.

Thank you, Howard. You know, one thing we will mention, so they came to see me from Intel and they had a problem. I said, look, we'll fix your problem, but I think the United States is entitled to 10 percent of your company. And the chairman looked at me and he goes, you have a deal. Tell them, how much money have we made since I made that deal.

▶ **Howard Lutnick**  00:39:26-00:39:27 (1 sec)                    `NO STRESSLENS`

It's only $40 billion.

▶ **Donald Trump**  00:39:27-00:39:40 (13 sec)                    `NO SIGNAL (0)`

$40 billion. We made $40 billion. That was, what, three months ago. Does anybody write about it? Nobody writes about it. That's OK. Mr. Secretary, how are we doing with transportation?

▶ **Sean Duffy**  00:39:40-00:40:02 (22 sec)                    `NO SIGNAL (0)`

Well, Mr. President, so just quickly on aviation, many of you have heard that we have an infrastructure made of copper. We have to transition to fiber. The last administration said it was going to take more than 10 years to complete the transition from copper to fiber. They had no plan to actually do it. We have already completed a third of this transition from copper to fiber.

▶ **Sean Duffy**  00:40:02-00:40:21 (18 sec)                    `NO SIGNAL (0)`

Now, it's going to take longer for us to go from analog to digital. By the way, the rest of the world transition 20 years ago from analog to digital. We are just going to do that at the FAA right now. But we're buying new radios. We're going to buy new radar. By the way, those radars are going to be made in America, Mr. President.

**Sean Duffy**   00:40:21-00:40:39 (18 sec)                    NO SIGNAL (0)

This will all be -- this phase of the operation will be completed by the time you leave office. It's three years. I do need another $20 billion, Congress, to start the second phase, which is really important and we'll try to get that done also in that three-year time period, but we need the money, critically important.

**Sean Duffy**   00:40:39-00:40:56 (18 sec)                    NO SIGNAL (0)

With regard to commercial driver's license, I think we've covered a lot, the -- the crashes that have taken place around the country. And what we found is there have been states that have issued commercial driver's license to foreigners and they've gone through sham schools and they're not safe on American roadways.

**Sean Duffy**   00:40:56-00:41:23 (26 sec)                    NO SIGNAL (0)

And so in partnership with Secretary Noem, we have driven those numbers down. We've got California, Gavin Newsom to revoke 17,000 unlawfully issued licenses. We've closed down half of the -- the fake schools that give out these fake licenses, all critically important. Governor Tim Waltz of Minnesota gave 33 percent of these licenses unlawfully.

**Sean Duffy**   00:41:23-00:41:46 (24 sec)                    NO SIGNAL (0)

People that should never have a driver's license, driving a big rig on American roads, endangering the American people, shameful. We've cleaned up Union Station here in D.C. per your directive. We're going to rebuild Penn Station in New York. We're going to break ground at the end of 2027, get that project operational.

**Sean Duffy**   00:41:46-00:42:11 (24 sec)                    NO SIGNAL (0)

And you know, Mr. President, a lot of us, I fly commercially, I fly back by the bathrooms. I don't know why that happens. They put me in the back. You know, we've asked Americans to bring their better selves, to bring civility back to travel, to say, listen, let's say please and thank you. And if you have -- someone's pregnant on your flight and you're as strong as Pete is, we'll pick up the bag and help her put it in the overhead bin.

**Sean Duffy**   00:42:11-00:42:32 (21 sec)                    NO SIGNAL (0)

Let's be nice to each other is what we've asked, maybe not wear pajamas or slippers on the airplane. And I think it's been received fairly well and I think we can all have a better travel experience when we do that. And just the last point I'll make is there was a big football game where the Merchant Marine Academy that falls under DOT actually beat the Coast Guard with Kristi Noem.

**Sean Duffy**   00:42:32-00:42:38 (6 sec)                    NO SIGNAL (0)

We beat them by one point and so we're very proud of that. So well done, King's Pointers.

**Donald Trump**   00:42:38-00:43:06 (28 sec)                    STRONG (2.335)  X
                                                                6 of 374 paragraphs scored.

So a little bit in a nutshell, we're rebuilding the air traffic control under Buttigieg, is supposed to be boot, edge, edge, who is another grossly incompetent person. He'd get in his bicycle, ride to work and he was just terrible. What they do is they take the fiber optics and they take fiber trying to hook it into copper and fiber and copper don't mix.

**Donald Trump**  00:43:06-00:43:31 (25 sec)  `STRONG (2.022)`

You can't do it. But people knew that for the last 30 years, since they started doing the fiber. And they spent billions of dollars and it didn't work. And you saw that by the helicopter crash. You saw that by -- into the plane. You saw that by a lot of things. So we're doing a brand-new air traffic control system and it's going to be the best and it's going to be from top to bottom.

**Donald Trump**  00:43:31-00:43:47 (16 sec)  `STRONG (2.189)`

And we have the three top companies in the world bidding on it and it's going to be one bid and we're going to have one company responsible and it'll be the best system and it's going to make this -- look, our skies are safe, otherwise, we wouldn't let people fly, but we're going to have the safest skies.

**Donald Trump**  00:43:47-00:44:04 (17 sec)  `STRONG (2.104)`

We're going to have the best system anywhere in the world. We're also going to rebuild Dulles Airport because it's not a good airport. It should be a great airport and it's not a good airport at all. It's a terrible airport. It was incorrectly designed with a good building. Actually, it's got a beautiful terminal.

**Donald Trump**  00:44:04-00:44:24 (20 sec)  `MEDIUM (1.691)`

Saarinen was the architect, one of the greatest architects in the world at the time, a great architect. And so they have a great building and a bad airport, but we're going to turn that around and we're going to make Dulles Airport serving Washington and Virginia, Maryland, etc., we're going to make that into something really spectacular.

**Donald Trump**  00:44:24-00:44:30 (6 sec)  `STRONG (2.02)`

We have an amazing plan for it and other things, but you're doing a really good job. I appreciate it.

**Sean Duffy**  00:44:30-00:44:44 (13 sec)  `NO SIGNAL (0)`

The people movers of Dulles, we had a crash recently, so we're going to announce that later today, a request for bids on this. But again, it's a -- it's a -- it's not a great airport, which we can make great in this administration, Mr. President.

**Donald Trump**  00:44:44-00:44:56 (12 sec)  `STRONG (2.061)`

We have a design that's amazing for Dulles. It's going to take Dulles and make it a really bad -- it was a badly designed airport. We're going to make it into as good as there is in the country. It'll be exciting. OK, please.

**Doug Collins**  00:44:56-00:45:17 (21 sec)  `NO SIGNAL (0)`

[Inaudible] All right. Well, Mr. President, it's good to be here at this meeting because in one year you can look around the table and see the change. And I think one of the biggest changes is how this cabinet works together and I want to start there. This has often been said, I found out some things this year that I didn't know that the Department of, what was Defense, now the Department of War and the Veterans Department had never really communicated.

**Doug Collins**  00:45:17-00:45:43 (27 sec)  `NO SIGNAL (0)`

Now we're fraternal twins, in a way, Pete and I are. He lifts better, I'm better looking. But in looking at this, I mean, he brings them in, he keeps them for a number of years, up to 20 or longer. And then they come in to the -- what the country is committed to our veterans. And if you don't have both ends working correctly, then recruitment lags, morale lags and we've been able to work and fix a great deal of that.

**Doug Collins**  00:45:43-00:46:02 (19 sec)  `NO SIGNAL (0)`

I didn't need to change our name, but I did do one thing. I put the veteran back first at the VA, and we did that in one year. How did we do that? We started taking things that have been neglected for a long time and put them back. We had a backlog in which we dropped over 160,000. We're not talking year-to-year change at the VA. We're talking five, six years.

**Doug Collins**  00:46:02–00:46:20 (17 sec)  NO SIGNAL (0)

We have to go back five to six year, prior COVID numbers to see the change of backlogs that are now reduced. Do we do it in six months instead of the long time it took? In fact, it grew under the Biden administration, it shrank over 160,000 under us. CHAMPVA, which is a program we have, it's basically been back to day-to-day.

**Doug Collins**  00:46:20–00:46:35 (16 sec)  NO SIGNAL (0)

It was a terrible state, which delays and claims and everything's going on, we've got that back. We're doing things like uh taking a new look. I have one question that I ask when I go to my hospitals, which by the way, 100 -- over 170 hospitals, 1,200 clinics and I ask the asked the people one thing, Mr. President.

**Doug Collins**  00:46:35–00:46:52 (16 sec)  NO SIGNAL (0)

I said, what are you doing right now that if you were just honest and I wasn't standing here, you'd say this is stupid, it's been amazing what we've gotten and the feedback that we've had. We've been able to change how we do credentialing, how we do privileging, how we do hiring, we're all working through that and it has all made a difference for our veterans as we go forward.

**Doug Collins**  00:46:52–00:47:05 (13 sec)  NO SIGNAL (0)

CCNP exams, for veterans out there listening, if this is the one where disability claims where they say, well, let me send you to a doctor to make sure. Most of the time we have that already in the record. We're working out where those could actually be changed, where we can just look at the record and not have to send them to a doctor.

**Doug Collins**  00:47:05–00:47:22 (17 sec)  NO SIGNAL (0)

That's almost a $3 billion savings that we collect, and also not taking what the veterans get. We're also getting ready to announce here pretty soon, a reorganization is going to bring our hospital system organizationally in line with the 21st century. We are the largest health care organization. It's about time we acted like it. Mr. President, you gave that leadership.

**Doug Collins**  00:47:22–00:47:35 (13 sec)  NO SIGNAL (0)

We're going to do it. And also one thing, community care contracts getting ready to go out. It's one of the largest contracts in the federal government, but it does exactly what you and I have talked about before, making sure that our veterans can get care in the system or in the community wherever they want it. We're getting ready for that.

**Doug Collins**  00:47:35–00:47:53 (18 sec)  NO SIGNAL (0)

Now I have one thing for all the press who really enjoyed the first of the year saying, oh, you know, they're going to cut all these jobs, 80,000 this, 80,000 at the VA. Mr. President, every success that I just gave you came after the fact or pretty much after the fact that we had 30,000 take early retirement.

**Doug Collins**  00:47:53–00:48:10 (17 sec)  NO SIGNAL (0)

Early retirement, no risk. Although you reported it as loss and risk, you can't help yourself. 30,000 took retirement. Every bit of the success that I just told you about came with a reduced workforce that was a motivated workforce that said, how can we take care of veterans? That's what this cabinet does, that's what we're doing for you, sir.

**Donald Trump**  00:48:10–00:48:20 (9 sec)  MEDIUM (1.963)

And you've got the highest approval rating we've ever had at the VA. So, that tells you something. You're doing a great job. Thank you very much. Jamieson, please.

**Jamieson Greer**   00:48:20-00:48:41 (22 sec)   NO SIGNAL (0)

There's been some activity on trade this year. [Laughter] You know, for about 75 years, we had a system -- global trading system that was premised on the United States having totally open borders, not just on immigration but on goods and services and everyone else generally kept higher tariffs -- higher non-tariff barriers, etc.

**Jamieson Greer**   00:48:41-00:48:59 (17 sec)   NO SIGNAL (0)

Obviously, the outcome was we had a huge trade deficit. You took it head on. You gave all of us who work on the file a lot of leverage. So, we've spent the past 10 months or whatever we've been doing now just going around the world and flipping the script. So, now we're in a situation where we've protected our industries.

**Jamieson Greer**   00:48:59-00:49:19 (21 sec)   NO SIGNAL (0)

We have the tariffs, and the other countries have decided to take their tariffs down and non-tariff barriers. And we've done it in a very constructive way. We've achieved agreements on reciprocal trade, which are a new kind of trade agreement that's really focused on making sure we have balanced trade, we have reciprocal trade, that we're treating each other fairly and it's being embraced by the international community.

**Jamieson Greer**   00:49:19-00:49:33 (13 sec)   NO SIGNAL (0)

And it's going to be exciting to see what it's like five years, 10 years from now because you've changed it and that's how it's going to be now. And I think you should be commended for it and we look forward to seeing what comes in the next few years.

**Donald Trump**   00:49:33-00:49:38 (6 sec)   MEDIUM (1.928)

Thank you very much. You're doing great. He's doing a great job. Thank you very much. Please.

**Unidentified**   00:49:38-00:50:00 (21 sec)   NO SIGNAL (0)

Thank you, Mr. President. Last time I was here, I said that the amount of dereg that we had for regulatory was 30 to 1. Since then, it's up to 48 to 1. Your goal had been 10 to 1, which was in excess of 6 to 1 in the first term. It's actually much higher than that, but I made my team redo the threshold a little bit because it sounded so unbelievable.

**Unidentified**   00:50:00-00:50:25 (26 sec)   NO SIGNAL (0)

But the amount of work that's being done with this entire team is astronomical. And another detail in that is that when we propose a rule, some of the biggest ones that you care the most about don't go into that count until they are finalized. So, next year we should be even more eye-popping. One of those to talk about is the federal acquisitions regulations, which you gave us a charge six months ago to dramatically reduce.

**Unidentified**   00:50:25-00:50:51 (25 sec)   NO SIGNAL (0)

In six months, we've lowered it by 25 percent, 500 pages, 2,700 mandates, which is a third of the mandates. That's going to lead to savings, competition and speed. So, probably $40 billion for the agencies and savings over the course of 10 years. When we get up and running, it'll be north of between $200 billion and $400 billion of competition.

**Unidentified**   00:50:51-00:51:15 (24 sec)   NO SIGNAL (0)

About 45 percent of government bids only have one bidder. So, you've got no competition in that situation. That will now change, and then we're just getting faster, months and, hopefully, we turn it into years, which means you all around this table

can buy things that you need quickly and that you have better vendors to come, many of them small businesses who want to participate in the federal procurement process.

