# EXHIBIT 5

### Truth Details
3587 replies

**Donald J. Trump**
@realDonaldTrump

Nine Billion Dollars was STOLEN FROM THE STATE OF MINNESOTA by Illegal Somalian Criminals. They must pay a big price, NOW!!! President DJT

**9.33k** ReTruths    **32.7k** Likes    Dec 19, 2025, 5:47 PM