# EXHIBIT 6



Powered by **FiscalNote** StressLens

# Donald J. Trump

**Transcripts**     White House Calendar     White House Press Releases

## Speech: Donald Trump Holds a Campaign Rally in Aurora, Colorado - October 11, 2024

📊 StressLens     📁 3 Topics     📋 8 Entities     🎤 2 Moderations     👥 4 Speakers



### Full Transcript

▶  **Donald Trump**  00:00:00-00:00:44 (44 sec)                    NO STRESSLENS

[Audience chants "USA"] Thank you very much, everybody. Thank you very much. And it's great to be back in this beautiful state with thousands of proud, hardworking, American patriots. That's what you are. And before going further, I want to let everyone who is still recovering from the hurricanes that hit Florida, Georgia, North Carolina, South Carolina, Alabama, Tennessee, and Virginia to know that we are thinking of them and we are praying for them.

✕

▶  **Donald Trump**  00:00:44-00:01:08 (25 sec)

God bless them. God bless them. We have a lot of great people today, and I'll do it at the b[...] talk about. What the hell is happening with our country? What are they doing? What are th[...] ruining your state. They're ruining your state. So, let's do this.

1:18:13



▶ **Donald Trump**  00:01:08-00:01:33 (24 sec)   NO SIGNAL (0.701)

Let's just very quickly mention some of the really great people and great patriots, and then we're going to get back into the business of discussing what we're going to do. You know what you're going to do? You're going to vote for Trump, and we'll solve your problem in about 15 minutes. We're pleased to be joined this afternoon by Congresswoman Lauren Boebert.

▶ **Donald Trump**  00:01:33-00:02:12 (39 sec)   NO STRESSLENS

Lauren, good job today. Thank you. Also, Greg Lopez. Thank you, Greg. And a woman who beat Liz Cheney by the largest margin in the history of Congress. She got out of that whack job. Harriet Hagerman. Harriet, thank you. Where's Harriet? What a job. She beat herself badly. The single biggest victory in the history, defeating a person sitting in Congress, and she deserved it.

▶ **Donald Trump**  00:02:12-00:02:43 (31 sec)   NO SIGNAL (0.545)

She is bad news. Thank you, Harriet, very much. You're really fantastic. Thank you, darling. Also, we have congressional candidates who are really terrific people. They have my endorsement. Gabe Evans and Jeff Crank. A candidate for Congress and former ICE field office director who did a really good job for me, John Fabbricatore.

▶ **Donald Trump**  00:02:43-00:03:29 (47 sec)   NO STRESSLENS

John Fabbricatore. That's a hell of a name, but it worked. It worked because he did a great job. Wyoming secretary of state, Chuck Gray. Chuck, thank you very much. Great job, Chuck. The sheriff of Douglas County, Darren Weekly. Aurora City councilwoman, Danielle Jurinsky. And Stephanie Hancock. The founder or president of the Article III Project, this guy is tough as hell.

▶ **Donald Trump**  00:03:29-00:04:00 (30 sec)   WEAK (1.015)

We want him in a very high capacity, Mike Davis. Mike. Thank you, Mike. Where's Mike? Mike is great. Here's a man -- I met him backstage, and I realized I'd never be a big football player. Denver Bronco Derek Wolfe. Where is he? Where is he? Where is he? Man, is he -- where is he? Oh, there he -- he's a little hard.

▶ **Donald Trump**  00:04:00-00:04:26 (26 sec)   NO SIGNAL (0.643)

You are one big guy. You know, you are one hell of a guy, but you had a great career. Congratulations. Ten years in the NFL, all with your team, and he was a winner. He was a winner. And you are a winner. Thank you very much for being here, Derek. Appreciate it. We have a very popular man, a very popular political person, and a great congressman from Texas, Wesley Hunt.

▶ **Donald Trump**  00:04:26-00:04:47 (21 sec)   NO SIGNAL (0.22)

Wesley. Wesley's fantastic. Thank you. Wesley came in with me. And a woman who's, unbelievable, actually. I've gotten to know her. She endorsed me in 2016. I said, "You got to be kidding." It was a surprise endorsement. And she believed in the message and what we were saying. We were right about what we were saying.

▶ **Donald Trump**  00:04:47-00:05:05 (18 sec)   NO SIGNAL (0.438)

You know, when we came down that escalator and I made those statements, everyone said, "How terrible are those statements?" Turned out that they were minor compared to -- they were, like, little minor statements by comparison. But she got it better than anybody and she endorsed us very early when it wasn't the thing to do.

▶ **Donald Trump**  00:05:05-00:05:53 (48 sec)   NO STRESSLENS

From Alaska, the great Sarah Palin. Where is she? Thank you, Sarah. With the help of everyone here today, 25 days from now, think of it, 25 days, we are going to defeat Kamala Harris, who has no clue what the hell is going on. I have to tell you. Did you

see where she did a town hall yesterday and she used a teleprompter? I never saw a town -- you don't use teleprompters.

**Donald Trump**   00:05:53-00:06:26 (33 sec)                              NO SIGNAL (0.839)

We don't use teleprompters period, pretty much. You don't use them for town halls. No. She's not the right person for -- not for this country, not for any country. But very simply, we're going to make America great again. So, I've been waiting for this. I've been waiting for this day because I've been reading about it like so many people all around the world, and I want to get here as soon as I could.

**Donald Trump**   00:06:26-00:07:19 (53 sec)                              NO STRESSLENS

And I took a good time and a good day and, you know, the crowd, we could sell this place out four times. You see what's outside. [Applause] NBC, of all networks, said a little while ago, they announced, it's the single longest line for anything that they've ever seen. That's pretty good. But I've been waiting for this day, and we're here finally in Aurora, Colorado to call the attention of the world, and, unfortunately, the world's already got its attention, to one of the most egregious betrayals that any leader in any nation has ever inflicted on its own people, what they've done to our country, what they're doing to our country.

**Donald Trump**   00:07:19-00:07:40 (22 sec)                              NO SIGNAL (0.056)

They're destroying -- they are ruining our country. [Audience boos] We are being led by stupid people. We cannot take it anymore. For the past four years, as the so-called border czar, the person in charge of our border, Kamala Harris -- and you can't use the name Harris. You know, if you say Harris, nobody knows who the hell you're talking about.

**Donald Trump**   00:07:40-00:08:01 (20 sec)                              NO SIGNAL (0.911)

Think of it. Harris. Nice name. It's like -- so we use the name, Kamala. She was last, right? She came in last, and now she's running. How about that? In all fairness, I'm not a fan of Sleepy Joe, but Sleepy Joe got 14 million votes. She got none. She never made it to the great state of Iowa. She quit.

**Donald Trump**   00:08:01-00:08:26 (25 sec)                              NO SIGNAL (0.228)

Out of 22 people, she quit. She had nothing going. And interestingly, when she came in, she was OK. Pretty good. But then they heard her talking. They watched her brain in action. And when they saw the brain in action, they said that's a -- and here she is again. But Kamala has imported an army of illegal alien gang members and migrant criminals from the dungeons of the third world. [Audience boos]

**Donald Trump**   00:08:26-00:08:54 (28 sec)                              NO SIGNAL (0.615)

They come from the dungeons, think of that, the dungeons of the third world, from prisons and jails, insane asylums, and mental institutions. And she has had them resettled beautifully into your community to prey upon innocent, American citizens. That's what they're doing. And no place is it more evident than right here because in Aurora, multiple apartment complexes have been taken over by the savage Venezuela prison gang known as Tren de Aragua. [Audience boos]

**Donald Trump**   00:08:54-00:09:18 (24 sec)                              NO SIGNAL (0.648)

Or is your law enforcement and law enforcement all over the world -- they know them all over the world. They're a savage gang, one of the worst in the world, and they're getting bigger all the time because of our stupidity. They're known as TDA. TDA. TDA has killed seven people today, sir. Last month, six men with armed rifles and many other men standing right outside waiting for them, and handguns were caught on camera as they were forced into a situation, and they said they were forced.

**Donald Trump**   00:09:18-00:09:41 (23 sec)                              NO SIGNAL (0.15)

They weren't forced. They got their way into an apartment building. They threatened the tenants at gunpoint. These are people that never saw anything like this. These are people that never experienced criminals and crime. They burst into the building and they held tenants at gunpoint and at knifepoint.

▶ **Donald Trump**    00:09:41–00:10:03 (22 sec)    | NO SIGNAL (0.177) |

Ten minutes later, they opened fire on a 25-year-old man outside the building, fatally shooting him. Of the barbaric thugs who have been identified, at least three are illegal aliens who were in border patrol custody. They were in custody. By the way, four years ago, we had the safest border in the history of our country.

▶ **Donald Trump**    00:10:03–00:10:24 (22 sec)    | NO SIGNAL (0.174) |

Put up that sign, please. Put up my all-time favorite graph. Put up my all-time -- get that put up. That is the most beautiful graph I've ever seen. It's the most beautiful piece of paper I've ever seen. I take it home every night, and I sleep with it and I kiss it. Oh, I kiss it. Because without that sucker, I wouldn't be here right now.

