# EXHIBIT 7

Straight from the sources: Get WORD FOR WORD

CREATED BY CABLE IN 1979

QUICK GUIDE | 278,231 hours of video

SCHEDULE    TV NETWORKS    RADIO    PODCASTS    APPS

DONATE

All Series    American History TV    Book TV

Washington Journal    Ceasefire

Congress    Executive    Supreme Court

LOGIN

**DECEMBER 16, 2023**

## Donald Trump on Illegal Immigrants "Poisoning the Blood of Our Country"

During a rally in Durham, New Hampshire, 2024 Republican presidential candidate and former President Donald Trump says illegal immigrants and migrants from "all over the world," like South America, Africa, and Asia, are "poisoning the blood of our country." Show Less



Report Video Issues



✂ **CLIPPING TOOL**

**CLIP FROM**

▶ **Former President Trump Holds Rally in Durham, New Hampshire**

Advertisement

Advertisement

Search this text

GALLERIES

Straight from the sources: Get WORD FOR WORD

*This text was compiled from uncorrected Closed Captioning.

 **More information about**
*Donald Trump on Illegal Immigrants "Poisoning the Blood of Our Country"*

 **Purchase a Download**
*Donald Trump on Illegal Immigrants "Poisoning the Blood of Our Country"*

## RECOMMENDED



**JAN 4, 2026**

**Washington Journal: David Bier on Trump Immigration and Deportation Priorities in 2026**

David Bier previewed the Trump administration's deportation and immigration agenda in 2026.



**DEC 17, 2025**

**Democratic Lawmakers and Advocates Hold a Press Conference on the PROTECT Immigration Act**

Reps. Mike Quigley (D-IL), Pramila Jayapal (D-WA), Sarah McBride (D-DE), and Valerie Foushee (D-NC) hold a press conference from Capitol Hill with immigration policy advocates on the PROTECT Immigration Act.



**DEC 17, 2025**

**Democratic Lawmakers and Advocates Hold a Press Conference on the PROTECT Immigration Act**

Reps. Mike Quigley (D-IL), Pramila Jayapal (D-WA), Sarah McBride (D-DE), and Valerie Foushee (D-NC) hold a press conference from Capitol Hill with immigration policy advocates on the PROTECT Immigration Act.



**JAN 12, 2026**

**House Republican Leaders on Pres. Trump's Agenda**

House Speaker Mike Johnson (R-LA) and other GOP leaders hold news conference on President Trump's agenda.

## TRENDING

GALLERIES

**Straight from the sources: Get WORD FOR WORD**

   

**JAN 12, 2026**
**"I will be impeaching Homeland Security Secretary Kristi Noem."**
Rep. Robin Kelly (D-IL): "I rise today to announce I will be impeaching Homeland Security Secretary Kristi Noem. Secretary Noem has violated the Constitution and needs to be held accountable for terrorizing our communities."

**JAN 13, 2026**
**FCC Chair Testifies at Oversight Hearing**
Federal Communications Commission (FCC) Brendan Carr (R) and Commissioners Anna Gomez (D) and Olivia Trusty (R) testify on FCC oversight before a House Energy and Commerce subcommittee.

**JAN 13, 2026**
**U.S. Senate**
The Senate is expected to continue work on a war powers resolution blocking U.S. military action against Venezuela.

**JAN 13, 2026**
**U.S. House of Representatives**
The House will consider a 2-bill spending package funding the State and Treasury Departments, the IRS, DC and the federal judiciary through September 30. Current funding for most of the government expires January 30.

---

### ABOUT C-SPAN
- Our Mission
- Our History
- Cameras In The Court
- Milestones
- Leadership
- Jobs
- In The Community
- Video Library
- Viewer Guide

### RESOURCES
- C-SPAN Classroom
- Blog
- Series A-Z
- Press Center
- FAQs
- Contact Us
- Shop
- C-SPAN's Book Collection
- World Legislatures

MyC-SPAN Login

C-SPAN Select App
C-SPAN Now App
 Download
 Download

 C-SPAN Podcasts

### FOLLOW C-SPAN

©2026 National Cable Satellite Corporation   |   Copyrights and Licensing   |   Terms and Conditions   |   Privacy

GALLERIES