# EXHIBIT 9

Table: ACSSPP1Y2024.S0201

| | **Selected Population Profile in the United States** | |
|---|---|---|
| Note: The table shown may have been modified by user selections. Some information may be missing. | | |

| **DATA NOTES** | |
|---|---|
| TABLE ID: | S0201 |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2024 |
| DATASET: | ACSSPP1Y2024 |
| PRODUCT: | ACS 1-Year Estimates Selected Population Profiles |
| UNIVERSE: | None |
| MLA: | U.S. Census Bureau. "Selected Population Profile in the United States." American Community Survey, ACS 1-Year Estimates |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2024/acs/acs1/spp |

| **USER SELECTIONS** | |
|---|---|
| TOPICS | Somali |
| GEOS | Minnesota |

| **EXCLUDED COLUMNS** | None |
|---|---|

| **APPLIED FILTERS** | None |
|---|---|

| **APPLIED SORTS** | None |
|---|---|

| **PIVOT & GROUPING** | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| **WEB ADDRESS** | https://data.census.gov/table/ACSSPP1Y2024.S0201?q=somali+minnesota |
|---|---|

| **TABLE NOTES** | |
|---|---|
| Key Table Information | |
| Table Title | Selected Population Profile in the United States |
| Table ID | ACSSPP1Y2024.S0201 |
| Survey/Program | American Community Survey |
| Year | 2024 |
| Dataset | ACS 1-Year Estimates Selected Population Profiles |
| Source | U.S. Census Bureau, 2024 American Community Survey, 1-Year Estimates |
| Dataset Universe | The dataset universe of the American Community Survey (ACS) is the U.S. resident population and housing. For more |
| Methodology | |
| Unit(s) of Observation | American Community Survey (ACS) data are collected from individuals living in housing units and group quarters, and about |
| Geography Coverage | ACS data generally reflect the geographic boundaries of legal and statistical areas as of January 1 of the estimate year. For |
| Sampling | The ACS consists of two separate samples: housing unit addresses and group quarters facilities. Independent housing unit |
| Confidentiality | The Census Bureau has modified or suppressed some estimates in ACS data products to protect respondents' confidentiality. |
| Technical Documentation/Methodology | Information about the American Community Survey (ACS) can be found on the ACS website. Supporting documentation including code lists, subject definitions, data accuracy, and statistical testing, and a full list of ACS tables and table shells |
| Weights | ACS estimates are obtained from a raking ratio estimation procedure that results in the assignment of two sets of weights: a |
| Table Information | |
| API Information | American Community Survey (ACS) data is available via API. For more information on available APIs, please see Census |
| Symbols | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample |
| Data-Specific Notes | When this table is iterated by ancestry or race groups, group names containing the words "alone" or "alone or in any combination" are based on race data, while group names without "alone" or "alone or in any combination" are based on ancestry data. For example, "German alone or in any combination" refers to people who reported one or more responses to |
| Additional Information | |
| Contact Information | Contact the Census Bureau Customer Help Center at 1-800-923-8282 or submit a question at ask.census.gov. |
| Suggested Citation | U.S. Census Bureau. "Selected Population Profile in the United States" American Community Survey, ACS 1-Year Estimates |