---

▶ **Unidentified** 00:51:15-00:51:20 (5 sec)                                    NO SIGNAL (0)

So, making all sorts of improvements on that front is very exciting. Thank you, Mr. President.

---

▶ **Donald Trump** 00:51:20-00:51:32 (12 sec)                                  STRONG (2.179)

That's great and great on the regulations. We're cutting them at levels never seen before. And I have the record from the first four years, but we're blowing that record away. So, it's been really great. Scott?

---

▶ **Scott Turner** 00:51:32-00:51:54 (22 sec)                                  NO SIGNAL (0)

Yes, sir, Mr. President, great to be with everyone. And, you know, when you were given your report, which was fantastic, and I listened to the report of all my colleagues here and those that will come, it reminds me when I played in the NFL, we had this thing called game film, you know all about film, and we had a saying that said the film don't lie.

---

▶ **Scott Turner** 00:51:54-00:52:13 (19 sec)                                  NO SIGNAL (0)

The film tells the real story. And I hope that the American people when they watch the film that's going on now in this time in our history, that they will see that America is greater today than it ever has been. And so, I thank you for that. And thank you for giving us good stories that we can tell for the American people.

---

▶ **Donald Trump** 00:52:13-00:52:15 (2 sec)                                   NO STRESSLENS

Scott, we're saving our country.

---

▶ **Scott Turner** 00:52:15-00:52:15 (1 sec)                                   NO STRESSLENS

Yes, sir.

---

▶ **Donald Trump** 00:52:15-00:52:27 (12 sec)                                  STRONG (2.383)
                                                                              2 of 374 paragraphs scored.

OK. And I don't want to be braggadocious, we're saving our country. Our country was going down and would never have been able to come back. We're saving all of us, but we're saving our country. All right, go ahead please.

---

▶ **Scott Turner** 00:52:27-00:52:49 (22 sec)                                  NO SIGNAL (0)

So, at Housing and Urban Development, in keeping with your executive order, sir, in making America's streets safe and beautiful again, we've been very intentional about making public housing in our country safe. And I want people to know -- our colleagues know this, but people in America know that we actually care about people that live in public housing around our country.

---

▶ **Scott Turner** 00:52:49-00:53:06 (17 sec)                                  NO SIGNAL (0)

A lot of public housing is wrought with crime, sex trafficking, drug trafficking, illicit drugs, illegal aliens living in public housing. But we've put them on notice to let you know that it's not lost on us. We care about the people. We're paying attention to it and we're going to root out crime in public housing.

---

▶ **Scott Turner** 00:53:06-00:53:25 (19 sec)                                  NO SIGNAL (0)

We've been very focused on working with the Memphis Safe Task Force, the DC Safe and Beautiful Task Force, working with Pam and Kristi and others and law enforcement. Our law enforcement is tremendous. Every single night, they go out and they go to

public housing to make sure that our people are safe -- mothers and children are safe.

▶ **Scott Turner**  00:53:25-00:53:53 (28 sec)  `NO SIGNAL (0)`

And so, at HUD, you know, it's a different day. We're running new plays. The film was real bad when I came in, I'm gonna be honest, but we are giving the people that live in public housing the assurance that they will be safe. We also announced a new crime hotline, sir, that people that live in public housing, if they see criminal activity, if they see illegals living there, if they see drug trafficking -- if you see it, if you hear it report it, don't be afraid.

▶ **Scott Turner**  00:53:53-00:54:15 (23 sec)  `NO SIGNAL (0)`

And so, work with our Office of Inspector General, we've set up this crime hotline. And also working with Kristi and the Department of Homeland Security, making sure that everyone that lives inside of public housing is accounted for and that they are American people. And so, I say that and I emphasize that to know that we prioritize American people and American people only.

▶ **Scott Turner**  00:54:15-00:54:42 (26 sec)  `NO SIGNAL (0)`

Lastly, sir, in Atlantic City, we took over the Atlantic City public housing because the living conditions were deplorable. And they have people that have been living there for three generations, and they have been treated very bad. And so, I took it so that we can now give people a safe place to stay. And working with the First Lady in the Foster Youth Initiative has been a great joy for me and our team.

▶ **Scott Turner**  00:54:42-00:55:05 (23 sec)  `NO SIGNAL (0)`

So, thank you for doing that executive order to make sure that our foster youth have a safe landing pad and have financial literacy as they age out of the foster youth system. And sir, you talked about affordability. HUD has supported over 1 million Americans in homeownership and affordability, and over 560,000 are first-time homebuyers.

▶ **Scott Turner**  00:55:05-00:55:24 (19 sec)  `NO SIGNAL (0)`

So, I hope that the press will write about that good news, that a million people are able to own a home and to refinance their homes. And sir, we are moving our building from DC to Alexandria, Virginia. So, thank you for your support. We're going to save the American people about $500 million. So, that's my report.

▶ **Scott Turner**  00:55:24-00:55:24 (1 sec)  `NO STRESSLENS`

Thank you, sir.

▶ **Donald Trump**  00:55:24-00:55:26 (2 sec)  `NO STRESSLENS`

Thank you, Scott, very much. Brooke?

▶ **Brooke Rollins**  00:55:26-00:55:54 (28 sec)  `NO SIGNAL (0)`

Well, coming off of Thanksgiving, moving towards Christmas, I think it's the season of Thanksgiving. And two words for me are gratitude and joy. Gratitude to you for, as Howard said, bringing this team together. I say it a lot, but I'll say it again, that this is like family at this point. And I don't know that there's ever been an organization like this, at least in government like this in the history of our country.

▶ **Brooke Rollins**  00:55:54-00:56:20 (26 sec)  `NO SIGNAL (0)`

These jobs are hard, but the joy every day in getting to fight for America and save the country is the privilege of all of our lifetimes, I believe. So, thank you for that. At US Department of Agriculture, the people's department, Abraham Lincoln launched

this department in 1862, But under your leadership we have finally again put farmers and ranchers and rural America first.

▶ **Brooke Rollins**  00:56:20-00:56:54 (34 sec)  | NO SIGNAL (0) |

In the last year, it's no longer DEI, climate change, sending out money based on the color of a farmer's skin. It's now about literally putting farmers back at the center of it. And under the last administration, we talked a lot about affordability, we'll continue to talk about that. But under the Biden administration and the destruction of our economy and the cost of inflation, interest rates for farmers and ranchers went up 73 percent, labor went up 47 percent, fertilizer went up 36 percent, fuel went up 28 percent.

▶ **Brooke Rollins**  00:56:54-00:57:19 (25 sec)  | NO SIGNAL (0) |

So, when you think about the extreme economic strain that a lot of our farmers are under in our farm economy, these are massive, massive numbers that will take some time to get out from under. But we've already seen the beginnings of the movement toward more affordable food, housing, fuel, etc. And that will only continue to trend as we work to solve those issues.

▶ **Brooke Rollins**  00:57:19-00:57:39 (20 sec)  | NO SIGNAL (0) |

My partners in trade -- of course, they do the work, but I'm constantly talking to them about selling more soybeans, selling more corn, getting more of our products out. But when we really think about how to solve for this idea that for so long our farmers, many of them have been farming for government checks instead of moving their product around the world.

▶ **Brooke Rollins**  00:57:39-00:57:58 (19 sec)  | NO SIGNAL (0) |

These trade deals change that forever. And it isn't one trade deal or two trade deals, it's dozens of trade deals. And so talking about rural prosperity and bringing the golden age back to rural America, which has been lost for too long, and we're going to focus on that next year, hopefully with our vice president, many of our cabinet members.

▶ **Brooke Rollins**  00:57:58-00:58:16 (18 sec)  | NO SIGNAL (0) |

But the opportunity to do that under these new trade deals is unprecedented. And so just putting farmers first, our ranchers first, Mr. President, is such a huge -- such a huge priority and an accomplishment of the last year. The second quick thing is lawfare, and I know you know this better than anyone in the country.

▶ **Brooke Rollins**  00:58:16-00:58:38 (21 sec)  | NO SIGNAL (0) |

When a government politicizes and weaponizes their power to go after average everyday Americans, well, from you, the top of the -- of the heap as president, but all the way down to the ranchers in South Dakota, the Maude family who were facing jail time over a fence line dispute that had been in their family for 130 years.

▶ **Brooke Rollins**  00:58:38-00:58:56 (18 sec)  | NO SIGNAL (0) |

We fixed that. A family, the Henry family in New Jersey who were facing their farm being taken away for eminent domain to give to affordable housing, we fixed that. So being able to completely change the trajectory of private property rights, but especially as it has to do with our farmers and ranchers and our rural communities.

✕

▶ **Brooke Rollins**  00:58:56-00:59:34 (38 sec)  | NO STRESSLENS |

It changes everything for our country. And then the third thing -- we have so much great things to talk about at USDA, the third thing which became very much a part of the national conversation during the Democrats shutdown was SNAP reform, food stamp reform when all of America saw what so many of us know and have been working on, but when you have so much rampant fraud in a program that 42 million Americans participate in. Now a big good piece of news that I hope is written about

since you became president, about 800,000 of those 42 million have moved off of food stamps, which is hopefully the plan with better jobs, higher wages, etc.

▶ **Brooke Rollins**   00:59:34–01:00:07 (32 sec)   NO SIGNAL (0)

But still, when we found 186,000 dead people or dead people's social security numbers being used, 500,000 people receiving benefits more than twice. We had a couple of people receiving benefits in six states. In February of this year, we asked for all the states for the first time to turn over their data to the federal government to let the USDA partner with them to root out this fraud, to make sure that those who really need food stamps are getting them, but also to ensure that the American taxpayer is protected.

▶ **Brooke Rollins**   01:00:07–01:00:38 (31 sec)   NO SIGNAL (0)

21 states said, yes, not surprising -- 29 states said, yes, not surprisingly the red states, and that's where all of that data, that fraud comes from. But 21 states, including California, New York and Minnesota, the blue states, continue to say no. So as of next week, we have begun and will begin to stop moving federal funds into those states until they comply and they tell us and allow us to partner with them to root out this fraud and to protect the American taxpayer.

▶ **Brooke Rollins**   01:00:38–01:00:46 (8 sec)   NO SIGNAL (0)

As Joe Biden was working to buy an election a year ago, he increased food stamp program funding by 40 percent.

▶ **Donald Trump**   01:00:46–01:00:46 ( sec)   NO STRESSLENS

Yeah.

▶ **Brooke Rollins**   01:00:46–01:01:15 (29 sec)   NO SIGNAL (0)

So now as we continue to roll that back, so the partnership in Making America Healthy Again is also in food stamps. But a lot of what we're going to -- Bobby and I are doing together is really remarkable. But again, just gratitude and joy for this work and so, so grateful to you. The final thing I'll say, a lot of gratitude to Secretary Marco Rubio for wearing his Aggie maroon tie as a reflection of Texas A&M beating Florida handily about a month ago.

▶ **Brooke Rollins**   01:01:15–01:01:21 (6 sec)   NO SIGNAL (0)

So Marco, I want to thank you and much gratitude and joy in my heart as well. Yes. But thank you, sir.

▶ **Donald Trump**   01:01:21–01:01:29 (8 sec)   MEDIUM (1.834)

We also have to say something about -- about China, with one of the largest purchases ever in our country, the soybeans.

▶ **Brooke Rollins**   01:01:29–01:01:30 (1 sec)   NO STRESSLENS

Yes, sir.

▶ **Donald Trump**   01:01:30–01:01:46 (16 sec)   STRONG (2.277)

And so I want to thank President Xi. We had a great meeting. We were in South Korea and I went to a lot of other places too, but we met in South Korea and President Xi was great. And China gave us among the largest orders in the history of your world, agriculture.

▶ **Brooke Rollins**   01:01:46–01:02:05 (19 sec)   NO SIGNAL (0)

That's right. And sir, may I say, this is the -- this is the remarkable result of real leadership and your real leadership. Just a couple of days ago, China announced that they were going to halt all purchases from Brazil because they had found some irregularities

in some of the soybeans they're buying from Brazil.

**Brooke Rollins**  01:02:05–01:02:23 (19 sec)    `NO SIGNAL (0)`

And what that means is a continued signal that this country and our farmers produce the best, highest quality soybeans, sorghum, etc., in the world. And what you've been able to do is open those markets up and again move toward an era where farmers are not so reliant on government checks, but they have the markets to sell their product.

**Donald Trump**  01:02:23–01:02:23 ( sec)    `NO STRESSLENS`

Yeah.

**Brooke Rollins**  01:02:23–01:02:30 (7 sec)    `NO SIGNAL (0)`

Having said that, we do have a bridge payment we'll be announcing with you next week as we're still trying to recover from the Biden years.

**Donald Trump**  01:02:30–01:02:31 ( sec)    `NO STRESSLENS`

Yeah, yeah.

**Brooke Rollins**  01:02:31–01:02:31 (1 sec)    `NO STRESSLENS`

That's right.

**Donald Trump**  01:02:31–01:02:32 (1 sec)    `NO STRESSLENS`

To help the farmers.

**Brooke Rollins**  01:02:32–01:02:32 ( sec)    `NO STRESSLENS`

That's right.

**Donald Trump**  01:02:32–01:02:34 (2 sec)    `NO STRESSLENS`

We're going to help the farmers. They did not help the farmers.

**Brooke Rollins**  01:02:34–01:02:35 (1 sec)    `NO STRESSLENS`

That's right.

**Donald Trump**  01:02:35–01:02:36 (1 sec)    `NO STRESSLENS`

Thank you very much.

**Brooke Rollins**  01:02:36–01:02:37 (1 sec)    `NO STRESSLENS`

Thank you, sir.