▶ **Donald Trump**    00:10:24–00:10:43 (19 sec)    | NO SIGNAL (0.799) |

So, if you think about it, Mr. Pastor, great job you did, Pastor. If you think about it, illegal immigration saved my life. I'm the only one. Usually, it's the opposite. It's usually the opposite. Thank you very much. But you see that arrow on the bottom? That's when I left -- that's the day I left office.

▶ **Donald Trump**    00:10:43–00:11:25 (41 sec)    | NO STRESSLENS |

You had the lowest number of people coming into our country in the history -- recorded history of our country. And then look what happened. Like a rocket ship. And they were rough, the ones that came in. We were very, very careful. We were Remain in Mexico. We checked everybody out. People came in, but then they got rough because then they said, "Let's do open borders. Let's set the whole world."

▶ **Donald Trump**    00:11:25–00:11:49 (24 sec)    | WEAK (1.185) |

And as soon as they did that, jails were emptied, mental institutions were emptied. And I would have done the same thing if I were in charge of any of the many countries we're talking about. Three of these thugs were in Border Patrol custody but were released into the United States by Kamala. And my message [Audience boos] -- they were released, and they killed people, a lot of people.

▶ **Donald Trump**    00:11:49–00:12:16 (28 sec)    | NO SIGNAL (0.075) |

They were released. But my message today is very simple. No person who has inflicted the violence and terror that Kamala Harris has inflicted on this community can ever be allowed to become the president of the United States. We're not going to let it happen. And your weak and ineffective governor -- he's a totally ineffective guy, by the way.

▶ **Donald Trump**    00:12:16–00:12:48 (31 sec)    | NO SIGNAL (0.267) |

I hope you know that. [Audience boos] His name is Jared Polis. I got to know him. [Audience boos] I got to know him in the White House. He come in with other governors, some Democrat. I see them all. I worked with all of them. I know the good ones and the bad ones. He's not a good one, this one. But he come in, "Sir, it's so nice to meet you, sir. Oh, it's such an honor to be -- oh, this is the Oval Office. Oh, sir. Thank you, sir. Thank you, sir."

▶ **Donald Trump**    00:12:48–00:13:16 (28 sec)    | NO SIGNAL (0.602) |

Then he comes back here and he says, "I didn't like the guy." Can you believe it? And I gave you -- not him, I didn't give anything. I gave you everything that they wanted. I gave you because I love this state. This state has to flip, Republican. It has to.

It has to. Let's do it. That's why I'm here.

**Donald Trump**  00:13:16-00:13:42 (27 sec)                          WEAK (1.366)

▶ Let's do it. I'm not here for my health. That's why I'm here. Think of where I could be though. I could take our beautiful First Lady. I could be on the beautiful beaches all over the world. I could be in Monte Carlo. I could be all over the world, the best properties in the world. I have the best properties.

**Donald Trump**  00:13:42-00:14:22 (39 sec)                          NO STRESSLENS

▶ And where am I? I'm right now in Aurora, and that's where I want to be because we're going to solve this problem. We're going to solve this problem, right? If you said, where would you rather be, in the most beautiful beaches in the world or with you? Trying to figure out what the hell happened to Aurora because you have a very different place than you had just a few months ago, right? We're going to take care of it.

**Donald Trump**  00:14:22-00:14:44 (22 sec)                          NO SIGNAL (0.511)

▶ But Paul is -- he's a coward. He's a fraud. He's pathetically trying to deny -- he's pathetic. He doesn't see. You know, they don't want to see. You know what? They don't want to -- they want to stay with Washington because, otherwise, they'll get indicted. They'll find they did something wrong. They'll get indicted if they don't.

**Donald Trump**  00:14:44-00:15:18 (35 sec)                          NO SIGNAL (0.616)

▶ So, he's afraid. They're all afraid. They're all cowards. So, this guy doesn't see what you see. He doesn't see people bursting into buildings with AK-47s, military-style weapons, sometimes better than our own military. You have to ask, they're illegal migrants. They come from poor areas. Where the hell do they get these guns, the best guns? Where do they get them? Where do they got them? Who gives them better guns than our military has? Who is giving them the guns? But she's committed crimes against your state.

**Donald Trump**  00:15:18-00:15:41 (23 sec)                          NO SIGNAL (0.802)

▶ She has committed crimes by allowing these criminals in, and many of these people are murderers. Let's take a look at a couple of little, quick notes that I put up. You know, we're giving you the expensive treatment because of the fact we want to win the state so badly. So, we gave you a couple of videos today. Play them, please. [Begin videotape]

**Unidentified**  00:15:41-00:16:05 (23 sec)                          NO STRESSLENS

▶ Was it a mistake to loosen the immigration policies? Do you regret terminating it given that migration has increased in the wake of that? The entire world is showing up here at our doorstep. They're crossing illegally, and they are expecting to get released here into the United States. A group of men walking up a stairwell at the Edge at Lowry apartment complex in Aurora.

**Unidentified**  00:16:05-00:16:36 (31 sec)                          NO STRESSLENS

▶ All of them appear to be carrying rifles and handguns, and the video shot earlier this month, one of the men can be seen talking on a cell phone. They all then gather around a door and go in. Another video clip shows men forcing a door open. This is a picture of gang members breaking into a vacant apartment so they could move a Venezuelan family in and then collect rent.

**Unidentified**  00:16:36-00:17:01 (25 sec)                          NO STRESSLENS

▶ This is our business plan, one gang member told the housekeeper. "If he," the property manager, "doesn't like it, we'll fill him with bullets." Police in the region say a Venezuelan gang known as Tren de Aragua has victimized thousands through extortion, drug, and human trafficking, kidnapping, and murder.

▶ **Unidentified** 00:17:01-00:17:26 (25 sec)                                    `NO STRESSLENS`

Alvaro Boza, a former Venezuelan police officer, now living in Florida, says he fled his country in large part because the gang had become so powerful they could kill law enforcement like him with impunity. Boza says a fellow police officer who refused to cooperate with the gang was shot 50 times. Now U.

▶ **Unidentified** 00:17:26-00:17:34 (8 sec)                                     `NO STRESSLENS`

S. law enforcement, including Customs and Border Protection and the FBI, say the gang has made their way into the country.

▶ **Unidentified** 00:17:34-00:17:55 (21 sec)                                    `NO STRESSLENS`

Members have been tied to hundreds of crimes from assaulting NYPD officers and a murder in Miami to shooting two different NYPD cops who were trying to arrest one of its members in June. We hear from the mother of Jocelyn Nungaray, the 12-year-old, allegedly assaulted and killed in June by two illegal migrants.

▶ **Unidentified** 00:17:55-00:18:30 (34 sec)                                    `NO STRESSLENS`

New court documents revealed they were part of a Venezuelan gang. Trend de Aragua has given their members the green light to attack and kill police officers in Denver. We went out to some of Chicago's most violent neighborhoods to meet with current and former gang members who tell us that TDA first showed up when the city opened up migrant shelters in these areas, and that now the Venezuelans are trying to move in.

▶ **Unidentified** 00:18:30-00:18:43 (13 sec)                                    `NO STRESSLENS`

The city nonprofits have lined up to help the migrants that have come here, but nobody is helping the American citizens, the residents that are trapped.

▶ **Unidentified** 00:18:43-00:19:19 (36 sec)                                    `NO STRESSLENS`

They told us that they really couldn't do anything unless something happened. It is not, by any means, an isolated occurrence, unfortunately. I call 911. No help comes for me. No help. We were on our own, and we were left to die. Open borders, deadly consequences. Border crisis. Record-high crossings are putting a strain on cities across America.

▶ **Unidentified** 00:19:19-00:19:33 (13 sec)                                    `NO STRESSLENS`

It is a full-blown invasion. Armed Venezuelan gang members storming an apartment complex in Aurora, Colorado. When people talk about migrant crime, this is what they're talking about. Biden and Harris had created a program to bring them in under humanitarian parole.

▶ **Kamala Harris** 00:19:33-00:19:38 (5 sec)                                    `NO SIGNAL (0)`

I am in favor of saying that we're not going to treat people who are undocumented across the border as criminals.

▶ **Unidentified** 00:19:38-00:19:56 (19 sec)                                    `NO STRESSLENS`

More than 13,000 illegal immigrants convicted of murder have been released into the United States. My 20-year-old daughter, Kayla Hamilton, was murdered in her own home. Kayla's murderer was apprehended by Border Patrol, crossing illegally into the U.S. Kayla's murderer had been improperly released into the United States.

▶ **Kamala Harris** 00:19:56-00:20:00 (4 sec)                                    `NO STRESSLENS`

Abolish ICE, yeah. We need to probably think about starting from scratch.