| **COLUMN NOTES** | None |
|---|---|

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| TOTAL NUMBER OF RACES REPORTED | | |
| **Total population** | **76,320** | **±12,542** |
| One race | N | N |
| Two races | N | N |
| Three races | N | N |
| Four or more races | N | N |
| SEX AND AGE | | |
| Total population | 76,320 | ±12,542 |
| Male | 52.3% | ±3.5 |
| Female | 47.7% | ±3.5 |
| Under 5 years | 13.2% | ±3.3 |
| 5 to 17 years | 30.5% | ±5.3 |
| 18 to 24 years | 11.5% | ±3.0 |
| 25 to 34 years | 12.8% | ±3.7 |
| 35 to 44 years | 18.9% | ±4.5 |
| 45 to 54 years | 6.4% | ±2.1 |
| 55 to 64 years | 3.6% | ±1.4 |
| 65 to 74 years | 1.0% | ±0.6 |
| 75 years and over | 2.2% | ±1.5 |
| Median age (years) | 21.3 | ±3.3 |
| 18 years and over | 56.4% | ±6.0 |
| 21 years and over | 50.6% | ±6.2 |
| 62 years and over | 3.5% | ±1.8 |
| 65 years and over | 3.1% | ±1.7 |
| Under 18 years | 33,308 | ±8,601 |
| Male | 56.1% | ±5.7 |
| Female | 43.9% | ±5.7 |
| 18 years and over | 43,012 | ±6,193 |
| Male | 49.4% | ±5.0 |
| Female | 50.6% | ±5.0 |
| 18 to 34 years | 18,573 | ±3,865 |
| Male | 49.3% | ±7.1 |
| Female | 50.7% | ±7.1 |
| 35 to 64 years | 22,065 | ±4,209 |
| Male | 50.7% | ±6.6 |
| Female | 49.3% | ±6.6 |
| 65 years and over | 2,374 | ±1,197 |
| Male | 38.1% | ±23.3 |
| Female | 61.9% | ±23.3 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| RELATIONSHIP |  |  |
|   Population in households | 76,069 | ±12,544 |
|     Householder or spouse | 37.6% | ±4.2 |
|     Unmarried partner | 1.4% | ±0.8 |
|     Child | 55.7% | ±5.3 |
|     Other relatives | 3.3% | ±2.4 |
|     Other nonrelatives | 2.0% | ±1.6 |
| HOUSEHOLDS BY TYPE |  |  |
|   Households | 22,709 | ±3,060 |
|     Family households | 66.4% | ±9.2 |
|       With own children of the householder under 18 years | 52.8% | ±9.5 |
|     Married-couple family | 39.6% | ±8.3 |
|       With own children of the householder under 18 years | 36.4% | ±8.4 |
|     Female householder, no spouse present, family | 22.0% | ±6.7 |
|       With own children of the householder under 18 years | 15.0% | ±6.8 |
|     Nonfamily households | 33.6% | ±9.2 |
|       Male householder | 18.6% | ±7.8 |
|         Living alone | 16.4% | ±7.6 |
|         Not living alone | 2.2% | ±2.4 |
|       Female householder | 15.0% | ±7.0 |
|         Living alone | 13.3% | ±6.7 |
|         Not living alone | 1.7% | ±2.4 |
|   Average household size | 3.74 | ±0.47 |
|   Average family size | 4.97 | ±0.53 |
| MARITAL STATUS |  |  |
|   Population 15 years and over | 47,343 | ±7,163 |
|     Now married, except separated | 38.7% | ±6.8 |
|     Widowed | 2.6% | ±2.5 |
|     Divorced | 4.7% | ±2.2 |
|     Separated | 5.4% | ±2.4 |
|     Never married | 48.6% | ±7.3 |
|   Male 15 years and over | 24,165 | ±4,634 |
|     Now married, except separated | N | N |
|     Widowed | N | N |
|     Divorced | N | N |
|     Separated | N | N |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Never married | N | N |
| Female 15 years and over | 23,178 | ±3,666 |
|   Now married, except separated | 34.2% | ±7.0 |
|   Widowed | 5.1% | ±4.9 |
|   Divorced | 8.3% | ±4.2 |
|   Separated | 8.0% | ±3.9 |
|   Never married | 44.4% | ±7.8 |
| SCHOOL ENROLLMENT | | |
|   Population 3 years and over enrolled in school | 33,498 | ±8,065 |
|     Nursery school, preschool | 5.5% | ±3.0 |
|     Kindergarten | 4.5% | ±2.4 |
|     Elementary school (grades 1-8) | 46.7% | ±8.8 |
|     High school (grades 9-12) | 17.4% | ±4.7 |
|     College or graduate school | 25.8% | ±7.5 |
|   Male 3 years and over enrolled in school | 19,339 | ±5,050 |