**Donald Trump**  01:02:37–01:02:37 ( sec)    `NO STRESSLENS`

Scott?

**Scott Bessent**  01:02:37–01:03:00 (23 sec)    `NO SIGNAL (0)`

Mr. President, it's been a great year on the economy, but the best is yet to come. The tens of trillions of dollars that have come in in investment, both the portfolio investment, investment by companies, investment by countries, that is turning into a CapEx

boom for the US. Capital expenditures up 15 percent in history.

**Scott Bessent**  01:03:00-01:03:27 (27 sec)     NO SIGNAL (0)

When CapEx is up, jobs will follow. The One Big, Beautiful Bill that as you said, thanks to your leadership along with Speaker Johnson, Senator -- Leader Thune, we had that done on July 4th, which everyone said was impossible and the great thing about that bill, sir, for the American people, it's for industry, 100 percent expensing, build your factory here, you can write it off immediately.

**Scott Bessent**  01:03:27-01:03:58 (31 sec)     NO SIGNAL (0)

But you also insisted on the four benefits for working people, no tax on tips, no tax on overtime, no tax on Social Security, all the deductibility for American cars and that is retroactive. So as a result in 2026, we are going to see very substantial tax refunds in the first quarter. So the best way to address the affordability crisis is to give Americans more money in their pockets, which is what this bill has done.

**Scott Bessent**  01:03:58-01:04:23 (25 sec)     NO SIGNAL (0)

We're going to see real wage increases. I think next year is going to be a fantastic year, taxes, deregulation, energy certainty. That's why everyone, with your leadership, is coming to America. Bond market had its best year since 2020. Everyone said it couldn't be done. So we're going to have growth. We've had two four percent quarters before the Schumer shutdown.

**Scott Bessent**  01:04:23-01:04:48 (25 sec)     NO SIGNAL (0)

We're going to go back to that. So not only are we going to have great growth, but it's going to be low inflationary growth. And stock market obviously is falling, but next year is going to be the year for Main Street as all this kicks in. And you came in, immigration, I called it the three Is, immigration, interest rates and inflation that were killing the American people.

**Scott Bessent**  01:04:48-01:05:13 (25 sec)     NO SIGNAL (0)

Close the border, the promise kept. Interest rates are down and the 10-year bond, again, best year since 2020 And inflation led by energy prices is going to roll next year. I think it's going to be a fantastic year. We can look back, be very proud of this year, but I think 2026 is going to be a great for the American people thanks to you.

**Donald Trump**  01:05:13-01:05:16 (3 sec)     NO STRESSLENS

Going to be great. Thank you very much. Mr. Vice President.

**JD Vance**  01:05:16-01:05:34 (18 sec)     NO SIGNAL (0)

Thank you, Mr. President. It's an honor to serve with this great team that you've assembled. And I just want to pick up on something you said, Mr. President, because you hit the nail on the head, that it is absurd that Democrats talk about an affordability crisis that they created and the people around this table work every single day to address.

**JD Vance**  01:05:34-01:05:54 (20 sec)     NO SIGNAL (0)

You'll hear a lot of statistics today. You hear a lot of statistics in our political conversation. I think the most important statistic for the American people is that under the Biden administration, the average American family lost over $3,000 of household income and under the first 10 months of this Trump administration, they have gained over $1,000 of household income.

**JD Vance**  01:05:54-01:06:12 (18 sec)     NO SIGNAL (0)

What that says very clearly is that we are fixing the problem that Joe Biden and the Democrats created in the last administration. If you look at every affordability crisis that's confronting the American people today, it is traceable directly to a problem caused

by Joe Biden and Congressional Democrats.

**JD Vance**  01:06:12–01:06:31 (19 sec)  `NO SIGNAL (0)`

Why did homes get so unaffordable, because we had 20 million illegal aliens in this country taking homes that ought by right to go to American citizens. Why did tax bills get so unaffordable, because Democrats were raising taxes while Congressional Republicans under the president's leadership, we're now cutting taxes.

**JD Vance**  01:06:31–01:06:53 (23 sec)  `NO SIGNAL (0)`

Why did food get so expensive, because we printed trillions of dollars and threw it into green scams that made our agricultural economy suffer while Americans were paying higher prices for food. On every single one of those issues, Mr. President, I think we've made incredible progress. But it would be preposterous to fix every problem caused over the last four years in just 10 months.

**JD Vance**  01:06:53–01:07:20 (27 sec)  `NO SIGNAL (0)`

I think that we've done incredibly good, but what I see over the next year, and you heard Brooke talk about joy and gratitude, what I really think this season represents for me and I think for the entire administration, is that we have now done incredible work to fix what Joe Biden broke and I think the next year in American growth and American prosperity could be the best year that we've had in the United States of America.

**JD Vance**  01:07:20–01:07:39 (19 sec)  `NO SIGNAL (0)`

It's going to happen because we're all working hard. It's going to happen because we have the greatest country in the world. But I think for Congressional Democrats in particular, if they want to talk about affordability, they ought to look in the mirror. We are fixing what they're broken. We're proud to do it. It's the job that we were expected to do, but I think 2026 is going to be the year where this economy really takes off.

**Donald Trump**  01:07:39–01:07:41 (2 sec)  `NO STRESSLENS`

Thank you very much.

**JD Vance**  01:07:41–01:07:45 (3 sec)  `NO STRESSLENS`

Thank you, sir.

**Donald Trump**  01:07:45–01:07:45 (1 sec)  `NO STRESSLENS`

Great. Pam?

**Pam Bondi**  01:07:45–01:08:03 (17 sec)  `NO SIGNAL (0)`

President Trump, thank you for talking about Sarah, heart breaks for her family. And Andy is doing well. His parents, Melody and Jason, wanted me to tell you and I was with them yesterday in the hospital. He's a miracle. I was there when the surgeons came in and he -- they wanted you to know this, he's a miracle.

**Pam Bondi**  01:08:03–01:08:24 (21 sec)  `NO SIGNAL (0)`

And if everyone in this country can continue to pray for that family. He's got a long road ahead of him, but he is a miracle. And of course, our DC Initiative is led by our amazing -- oh, and the monster will be held accountable -- who did this. Our marshals of course are leading the DC SAFE effort. We have made over 7,000 arrests at your direction.

**Pam Bondi**    01:08:24-01:08:47 (23 sec)    NO SIGNAL (0)

DC is safe again. Working with everyone around this table, Pete and everyone -- Scott and I were in Memphis together last week and everyone -- and Bobby, your HHS doctors and medics are on the ground to help people in Memphis and DC. In Memphis we've made over 3,500 arrests so far. And Homeland Security, Kristi, you've been instrumental in this.

**Pam Bondi**    01:08:47-01:09:06 (19 sec)    NO SIGNAL (0)

But it's everyone working together as a team. We even have Treasury agents out there. It's unbelievable, on the ground in DC and Memphis. Of course, law enforcement first, FBI -- you know, Kash Patel has led the FBI. We have a 100 percent increase in the arrest of violent criminals, thanks to your leadership.

**Pam Bondi**    01:09:06-01:09:44 (38 sec)    NO SIGNAL (0)

DEA led by Terry Cole, over 45 million fentanyl pills, 4,200 kilos fentanyl powder. That is the equivalent of 30 -- 347 million potential lethal doses. That's unbelievable that you've taken off the streets of our country. And the weight of all the drugs combined taken off by DEA is the weight of 17 full semi-trucks of the drugs just since you've been in office, the drugs that had flowed into this country under the previous administration.

**Pam Bondi**    01:09:44-01:10:18 (34 sec)    NO SIGNAL (0)

ATF, led by Rob Cekada, has seized more than 31,000 illegal guns, 31,000. Unbelievable, at your leadership. 19,000 of those were from trafficking cases. We've been sued -- on the legal front now we have been sued 575 times -- 575 times, more than every administration going back to Reagan combined. Most recently, yesterday I was sued by an immigration judge who we fired.

**Pam Bondi**    01:10:18-01:10:38 (20 sec)    NO SIGNAL (0)

One of the reasons, she said she was a woman. Last I checked, I was a woman as well. But 24 Supreme Court wins, President Trump, 92 percent success rate. We told you it would take a while to get to the Supreme Court. We're doing it at record speed, led by John Sauer, of course Sarah and Hosh, all working together.

**Pam Bondi**    01:10:38-01:11:03 (25 sec)    NO SIGNAL (0)

Immigration we're winning nationwide injunctions, ending DEI funding, working to secure that our federal workforce is aligned with your America First agenda, representing pretty much everyone in this room. We met with your general counsel yesterday, Doug met with -- working with everyone. It's nonstop. ICE, of course, we're winning there with Kristi.

**Pam Bondi**    01:11:03-01:11:30 (27 sec)    NO SIGNAL (0)

Brooke, SNAP benefits won there. Marco, uSAID. Pete, National Guard, of course. Going nonstop, our US attorneys are fighting violent crime, working around the clock to make America safe again, which was your directive. Our civil rights division suing Gavin Newsom three times now, Prop 50, keeping boys out of girls' sports and in-state tuition for illegal aliens.

**Pam Bondi**    01:11:30-01:11:53 (23 sec)    NO SIGNAL (0)

We've sued over election integrity. We are litigating major universities with Linda, thank you, our civil Rights Division, for everything that you've done to end DEI in our schools, our civil division fighting sanctuary cities every single day. And of course, our antitrust division with Google, major settlement.

**Pam Bondi**    01:11:53-01:12:20 (27 sec)    NO SIGNAL (0)

Our attorneys are working on terrorism, TDA, MS-13 -- Antifa, President Trump. We've charged more than 500 defendants with assault on federal officers, thanks to your directive. And also, we have dropped countless cases against Americans that were

prosecuted under the Biden administration, including J6, COVID, FACE Act and more.

**Pam Bondi**  01:12:20-01:12:38 (18 sec)                                           NO SIGNAL (0)

And as everyone knows, we cannot talk about pending grand jury investigations, but no one is above the law and that includes what happened in Arctic Frost. I hope everyone has a very Merry Christmas, Happy Hanukkah and Happy Holidays. Thank you for fighting for our country.

**Donald Trump**  01:12:38-01:12:42 (4 sec)                                         NO STRESSLENS

Thank you. Thank you very much, please. All right.

**Lori Chavez-DeRemer**  01:12:42-01:13:04 (22 sec)                                  NO SIGNAL (0)

Well, thank you, Mr. President. Thank you for allowing me to be at this table. When I came on board, I knew really none of you in this last year. And it's been a year, Mr. President, since I've had the pleasure to serve this country on the workforce. Everybody said the Department of Labor would be quiet, fly under the radar, you won't have to do too much.

**Lori Chavez-DeRemer**  01:13:04-01:13:29 (26 sec)                                  NO SIGNAL (0)

Absolutely not because you made the American people realize the American dream is real for the American workforce. And it's been under your leadership, Mr. President, that over 2 million jobs that have been created since you started have been native born workers. And that is the difference between this presidency, this administration as opposed to the Biden administration where mostly foreign born or federal government jobs.

**Lori Chavez-DeRemer**  01:13:29-01:13:47 (18 sec)                                  NO SIGNAL (0)

And I think through the private sector, over 2 million jobs have native born. And so, the Labor Department has wasted no time in putting that into action with our Make America Skilled Again either grant dollars, but the intentionality of the apprenticeship program, 1 million active apprentices across this country.

**Lori Chavez-DeRemer**  01:13:47-01:14:09 (21 sec)                                  NO SIGNAL (0)

We have done over 250,000 new apprentices so far in the first year and registered over 2,000 new apprenticeship programs. Why do we need the apprenticeship programs with the men and women in the trades? Because of the leadership of onshoring and reshoring and have a lot of these companies reinvest in America.

**Lori Chavez-DeRemer**  01:14:09-01:14:29 (21 sec)                                  NO SIGNAL (0)

We have to build this country. We cannot do that without the tradesmen and women and the craftsmen of this country. And I think that Howard and I -- we talked about that from the beginning, and we're going to have to lean in on that because we need the labor force 700,000 new skilled jobs with electricians, construction workers, machinists and so forth.

**Lori Chavez-DeRemer**  01:14:29-01:14:51 (22 sec)                                  NO SIGNAL (0)

And as I traveled with the vice president as well, we see that on the manufacturing floors of this country they're in desperate need. The Department of Labor are going to get the workforce skilled again. Working with Secretary McMahon as we move a lot of the education out to our respective states. We are now working together, and we have deployed $86 million in investments.

**Lori Chavez-DeRemer**  01:14:51-01:15:16 (25 sec)                                  NO SIGNAL (0)

And a lot of that is in AI infrastructure jobs to have our new workforce proficient and literate in AI, if we're going to continue to lead the AI race and we're working on that. And the Department of Labor is now creating and will soon launch the AI

Infrastructure and workforce Hub, which we will be able to track that metric to see exactly if these dollars are going correctly.

▶ **Lori Chavez-DeRemer**  01:15:16-01:15:40 (25 sec)    NO SIGNAL (0)

Integrating education and workforce with -- obviously, Administrator Loeffler and I are on the road a lot together because we're talking about Main Street as well as a lot of the manufacturing jobs and how we're being an ally to our businesses as opposed to an adversary. For far too long under the Biden administration we were adversaries to our business owners, and we want to give them a leg up always and make sure that we're paying attention.

▶ **Lori Chavez-DeRemer**  01:15:40-01:15:57 (16 sec)    NO SIGNAL (0)

And we want our workforce to be educated. We do not need the numbers that we have seen across this country where our fourth through eighth graders cannot do -- read, write or do any math and they are our future workforce. We have to depend on the American worker first. Also lowering health care costs in line with the executive order.