**Unidentified** 00:20:00-00:20:16 (16 sec) `NO STRESSLENS`

An Afghan national is in custody the day after being accused of plotting an Election Day terrorist attack. The suspect entered the U.S. on a special immigrant visa. More than a dozen people suspected of being Tren de Aragua gang members right here in San Antonio. The gang members had been terrorizing the apartment complex.

**Unidentified** 00:20:16-00:20:34 (18 sec) `NO STRESSLENS`

New details in the murder of Laken Riley. The illegal immigrant suspect who cops say committed the heinous murder is a Venezuelan national. And was paroled and released into the country by the Biden administration. Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder in the death of Jocelyn Nungaray.

**Unidentified** 00:20:34-00:21:07 (33 sec) `NO STRESSLENS`

Court documents suggest a group of men arrested for beating and robbing a Dallas woman last month are members of a Venezuelan street gang. Emmanuel Hernandez-Hernandez was booked by Colleyville police just two days earlier and released the day before the robbery. [End videotape] Four years ago, it would be unthinkable that you'd be watching something like that.

**Unidentified** 00:21:07-00:21:25 (18 sec) `NO STRESSLENS`

Again, we had, think of it, the safest border in the history of our country. We never had a border so safe. All they had to do is leave it. Joe could have gone to the beach. He thinks he looks good in a bathing suit. And all he had to do is leave the guys that we had. They were great, great people, and we ran it tough.

**Unidentified** 00:21:25-00:21:49 (23 sec) `NO STRESSLENS`

Remain in Mexico. Little things like Remain in Mexico. I want to say we want to have people come into our country but they have to come in legally. We don't want them. And now, America is known all throughout the world as occupied America. They call it occupied. We're being occupied by a criminal force.

**Unidentified** 00:21:49-00:22:01 (12 sec) `NO STRESSLENS`

And we're an occupied state that refuses to let our great law enforcement professionals do the job that they so dearly want to do. You know they want to do the job so badly, but they are threatened constantly.

**Unidentified** 00:22:01-00:22:44 (44 sec) `NO STRESSLENS`

You're going to lose your pension. They don't want to do it. What is this ideology? It's so sick. But to everyone here in Colorado and all across our nation, I make this pledge and vow to you, November 5th, 2024 will be liberation day in America. It will be Liberation Day. Thank you. [Audience chants "USA"] Thank you.

**Unidentified** 00:22:44-00:23:13 (29 sec) `NO STRESSLENS`

I will rescue Aurora and every town that has been invaded and conquered. These towns have been conquered. Explain that to your governor. He doesn't have a clue. They've been conquered. And we will put these vicious and bloodthirsty criminals in jail or kick them out of our country, and we will be very, very effective in doing it. It's going to happen very, very fast.

**Unidentified** 00:23:13-00:23:40 (27 sec) `NO STRESSLENS`

Going to get them the hell out of our country. And if your weak and ineffective governor, Jared Polis, was doing his job, he would be leading the fight to get these gangs and thugs the hell out of Colorado now. And remember, it was Polis. "So, nice to be in the White House, sir. Yes, sir." He called me sir.

**Unidentified**  00:23:40-00:24:06 (26 sec)    NO STRESSLENS

Called me sir. I would have done whatever the hell I wanted. "Yes, sir. Always, sir. It's such an honor." And yet it was Polis who led the move to take me off the ballot because I was leading in the polls against all of the Democrats. [Audience boos] And then the Supreme Court, very brave and very brilliant, actually, voted nine to nothing that I should be on the ballot.

**Unidentified**  00:24:06-00:24:29 (22 sec)    NO STRESSLENS

Nine to nothing. Everybody was unanimous that I should be -- I was leading everybody in the ballot. Every Democrat, I was leading everybody. He said, "We have to get them off the ballot because that was part of their scheme." You know, not only the weaponization, but this was actually part of the weaponization.

**Unidentified**  00:24:29-00:24:53 (24 sec)    NO STRESSLENS

Their first move was to try and get me off the bat. They didn't want to run against me. They liked other people much better. Much better. You know, we ran and won in 2016. We did much better by millions of votes in 2020, but we won't discuss that. And I will tell you, you see it by the crowd. You see it outside.

**Unidentified**  00:24:53-00:25:16 (23 sec)    NO STRESSLENS

Let's take a look outside. We are today -- there's more enthusiasm for this movement, MAGA, the greatest movement. It's called Make America Great Again. There's more enthusiasm today than ever before. But there was great indignation in Colorado by what this ineffective person did. They really were angry at him and they were angry.

**Unidentified**  00:25:16-00:25:36 (20 sec)    NO STRESSLENS

And especially, you know who was the most indignant? The Democrats, believe it or not. They thought it was a terrible thing to do because that is really a threat to democracy, not the fake threat that they use all the time. So, I hope that Colorado -- I love this place. I'm here a lot. As you know, I have a lot of friends -- I have a lot of friends here, and they tell me the whole thing is turning, but you can't live like this.

**Unidentified**  00:25:36-00:25:57 (21 sec)    NO STRESSLENS

You can't live with these people. These are stone-cold killers. You could be walking down the street with your husband. You'll both be dead. They won't even remember they did it the following morning. You can't live like this. So, I hope that Colorado will show a tremendous protest vote for what they did to try and keep you off the ballot and more importantly, for what they have done to the fabric of your culture.

**Unidentified**  00:25:57-00:26:23 (26 sec)    NO STRESSLENS

And remember, I really believe Colorado is -- you know, we're very close. We're very close. In fact, in one poll, we're leading by a little bit. Think of it, though. Just think of it. The Democrats are good people. The Democrats were angrier than anybody. They thought it was terrible, the concept of it.

**Unidentified**  00:26:23-00:26:37 (14 sec)    NO STRESSLENS

And even when you get the three very liberal votes in the Supreme Court voting and when they vote for Trump, you know, it's got to be pretty off the wall, right?

**Unidentified**  00:26:37-00:27:00 (23 sec)    NO STRESSLENS

But they did. I respect them for doing it. But Colorado is going to vote for me because I am going to make Colorado safe again. We're going to make you safe. We're going to do it fast. In three local apartment complexes that Kamala has infested with the

TDA. That's the gang that we talked about, the prison gang, they come out of prisons, 80 percent of the residents are now living with their relatives in different states and other places.

---

▶ Unidentified  00:27:00-00:27:32 (32 sec)                    NO STRESSLENS

They've been forced out of their building. Twenty percent of the residents stayed, and they're fearing for their lives. They had no choice but to stay. They're being threatened every single day. They're going to be out soon. They're going to be out. They don't have to be out. I would say if they can hold out.

---

▶ Unidentified  00:27:32-00:27:58 (26 sec)                    NO STRESSLENS

you know, in January 20th -- it's too long. You better get out of this, too, I'd say. But January 20th, those guys are going to be out on their asses, and they're going to be out of this country. They're going to be out of their country. Members of the gang now beat down doors with hammers and engage in open gun battles with rival groups in this once peaceful, beautiful, pretty crime-free community.

---

▶ Unidentified  00:27:58-00:28:29 (31 sec)                    NO STRESSLENS

The illegal alien gang member who was the alleged leader behind the invasion of Aurora was recently charged for beating a man beyond recognition. Beat him beyond recognition, breaking his nose, breaking his jaw, and inflicting traumatic brain injury on this victim. He will never be the same, as you know.

---

▶ Unidentified  00:28:29-00:28:50 (21 sec)                    NO STRESSLENS

The thug was later arrested for shooting two men in the same apartment building and breaking another man's ankle, which he did just for fun. Once again, this animal had arrived at our border and was released into the United States by Kamala Harris, the worst border czar in the history of our country [Audience boos] here in Aurora.

---

▶ Unidentified  00:28:50-00:29:18 (28 sec)                    NO STRESSLENS

And remember that chart, my all-time favorite chart, remember that chart. Look what happened, that arrow, all-time low in history. And then look to the right. Look what happened. Literally, the day they took over, it became a scene that nobody thought was possible. Not in this state. I know this state very well.

---

▶ Unidentified  00:29:18-00:29:45 (27 sec)                    NO STRESSLENS

I've been here so much. And not in this state. Nobody thought this was possible. They would even be up here talking about this. Did anybody think five years ago, six years, anybody would be up here talking about that a Venezuelan gang with the most sophisticated rifles, weapons, and guns that anybody has ever seen would be taking over your state?

---

▶ Unidentified  00:29:45-00:30:19 (34 sec)                    NO STRESSLENS

And they're not stopping. They're not stopping. This guy gets in, and you got to get a new governor, by the way. But if he gets in again -- runs next year. But, actually, more importantly, I can't believe she gets it. I can't believe it. By the way, did you see "60 Minutes"? Her answer was so incompetent that CBS and "60 Minutes," a prestigious show, but I knew they were crooked as hell for years.