|     Percent enrolled in kindergarten to grade 12 | 65.4% | ±9.8 |
|     Percent enrolled in college or graduate school | 27.3% | ±9.3 |
|   Female 3 years and over enrolled in school | 14,159 | ±3,783 |
|     Percent enrolled in kindergarten to grade 12 | 73.0% | ±9.4 |
|     Percent enrolled in college or graduate school | 23.9% | ±9.0 |
| EDUCATIONAL ATTAINMENT | | |
|   Population 25 years and over | 34,245 | ±4,616 |
|     Less than high school diploma | 27.1% | ±6.7 |
|     High school graduate (includes equivalency) | 31.8% | ±8.6 |
|     Some college or associate's degree | 13.4% | ±4.8 |
|     Bachelor's degree | 22.1% | ±8.1 |
|     Graduate or professional degree | 5.7% | ±2.7 |
|     High school graduate or higher | 72.9% | ±6.7 |
|       Male, high school graduate or higher | 77.4% | ±8.3 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|  | Somali | |
| Label | Estimate | Margin of Error |
| --- | --- | --- |
| Female, high school graduate or higher | 68.6% | ±8.5 |
| Bachelor's degree or higher | 27.8% | ±8.2 |
| Male, bachelor's degree or higher | 24.2% | ±10.7 |
| Female, bachelor's degree or higher | 31.1% | ±8.9 |
| FERTILITY | | |
| Women 15 to 50 years | 19,182 | ±3,364 |
| Women 15 to 50 years who had a birth in the past 12 months | 2,868 | ±1,540 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | N | N |
| As a percent of all women with a birth in the past 12 months | 29.0% | ±26.2 |
| RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS | | |
| Population 30 years and over | 29,504 | ±4,231 |
| Grandparents living with grandchild(ren) | N | N |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | N | N |
| VETERAN STATUS | | |
| Civilian population 18 years and over | 43,012 | ±6,193 |
| Civilian veteran | N | N |
| DISABILITY STATUS | | |
| Total civilian noninstitutionalized population | 76,265 | ±12,542 |
| With a disability | 8.3% | ±2.5 |
| Civilian noninstitutionalized population under 18 years | 33,308 | ±8,601 |
| With a disability | 2.3% | ±1.7 |
| Civilian noninstitutionalized population 18 to 64 years | 40,583 | ±6,327 |
| With a disability | 8.7% | ±3.2 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Civilian noninstitutionalized population 65 years and older | 2,374 | ±1,197 |
|   With a disability | 86.9% | ±12.4 |
| RESIDENCE 1 YEAR AGO | | |
|   Population 1 year and over | 72,552 | ±11,835 |
|     Same house | 90.0% | ±4.3 |
|     Different house in the U.S. | 7.4% | ±3.6 |
|       Same county | 4.1% | ±2.4 |
|       Different county | 3.3% | ±2.8 |
|         Same state | N | N |
|         Different state | N | N |
|     Abroad | 2.5% | ±2.5 |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | |
| **Native** | **39,806** | **±9,215** |
|   **Male** | **54.0%** | **±5.1** |
|   **Female** | **46.0%** | **±5.1** |
| **Foreign-born** | **36,514** | **±5,535** |
|   **Male** | **50.5%** | **±5.2** |
|   **Female** | **49.5%** | **±5.2** |
| **Foreign-born; naturalized U.S. citizen** | **32,299** | **±5,122** |
|   **Male** | **49.6%** | **±5.6** |
|   **Female** | **50.4%** | **±5.6** |
| **Foreign-born; not a U.S. citizen** | **4,215** | **±1,828** |
|   **Male** | **57.7%** | **±13.9** |
|   **Female** | **42.3%** | **±13.9** |
| Population born outside the United States | 38,107 | ±5,744 |
|   Entered 2010 or later | 45.1% | ±7.5 |
|   Entered 2000 to 2009 | 33.9% | ±7.0 |
|   Entered before 2000 | 21.1% | ±6.2 |
| WORLD REGION OF BIRTH OF FOREIGN-BORN | | |
| Foreign-born population excluding population born at sea | 36,514 | ±5,535 |
|   Europe | N | N |
|   Asia | N | N |
|   Africa | N | N |