▶ **Lori Chavez-DeRemer**  01:15:57-01:16:18 (21 sec)    NO SIGNAL (0)

I'm working with Treasury and HHS, and rulemaking is underway to expand health care transparency and make pricing more affordable for our employers who offer these to their employees. Promoting retirement security -- the department rescinded the Biden administration's guidance that restricted the use of crypto in retirement investments.

▶ **Lori Chavez-DeRemer**  01:16:18-01:16:44 (26 sec)    NO SIGNAL (0)

And we're seeing more and more of that where we also rescinded the supplemental statement that discouraged the fiduciaries from considering the alternative assets for 401(k)s. And that will also come through the Department of Labor, that rulemaking. Ending abuse of cheap foreign labor at the expense of the American worker, we launched over 200 investigations into companies who will -- have abused and or fraudulently against the American worker.

▶ **Lori Chavez-DeRemer**  01:16:44-01:17:23 (39 sec)    NO SIGNAL (0)

So, Project Firewall was released. Thank you, Mr. President. We want the trained workforce, but we will root out the fraud and abuse and will protect the American worker first. And slashing the job killing regulations. The department has rescinded discriminatory DEI practices and, I will tell you, reducing compliance costs for businesses as it was for DEI has saved American businesses nearly $1 billion this year by just getting rid of DEI for that compliance cost that they've had to do. So, Mr. President, continuing to skill the American worker, the American workforce is going to be my mission.

▶ **Lori Chavez-DeRemer**  01:17:23-01:17:45 (21 sec)    NO SIGNAL (0)

We have to do it faster. We have to do it quicker. We have to build so that the American people can realize that American dream that you have laid out so eloquently and it's an honor to serve under this administration and to talk to the American workers who believe in the American dream again, the pride on their face, the pride of the American worker, the skilled men and women who build with their hands.

▶ **Lori Chavez-DeRemer**  01:17:45-01:17:47 (2 sec)    NO STRESSLENS

It's an honor. So thank you and Merry Christmas.

▶ **Donald Trump**  01:17:47-01:17:49 (2 sec)    NO STRESSLENS

Thank you very much. Thank you. Very good job. Thank you very much.

▶ **Lori Chavez-DeRemer**  01:17:49–01:17:49 (1 sec)    `NO STRESSLENS`

Thank you.

▶ **Donald Trump**  01:17:49–01:17:50 (1 sec)    `NO STRESSLENS`

Chris?

▶ **Chris Wright**  01:17:50–01:18:18 (28 sec)    `NO SIGNAL (0)`

Mr. President, I am honored, and frankly, inspired to sit at this table with this incredible team of leaders that work every day for one and only one constituency, the American people, not this group or that group, the American people. The price of energy is very much on the mind of Americans. The biggest determinant of the price of energy is politicians, political leaders and policies.

▶ **Chris Wright**  01:18:18–01:18:42 (24 sec)    `NO SIGNAL (0)`

That's what drives energy prices. Under your leadership, what we've seen in the United States is just a steady drop in the price of gasoline, a huge consumer cost for Americans. As you mentioned early on, well below $3 a gallon right now and trending downwards. There are a number of stations in the heartland of America with $1.99 signs flying today.

▶ **Chris Wright**  01:18:42–01:19:02 (20 sec)    `NO SIGNAL (0)`

That's simply impossible without the leadership and changes you've brought. Now, of course you can go to California where the average price of gasoline is between $4.50 and $5 a gallon today in California. That's just bad political leaders there and bad policies in California.

▶ **Donald Trump**  01:19:02–01:19:03 (1 sec)    `NO STRESSLENS`

And taxes.

▶ **Chris Wright**  01:19:03–01:19:04 (1 sec)    `NO STRESSLENS`

And taxes.

▶ **Donald Trump**  01:19:04–01:19:09 (5 sec)    `NO STRESSLENS`

Taxes they charge on gasoline are just insane, terrible.

▶ **Chris Wright**  01:19:09–01:19:33 (24 sec)    `NO SIGNAL (0)`

And electricity prices is a very parallel story, but it's -- it's a bigger moving ship so the changes are a little bit slower, but Americans are outraged at, you know, a roughly 30 percent rise in the average price of electricity across this country. But everything we are doing together is going to reverse that, not just stop the rises, but start a downward trajectory in electricity prices.

▶ **Chris Wright**  01:19:33–01:19:47 (15 sec)    `NO SIGNAL (0)`

And I can say that with confidence, not because we think these policies will work, we know these policies will work and I'll get to that in a second. We're going to stop closing power plants. We've already done that, of course, stop closing the coal power plants and natural gas plants that were shut down.

▶ **Chris Wright**  01:19:47–01:20:19 (31 sec)    `NO SIGNAL (0)`

We've got over 30 gigawatts of generators just sitting there today, not allowed to run. Well, of course, we're fixing that immediately. We're going to bring on from our existing grid, tens of gigawatts more capacity that'll drive down the cost of

electricity. But if we look at the last five years to see what works and what doesn't work, the most Trump-aligned policies in the electricity sector were by no surprise one of your cabinet members, Secretary Burgum, for eight years, governor of North Dakota.

---

**Chris Wright**   01:20:19–01:20:39 (20 sec)    NO SIGNAL (0)

Over the last five years, production and demand for electricity in North Dakota grew 35 percent. Think what data center boom is going to do and what happened, electricity prices went down, didn't rise slowly. They actually went down those five years. That's the answer. Trump aligned energy policies increased demand for electricity.

---

**Chris Wright**   01:20:39–01:21:13 (34 sec)    NO SIGNAL (0)

Nebraska and Texas, more Trump-aligned states had significant growth in demand for electricity. They had electricity price rises but well below the price of inflation. Unfortunately, Biden brought all of us a lot of inflation. If you look at the other end of the spectrum, California, New York, Massachusetts, Connecticut, Maryland, I could go on, what happened in those states, policies and politicians that forced the building of unreliable electricity generation, which requires new infrastructure and transmission lines.

---

**Chris Wright**   01:21:13–01:21:35 (22 sec)    NO SIGNAL (0)

And what happened? Today they produce less electricity than they did five years ago, a lot of spending money and less electricity. What does that mean, of course, much faster rises in the price of electricity. Blue states have had one and a half times faster rise in electricity prices than red states. Red states alone, less than inflation.

---

**Chris Wright**   01:21:35–01:21:57 (22 sec)    NO SIGNAL (0)

We need to bring those policies. You are bringing those policies to the national level. We hope the blue states will come along with us, but your policies are going to start the decline of electricity prices nationwide under your leadership, by just bringing back commonsense. So thank you for allowing me to be part of this team, for people here who are focused on winning.

---

**Chris Wright**   01:21:57–01:22:06 (9 sec)    NO SIGNAL (0)

Special thanks to Howard and Scotty who were there with me to see the Denver Broncos win on Monday night. Now we want nationwide wins on energy for three more years.

---

**Donald Trump**   01:22:06–01:22:11 (5 sec)    NO STRESSLENS

Are we doing more energy production than we've ever done by far right now?

---

**Chris Wright**   01:22:11–01:22:16 (6 sec)    NO SIGNAL (0)

Records across the board, that will continue to be reset every year you're in office.

---

**Donald Trump**   01:22:16–01:22:18 (1 sec)    NO STRESSLENS

Thank you very much.

---

**Kristi Noem**   01:22:18–01:22:39 (21 sec)    NO SIGNAL (0)

Well, Mr. President, thank you for giving me a very interesting job. Some days it's a little controversial too, but it's been an honor to work for you. You are a great American. The fights that you pick are the right fights and they're always on behalf of this country. So I appreciate the chance to do this job heading up this department.

**Kristi Noem**  01:22:39–01:23:02 (24 sec)  `NO SIGNAL (0)`

If you think about what Joe Biden did with the Department of Homeland Security, he used this department to invade the country with terrorists. He opened up the borders, let anybody come in that, wanted to. He put him on airplanes, he let them through our airports. If they could figure out a way to get to our shores and in our country, he just opened the door and invited them in. So it's our job to get them out.

**Kristi Noem**  01:23:02–01:23:20 (18 sec)  `NO SIGNAL (0)`

And I want to thank you for this team because I look around the table and I think every single person here has helped me do my job over the last year. They've supported us at the border and given us resources. Marco negotiates all the travel documents and relationships with other countries to take their people home.

**Kristi Noem**  01:23:20–01:23:33 (12 sec)  `NO SIGNAL (0)`

Two million people have gone home already. People that were here illegally, you've removed from our country and sent home and we're going to send more home for the holidays too, and make sure that they get to be with their families in their countries.

**Donald Trump**  01:23:33–01:23:33 ( sec)  `NO STRESSLENS`

[Inaudible]

**Kristi Noem**  01:23:33–01:23:33 (1 sec)  `NO STRESSLENS`

Yes.

**Donald Trump**  01:23:33–01:23:35 (1 sec)  `NO STRESSLENS`

Mostly the bad ones.

**Kristi Noem**  01:23:35–01:23:36 (1 sec)  `NO STRESSLENS`

That's right. Pam --

**Donald Trump**  01:23:36–01:23:37 (1 sec)  `NO STRESSLENS`

The focus is the bad ones.

**Kristi Noem**  01:23:37–01:23:37 (1 sec)  `NO STRESSLENS`

That's right.

**Donald Trump**  01:23:37–01:23:39 (2 sec)  `NO STRESSLENS`

And there are a lot of them.

**Kristi Noem**  01:23:39–01:23:52 (13 sec)  `NO SIGNAL (0)`

Terrible, horrible people. And Pam makes sure she's fighting for us in court so that we can get up every day and be bold. We're going to have hire our 10,000th ICE officer will be on the job within 10 days.

**Donald Trump**  01:23:52–01:23:52 ( sec)  `NO STRESSLENS`

Great.

**Kristi Noem**  01:23:52-01:24:13 (21 sec)    NO SIGNAL (0)

So we have hired 10,000. We've had hundreds of thousands of applications we've got within the department. TSA went through this government shutdown without any delays. They all showed up for their shifts and worked hard doing security. And they have been absolutely fantastic. Sir, you made it through hurricane season without a hurricane.

**Donald Trump**  01:24:13-01:24:13 ( sec)    NO STRESSLENS

Yeah.

**Kristi Noem**  01:24:13-01:24:34 (21 sec)    NO SIGNAL (0)

And so FEMA, FEMA, you -- even you kept the hurricanes away, so we appreciate that. And FEMA is deploying resources and dollars 150 percent faster than ever before. So somebody does have something bad that happens to them, you are immediately there helping them and telling them they have the resources to get back up on their feet.

**Kristi Noem**  01:24:34-01:24:56 (22 sec)    NO SIGNAL (0)

So we have built and deployed hundreds of miles of border already. You have cut the fentanyl flow over the southern border by over 56 percent. You've saved hundreds of millions of lives with the cocaine you've blown up in the Caribbean. And you know, you told me to look into Minnesota and their fraud on visas and their programs.

**Kristi Noem**  01:24:56-01:25:32 (37 sec)    NO STRESSLENS

50 percent of them are fraudulent, which means that that wacko Governor Waltz either is an idiot or he did it on purpose. And I think he's both, sir. He brought people in there illegally that never should have been in this country, said they were somebody that they're not. They said they were married to somebody who was their brother or somebody else, fraudulent visa applications, signed up for government programs, took hundreds of billions of dollars from the taxpayers and we're going to remove them and we're going to get our money back and we're going to --

**Donald Trump**  01:25:32-01:25:32 ( sec)    NO STRESSLENS

Good.

**Kristi Noem**  01:25:32-01:25:44 (11 sec)    NO SIGNAL (0)

-- this next year make sure that we only put people in leadership positions in this country that love this country and have its back. So thank you for letting us get up every day and have a purpose. We appreciate you.

**Donald Trump**  01:25:44-01:25:46 (2 sec)    NO STRESSLENS

Thank you very much. Thanks Kristi. Appreciate it.

**Kelly Loeffler**  01:25:46-01:26:04 (18 sec)    NO SIGNAL (0)

Mr. President, you're exactly right, we are saving this country. We're doing it one main street at a time and we're doing it at record speed and at record levels. Under your leadership, small business optimism according to the US Chamber Index for Small Businesses has reached an all-time high in the history of that index.

**Kelly Loeffler**  01:26:04-01:26:25 (21 sec)    NO SIGNAL (0)

So on Main Street, the economy is coming back, thanks to your leadership, thanks to getting Biden inflation under control. Small businesses' number one concern right now is finding skilled labor and that's why Secretary Chavez-DeRemer and I have entered into an MOU to get to speed that workforce to small businesses that under this administration are now at record levels.

**Kelly Loeffler**  01:26:25-01:26:50 (25 sec)  `NO SIGNAL (0)`

36 million small businesses have now taken on board for the first time in the SBA's history, a $100 billion. That's $45 billion in small business lending at 85,000 small businesses, most of that under your term, and $52 billion out to small business investment companies. So we are running this agency like the best run bank in the country.

**Kelly Loeffler**  01:26:50-01:27:28 (39 sec)  `NO STRESSLENS`

We are growing small businesses across Main Street and we're deregulating to the tune of $100 billion, working with all my fellow cabinet members. And thank you for putting together the best cabinet in history. Iron sharpens iron and thank you for bringing such a strong leadership group together. And then finally, I have walked factory floors from Alaska to Maine and the workers, the small businesses, most manufacturers in this country are small businesses, 600,000 of them, they are so grateful to your fair-trade, low inflation, deregulation agenda that is creating national security and economic security in this country like never before.

**Kelly Loeffler**  01:27:28-01:27:47 (18 sec)  `NO SIGNAL (0)`

And so I want to also finally thank you for bringing faith back to the White House, to this administration, I want to thank Brooke for hosting the Cabinet Bible Study and invite everyone tomorrow to Bible study and making this country something that we can be so proud of under your leadership. And I am so blessed and honored to be a part of this team.