---

▶ Unidentified  00:30:19-00:30:42 (23 sec)                    NO STRESSLENS

They used to do the opposite to me. You know, to me, they used to cut my statement. To her, they added the statement on. This is a big difference. You want the guy that gets cut. They cut it because I made such great statements. I said, "Why did you cut that statement?" "Well, we just felt we had to do it for time." They cut the heart out of the statements.

**Unidentified**  00:30:42–00:31:01 (18 sec)  `NO STRESSLENS`

But for me, they cut the statements. For them, they added it on. So, they took her entire statement out, and they took some just words. It's just words. She doesn't know what the hell she's talking about. I'm telling you, there's something wrong with her. They took these words. So, think of this. And, you know, they got caught.

**Unidentified**  00:31:01–00:31:23 (22 sec)  `NO STRESSLENS`

I think it's the greatest scandal in broadcast history, actually. They took it out and they added something else in. You think they'd do that for Trump? Her statement was so bad that rather than airing it, they cut it out. They took out the whole thing and they added a much shorter statement that she made 10 minutes later, having nothing to do with the question.

**Unidentified**  00:31:23–00:31:42 (19 sec)  `NO STRESSLENS`

I don't think anything like that's ever happened. And now we're finding out that it happened throughout. It wasn't the only instance. And now we're thinking that it probably happened with Biden a couple of times because he was interviewed by "60 Minutes" and some strange things happened. So, they're asking -- but think of this.

**Unidentified**  00:31:42–00:32:08 (27 sec)  `NO STRESSLENS`

So, CBS gets a license, and the license is based on honesty. I think they have to take their license away. I do. Here in Aurora, a 35-year-old mother of three had to leave her apartment out of fear for her children's lives. She said, quote, "It's not safe there, especially if you have kids. If you have kids, it's horrible.

**Unidentified**  00:32:08–00:32:35 (26 sec)  `NO STRESSLENS`

My kids used to walk to school. They were so happy. We were so safe, but they don't feel safe anymore. And I would never let them walk to school. Sometimes I keep my kids home. I don't even let them go to school." When I announced my presidency in 2015, you all remember that time, and they said, "Oh, he's just doing it for fun." You think this has been fun?

**Unidentified**  00:32:35–00:33:04 (30 sec)  `NO STRESSLENS`

I've been investigated more than Al Capone. This is not -- Al Capone, Scarface, he's the most probably -- I always try and think of very evil people. Give me the most, and I'll tell you I was investigated more. But think of it. Here goes Hillary Clinton. How about Hunter, right? Now I think of Al Capone because there's a toughness, a meanness, Scarface, all -- he had the whole deal.

**Unidentified**  00:33:04–00:33:23 (19 sec)  `NO STRESSLENS`

And I've been investigated more than Alphonse Capone. That's an amazing phenomena. But when I announced my presidency in 2015, I said they're not sending their best, and I took such heat. "How dare he say that? This is America." Well, it turned out that what I said was like peanuts compared to the fact.

**Unidentified**  00:33:23–00:33:39 (15 sec)  `NO STRESSLENS`

I said they're sending people that have lots of problems, which they definitely do. They're sending people and bringing those problems with them, and they're bringing drugs, and they're bringing crime, and they're rapists.

**Unidentified**  00:33:39–00:34:00 (22 sec)  `NO STRESSLENS`

OK. So, I made that statement, and I got the hell knocked out of me by the fake news. Look how many you have back there. [Audience boos] Oh, I got the hell. But I took a lot of heat for saying it, but I was right. And now everybody is admitting that I was right. You know that Trump -- was how many times have you heard that?

▶ **Unidentified**  00:34:00-00:34:17 (16 sec)    `NO STRESSLENS`

You know, when Trump ran, he made those statements. Those statements are peanuts compared to what's happening to our country. These are the worst criminals in the world. Kamala used to say -- she can't say it anymore, "No, the people we're bringing in are very nice people. They don't commit crime," remember?

▶ **Unidentified**  00:34:17-00:34:38 (21 sec)    `NO STRESSLENS`

Our criminals are worse. Our criminals are like babies compared to these people. These people are the most violent people on earth. And remember, they don't come just from South America. They come from the Congo and Africa. They come from all over the world. They come from the Middle East. They come from Asia.

▶ **Unidentified**  00:34:38-00:35:00 (22 sec)    `NO STRESSLENS`

They come from prisons and jails. They come from all over the world. And she was saying, these are very nice people. Either she's really dumb or she's very naive. Something's wrong up there. The only good thing about it -- I'll tell you, there's a couple of good things. There are only one good thing, but maybe two.

▶ **Unidentified**  00:35:00-00:35:43 (42 sec)    `NO STRESSLENS`

One of the good things about it is that they make our criminals look like nice people. OK? So, our criminals are now -- we see these really horrible, horrendous criminals, and we say, they're not so bad. The other thing is they're really great if you happen to be running against the politician that allowed this to happen because I don't know how it's possible for anybody to lose -- because we have to clean out our country and we have to make America great again, and we're going to do it. So, you know the story here.

▶ **Unidentified**  00:35:43-00:36:05 (22 sec)    `NO STRESSLENS`

We're joined today by another Aurora resident who you know, Cindy Romero, and she's going to come up and say just a few words. She bravely published her camera footage of what she witnessed, and it is gone all over the world. Cindy was forced to flee her home after a car was hit with gunfire, another day in Aurora.

▶ **Unidentified**  00:36:05-00:36:28 (23 sec)    `NO STRESSLENS`

Can you imagine this happening? A lot of these people live in Aurora. They live in Colorado. Most of you live in Colorado. And can you imagine that you have somebody standing up here talking about this stuff? It's hard to believe. She said life in her community had become, quote, "a total nightmare." And every time she went to take out the trash or went to bed at night, she had to lock her door with four separate locks.

▶ **Unidentified**  00:36:28-00:36:46 (18 sec)    `NO STRESSLENS`

She has locks all over her door, and then put braces on her door, and she was preventing people that were knocking on her door. They were wanting to do a lot of bad things. So, I'd like to ask Cindy. She's been very brave, actually, and she was able to release footage that was so violent and vicious.

▶ **Unidentified**  00:36:46-00:36:58 (12 sec)    `NO STRESSLENS`

And Cindy, I wouldn't have done it personally, but that's OK. You're probably braver than I am. Cindy, come up for a minute, please.

▶ **Unidentified**  00:36:58-00:37:01 (3 sec)    `NO STRESSLENS`

Come on up.

▶ **Cindy Romero**  00:37:01-00:37:46 (45 sec)  `NO STRESSLESS`

Thank you. Thank you. This isn't just affecting me. This is affecting all of you as well. We've got to get Trump back in office. We've got to get it done. With Trump's help, we can take the state back over. We can make a difference. Thank you, guys, so much for all of your support, for believing me. Thank you.

▶ **Donald Trump**  00:37:46-00:38:24 (38 sec)  `WEAK (1.107)`

Thank you. Thank you. She's very brave. Getting all of the evidence and all of that footage, you -- I just said you're very brave, Cindy. Thank you very much. Really a big help. And because of Cindy and others like Cindy, the radical left can't say it never happened because there we have it. And I promise you this, Cindy, that Kamala Harris' reign of terror ends the day I take the oath of office.

▶ **Donald Trump**  00:38:24-00:38:49 (26 sec)  `MEDIUM (1.801)`

It ends. Your community will no longer live in fear. You will once again have a protector in the White House. I'm going to be a protector. You know, I said, I think we're doing very well with women. We're doing great in the polls. We're winning in all of the polls just about. But somebody said, women love my policy, but they don't like me.

▶ **Donald Trump**  00:38:49-00:39:15 (26 sec)  `MEDIUM (1.901)`

I think they do like me. I'll tell you what. So, [Applause] they said -- and I said a week ago, I said, "I think women like me because I will be your protector, and I protected you for four years." We had no wars. We had no terrorism. We had none of these things that you're seeing today at levels that nobody in the world is experiencing.

▶ **Donald Trump**  00:39:15-00:39:40 (25 sec)  `NO SIGNAL (0.214)`

And I said, "I will be your protector." They said, "Who the hell is he to the" -- but the women didn't say that. The women want protection. They don't want to have these people pouring into their house. And you know where else I protect you? Where I protect you very well. I knocked out ISIS, as you know.

▶ **Donald Trump**  00:39:40-00:40:07 (27 sec)  `NO SIGNAL (0.114)`

They've been playing with ISIS for 20 years. I did it in one month. We have the greatest military in the world, but you have to know how to use them. You have to know how to use them. But I protect you against outside enemies. But, you know, I always say we have the outside enemy, so you can say China, you can say Russia, you can say Kim Jong Un, you can say -- but that's not -- it's going to be fun.

▶ **Donald Trump**  00:40:07-00:40:31 (24 sec)  `MEDIUM (1.548)`

If you have a smart president, no problem. It's the enemy from within. All the scum that we have to deal with that hate our country, that's a bigger enemy than China and Russia. And I'll tell you, as an example with Russia, if I were president, the Ukraine-Russia situation would have never happened, would have never happened.