|   Oceania | N | N |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Latin America | N | N |
| Northern America | N | N |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | |
| Population 5 years and over | 66,271 | ±10,792 |
| English only | 21.3% | ±5.8 |
| Language other than English | 78.7% | ±5.8 |
| Speak English less than "very well" | 26.5% | ±4.8 |
| **EMPLOYMENT STATUS** | | |
| Population 16 years and over | 46,249 | ±6,818 |
| In labor force | 70.5% | ±6.5 |
| Civilian labor force | 70.5% | ±6.5 |
| Employed | 65.1% | ±7.1 |
| Unemployed | 5.4% | ±2.7 |
| Unemployment Rate | 7.6% | ±4.0 |
| Armed Forces | 0.0% | ±0.2 |
| Not in labor force | 29.5% | ±6.5 |
| Females 16 years and over | 23,178 | ±3,666 |
| In labor force | 67.9% | ±8.7 |
| Civilian labor force | 67.9% | ±8.7 |
| Employed | 59.6% | ±9.4 |
| Unemployed | 8.2% | ±5.0 |
| Unemployment Rate | 12.1% | ±7.4 |
| **COMMUTING TO WORK** | | |
| Workers 16 years and over | 29,987 | ±6,022 |
| Car, truck, or van - drove alone | 67.6% | ±7.1 |
| Car, truck, or van - carpooled | 15.7% | ±5.1 |
| Public transportation | 4.3% | ±4.2 |
| Walked | 1.7% | ±1.5 |
| Other means | 1.3% | ±0.9 |
| Worked from home | 9.3% | ±5.5 |
| Mean travel time to work (minutes) | 19.3 | ±1.6 |
| **OCCUPATION** | | |
| Civilian employed population 16 years and over | 30,108 | ±6,064 |
| Management, business, science, and arts occupations | 30.3% | ±6.6 |
| Service occupations | 26.3% | ±7.1 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Sales and office occupations | 15.0% | ±5.5 |
| Natural resources, construction, and maintenance occupations | 1.9% | ±2.6 |
| Production, transportation, and material moving occupations | 26.5% | ±6.7 |
| Male civilian employed population 16 years and over | 16,283 | ±4,100 |
| Management, business, science, and arts occupations | 23.6% | ±7.3 |
| Service occupations | 19.6% | ±8.4 |
| Sales and office occupations | 11.3% | ±8.0 |
| Natural resources, construction, and maintenance occupations | 2.6% | ±4.2 |
| Production, transportation, and material moving occupations | 42.8% | ±10.5 |
| Female civilian employed population 16 years and over | 13,825 | ±2,901 |
| Management, business, science, and arts occupations | 38.1% | ±9.9 |
| Service occupations | 34.2% | ±9.7 |
| Sales and office occupations | 19.4% | ±7.3 |
| Natural resources, construction, and maintenance occupations | 1.0% | ±1.6 |
| Production, transportation, and material moving occupations | 7.3% | ±4.2 |
| INDUSTRY | | |
| Civilian employed population 16 years and over | 30,108 | ±6,064 |
| Agriculture, forestry, fishing and hunting, and mining | 0.3% | ±0.5 |
| Construction | 1.5% | ±2.2 |
| Manufacturing | 11.7% | ±5.4 |
| Wholesale trade | 3.1% | ±2.8 |
| Retail trade | 13.6% | ±5.3 |
| Transportation and warehousing, and utilities | 12.8% | ±4.4 |
| Information | 1.2% | ±1.9 |
| Finance and insurance, and real estate and rental and leasing | 3.2% | ±2.2 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Professional, scientific, and management, and administrative and waste management services | 5.4% | ±3.6 |
| Educational services, and health care and social assistance | 35.3% | ±6.7 |
| Arts, entertainment, and recreation, and accommodation and food services | 4.8% | ±2.9 |
| Other services (except public administration) | 2.8% | ±2.9 |
| Public administration | 4.2% | ±2.7 |
| CLASS OF WORKER |  |  |
| Civilian employed population 16 years and over | 30,108 | ±6,064 |
| Private wage and salary workers | 83.4% | ±5.3 |
| Government workers | 11.0% | ±4.9 |
| Self-employed workers in own not incorporated business | 5.7% | ±3.4 |