**Kelly Loeffler**  01:27:47-01:27:48 (2 sec)  `NO STRESSLENS`

So, thank you, Mr. President.

**Donald Trump**  01:27:48-01:27:49 (1 sec)  `NO STRESSLENS`

Thank you very much.

**Kristi Noem**  01:27:49-01:28:20 (31 sec)  `NO SIGNAL (0)`

Thank you, Mr. President, for your leadership. I am truly grateful to be a member of your team here at this table to help support you in delivering on the promises that you made to the American people. You came in with a very clear mandate of taking on the rampant weaponization, politicization of the intelligence community and federal law enforcement, experiencing yourself the deep state abusing their power as they have against you, your family and so many of the American people.

**Kristi Noem**  01:28:20-01:28:40 (19 sec)  `NO SIGNAL (0)`

Bring up accountability, truly, for those who have abused their power, making sure that the intelligence community is supporting your efforts in keeping the American people safe, secure and free and being the president of peace. I'm grateful to be in this position as your Director of National Intelligence to support you in these efforts.

**Kristi Noem**  01:28:40-01:29:00 (21 sec)  `NO SIGNAL (0)`

And I'll cover very briefly what we've done over the last year under your leadership and what we look forward to continuing to focus on next year. First of all, under your leadership, again, we've taken on a historic effort for transparency declassification and exposing these abuses of power by these deep state actors.

**Kristi Noem**  01:29:00-01:29:25 (24 sec)  `NO SIGNAL (0)`

We've declassified over half a million documents, many of which had never been seen before by the American people, put them online to bring about this level of transparency. We formed a weaponization working group again to be able to go after a lot of

these abuses of power that have never seen the light of day to support the accountability that, under Pam Bondi's leadership, The Department of Justice is coming about.

**Kristi Noem**  01:29:25-01:29:47 (22 sec)                                    NO SIGNAL (0)

Secondly, bringing about reforms to the intelligence community to make sure that we have the most effective and efficient and focused workforce that's really working on bringing about the priorities you have laid out in ensuring our country's security. And lastly, Mr. President, working with many of our partners here around the table is going after these domestic threats.

**Kristi Noem**  01:29:47-01:30:13 (26 sec)                                    NO SIGNAL (0)

We have threats coming from both Islamist ideology as well as Islamist terrorists, foreign terrorist organizations and those who seek to do harm to the American people, many of whom were let in across our borders under the previous administration. We are focused on these tasks and this imperative for the American people and just appreciate your leadership, Mr. President, in empowering us to be able to conduct this service.

**Kristi Noem**  01:30:13-01:30:14 (1 sec)                                    NO STRESSLENS

Merry Christmas.

**Donald Trump**  01:30:14-01:30:20 (6 sec)                                    NO STRESSLENS

Thank you very much. Merry Christmas. Say it loud and clear. Lee?

**Lee Zeldin**  01:30:20-01:30:48 (28 sec)                                    NO SIGNAL (0)

Mr. President, your team at the Trump EPA has been crushing it all year to fix the big mess that we inherited and deliver amazing results for the American people. I've had the opportunity to visit all 50 states since confirmation earlier this year and to hear from real people where they meet, where they live, and to bring their great ideas and their asks back to us to be able to deliver for them.

**Lee Zeldin**  01:30:48-01:31:24 (36 sec)                                    NO SIGNAL (0)

At the Trump EPA, we have proven that you can both protect the environment and grow the economy. On the environmental front, since you were sworn in earlier this year, we have averaged a big environmental accomplishment every single day. On the 100th day, the 200th day, the 300th day of your presidency, each time we released a list of our top 100 environmental accomplishments that has included a historic LA wildfire cleanup that you ordered us to complete in record time, which we did.

**Lee Zeldin**  01:31:24-01:31:48 (24 sec)                                    NO SIGNAL (0)

And the Army Corps, under the leadership of our great Secretary of War, did their part as well. The federal government completely did all of the work needed to allow these residents and businesses to be able to rebuild but poor leadership at the local and state level, unfortunately, is still resulting in these property owners unable to rebuild and it's wrong.

**Lee Zeldin**  01:31:48-01:32:19 (31 sec)                                    NO SIGNAL (0)

We also were able to reach an agreement with Mexico to be able to implement a plan to permanently end a decades old raw sewage crisis on the southern border with Mexico. And Secretary Rubio and his team, Chris Landau, Ambassador Johnson, they've been amazing to get that done. On the deregulatory front, we have proudly launched a massive blitz that amounts to the largest deregulatory effort by any agency in the history of the United States.

**Lee Zeldin**  01:32:19-01:32:52 (34 sec)                                    NO SIGNAL (0)

To put some perspective on it, in one year at one agency, we will do more deregulation than entire presidencies have done across all agencies. It's incredible; you could go back across four-year terms to eight-year terms, you've never seen this much deregulation -- one agency, one year. In fact, when finalized the proposed rescission of the 2009 Obama EPA endangerment finding amounts to the largest deregulatory action in the history of the United States of America.

▶ **Lee Zeldin**   01:32:52-01:33:16 (23 sec)                    NO SIGNAL (0)

From fixing the agency's definition of waters of the United States, which is important for our farmers, our ranchers and other landowners, to the effort to end electric vehicle mandates and promote consumer choice; eliminating regulations designed to eliminate entire sectors of our energy economy, we're thinking big and we're delivering big.

▶ **Lee Zeldin**   01:33:16-01:33:36 (21 sec)                    NO SIGNAL (0)

We have reduced terrible deratements on diesel exhaust fluid systems. We're getting water moving faster, new pipelines and power plants built, and we are helping to unleash energy dominance. Mr. President, on the operational front, we have significantly reduced the size of the agency workforce, and we are accomplishing more with less.

▶ **Lee Zeldin**   01:33:36-01:33:57 (21 sec)                    NO SIGNAL (0)

It's all about priorities and our focus is on fulfilling our statutory obligations, helping to fast-track project approvals that were taking way too long, and closely following the law as well as key Supreme Court decisions like Loper Bright to overturn the Chevron Doctrine. We inherited massive backlogs that we have been eliminating all year long.

▶ **Lee Zeldin**   01:33:57-01:34:25 (28 sec)                    NO SIGNAL (0)

We've been implementing your executive order to end COVID era remote work. We consolidated real estate, canceled expensive media subscriptions and closed the Biden EPA museum that none of you knew even existed, I'm sure none of you actually visited. To put it another way, in 2024, the Biden EPA obligated and spent over $60 billion in one year, an agency with an operational budget of about $10 billion a year.

▶ **Lee Zeldin**   01:34:25-01:34:50 (24 sec)                    NO STRESSLENS

In their own words, caught on camera, they were tossing gold bars off the Titanic, wasting precious tax dollars to pay off well-connected Obama and Biden officials. And they were doing it without any apology or regret. The Biden EPA, in fact, was amending grant agreements just days before you came into office to reduce agency oversight.

▶ **Lee Zeldin**   01:34:50-01:35:16 (26 sec)                    NO SIGNAL (0)

But this year, 2025 at the Trump EPA, similar theme that you'll hear from everyone around this table -- with our actions canceling wasteful grants and implementing other measures just mentioned, we have saved $30 billion. They spent over $60 billion; we have saved over $30 billion. The bottom line, by the way, is that the Green New scam is dead.

▶ **Lee Zeldin**   01:35:16-01:35:38 (23 sec)                    NO SIGNAL (0)

It's a new day at the EPA where we will protect the environment and grow the economy. We will deliver on the Trump mandate every day, and we will fight with just one constituency front of mind, and that is the American people. Thank you, Mr. President, for being willing to take a bullet for this country.

▶ **Lee Zeldin**   01:35:38-01:36:05 (27 sec)                    NO SIGNAL (0)

And if you were to ask me what I'm grateful for, whether it's a Thanksgiving, it's a Christmas, Hanukkah, New Year's, any time of year the fact that this president, after four years serving in office, he could have just left it in the rear view mirror and went on to

really enjoy retirement. But he is willing to take a bullet for all of you tuning in at home because he believes in this flag, our freedom, our liberties and to save the greatest country in the history of the world.

Lee Zeldin 01:36:05-01:36:13 (7 sec) NO SIGNAL (0)

So, I'm grateful this holiday season for you, Mr. President, you're willing to take a bullet for all of us and by all of us it's the American public.

Donald Trump 01:36:13-01:36:15 (3 sec) NO STRESSLENS

Thank you. [Inaudible] Thank you.

Linda McMahon 01:36:15-01:36:56 (41 sec) NO STRESSLENS

Mr. President; good morning, everyone. Well, in spite of the fact that your charge to me is to fire myself, we've really been incredibly hard at work making sure that we can return education to the states. And as I sit and listen to all the emergencies that we are addressing in this country from the economy to our borders to everything that we're doing, I would say, sir, that if we do not fix education in our country with this hard reset that you are expecting, I think the greatest national emergency we could face is our education.

Linda McMahon 01:36:56-01:37:31 (35 sec) NO SIGNAL (0)

Because if we are not going to educate our children, we're going to continue to fall behind the rest of the world. When there are only 30 percent of 12th graders, eighth graders and fourth graders that can read at proficiency level, that is an incredibly harsh statement to make about our country. And you told me when you first were elected president and you looked at, I think, right after you took office, the first NAEP scores, which is the nation's report card, came out and showed how far down we were in educational proficiency in our country.

Linda McMahon 01:37:31-01:38:05 (33 sec) NO SIGNAL (0)

And not only the NAEP scores, but the international scores as well, showed us very -- about third from the bottom. You told me you were not only embarrassed, but you were angry about this and that we had to do something to change this in our country. And we took a hard look at it. And you absolutely said the bureaucracy of education in Washington is keeping its thumb on preventing growth, what we should have because it's best handled at the state level, letting states put their programs in place.

Linda McMahon 01:38:05-01:38:23 (18 sec) NO SIGNAL (0)

And some states are going to do it a lot better than others. But it's not going to happen from Washington D.C. And when I hear things like, well -- with no disrespect to any other country in the world that have really great programs, Germany, Sweden, Norway, we hear about this all the time. Point of fact is they're this big.

Linda McMahon 01:38:23-01:38:52 (29 sec) NO SIGNAL (0)

The United States is this big. We can't do it from Washington D.C. it has to be done at the state level. So what we've been doing, as Lori brought up, Secretary of Labor brought up. We have a great working relationship. We have already signed and implemented one MOU or interagency agreement to handle the WIOA program and the Perkins Grants to make sure it works.

X

**Linda McMahon**   01:38:52-01:39:18 (26 sec)   `NO SIGNAL (0)`

I call these -- these are programs, pilot programs that we're putting out there. And if these are going to work, we will be able to permanently transfer these programs to other agencies. They're working like a charm. We've taken some of our best people in education. It still operates under the budget of the Department of Education and under the management of the Department of Education, but working with Lori's personnel.

**Linda McMahon**   01:39:18-01:39:44 (26 sec)   `NO SIGNAL (0)`

And when I hear pushback on that to say, well, how can this possibly work, to take education and put it in labor, let's be efficient. One example, in order to draw down on a lot of the grants that they are helping us with, we're using their grant system. The grant system at the Department of Education is like held together with bubble gum and rubber bands and it did not interact with any other agency.

**Linda McMahon**   01:39:44-01:40:09 (25 sec)   `NO SIGNAL (0)`

Now, we have this really smooth operation already in labor. So that has prompted us to sign also other interagency agreements, two more with labor, one with HHS, one with the Department of State and we'll be moving other programs. But these are proof of concept. Let's make sure they're working and working smoothly before we ask Congress to codify these permanent moves.

**Linda McMahon**   01:40:09-01:40:29 (21 sec)   `NO SIGNAL (0)`

So that's kind of in the world of K through 12, what we're looking at right now. But in the world of higher education, as Attorney General Bondi mentioned, we've been working really very hard to make sure that we've got anti-Semitism at DEI out of their -- out of our universities and put some pretty stiff fines on, work some good deals.

**Robert F. Kennedy Jr.**   01:40:29-01:40:50 (20 sec)   `NO SIGNAL (0)`

I've enjoyed working with Harmeet, who is just an incredible negotiator. So we're bringing all of that to bear as well. So I can say, sir, that we are moving to return education to the States and to bring the level of education back up, making sure our students can read by reintroducing the science of reading in schools.

**Robert F. Kennedy Jr.**   01:40:50-01:41:11 (21 sec)   `NO SIGNAL (0)`

And going into next year, I can honestly say that we've got a lean, mean machine operating at the education -- at the Department of Education. It is only half the workforce when we started and we're more efficient and I think we're going to see better results as we move into next year. So thank you for this incredible opportunity.

**Donald Trump**   01:41:11-01:41:14 (3 sec)   `NO STRESSLENS`

Thank you. Thank you very much.

**Robert F. Kennedy Jr.**   01:41:14-01:41:37 (24 sec)   `NO SIGNAL (0)`

Thank you, Mr. President, during this holiday season for empowering us, HHS, me, Dr. Makary, Jay Bhattacharya and Dr. Oz to change the trajectory of this agency towards public health in a way from the tradition of serving the mercantile interests of the medical industrial complex and the big pharmaceutical companies.

**Robert F. Kennedy Jr.**   01:41:37-01:42:15 (38 sec)   `NO SIGNAL (0)`

Two weeks ago, we ended, under your leadership, a 20-year war on women by removing the black box warnings from hormone replacement therapy. The medical cartel was telling women that hormone replacement therapy during menopause was

dangerous for them. In fact, here's what the science said. It ends -- it diminishes the risk of fatal heart attacks by 25 percent, cardiac disease by 50 percent, Alzheimer's by 35 percent, bone fractures by 50 to 60 percent.