▶ **Donald Trump**  00:40:31-00:40:53 (22 sec)  `NO SIGNAL (0.098)`

October 7th in Israel would have never happened. Inflation would have never happened. You had no inflation. Every day, Americans like Cindy are living in fear all because Kamala Harris decided to empty the slums and prison cells of Caracas and many other places happening all over the world. Every country.

▶ **Donald Trump**  00:40:53-00:41:23 (30 sec)  `NO SIGNAL (0.196)`

You know, prison populations all over the world are down. Crime all over the world is down because they take the world's criminals, gang members, drug dealers, and they deposit them into the United States bus after bus after bus. [Audience boos] In Venezuela, their crime rate went down 72 percent. You know why? Because they took the criminals out of Caracas and they put them along your border and they said, "If you ever come back, we're going to kill you."

**Donald Trump**  00:41:23–00:41:52 (29 sec)   `WEAK (1.212)`

Think of that. And we have to live with these animals, but we're not going to live with them for long, you watch. Kamala's policy is to release and resettle all illegals without checking -- without check. You know, she's a radical left person, just so you know. She's -- there's no way. The biggest problem with her is nobody knew who the hell she was.

**Donald Trump**  00:41:52–00:42:15 (23 sec)   `NO SIGNAL (0.62)`

They say, "Who's running?" "Harris." "Harris. Who the hell is Harris?" They said, "Kamala, the one that failed" -- the one that -- was the first one out in the 22-person campaign for the Democrat nomination, the one that wasn't able to make it to Iowa, the one that quit first. She was the first one out.

**Donald Trump**  00:42:15–00:42:41 (25 sec)   `NO SIGNAL (0.376)`

She's running, but she's more liberal than Crazy Bernie Sanders. Can you believe it? She's more liberal than Pocahontas. You know who that is? Remember Pocahontas? She said she's Indian. Why? "Because my cheekbones are high," my mother told me. "My mother told me I had high cheekbones, and therefore, I'm an Indian."

**Donald Trump**  00:42:41–00:43:07 (26 sec)   `NO SIGNAL (0.215)`

She made a living going around saying she was an Indian, going to college, becoming a professor. No, but I hit her very hard. That was the end of her presidential campaign. Thereby guaranteeing unfettered access for Venezuelan gangs and thugs and criminals. And, you know, we're talking a lot about Venezuela because Aurora is really infected by Venezuela, but they're coming from all countries, all countries.

**Donald Trump**  00:43:07–00:43:27 (20 sec)   `NO SIGNAL (0.213)`

We have the great Tom Homan, central casting, right? Tom Homan told me the other day. He said, last month, it came -- they came from 168 countries all over the world. Most people don't even know you had that. We actually have more than 200, but they don't even know you had -- but they came from 168 countries.

**Donald Trump**  00:43:27–00:43:47 (19 sec)   `NO SIGNAL (0.697)`

Most of them, criminals. And they deposit them in our country, and we are supposed to take it. And then the liberal philosophy is we'll make them into wonderful people. No, you're not going to make them into wonderful people. Some people murdered -- many people actually murdered more than three people.

**Donald Trump**  00:43:47–00:44:11 (25 sec)   `WEAK (1.229)`

The murderers that came in, many -- some were on death row, and they said it's better if we just let it go to America. This is what we have, and they're in your community, but they're going to be all over. And, you know, other communities in other states because every state is a border state now -- it's not Texas and Arizona and -- it's every state is a border state, every state.

✕

▶ **Donald Trump**  00:44:11-00:44:30 (19 sec)    NO SIGNAL (0.947)

And they're now -- and people are living in deathly fear. Most of them -- a lot of them have already been hit, but a lot of them haven't. But they're going to be hit because there's millions of them. They're all over the place, and they're walking through our country and they're going to be settled in a lot of these states that never thought a thing like this could happen.

▶ **Donald Trump**  00:44:30-00:44:55 (26 sec)    WEAK (1.008)

It's only going to get worse, but we're going to make it better, and we're going to make it better really fast. Kamala is flying them. Think of this. She said, "No." You know, about two months ago, her and Sleepy Joe, they said, "We're really getting killed by this issue. So, let's toughen up the border a little bit."

▶ **Donald Trump**  00:44:55-00:45:16 (21 sec)    NO SIGNAL (0.388)

All he would have had to do is say -- you know, he keeps talking about policy and "Trump told the Congress not to do this" and that's not -- it's false. All he had to do is one thing, call up Border Patrol, "This is the president of the United States speaking. Close the border." And the border's closed.

▶ **Donald Trump**  00:45:16-00:45:38 (22 sec)    NO SIGNAL (0.203)

You don't need a bill. You don't need a bill. But he doesn't want to do that. He doesn't want to do that because they actually want to have open borders. So, they had 21 million people come in. I think much more than that, including the getaways. But think of this, if you had four years of that, you would have 200 million people come in the whole world.

▶ **Donald Trump**  00:45:38-00:45:54 (16 sec)    NO SIGNAL (0.655)

The country would be over. It would be finished. It wouldn't be -- you wouldn't even have a country anymore. You'd have a crime den. She cannot be allowed to do this to our country. She shouldn't be the one that was chosen anyway because she is, in fact -- by the way they chose her -- a threat to democracy.

▶ **Donald Trump**  00:45:54-00:46:26 (31 sec)    WEAK (1.414)

She really is. And just in case you didn't know it, Biden hates her. I believe there is a small possibility, very small, like 1 percent. There's a 1 percent possibility that he hates her more than he hates Donald Trump. I think he hates her. The last thing he thought -- you know, he won the primary. In all fairness, he won.

▶ **Donald Trump**  00:46:26-00:46:50 (24 sec)    NO SIGNAL (0.412)

It was me against him. How about me? I have to run against the guy. I spent $150 million. I had to debate him. I debated the guy. He went way, way down, and I thought it was over. And then it's like a fighter. Then they put a new person in her, and we don't know anything about her. We have to -- but now we learned, and now the people are learning, and she's crashing like a rock.

▶ **Donald Trump**  00:46:50-00:47:15 (25 sec)    NO STRESSLENS

Uh-oh. I just thought -- just a thought from a very brilliant mind. They might want to put a third person in that. Oh, no. Please be nice to Kamala, to my people, I'm telling. Everybody that's on the Trump team, be nice to Kamala because they're going to put a third person in. Let's see. Who are they going to put in next? This can only -- they keep saying Hillary.

▶ **Donald Trump**  00:47:15-00:47:47 (32 sec)    WEAK (1.032)

Hillary's coming. Oh, Hillary's back. [Audience boos] You know, it's interesting. If Trump talks about the 2020 election, they say, "Indict him. He's a conspiracy theorist." But Hillary is still talking about 2016. She's like -- she has got serious Trump

derangement syndrome. She's got a massive case of Trump derangement.

**Donald Trump**  00:47:47–00:48:12 (25 sec)                              NO SIGNAL (0.312)

No. But you ever notice she talks about it all the time, all those people that -- but when anybody from the right talks even a little bit, no, no. We don't forget. We're not forgetting. Hillary is talking about it. I saw her two days ago. "What they did to me?" Now isn't it fun? Isn't it nice? Because I haven't looked at these stupid things in about 15 minutes.

**Donald Trump**  00:48:12–00:48:43 (31 sec)                              MEDIUM (1.675)

Isn't it nice to have a president that doesn't need a teleprompter? Isn't that nice? Isn't that -- look at it. Look at that. Would some of you like to go outside and let them take your place for a little while? I thought that would happen. She's flying them in now with migrant flights. So, we thought, you know -- she said, "We're going to sort of" -- so they tightened it up a little bit.

**Donald Trump**  00:48:43–00:49:12 (29 sec)                              NO SIGNAL (0.367)

So, their numbers looked a little -- but it doesn't count. The migrant flights don't count. So, they don't count. So, she forgot to tell anybody that they have massive Boeing aircraft flying them in one after another over the border. So, she didn't close it. And then they have the apps, right? How about the apps? Where they have an app so that the gangs, the people, the cartels, the heads of them, they can call the app.

**Donald Trump**  00:49:12–00:49:35 (23 sec)                              NO STRESSLENS

They call the second most resettled population nobody's ever seen. They call up the app and they ask, "Where do we drop the illegals?" And people are on the other side and they left that. She actually created an app, a phone system where they can call up. I mean, she's a criminal. She's a criminal. She really is, if you think about it.

**Donald Trump**  00:49:35–00:49:59 (24 sec)                              NO SIGNAL (0.368)

So, now we inform them that you didn't close up the border because you have hundreds of thousands of people being flown in over the top of the border. No. No. If they ever did get this, and I don't believe it can happen. I can't because the American people ultimately get it right this far. But if she ever did, you're going to have hundreds of millions of people coming in here, and you're not going to have it and they're going to take your house.