| Unpaid family workers | 0.0% | ±0.3 |
| INCOME IN THE PAST 12 MONTHS (IN 2023 INFLATION-ADJUSTED DOLLARS) |  |  |
| Households | 22,709 | ±3,060 |
| Median household income (dollars) | 47,499 | ±4,592 |
| With earnings | 78.9% | ±8.1 |
| Mean earnings (dollars) | 81,533 | ±14,482 |
| With Social Security income | 10.9% | ±5.1 |
| Mean Social Security income (dollars) | 16,362 | ±7,384 |
| With Supplemental Security Income | 8.2% | ±4.9 |
| Mean Supplemental Security Income (dollars) | 10,821 | ±1,323 |
| With cash public assistance income | 11.4% | ±4.9 |
| Mean cash public assistance income (dollars) | 1,943 | ±1,158 |
| With retirement income | 6.8% | ±5.3 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| Mean retirement income (dollars) | 21,763 | ±19,732 |
| With Food Stamp/SNAP benefits | 31.2% | ±8.0 |
| Families | 15,079 | ±2,561 |
| Median family income (dollars) | 62,195 | ±16,521 |
| Married-couple family | 59.7% | ±8.7 |
| Median income (dollars) | 80,139 | ±19,569 |
| Male householder, no spouse present, family | 7.2% | ±4.5 |
| Median income (dollars) | 90,212 | ±71,177 |
| Female householder, no husband present, family | 33.1% | ±9.1 |
| Median income (dollars) | 38,265 | ±8,216 |
| Individuals | 76,320 | ±12,542 |
| Per capita income (dollars) | 18,688 | ±4,239 |
| With earnings for full-time, year-round workers: |  |  |
| Male | 8,640 | ±2,741 |
| Female | 6,437 | ±1,788 |
| Mean earnings (dollars) for full-time, year-round workers: |  |  |
| Male | 53,747 | ±7,896 |
| Female | 76,163 | ±21,913 |
| Median earnings (dollars) full-time, year-round workers: |  |  |
| Male | 42,050 | ±4,047 |
| Female | 50,574 | ±7,025 |
| HEALTH INSURANCE COVERAGE |  |  |
| Civilian noninstitutionalized population | 76,265 | ±12,542 |
| With private health insurance | 25.4% | ±9.2 |
| With public coverage | 68.5% | ±9.5 |
| No health insurance coverage | 10.1% | ±4.8 |
| POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED |  |  |
| All families | 19.9% | ±8.5 |
| With related children of the householder under 18 years | 23.6% | ±9.9 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|  | Somali | |
| Label | Estimate | Margin of Error |
| With related children of the householder under 5 years only | 37.1% | ±29.3 |
| Married-couple family | 7.2% | ±6.5 |
| With related children of the householder under 18 years | 6.3% | ±6.3 |
| With related children of the householder under 5 years only | N | N |
| Female householder, no spouse present, family | 42.9% | ±18.5 |
| With related children of the householder under 18 years | 59.7% | ±22.4 |
| With related children of the householder under 5 years only | 85.6% | ±29.2 |
| All people | 27.9% | ±10.2 |
| Under 18 years | 34.7% | ±14.8 |
| Related children of the householder under 18 years | 34.7% | ±14.8 |
| Related children of the householder under 5 years | 36.6% | ±18.1 |
| Related children of the householder 5 to 17 years | 33.9% | ±16.1 |
| 18 years and over | 22.6% | ±7.6 |
| 18 to 64 years | 20.1% | ±7.2 |
| 65 years and over | 65.0% | ±27.0 |
| People in families | 26.3% | ±11.2 |
| Unrelated individuals 15 years and over | 37.9% | ±15.7 |
| HOUSING TENURE | | |
| Occupied housing units | 22,709 | ±3,060 |
| Owner-occupied housing units | 12.7% | ±4.3 |
| Renter-occupied housing units | 87.3% | ±4.3 |
| Average household size of owner-occupied unit | 5.38 | ±1.26 |
| Average household size of renter-occupied unit | 3.50 | ±0.53 |
| UNITS IN STRUCTURE | | |
| Occupied housing units | 22,709 | ±3,060 |
| 1-unit, detached or attached | 21.7% | ±5.4 |