▶ **Robert F. Kennedy Jr.**   01:42:15-01:42:43 (28 sec)   `NO SIGNAL (0)`

It improves appetite. It improves sleep. It improves energy. It improves happiness. We are now -- there are tens of millions of women in this country who've been deprived of that therapy because of just scientific malpractice by the medical cartel. We are now remedying that and this remedy will now be available to all women who want it during one of the most difficult transitions of their lives.

▶ **Robert F. Kennedy Jr.**   01:42:43-01:43:10 (27 sec)   `NO STRESSLESS`

MFN is one of our greatest accomplishments. It would not have happened without you. You were the only person who believed in it. You drove us to get it done. We've now made agreements with the five biggest pharmaceutical companies. We have 12 more in the lineup to make agreements. By the time this administration leaves office, 95 percent of the drugs in this country will be -- we will have the lowest price of any nation in the developed world.

▶ **Robert F. Kennedy Jr.**   01:43:10-01:43:35 (25 sec)   `NO SIGNAL (0)`

Americans are already getting the benefits from these. These companies are already lowering these prices dramatically, as you've noticed. And then this week, Howard at Department of Commerce and Jamison at US Trade Representative, made a bargain with Great Britain to raise their drug prices in conformance with your promise, that Europeans would raise theirs to counterbalance us lowering ours and therefore, we would keep intact the ecosystem of innovation and protect innovation.

▶ **Robert F. Kennedy Jr.**   01:43:35-01:43:54 (18 sec)   `NO SIGNAL (0)`

So congratulations on that. Mr. President, when I first -- when you first asked me to take this job, one of the first contacts we made was with a leading economics professor, health economics professor at Harvard and we asked him what's the one innovation that we could do that would most dramatically improve the health care experience for the average American.

▶ **Robert F. Kennedy Jr.**   01:43:54-01:44:30 (37 sec)   `NO SIGNAL (0)`

And he said, there's no contest, it's to get rid of prior authorization. Thanks to your leadership, we were able to convene the largest insurance companies in this country and do something that every administration, every Congress has promised for the past 30 years. We actually got it done. We [Inaudible] the insurance companies representing 280 million Americans and got them to agree, most of them by January of 2026, two months from now, to remove prior authorization for most of their procedures, for all the procedures we want them removed from.

▶ **Robert F. Kennedy Jr.**   01:44:30-01:44:52 (22 sec)   `NO SIGNAL (0)`

And that means that American patients at the point of care will be able to get an answer immediately. If your doctor says you need knee surgery, you will know before you leave that doctor's office, whether your insurance company will pay for it or not. Similarly, health care records, the tech industry has refused to share health care records.

▶ **Robert F. Kennedy Jr.**   01:44:52-01:45:08 (16 sec)   `NO SIGNAL (0)`   ✕

You asked us to change that. We convened the 60 biggest tech companies at a -- at a conference that you presided over about two months ago. We now did a secondary conference with 400 leading companies have all come in and agreed to remove any kind of blockages where individual Americans can get their own health care.

▶ **Robert F. Kennedy Jr.**   01:45:08-01:45:29 (21 sec)   `NO SIGNAL (0)`

Americans own their health care records, yet they were not able to access them. And if you were -- lived in New Jersey and you moved to Oregon and you got injured, you went to a hospital, you would have to spend maybe 45 minutes filling out forms on a clipboard because your doctors there could not get your healthcare records.

**Robert F. Kennedy Jr.**   01:45:29-01:45:47 (18 sec)     NO SIGNAL (0)

They couldn't get your blood type, your allergies, all the things that they ought to know immediately so they can save your life. Now that has all changed and all these companies now have agreed to remove all the blocks on sharing healthcare records. Every American will have their health care records available on their cell phones and it's already happening.

**Robert F. Kennedy Jr.**   01:45:47-01:46:16 (29 sec)     NO SIGNAL (0)

In the last six months, there have been over 100 times the number of health care records shared by hospitals entering the entire previous administration. On deregulation, HHS proudly is now leading the pack and you, know, thank you for your help on that, Russ. Today we announced the retraction, the revocation of the nursing home rule, which was overburdening rural areas across this country, Indian reservations, with regulations that were going to destroy the nursing home industry in those communities and that is going to be a $25 billion savings.

**Robert F. Kennedy Jr.**   01:46:16-01:46:26 (10 sec)     NO SIGNAL (0)

Those are some of the things that we're doing because of your leadership. President Trump, thank you so much, and Merry Christmas to you.

**Donald Trump**   01:46:26-01:46:30 (4 sec)     NO STRESSLENS

Thank you. Thank you, Bobby, very much. Great job. Doug?

**Doug Burgum**   01:46:30-01:47:01 (32 sec)     NO SIGNAL (0)

Well, Mr. President, you've assembled an incredibly talented group here. If you took a look at this group compared to any fortune 500 leadership team, any group of startup folks, I mean, this is an amazing group and the breadth of what's being accomplished and the timing couldn't be better because, with your leadership and vision, you've set us up for this age of abundance as we head into next year, the 250th anniversary of this country.

**Doug Burgum**   01:47:01-01:47:14 (12 sec)     NO SIGNAL (0)

And what are we heading into that year? As we've talked around the table, you've heard about massively lower taxes, massively lower regulation, abundant energy, record capital investment coming in, job growth.

**Doug Burgum**   01:47:14-01:47:41 (27 sec)     NO SIGNAL (0)

I mean, we are set up to really have something to celebrate next year. And I just again want to say thank you to everybody around the table. You gave us one big assignment in Interior, of course, Interior largest balance sheet in the world in the Department of Interior, if it was a standalone company, 500 million acres of surface, 700 million acres of subsurface, over 3 billion of offshore from Guam to the Virgin Islands.

**Doug Burgum**   01:47:41-01:48:02 (21 sec)     NO SIGNAL (0)   X

And you said we had to take care of that balance sheet, we've got to develop those resources and what have we done across that? Producing record amounts of oil, record amounts of gas. And again, we set out with a goal, energy diplomacy, sell energy to our friends and allies. We're exporting a record amount of energy to all of our friends and allies around the world, that's helping do that.

**Doug Burgum**  01:48:02–01:48:30 (28 sec)  `NO SIGNAL (0)`

And you're giving a gift to America as we head into this. You're giving us peace abroad and you're giving us prosperity at home. That bodes so well for our country. One small little gift that we're giving to all Americans from one tiny part of the Interior, which is the national parks, is that not only are we keeping prices low for all American citizens, offering 10 free days for our national parks next year to coincide with our holidays, but also a $100 surcharge for nonresidents.

**Doug Burgum**  01:48:30–01:48:55 (25 sec)  `NO SIGNAL (0)`

That is going to raise hundreds of millions of dollars for helping restore and preserve all of our parks. So, as we close out of it, I want to also say a big celebration going on here in Washington DC. We've been thrilled to be part of the National Park Service, the US Park Police part of this great effort across a number of us on making DC safe and beautiful.

**Doug Burgum**  01:48:55–01:49:20 (25 sec)  `NO SIGNAL (0)`

This will be the safest and most beautiful capital in the world. We are doing so many things, whether it's hundreds of homeless camps, thousands of graffiti sites, cleaning up ponds and fountains, preparing this thing. The United States is never going to be performing better economically, it's never going to be looking better, just like the White House has never looked better, all because of your vision and leadership.

**Doug Burgum**  01:49:20–01:49:26 (6 sec)  `NO SIGNAL (0)`

So, again, thank you, sir. You've given an incredible Christmas gift to Americans by setting us up for an incredible 250th anniversary.

**Donald Trump**  01:49:26–01:49:29 (3 sec)  `NO STRESSLENS`

That's very nice. Thank you, Doug, very much. Marco?

**Marco Rubio**  01:49:29–01:49:49 (20 sec)  `NO SIGNAL (0)`

Well, thank you, Mr. President. First of all, this is a very talented team, as you've seen and as you know, because you picked every single one that's on, you deserve tremendous credit for doing that. It's an honor to be in this role. It's also an honor to be involved in and be a witness to what I believe is the most transformational year in American foreign policy since the end of the Second World War at least.

**Marco Rubio**  01:49:49–01:50:08 (19 sec)  `NO SIGNAL (0)`

And it's transformational because, for the first time in a long time, we have a president who basically puts America at the forefront of every decision we make in our relations with the world. And that may sound weird to people like, of course, you always do. No, that hasn't always been the case until about a year ago.

**Marco Rubio**  01:50:08–01:50:39 (31 sec)  `NO SIGNAL (0)`

And I think we've all witnessed in our own respective spaces how in every interaction the president has with the world, the goal he has in mind is very simple, does what you want us to do or -- is it going to make us stronger, is it going to make us richer, is it going to make us safer? If it is, he's for it. If it's not, he's against it. If something's going to make America weaker or poorer or less safe, the president's going to be against it. And every single thing he has done in our foreign policy has been driven by the American people in mind.

**Marco Rubio**  01:50:39–01:51:01 (22 sec)  `NO SIGNAL (0)`

And I can go down the list, why has he focused on mass migration? It's very simple, because no country is safe if you can just walk in without us knowing who you are into your country. We've seen the destruction that that's wrecking, not just in our own country, but the impact that it's having in Europe and in many other parts of the world.

Marco Rubio   01:51:01-01:51:41 (40 sec)                    NO SIGNAL (0)

You talk about trade deals, and the trade situation has been involved in, people -- you know, all this reporting on it. It's very simple. The president views the last 40 years as an era of which American and American workers and American farmers have been ripped off, they've been ripped off. And what he's saying is we want to have trade with the world, but it has to be a trade in which American businesses and American workers and the products they make and what American farmers grow and produce has a fair shot to be sold around the world.

Marco Rubio   01:51:41-01:52:02 (21 sec)                    NO SIGNAL (0)

On issue after issue, that's been the case. You talk about foreign aid reforms. This is not our money; this is taxpayer money. What the president has said we're going to do foreign aid, but we're going to do foreign aid for countries that are aligned with the United States and in a way that doesn't waste the taxpayers' money.

Marco Rubio   01:52:02-01:52:19 (18 sec)                    NO SIGNAL (0)

Mr. President, you deserve tremendous credit for that. Many of us -- the vice president, by the way, I want to acknowledge, has played an extraordinary role in our foreign policy and he too has been a witness to all of this as it's been occurring, and he's been a big part of it as well. You talk about NATO; the president is not against NATO.

Marco Rubio   01:52:19-01:52:28 (8 sec)                     NO SIGNAL (0)

He went to NATO and basically said, look, you guys, we're paying all the money, and he got them to do the 5 percent commitment, which everybody said was never going to happen, it was impossible.

Marco Rubio   01:52:28-01:52:46 (18 sec)                    NO SIGNAL (0)

Everything this president does is driven by the American people, whether you -- you don't have to agree with the actual move, but understand the motivation. The motivation is always you, the American people, and what's good for you, for your family, for the country and for our economy. But the president is also committed to peace in a way that all of us have seen.

Marco Rubio   01:52:46-01:53:00 (14 sec)                    NO SIGNAL (0)

He achieved in Gaza -- and he does it, by the way, not just because he hates war and he thinks wars are a waste of money and lives. But because he's the only leader in the world that can. No other leader in the world could have pulled off what happened in Gaza. And I can tell you, I can't get into the details.

Marco Rubio   01:53:00-01:53:18 (18 sec)                    NO SIGNAL (0)

The vice president knows what I'm talking about. That deal doesn't happen without the president's direct interaction with the leaders that were involved in this decision making. And everyone said that deal couldn't hold. And then the president shepherded, through the United Nations of all places, to get a global coalition of countries to line up behind the peace deal, behind the border peace.

Marco Rubio   01:53:18-01:53:51 (33 sec)                    NO SIGNAL (0)

And it's still -- every day is a challenge, but it's been driven personally by the president. It's the reason why we're involved in this whole Ukraine, Russia conflict. That's not our war; it's not the president's war. This war started -- it never would have happened if you'd been president. But this war is going on, and the president is trying to end it not because -- listen, we've got a million

things to focus on in the world as a country, but he's the only leader in the world that can help end it. And that's why, even as we speak to you now, Steve Witkoff is in Moscow, trying to find a way to end this war to save lives of 8,000, 9,000 people, Mr. President, as you well know are dying every week.

▶ **Marco Rubio**  01:53:51-01:54:11 (19 sec)    `NO SIGNAL (0)`

More people are dying a week in that war than have died in the entirety of the US's involvement in Afghanistan or Iraq. Just think about that how bloody and destructive it is. The president's taken on this issue of Sudan personally, not send out deputies to do it. Again, far away from the United States because he's the only leader in the world that can bring it about to an end.

▶ **Marco Rubio**  01:54:11-01:54:33 (22 sec)    `NO SIGNAL (0)`

Not to mention all the other peace deals, very dangerous ones like India and Pakistan or Cambodia and Thailand. And so, on all these things, Mr. President, I think you deserve tremendous credit for the transformational aspect of our foreign policy. For the first time in probably four decades the American foreign policy is driven by what is good for America and Americans, whether it makes us safer and stronger and more prosperous.

▶ **Marco Rubio**  01:54:33-01:54:49 (16 sec)    `NO SIGNAL (0)`

If it is, he's for it. If it doesn't, he's against it. And that sort of clarity is transformational. I close with this -- and I know I'm last, so I wanted to be fast, but there was a lot to cover. I do want to say this is the most wonderful and magical time of the year -- by that, of course, I'm referring to the college football playoffs.