**Donald Trump**  00:49:59–00:50:15 (16 sec)                              NO SIGNAL (0.2)

That woman has a beautiful house over there. I saw it actually. Enjoy it because you won't have it long. They will take over your house, just like Venezuela. You know, Venezuela was a very successful country 20 years ago. It was a rich, beautiful country. It was taken over. And I used to talk about this.

**Donald Trump**  00:50:15–00:50:34 (19 sec)                              NO SIGNAL (0.945)

I said, if they don't get it right, you'll have Venezuela on steroids. Remember? And that's what you're going to have if you don't vote for Trump. I hate to say that. But if you vote for Trump, you're going to have one hell of a great country. We're going to build it back and fast. Venezuelan illegals are the No.

**Donald Trump**  00:50:34–00:51:05 (31 sec)                              NO SIGNAL (0.182)

2 most resettled population, but they do it through their phone app. And on day one of this Trump administration -- you know, if you take a look at Springfield, Ohio, how about that? They have they have about 50,000 people. No crime, beautiful community. Everything nice. Schools, everything is nice. They dropped in 32,000 people that are really illegal.

**Donald Trump**  00:51:05–00:51:28 (23 sec)                              NO SIGNAL (0.183)

You know, they did it in such a way that they could make the case, you know? They said they did it through probation. What's probation? They took him in through probation. So, I assume they assume they're, like, prisoners or something, and therefore, they're legal. They brought in 32,000 people into a community of 50, a community that was a nice community.

▶ **Donald Trump**  00:51:28–00:51:45 (17 sec)  `NO SIGNAL (0.438)`

And now, if you want to go to the hospital, you can't get in. Your children can't get into school. And what they're doing is looking -- the mayor is a very nice man. I mean, I think he's nice. He's trying to be nice. He's looking for interpreters because they don't speak the language of you and you and everybody in this room.

▶ **Donald Trump**  00:51:45–00:52:18 (33 sec)  `NO SIGNAL (0.13)`

It's a totally different language. So, they're looking for interpreters and he's acting like, "Yes, we're having a hard time hiring interpreters." This community was hit with 32,000 illegal migrants. They have to go back to where they came from. I'm sorry. Springfield, Ohio. On day one of the Trump Organization, the Trump Organization, when I founded it, it was nice, but now it's great.

▶ **Donald Trump**  00:52:18–00:52:36 (18 sec)  `NO SIGNAL (0.035)`

But I want to get back to the Trump administration because the Trump administration is going to do things like has really never been done. We're going to clean this thing out. The good thing about this four-year period -- it's a horrible period. It's a shame it happened. It should've never happened. Shouldn't have happened.

▶ **Donald Trump**  00:52:36–00:52:55 (19 sec)  `WEAK (1.038)`

But they've done so badly that we'll be able to do it, and we'll be able to do it with cheers because people see how bad it is and how bad it's been run. And that's why there's far more enthusiasm for this move, the greatest movement ever. It's this -- and, by the way, if it wasn't't, the fake news would be headlines.

▶ **Donald Trump**  00:52:55–00:53:21 (26 sec)  `NO SIGNAL (0.56)`

Donald Trump lied. When Biden would get up and he'd say, "We're going to stop MAGA. We're going to do something about MAGA." Remember with the pink wall, he looked like the devil, right? Remember the pink wall? "We're going to stop, MAGA. I think it's called MAGA. We're going to stop MAGA." And I said, "Joe, it's called Make America Great Again," and he wants to stop it.

▶ **Donald Trump**  00:53:21–00:53:48 (27 sec)  `NO SIGNAL (0.899)`

He wants to stop it. "We're going to stop that." But the border will be sealed. The invasion will be stopped. The migrant flights will end, and Kamala's app for illegals will be shut down immediately within 24 hours. All within 24 hours. And, you know, I've always had an ability to do a lot of things, so I got to do something else in the first day.

▶ **Donald Trump**  00:53:48–00:54:17 (29 sec)  `NO SIGNAL (0.71)`

I'm going to do all those things. The border, we're going to make it strong very quickly. We're going to get people out that are criminals and horrible people, but we're also going to do something else. Drill, baby, drill. Two things. On that same day, we will begin the task of finding and deporting every single illegal alien gang member from our country.

**Donald Trump**  00:54:17-00:54:38 (21 sec)    NO SIGNAL (0.109)

We'll get them out. This will be a major, national undertaking according to newly published data from ICE. The great patriots of ICE, I call them. These guys are tough as hell, I tell you. They should be fighting for Dana White, UFC, ICE. You got to see them. They go in MS-13. That's another beautiful gang.

**Donald Trump**  00:54:38-00:55:06 (28 sec)    NO SIGNAL (0.34)

They're tough as hell. They've taken them out by the thousands. She wants to end ICE. She doesn't want to have ICE. But they informed us that over the last short period of time, 13,099 illegal aliens, convicted of murder, are at large and dropped into the United States against their wishes, against our Border Patrol's wish -- the wishes of our Border Patrol.

**Donald Trump**  00:55:06-00:55:24 (18 sec)    NO SIGNAL (0.4)

They were saying, "Please don't do this. Please don't do this." Even as the New York Times, which is totally corrupt I mean, I can't stand that paper. I can't stand that. You know what you do with the Times? When you read a story, just think the opposite. They're the enemy of the people. They're really -- New York Times is the enemy.

**Donald Trump**  00:55:24-00:55:58 (34 sec)    NO SIGNAL (0.677)

Washington Post is the enemy of the people, too. I don't understand it. Why? Why? And then they lose credibility. Eventually, they go out of business. I call it the failing New York Times. But even as the New York Times recently reported, the TDA Venezuelan prison gang has, "sneaked" into the United States among the millions of migrants who have crossed the border and is peddling drugs, guns, and women all across the 50 states from the urban centers like New York and Chicago to Florida beaches to the once tranquil middle America.

**Donald Trump**  00:55:58-00:56:21 (23 sec)    NO SIGNAL (0.502)

It was once tranquil. You were once tranquil. In Colorado, the gang even got a green light to shoot police officers. Did you know that the gang got the OK to kill your police? [Audience boos] You know that. By the way, that's the New York Times. That's not me. That's the New York Times saying that. They got the green light to kill your police.

**Donald Trump**  00:56:21-00:56:45 (25 sec)    NO SIGNAL (0.053)

Just days ago, it was an amazing day. I was in a small town, Prairie Du Chien in Wisconsin. You know, we're leading Wisconsin by four and a half points too, right? They have a similar problem. You know, almost all states have this. You know, just so we set it straight, Aurora's got a lot of publicity, but you have states that have a bigger problem than Aurora.

**Donald Trump**  00:56:45-00:57:10 (25 sec)    NO SIGNAL (0.593)

You have -- that people aren't talking about. A lot of the people that run the states, they don't want to talk about it. They want to try and solve it, but they can't because they're not tough enough. You need very tough people like ICE, like military. You need very tough people to solve it. They can't -- you know, you'll have a sheriff with one or two men, and you'll have 25 migrants with weaponry that they haven't even seen in some cases.

**Donald Trump**  00:57:10-00:57:35 (25 sec)    NO SIGNAL (0.566)

No, you need help. But they don't want to talk about it because the public relations is so bad for the town or the little city that they run or the big city. Look at Chicago. Look at New York. Look at Los Angeles. What's happening to it? In Wisconsin, where last month an illegal alien member of this ruthless gang was arrested for holding a mother and a daughter captive against their will and sexually assaulting them again and again and again.

▶ **Donald Trump**  00:57:35-00:57:59 (24 sec)  NO SIGNAL (0.847)

In Houston in June, 12-year-old Jocelyn Nungaray was kidnapped, tied up, and assaulted for two hours under the bridge before she was murdered by two Venezuelan TDAs, these gang members who Kamala Harris had ordered -- Kamala Harris had ordered and let into the United States. Totally unvetted. Nobody knew who they were.

▶ **Donald Trump**  00:57:59-00:58:24 (25 sec)  NO SIGNAL (0.579)

Totally unvetted. Come on in. You just come on in. In New York City, another gang member recently shot two New York City police officers, hitting one in the chest and the other in the leg. They were really, really badly hurt, probably going to make it. And just last week, police arrested over a dozen members of TDA, the Venezuelan gang, who had taken over yet another apartment complex in San Antonio.

▶ **Donald Trump**  00:58:24-00:58:47 (24 sec)  NO SIGNAL (0.426)

They're, like, in the real estate business like I used to be. They take over a lot of real estate, but they do it by gunpoint. I had to go borrow money. I had to see the banks. This is a wonderful deal. Would you like to? But they just walk in with guns and take it over. It's much quicker. It's a horrible -- in San Antonio -- and terrorized its residents to a level that they've never seen before.