Table: ACSSPP1Y2024.S0201

|  | Minnesota | |
|---|---|---|
|  | Somali | |
| Label | Estimate | Margin of Error |
| 2 to 4 units | 11.0% | ±5.3 |
| 5 or more units | 64.8% | ±7.3 |
| Mobile home, boat, RV, van, etc. | 2.6% | ±2.7 |
| YEAR STRUCTURE BUILT | | |
| Occupied housing units | 22,709 | ±3,060 |
| Built 2020 or later | 6.7% | ±3.4 |
| Built 2010 to 2019 | 12.4% | ±5.4 |
| Built 2000 to 2009 | 16.5% | ±7.8 |
| Built 1980 to 1999 | 27.2% | ±9.7 |
| Built 1960 to 1979 | 28.3% | ±8.9 |
| Built 1940 to 1959 | 7.5% | ±5.7 |
| Built 1939 or earlier | 1.4% | ±1.6 |
| VEHICLES AVAILABLE | | |
| Occupied housing units | 22,709 | ±3,060 |
| None | 24.9% | ±8.2 |
| 1 or more | 75.1% | ±8.2 |
| HOUSE HEATING FUEL | | |
| Occupied housing units | 22,709 | ±3,060 |
| Gas | 52.5% | ±9.6 |
| Electricity | 45.7% | ±9.6 |
| All other fuels | 1.5% | ±1.6 |
| No fuel used | 0.3% | ±0.5 |
| SELECTED CHARACTERISTICS | | |
| Occupied housing units | 22,709 | ±3,060 |
| No telephone service available | N | N |
| 1.01 or more occupants per room | 30.3% | ±7.7 |
| SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 1,927 | ±661 |
| Less than 30 percent | 54.7% | ±24.4 |
| 30 percent or more | 45.3% | ±24.4 |
| OWNER CHARACTERISTICS | | |
| Owner-occupied housing units | 2,877 | ±1,026 |
| Median value (dollars) | 443,800 | ±41,360 |
| Median selected monthly owner costs with a mortgage (dollars) | 2,665 | ±394 |

Table: ACSSPP1Y2024.S0201

| Label | Minnesota Somali Estimate | Minnesota Somali Margin of Error |
|---|---|---|
| Median selected monthly owner costs without a mortgage (dollars) | 769 | ±373 |
| GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 18,969 | ±2,847 |
| Less than 30 percent | 52.0% | ±10.5 |
| 30 percent or more | 48.0% | ±10.5 |
| GROSS RENT | | |
| Occupied units paying rent | 19,641 | ±2,903 |
| Median gross rent (dollars) | 1,204 | ±131 |
| COMPUTERS AND INTERNET USE | | |
| Total households | 22,709 | ±3,060 |
| With a computer | 97.3% | ±2.7 |
| With a broadband Internet subscription | 93.6% | ±4.0 |