▶ **Marco Rubio**  01:54:49-01:55:06 (17 sec)    `NO SIGNAL (0)`

[Laughter] And I just want to say this as a point of personal privilege, and I'm a Florida Gator. But if the University of Miami gets screwed out of the college football playoffs after going 10 and 2 and beating Notre Dame, the whole thing should be scrapped and you're going to have to take over next year, Mr. President.

▶ **Marco Rubio**  01:55:06-01:55:06 ( sec)    `NO STRESSLENS`

[Laughter]

▶ **Donald Trump**  01:55:06-01:55:31 (25 sec)    `MEDIUM (1.994)`

Thank you, that's great. Thank you all very much. It's terrific. I hope it wasn't too long, but it was very concise, and we've done a lot. This group has done a lot. Amazing, everyone. Everybody at this table has done a fantastic -- and Susie, thank you for doing a great job as our Chief of Staff. First female Chief of Staff in the history of our country, which is pretty amazing when you think of it, right?

▶ **Donald Trump**  01:55:31-01:55:47 (16 sec)    `NO SIGNAL (0.038)`

And she's the best. Thank you very much. Great job. So, after that, do you want to ask any questions?

▶ **Note**  01:55:47-01:55:47 ( sec)    `NO STRESSLENS`

[Crosstalk]

✕

▶ **Question**  01:55:47-01:55:59 (12 sec)    `NO SIGNAL (0)`

Mr. President, there's been a lot of speculation about who the next fed chairman could possibly be. You said you have somebody in mind. How many names were you given on the final list? And does that person currently work on the board of the Federal Reserve?

▶ **Donald Trump**  01:55:59-01:56:16 (17 sec)  `WEAK (1.443)`

Well, I'd say that we probably looked at 10, and Scott interviewed some people that I didn't know, but he knew. And a lot of people were involved in the process actually and Howard was involved. But I think we probably looked at 10 and we have it down to one.

▶ **Question**  01:56:16-01:56:28 (12 sec)  `NO SIGNAL (0)`

Can you tell us who it is, sir? [Laughter] I want to ask you about Elon Musk, if I could. You talked about Elon Musk; you had him at dinner here in the White House. Is he now back in your circle of friends?

▶ **Donald Trump**  01:56:28-01:56:51 (23 sec)  `WEAK (1.39)`

Well, I really don't know. I mean I like Elon a lot, he was a very -- he really helped during the election with his endorsement. He felt strongly. Look, we had one problem, you know, I didn't want to have everybody have to have an electric car and he makes electric cars and, yeah, I think we get along well.

▶ **Note**  01:56:51-01:56:52 ( sec)  `NO STRESSLENS`

[Crosstalk]

▶ **Question**  01:56:52-01:56:53 (2 sec)  `NO STRESSLENS`

On affordability --

▶ **Note**  01:56:53-01:56:53 ( sec)  `NO STRESSLENS`

[Crosstalk]

▶ **Question**  01:56:53-01:57:06 (13 sec)  `NO SIGNAL (0)`

Yeah, when you talk about affordability, going forward, are the American people, do you believe, getting impatient with the reforms that you're making? They talked about it's about --

▶ **Donald Trump**  01:57:06-01:57:35 (29 sec)  `WEAK (1.343)`

I think they're getting fake news from guys like you. Look, affordability is a hoax that was started by Democrats who caused the problem of pricing, and they didn't end it when -- look, they lost in a landslide. We won every swing state. We won the popular vote, we won everything. You take a look at districts, it was 2,750 to 500, 525, because that was an affordability problem.

▶ **Donald Trump**  01:57:35-01:57:51 (17 sec)  `NO SIGNAL (0.469)`

We brought it down. Look at energy, look at -- look at the gasoline prices. That's like the simplest and it's the biggest, because if energy comes down, everything comes down and that's the way it works. We're going to be at $2.50. You said $1.99 in some places in the country, right, Chris?

▶ **Chris Wright**  01:57:51-01:57:52 ( sec)  `NO STRESSLENS`

Yes.

✕

▶ **Donald Trump**  01:57:52-01:58:15 (23 sec)  `NO SIGNAL (0.436)`

You said it, I didn't say it. And they won't check you, they'll check me. So you know, I like to use your -- your number, $1.99 a gallon, unthinkable if you go back a year and a half ago. It's unthinkable. So no, we're bringing the prices down, way down. Beef is coming down now. We've done certain magic and beef is coming down.

**Donald Trump**  01:58:15–01:58:38 (23 sec)　　　　　　　　　　　　WEAK (1.433)

But we inherited horrible prices. We inherited, really, the worst -- again, the worst inflation in history. We inherited that. When I came in, that's what he had and we fixed inflation and we fixed almost everything, if you want to know the truth, including eight wars. We got one to go, but including eight wars.

**Donald Trump**  01:58:38–01:58:58 (20 sec)　　　　　　　　　　　　WEAK (1.088)

But when -- they always say, I watched today where they have a race going on right now in Tennessee. And this woman goes, affordability, affordability. They're the ones that caused the problem. The prices were way high. We're bringing the prices down. But they're like scam artists. You know, they're con -- I call them con men and women.

**Donald Trump**  01:58:58–01:59:18 (20 sec)　　　　　　　　　　　　WEAK (1.121)

They come out, they say affordability like, oh, oh, I see prices. We're going to get prices down still further, but we brought them down from the prices they caused. The reason that they had the highest inflation in the history of our country is because they had the highest prices, but we brought them down and now we have normal inflation.

**Donald Trump**  01:59:18–01:59:18 ( sec)　　　　　　　　　　　　NO STRESSLENS

Yeah, please.

**Question**  01:59:18–01:59:21 (3 sec)　　　　　　　　　　　　NO STRESSLENS

Mr. President, thank you so much for taking questions.

**Donald Trump**  01:59:21–01:59:21 ( sec)　　　　　　　　　　　　NO STRESSLENS

Thank you.

**Question**  01:59:21–01:59:22 (1 sec)　　　　　　　　　　　　NO STRESSLENS

[Inaudible] cabinet.

**Donald Trump**  01:59:22–01:59:23 (1 sec)　　　　　　　　　　　　NO STRESSLENS

Sure.

**Question**  01:59:23–01:59:39 (16 sec)　　　　　　　　　　　　NO SIGNAL (0)

I wanted to clarify something that you had said on Sunday regarding the boat strikes near Venezuela. You had said that you didn't know if the second strike on that one boat had happened, but you wouldn't have wanted it. Now that your administration has acknowledged that it happened, do you support that second strike?

**Question**  01:59:39–01:59:53 (14 sec)　　　　　　　　　　　　NO SIGNAL (0)

And Mr. Secretary, I want to clarify something you had said in the interview back in September, I believe on Fox News. You said that you would watch that strike live on television. In real time, did you know that there were survivors after the initial strike?

**Donald Trump**  01:59:53–02:00:19 (26 sec)　　　　　　　　　　　　NO SIGNAL (0.905)

Well, look, all I know is this, every boat that you see get blown up, we save 25,000, on average, lives, 25,000 lives. They've been sending enough of this horrible fentanyl and other things like cocaine and other things, but fentanyl right now is the leader of the pack, to kill our entire nation, because a little speck on the head of a pin can kill somebody.

▶ **Donald Trump**  02:00:19–02:00:38 (19 sec)  WEAK (1.361)

It's very dangerous stuff. I know so many people where their sons were drug addicts. They had one little sample and they died, they died. They were -- they couldn't believe it. As far as the attack is concerned, I didn't -- you know, I still haven't gotten a lot of information because they rely on Pete, but to me, it was an attack.

▶ **Donald Trump**  02:00:38–02:00:57 (19 sec)  NO SIGNAL (0.841)

It wasn't one strike, two strikes, three strikes. Somebody asked me a question about the second strike, I didn't know about the second strike. I didn't know anything about people. I wasn't involved in it. I knew they took out a boat, but I would say this, they had a strike. I hear the gentleman that was in charge of that is extraordinary.

▶ **Donald Trump**  02:00:57–02:01:19 (23 sec)  WEAK (1.491)

He's an extraordinary person. I'll let Pete speak about him, but Pete was satisfied. Pete didn't know about second attack having to do with two people, and I guess Pete would have to speak to it. I can say this, I want those boats taken out and if we have to, we'll attack on land also, just like we attack on sea and there's very little coming in by sea.

▶ **Donald Trump**  02:01:19–02:01:38 (19 sec)  WEAK (1.066)

I think we've knocked out over 90 percent of it. There's very little getting -- and I understand that. There's very little. We're saving hundreds of thousands of lives with those pinpoint attacks. It's an amazing thing when you see a boat going along and, you know, a lot of the press would like to say they're not -- you see the boat, but they're not maybe drugs.

▶ **Donald Trump**  02:01:38–02:01:58 (19 sec)  MEDIUM (1.648)

You see these boats, first of all, who has five engines on the back of a boat going in weird directions and loaded up with lots of white containers? They all have their bags of things. No, they've done an amazing job. And Pete has done an amazing job. But Pete, you could probably better answer the question.

▶ **Pete Hegseth**  02:01:58–02:02:19 (22 sec)  NO SIGNAL (0)

No, you're spot on, sir. I think you got to start with the baseline, which Marco laid out, everybody's laid out. You got 20 million people invading our country over four years. We don't know where they're coming from. That includes Tren de Aragua and cartels and violent criminals. They bring drugs, and you mentioned it, Mr. President, poisoning, an intentional poisoning of the American people killing hundreds of thousands of Americans.

▶ **Pete Hegseth**  02:02:19–02:02:44 (24 sec)  NO SIGNAL (0)

So the president had the courage to designate these cartels as designated terrorist organizations. Now, a number of us here served in the military and spent 20 years fighting terrorists like al-Qaida and ISIS on the other side of the world. How do you treat al-Qaida and ISIS? Do you arrest them and treat them pat them on the head and say don't do that again, or do you end the problem directly by taking a lethal, kinetic approach?

▶ **Pete Hegseth**  02:02:44–02:02:58 (14 sec)  NO SIGNAL (0)

And that's the way President Trump has authorized the War Department to look at these cartels. And I wish everybody could be in the room watching our professionals. Our professionals like Mitch Bradley, Admiral Mitch Bradley and others at JSOC and SOCOM and other commanders.

▶ **Donald Trump**  02:02:58–02:03:17 (19 sec)  WEAK (1.205)

The deliberative process, the detail, the rigorous, the intel, the legal, the evidence-based way that we're able to, with sources and methods that we can't reveal here, that make sure that every one of those drug boats is tied to a designated terrorist organization. We know who's on it, what they're doing, what -- what they're carrying, all these white bales.

**Pete Hegseth**  02:03:17–02:03:35 (19 sec)  NO SIGNAL (0)

They're not Christmas gifts from Santa. This is drugs running on four motor fast boats or submarines that we've also struck. No one's fishing on a submarine. And I have empowered them to make that call. And, the first couple of strikes, as you would, as any leader would want, you want to own that responsibility.

**Pete Hegseth**  02:03:35–02:03:50 (15 sec)  NO SIGNAL (0)

So I said I'm going to be the one to make the call after getting all the information and make sure it's the right strike. That was September 2nd. There's a lot of intelligence that goes into that, building that case and understanding that, a lot of people providing information. I watched that first strike live.

**Pete Hegseth**  02:03:50–02:04:13 (23 sec)  NO SIGNAL (0)

As you can imagine at the Department of War, we got a lot of things to do. So I didn't stick around for the hour and two hours or whatever where all the sensitive site exploitation digitally occurs. So I moved on to my next meeting. A couple of hours later, I learned that that commander had made the -- which he had complete authority to do. And by the way, Admiral Bradley made the correct decision to ultimately sink the boat and eliminate the threat.

**Pete Hegseth**  02:04:13–02:04:30 (17 sec)  NO SIGNAL (0)

He sunk the boat, sunk the boat and eliminated the threat and it was the right call. We have his back. And the American people are safer because narco terrorists know you can't bring drugs through the water and eventually on land if necessary --

**Donald Trump**  02:04:30–02:04:31 (1 sec)  NO STRESSLENS

Have to do it.

**Pete Hegseth**  02:04:31–02:04:35 (4 sec)  NO SIGNAL (0)

-- to the American people. We will eliminate that threat and we're proud to do it.

**Question**  02:04:35–02:04:39 (4 sec)  NO SIGNAL (0)

So you didn't see any survivors, to be clear, after that first strike, you personally?

**Pete Hegseth**  02:04:39–02:05:05 (26 sec)  NO SIGNAL (0)

I did not personally see survivors, but I stand -- because the thing was on fire. That was exploded and fire or smoke, you can't see anything. You got digital. This is called the fog of war. This is what you and the press don't understand. You sit in your air-conditioned offices or up on Capitol Hill and you nitpick and you plant fake stories in the Washington Post about kill everybody phrases on anonymous sources, not based in anything, not based in any truth at all.

**Pete Hegseth**  02:05:05–02:05:26 (20 sec)  NO SIGNAL (0)

And then you want to throw out really irresponsible terms about American heroes, about the judgment that they made. I wrote a whole book on this topic because of what politicians and the press does to war fighters. President Trump has empowered commanders, commanders to do what is necessary, which is dark and difficult things in the dead of night on behalf of the American people.

**Pete Hegseth**  02:05:26-02:05:29 (3 sec)    NO STRESSLENS

We support them and we will stop the poisoning of the American people.

**Question**  02:05:29-02:05:34 (5 sec)    NO SIGNAL (0)

And Mr. Secretary, on the second strike, you said it happened more than an hour after the first [Inaudible]

**Pete Hegseth**  02:05:34-02:05:36 (2 sec)    NO STRESSLENS

I couldn't tell you the exact amount of time.

**Question**  02:05:36-02:05:38 (2 sec)    NO STRESSLENS

[Inaudible] sir, you had left the room, is what you're saying?