▶ **Donald Trump**  00:58:47-00:59:21 (33 sec)  NO SIGNAL (0.061)

San Antonio police very aptly named their law enforcement effort Operation Aurora because Aurora was the one that was first and got all that publicity. Operation Aurora. In honor of Jocelyn Nungaray, Laken Riley, beautiful Laken, Rachel Moran, and all of the others that are dead and/or mortally wounded at the hands of migrants who should never have been allowed into our country.

▶ **Donald Trump**  00:59:21-00:59:58 (38 sec)  NO SIGNAL (0.623)

I'm announcing today that upon taking office, we will have an Operation Aurora at the federal level to expedite the removals of these savage gangs, and I will invoke the Alien Enemies Act of 1798. Think of that, 1798. This was put there 1798. That's a long time ago, right? To target and dismantle every migrant criminal network operating on American soil.

▶ **Donald Trump**  00:59:58-01:00:20 (21 sec)  NO SIGNAL (0.584)

Who would have ever thought that a president or a future president would ever have to stand here and say such things? Who would think that that's even possible to have to do? So, many things are changed in the last four years, but that's the state of our country now after Kamala and Joe Biden have just absolutely destroyed our country.

▶ **Donald Trump**  01:00:20-01:00:41 (21 sec)  NO SIGNAL (0.059)

We're a country in tremendous distress. We're a failing country. We're laughed at all over the world. We will send elite squads of ICE, Border Patrol, and federal law enforcement officers to hunt down, arrest, and deport every last illegal alien gang member until there is not a single one left in this country.

▶ **Donald Trump**  01:00:41-01:01:27 (46 sec)  NO STRESSLENS

And if they come back into our country, they will be told it is an automatic 10-year sentence in jail with no possibility of parole. And I'm hereby calling for the death penalty for any migrant that kills an American citizen or a law enforcement officer. With your vote, we will achieve complete and total victory over these sadistic monsters.

▶ **Donald Trump**  01:01:27-01:01:43 (16 sec)  NO SIGNAL (0.016)

It's going to go very quickly. Remember our local police? They're great. I know them so well. They've been restricted in operating. They're great. They know everything about every one of them. I said, "Oh, how will you ever find them?" The local police know everyone. They know their middle names. They know their serial numbers, where they live.

---

**Donald Trump**  01:01:43-01:02:08 (25 sec)

NO SIGNAL (0.687)

No. And they want to do their job. They're done. You have no idea how many police officers say, "Sir, we're going to indemnify them against any prosecutions" because they get prosecuted if they do their work. Going to pass that. It'll pass so fast. If they do their job, they get prosecuted by their own people.

---

**Donald Trump**  01:02:08-01:02:30 (22 sec)

NO SIGNAL (0.33)

They get sued by the people that won't take care of the criminals, some of the DAs that won't do the -- think of it, and AGs. They won't go after the criminal, but they'll go after our police officers if they do the job. We will take back our suburbs. We'll take back our cities and towns, and we will take back our country, and we will do it very, very quickly.

---

**Donald Trump**  01:02:30-01:02:59 (29 sec)

STRONG (2.002)
1 of 110 paragraphs scored.

What Kamala Harris -- and remember -- I remember when Joe -- he didn't want to do it. He was too tired. He didn't want to do it. I like to do it myself. And by the way, how good is JD Vance? Is he great? I know JD, JD is going to be saying, "Sir, let me do it. I want to do it, sir." And if he did it, it would be done right.

---

**Donald Trump**  01:02:59-01:03:23 (24 sec)

NO SIGNAL (0.474)

But I'd say, "JD, I want to do it. We'd have an argument over who's going to do it." It'll be done right. But JD was great. He was great the other night exposing that total moron. Man, can you imagine? How about at a debate, a guy calls himself a knucklehead? He says he's a knucklehead, and he is a knucklehead when you get right down.

---

**Donald Trump**  01:03:23-01:03:45 (22 sec)

NO SIGNAL (0.368)

What a team that is. So, Joe Biden is considered the worst president in the history of our country. They are considered the worst administration in the history of our country, and the only one that's happy is Jimmy Carter because by comparison, he looked like a brilliant president. OK? Much better. No.

---

**Donald Trump**  01:03:45-01:04:13 (28 sec)

NO SIGNAL (0.094)

He was much better. What Kamala Harris has done to our border is a crime and an atrocity of the highest order. But even after all of the pain and suffering she's caused when Kamala was asked this week, if she would do anything different than Biden, she choked like a dog. She said not one thing. I would -- so she wouldn't have done anything different.

---

**Donald Trump**  01:04:13-01:04:15 (2 sec)

NO STRESSLENS

Let's take a look at this video. [Begin videotape]

---

**Unidentified**  01:04:15-01:04:22 (7 sec)

NO STRESSLENS

Would you have done something differently than President Biden during the past four years?

---

**Kamala Harris**  01:04:22-01:04:26 (3 sec)

NO STRESSLENS

There is not a thing that comes to mind.

---

**Unidentified**  01:04:26-01:04:38 (12 sec)

NO STRESSLENS

I stood there on the tarmac watching you check your watch. The chaotic and deadly U.S. evacuation from Afghanistan stunned Americans and the world and cost the lives of 13 U.S. soldiers. Would you have done something differently?

**Kamala Harris**  01:04:38–01:04:40 (2 sec)                      NO STRESSLENS

There is not a thing that comes to mind.

**Unidentified**  01:04:40–01:04:48 (8 sec)                      NO STRESSLENS

More than 13,000 illegal immigrants convicted of murder have been caught at the border and then released into the United States.

**Enrique Acevedo**  01:04:48–01:05:08 (20 sec)                      NO STRESSLENS

An Afghan national is in custody today after being accused of plotting an election-day terrorist attack. The suspect entered the U.S. on a special immigrant visa. Gut-wrenching new details in the murder of Georgia nursing student, Laken Riley. The illegal immigrant suspect who, cops say, committed the heinous murder is a Venezuelan national who crossed the unsecured southern border back in 2022.

**Enrique Acevedo**  01:05:08–01:05:15 (7 sec)                      NO STRESSLENS

Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder in the death of Jocelyn Nungaray.

**Unidentified**  01:05:15–01:05:25 (10 sec)                      NO STRESSLENS

A fifth illegal immigrant accused of attacking two New York City police officers over the weekend showed no remorse or regret. Would you have done something differently?

**Kamala Harris**  01:05:25–01:05:28 (3 sec)                      NO STRESSLENS

There is not a thing that comes to mind.

**Unidentified**  01:05:28–01:05:49 (21 sec)                      NO STRESSLENS

Only 18 percent say the economy is in excellent or good condition. U.S. inflation has hit a new 40-year high, increasing by 9.1 percent over the financial year. The cost of homes have spiked. Home buyers need to earn 80 percent more than they did in 2020 to afford a house. Were you the last person in the room?

**Kamala Harris**  01:05:49–01:05:53 (4 sec)                      NO STRESSLENS

Yes. [End videotape]

**Donald Trump**  01:05:53–01:06:13 (20 sec)                      NO SIGNAL (0.685)

Can you imagine? I watched that, and I said, well, this is going to be a long answer because she's got -- you know, she's changed 15 policies. She was in favor of gun confiscation. Every single thing that you don't want, 15 times. I said this -- and she changed. Nobody's ever -- if you change one thing, you're in trouble.

**Donald Trump**   01:06:13–01:06:41 (28 sec)   NO SIGNAL (0.702)

She did -- every single thing. But every single thing she changed, she would end up doing, including banning fracking, which is going to drive up cost, which -- and hence, I'm leading Pennsylvania by a lot. That would be the end of Pennsylvania. That would be the end of Pennsylvania. But that statement, "I can't think of a thing I changed from Joe Biden," the worst president ever.

**Donald Trump**   01:06:41–01:06:56 (15 sec)   NO SIGNAL (0.393)

She's not going to change. No, she choked. I thought this was going to be a long answer. Long, beautiful -- the weave. I thought she'd do a weave like Trump does. You know, weave and then always come back into what you're doing. You need a great memory for that. She doesn't have that. But what she said is disqualifying.

**Donald Trump**   01:06:56–01:07:22 (26 sec)   NO SIGNAL (0.199)

If she had any honor, she would drop out of the race right now and resign the vice presidency. A disgrace, because she's -- what she has done to the country is unthinkable. It was just announced yesterday that inflation came in substantially higher than expected last month, double what was predicted with much of the gain coming from food prices going up, rent and housing costs going up, and car prices going through the roof.

**Donald Trump**   01:07:22–01:07:46 (24 sec)   NO SIGNAL (0.416)

Four years ago, when I left office, we had no inflation. We had virtually -- think of it. We had no inflation virtually for my whole term, four years. We had the greatest economy in the history of our country. We never had an economy like that. And we were energy-independent. How does that sound? We're energy-independent.