**Pete Hegseth**  02:05:38-02:05:40 (2 sec)    NO STRESSLENS

I already stated my answer [Inaudible]

**Donald Trump**  02:05:40-02:06:02 (22 sec)    MEDIUM (1.567)

So remember this, we lost last year, I think it was more than that, but you know, people don't like saying it because they always said 100,000, 115,000, numbers we've been hearing for years. So we lost last year more than 200,000 people, dead people, ruined families beyond the 200,000. And those 200,000, that family will never be the same.

**Donald Trump**  02:06:02-02:06:22 (20 sec)    NO SIGNAL (0.594)

But these people have killed over 200,000 people, actually killed over 200,000 people last year, and those numbers are down. Those numbers are down. They're way down and they're down because we're doing these strikes and we're going to start doing those strikes on land too. You know, the land is much easier, it's much easier.

**Donald Trump**  02:06:22-02:06:30 (8 sec)    NO SIGNAL (0)

And we know the routes they take, we know everything about them. We know where they live. We know where the bad ones live and we're going to start that very soon too.

**Question**  02:06:30-02:06:31 (1 sec)    NO STRESSLENS

Thank you so much, Mr. President.

**Donald Trump**  02:06:31-02:06:51 (20 sec)    NO SIGNAL (0)

And you know what, when we start that, we're going to drive those numbers down so low and then you're going to have families be able to live without the fear of their son or daughter just having a pill to have a little fun and ending up dying within a period of 60 seconds, right? No, we're not going to let that happen.

**Donald Trump**  02:06:51-02:07:08 (17 sec)    WEAK (1.19)

We're not going to let it continue to happen. What Biden did to this country by allowing all these people, and I call them animals in many cases. I think they're animals, to come into our country and destroy our country and let all those drugs pour in, let people just walk across the border like it was nothing.

**Donald Trump**  02:07:08-02:07:28 (19 sec)    NO SIGNAL (0.907)

You look at them, a lot of them, you know, they say, oh, let's not discriminate. I'm not talking about color. I'm just talking about you look into the eyes of some of these people, we're smart, and you see a killer, come on in, just come on in, 11,888 murderers. Many of them committed more than one murder.

**Donald Trump**  02:07:28–02:07:41 (14 sec)                NO SIGNAL (0.79)

He allowed them into our country totally unvetted, totally unchecked, but he also allowed drugs to come in at record numbers, and hundreds of thousands of people a year died and we're taking those sons of bitches out, yeah.

**Question**  02:07:41–02:07:47 (6 sec)                NO SIGNAL (0)

Thank you so much, Mr. President, for taking our questions. I think this is the most transparent administration I've ever seen.

**Donald Trump**  02:07:47–02:08:01 (14 sec)                NO SIGNAL (0.699)

I'm impressed by these people that -- I'll tell you, how strong are you? You've been holding that camera for two hours. You know, there are very few physically -- there are very few people who could do that. I'm very proud of you. I have no idea who you are, but you're smart. [Laughter]

**Question**  02:08:01–02:08:24 (23 sec)                NO SIGNAL (0)

Thank you, Mr. President. Mr. President, last week, militia groups in Iraq attacked the Kurdistan regions gas fields, the largest gas fields of which even the US companies invested in the energy sector in the Kurdistan region. And the Kurdistan prime minister requested the United States to provide them some sort of means and defense systems for defending their civilian infrastructure and US investment in the Kurdistan region.

**Question**  02:08:24–02:08:31 (7 sec)                NO SIGNAL (0)

Are you willing to provide them the support? And if I add this question tomorrow, the United States is going to open an inaccurate --

**Donald Trump**  02:08:31–02:08:33 (2 sec)                NO STRESSLENS

When you say latter --

**Question**  02:08:33–02:08:35 (1 sec)                NO STRESSLENS

Yeah, of course.

**Donald Trump**  02:08:35–02:08:42 (8 sec)                NO SIGNAL (0)

Is that possible? The most gentle, beautiful voice, a gentle person could take fewer words and louder.

**Question**  02:08:42–02:09:00 (17 sec)                NO SIGNAL (0)

Yeah, sure. I'll repeat my first question. Last week, the Iraqi militia groups attacked one of the largest gas fields in the Kurdistan region of Iraq, which even the US companies have invested in these gas fields. And then --

**Donald Trump**  02:09:00–02:09:00 (1 sec)                NO STRESSLENS

Are you from Iraq?

**Question**  02:09:00–02:09:17 (16 sec)                NO SIGNAL (0)

I'm from Kurdistan -- Iraqi Kurdistan. Yeah, I'm working for Omidyar Network. And the Kurdistan Region prime minister, he requested the United States to providing them some sort of defense system to defending these gas fields and US investment in Kurdistan Region. Are you willing to helping them?

**Donald Trump**  02:09:17–02:09:45 (28 sec)    `MEDIUM (1.669)`

Well, I want to look at it. I heard about it and I'm hearing about it more now, frankly. It wasn't at the top of my list. It's very unusual question, I think. But I assumed you're from the area and, to you, it's a very important question and to me it is also because people are being killed. I will say this; Iraq has been much different in terms of us than they were prior to us taking out the nuclear capability of Iran.

**Donald Trump**  02:09:45–02:10:12 (27 sec)    `WEAK (1.16)`

You know, Iran has gone down many, many steps in terms of its fear factor. They were the bully of the Middle East and they're really not the bully of the Middle East anymore. And Iraq was being bullied by Iran. You know, we had a president that thought it was brilliant to blow them up and they blew them up. And all of a sudden instead of having a power that was basically equal to Iran, they had Iran ruling the Middle East for a long period of time.

**Donald Trump**  02:10:12–02:10:34 (22 sec)    `WEAK (1.159)`

But Iraq, from the day we hit them with those B-2 bombers and knocked out and obliterated, because CNN said, well, maybe it wasn't total. Well, it turned out it was totally obliteration. It was -- every single one of those missiles hit its target. It was actually amazing. But it was wiped out, totally wiped out.

**Donald Trump**  02:10:34–02:10:56 (22 sec)    `NO SIGNAL (0)`

I will tell you; Iraq has been a much friendlier place. They talk to us. The prime minister actually nominated me, along with about 78 other countries, for the Nobel Prize. I'm the only one that was nominated by almost 100 countries that didn't get it. But that's OK, but I saved a lot of lives. I saved a lot of lives.

**Donald Trump**  02:10:56–02:11:16 (19 sec)    `NO SIGNAL (0.808)`

But Iraq nominated us for the Nobel Prize, and it was a great honor. You know, we didn't expect that from Iraq. Iraq has been a much different place since the taking out of Iran, the nuclear capability. Yeah, let's get to another question here. Here we go, this guy's a beauty.

**Question**  02:11:16–02:11:21 (6 sec)    `NO SIGNAL (0)`

Senator Rubio mentioned the meetings ongoing in Russia today. Do you have any update from Mr. Witkoff or Mr. Kushner on that, or will you --

**Donald Trump**  02:11:21–02:11:44 (22 sec)    `WEAK (1.275)`

No update, because I've been spending too much time with you. I mean, we're spending a lot of time in here. We wanted to do this very -- you talk about being open and transparent. This has to be the most transparent administration in history. We spend a lot of time answering your questions and giving you a lot of good -- you know, good results.

**Donald Trump**  02:11:44–02:11:49 (5 sec)    `WEAK (1.491)`

I mean, I think everybody here gave you good results. But no, I don't -- I will have after I leave here.

**Question**  02:11:49-02:11:53 (4 sec)    `NO STRESSLENS`

Do you hope for a breakthrough or is it not quite an update?

**Donald Trump**  02:11:53-02:12:20 (28 sec)    `WEAK (1.405)`

I don't know. Look, I don't know. All I can tell you is that we're trying very hard to get -- save 25,000 to 30,000 people, mostly men, mostly soldiers every month. 25,000 to 30,000 soldiers, it's impossible. That's half a stadium, take a big football stadium, take half of those people in a stadium and they're wiped out, they're killed every month.

**Donald Trump**  02:12:20-02:12:29 (8 sec)    `WEAK (1.383)`

It's crazy, that war is crazy and would have never happened with me and it would -- and it didn't happen for four years.

**Question**  02:12:29-02:12:32 (4 sec)    `NO SIGNAL (0)`

You just mentioned potential land strikes. Can you elaborate anything on that? Are you talking about --

**Donald Trump**  02:12:32-02:12:53 (20 sec)    `WEAK (1.311)`

Yeah, I'll elaborate. If they come in through a certain country or any country or if we think they're building mills for -- whether it's fentanyl or cocaine. I hear Colombia, the country of Colombia is making cocaine. They have cocaine manufacturing plants, OK, and then they sell us their cocaine. We appreciate that very much.

**Donald Trump**  02:12:53-02:12:59 (6 sec)    `MEDIUM (1.654)`

But yeah, anybody that's doing that and selling it into our country is subject to attack.

**Question**  02:12:59-02:13:00 (2 sec)    `NO STRESSLENS`

So, not necessarily just Venezuela?

**Donald Trump**  02:13:00-02:13:20 (19 sec)    `WEAK (1.45)`

No, not just Venezuela, no. Venezuela has been very bad. Venezuela has been really bad in something else, probably worse than most, but a lot of other people do it too. They would send murderers into our country. They would empty their jails into our country. They sent people into our country that we don't want.

**Donald Trump**  02:13:20-02:13:34 (15 sec)    `MEDIUM (1.55)`

They sent their drug dealers and their drug people into our country. They sent people from their mental institutions into our country and we're getting them out. That was bad; that was real bad and they also sent drugs. Yeah.

**Question**  02:13:34-02:13:39 (5 sec)    `NO SIGNAL (0)`

On Tim Walz, Mr. President, do you think he should resign over the fraud scandal in his state?

**Donald Trump**  02:13:39-02:13:40 (1 sec)    `NO STRESSLENS`

That who should?

**Question**  02:13:40-02:13:42 (2 sec)    `NO STRESSLENS`

Tim Walz, over the fraud scandal in his state.

**Donald Trump**  02:13:42-02:14:03 (21 sec)    `WEAK (1.154)`

Look, I think the man's a grossly incompetent man, I thought that from the day I watched JD destroy him in the debate. [Laughter] I was saying who was more incompetent that man or my man. I had a man, and he had a man. They were both incompetent and -- I had a man and a woman. I thought she was incompetent too.

**Donald Trump**  02:14:03-02:14:31 (27 sec)    NO SIGNAL (0.876)

But now she's leading the field and I think she's leading the field for the nomination. Anyway, look, that's up to them. That's up to the Democrats. You know, the problem with them is they have really bad policy, and I'm not going to say what it is because I don't want them to change it necessarily because I want to run against it, whether it's -- it's not going to be me. It's going to be somebody that's going to probably sitting at this table.

**Donald Trump**  02:14:31-02:14:50 (19 sec)    WEAK (1.066)

Could be a couple of people sitting at this table. Could be a couple of people running together sitting at this table, you know. But I want them to win because we've done a great job for this country and I want that to be carried forward. And you know, I think we have a tremendous bench, really a tremendous bench.

**Donald Trump**  02:14:50-02:15:18 (28 sec)    MEDIUM (1.562)

But no, I think that Walz is a grossly incompetent man. There's something wrong with him, OK? There's something wrong with him. And when you look at what he's done with Somalia, which is barely a country, they have no anything, they just run around killing each other. There's no structure. And when I see somebody like Ilhan Omar, who I don't know at all, but I always watch her.

**Donald Trump**  02:15:18-02:15:50 (32 sec)    WEAK (1.059)

For years, I've watched her complain about our Constitution, how she's being treated badly. Our Constitution, the United States of America is a bad place. It hates everybody, hates Jewish people, hates everybody. And I think she's an incompetent person. She's a real terrible person. But when I watch what is happening in Minnesota, the land of a thousand lakes or however many lakes they have -- they've got a lot of lakes, but this beautiful place.

**Donald Trump**  02:15:50-02:16:17 (27 sec)    WEAK (1.295)

And I see these people ripping it off and now I'm understanding and you're going to look into that, Scott. I hear they ripped off -- Somalians ripped off that state for billions of dollars, billions. Every year, billions of dollars and they contribute nothing. The welfare is like 88 percent. They contribute nothing.

**Donald Trump**  02:16:17-02:16:33 (16 sec)    NO SIGNAL (0.655)

I don't want them in our country, I'll be honest with you, OK? Somebody would say, oh, that's not politically correct. I don't care. I don't want them in our country. Their country is no good for a reason. Their country stinks and we don't want them in our country. I can say that about other countries too.

**Donald Trump**  02:16:33-02:16:55 (22 sec)    WEAK (1.355)

I can say it about other countries too. We don't want them -- the hell -- we have to rebuild our country. You know, our country is at a tipping point. We could go bad; we're at a tipping point. I don't know if people mind me saying that, but I'm saying it. We could go one way or the other and we're going to go the wrong way if we keep taking in garbage into our country.

**Donald Trump**  02:16:55-02:17:18 (23 sec)    NO SIGNAL (0.826)

Ilhan Omar is garbage, she's garbage. Her friends are garbage. These aren't people that work. These aren't people that say let's go, come on, let's make this place great. These are people that do nothing but complain. They complain, and from where they

came from, they've got nothing. You know, if they came from Paradise and they said this isn't Paradise.

 **Donald Trump**  02:17:18–02:17:45 (26 sec)                    NO SIGNAL (0.091)

But when they come from hell and they complain and do nothing but bitch we don't want them in our country. Let them go back to where they came from and fix it. Thank you very much, everybody. Thank you. Thank you very much.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About                 Contact Us            Advertise
Events                Privacy               RC Jobs
Newsletters           The Staff             Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.