**Donald Trump**   01:07:46–01:08:11 (25 sec)   NO SIGNAL (0.367)

Now we're buying our oil from Venezuela and other countries. Under Biden and Harris, the economy has been a disaster. The worst inflation in history, costing the typical family $29,000 and higher prices. Think of that, 29,000. But I think to me, the worst thing of all when she says she wouldn't have changed -- this is something that if it was me, I mean, you'd never see me again.

**Donald Trump**   01:08:11–01:08:38 (28 sec)   NO SIGNAL (0.169)

I really believe it. Kamala lost 325,000 migrant children who are now dead or in slavery. They're gone. She's missing 325,000 children. Their parents are looking -- they're never going to see their parents again. They came in. They were taken in. And they're either dead in slavery or just plain missing.

**Donald Trump**   01:08:38–01:08:59 (21 sec)   NO SIGNAL (0.355)

It's a horrible thing. And I thought I'd put this up because it's a beautiful day. We have some wonderful people. And I want you to take a look at military the way it was, where we won two world wars, where we had something known as Fort Bragg, where the names were changed. We win two wars out of Fort Bragg, and they want to change the name.

**Donald Trump**   01:08:59–01:09:28 (28 sec)   NO SIGNAL (0.703)

But where they changed the name, they changed the name out of places that we won a lot of military battles, wars. And I thought you should see, the way it sort of was, you get a pretty heavy dose of this. And I saw it the other day. I said, "We got to put it up." Go ahead, please. [Begin videotape]

**Unidentified**   01:09:28–01:09:56 (28 sec)   NO STRESSLENS

You little scumbag. I got your name. I got your ass. You will not laugh. You will not cry. You will learn by the numbers. Happy pride. Happy pride month. And actually, let's declare it a summer of pride. So, you're a killer. Sir, yes, sir. Let me see your war face. Sir. You got a war face? Ahhh, that's a war face.

---

**Unidentified**    01:09:56-01:10:01 (6 sec)    `NO STRESSLENS`

Now let me see your war face. Ahhh

---

**Unidentified**    01:10:01-01:10:24 (22 sec)    `NO STRESSLENS`

Bullshit. You didn't convince me. Let me see your real war face. You will be a weapon. You will be a minister of death, praying for war. But until that day, you are pukes. You are the lowest form of life on earth. You are not even killing fucking pigs. You are nothing but unorganized, grab-asstic pieces of amphibian shit.

---

**Unidentified**    01:10:24-01:11:10 (47 sec)    `NO STRESSLENS`

It wasn't me like the best party you ran down to practice your mama's ass and ended up as a brown stain on the mattress. I love working for Uncle Sam. I love working for Uncle Sam. Lets me know just who I am. Lets me just who I am. One, two, three, four, United States, Marine Corps. One, two, three, four, United States Marine Corps.

---

**Unidentified**    01:11:10-01:11:10 ( sec)    `NO STRESSLENS`

[End videotape]

---

**Donald Trump**    01:11:10-01:11:41 (31 sec)    `NO SIGNAL (0.433)`

[Audience chants "USA"] And you see all of that, and Kamala says she wouldn't change one thing from the worst president in the history of our country. She wouldn't change one thing. The only way to end this suffering is to vote for change this November. You got to vote for change. Emergency rooms in Denver, beautiful Denver, have been, think of this, 6,000 percent increase in patients, 6000 percent increase.

---

**Donald Trump**    01:11:41-01:11:57 (16 sec)    `NO SIGNAL (0.612)`

You're not going to get a room, you know, when you go to hospitals. You're not going to get a room. Someday, you don't know it because you hopefully won't need a hospital. But if you do, you're not going to be able to get in. They come in from Colombia, from Honduras, from Ecuador, from Venezuela. They come in for many you cannot get a room.

---

**Donald Trump**    01:11:57-01:12:20 (23 sec)    `NO SIGNAL (0.423)`

They can't get a room. A hospital only 15 miles outside Aurora has been overwhelmed by 20,000 visits from illegal aliens, costing the hospital over $10 million, and those costs are being passed on to you directly. Before Kamala Harris, before she came, Denver schools enrolled an average -- listen to this, though.

---

**Donald Trump**    01:12:20-01:12:45 (25 sec)    `NO SIGNAL (0.593)`

Denver schools, this is the way it used to be, enrolled an average of 500 new students every year. Earlier this year, it was reported that they were enrolling 500 new students every two weeks, most of them coming in from South American countries. They don't speak our language, and they don't even want to be here, frankly.

X

**Donald Trump**  01:12:45-01:13:05 (20 sec)  `NO SIGNAL (0.8)`

Many of them don't even want to be here. In Aurora, nearly 3,000 illegal migrant children have been placed into your elementary schools, middle schools, and high schools once again at your expense, and at the cost of more opportunity for them and no opportunity for your kids. They're not -- your kids can't even get into their own schools.

**Donald Trump**  01:13:05-01:13:31 (25 sec)  `NO SIGNAL (0.253)`

Kids that went to a school aren't even able to get back in. They're taking care of these people before they take care of our children. [Audience boos] These massive new burdens on our education and health care systems are being experienced by communities all across our country and are destroying your children's education, safety, and indeed destroying their lives.

**Donald Trump**  01:13:31-01:13:53 (22 sec)  `NO SIGNAL (0.203)`

And as you know, FEMA, which has totally gotten out of control and away from its mission -- it had a mission, a big mission. You know what that mission was, to save people in storms and other things. Has spent billions and billions of dollars illegally allowing people to come into our country and destroying our once beautiful way of life.

**Donald Trump**  01:13:53-01:14:17 (25 sec)  `NO SIGNAL (0.368)`

Yet hurricane victims from North Carolina, Georgia, Florida, South Carolina, Tennessee, Louisiana, Texas, all over our country, when you have storms all over our country, different kinds of storms, different kinds of catastrophs, they can't get housing or rescues, and they're offered pennies on the dollar.

**Donald Trump**  01:14:17-01:14:54 (36 sec)  `NO SIGNAL (0.158)`

They're offered pennies on the dollar. These people that have gone through hell are offered pennies on the dollar from Kamala and Joe, and yet we give hundreds of billions of dollars from countries that people have never even heard of in this country. And now Kamala wants to provide amnesty and citizenship to the 21 million illegal aliens she let in, including murderers, gang members, drug lords, human traffickers, not to mention the millions of getaways, and all of the others that very smart leaders have viciously thrown out of their countries.

**Donald Trump**  01:14:54-01:15:16 (22 sec)  `NO SIGNAL (0.521)`

These are very smart leaders. I would do it. I would have done it faster than them, I tell you. Soon as I thought of it, I said, you know, that's -- remember I said it three years ago. I said that's going to happen if they have open borders, and I was right. But who Kamala has allowed into our country at the expense of our children, our mothers, our fathers, our grandparents, our uncles, and our aunts.

**Donald Trump**  01:15:16-01:15:52 (36 sec)  `MEDIUM (1.64)`

Under the Trump administration, we will put American citizens first, American children first, American patients first, American taxpayers first, American workers first, and American communities first. We will put communists, Marxists, and fascists last, and they will always be last. I will end catch and release.

**Donald Trump**  01:15:52-01:16:11 (19 sec)  `NO SIGNAL (0.602)`

I will restore Remain in Mexico. Remember, I got it done with the Mexican government, Remain in Mexico. They couldn't come into this country and they had to remain in Mexico. You think that was easy to get from Mexico, was it? But I got it. I got everything. I will bring back Title 42, medical rejections.

**Donald Trump**  01:16:11-01:16:36 (25 sec)  `NO SIGNAL (0.075)`

People come in, they're very sick. Very sick. They're coming into our country. They're very, very, very sick with highly contagious disease, and they're let into our country to infect our country. And they're coming in at numbers that nobody's ever seen before. I will send Congress a bill to ban all sanctuary cities in our country, including Denver.

**Donald Trump**   01:16:36–01:17:06 (30 sec)                                    NO SIGNAL (0.96)

And we will begin the largest deportation operation in the history of the United States. We will close the border. We will stop the invasion of illegals into our country. We will defend our territory. We will not be conquered. We will not be conquered. We will reclaim our sovereignty, and Colorado will vote for Trump as a protest and signal to the world that we are not going to take it anymore.

**Donald Trump**   01:17:06–01:17:53 (47 sec)                                    NO STRESSLENS

We're not going to take it anymore. I will liberate Colorado. I will give you back your freedom and your life, and together, we will make America powerful again. We will make America wealthy again. We will make America healthy again. We will make America strong again. We will make America proud again.

**Donald Trump**   01:17:53–01:18:14 (20 sec)                                    MEDIUM (1.713)

We will make America safe again, and we will make America great again. Thank you, Colorado. Vote for Trump. God bless you. God bless you, all. Thank you.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About          Contact Us        Advertise          CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Events         Privacy            RC Jobs            Copyright 2026 CQ and Roll Call. All rights reserved.
Newsletters    The Staff          Subscriptions