# EXHIBIT 10

## Sex by Age by Nativity and Citizenship Status (Hispanic or Latino)

United States Census Bureau

Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | B05003I |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2024 |
| DATASET: | ACSDT1Y2024 |
| PRODUCT: | ACS 1-Year Estimates Detailed Tables |
| **UNIVERSE:** | **People who are Hispanic or Latino** |
| MLA: | U.S. Census Bureau. "Sex by Age by Nativity and Citizenship Status (Hispanic or Latino)." American Community Survey, ACS 1- |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2024/acs/acs1 |

| USER SELECTIONS | |
|---|---|
| TOPICS | Hispanic or Latino |
| GEOS | Minnesota |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table/ACSDT1Y2024.B05003I?t=Hispanic+or+Latino&g=040XX00US27 |
|---|---|

| TABLE NOTES | |
|---|---|
| Key Table Information | |
| Table Title | Sex by Age by Nativity and Citizenship Status (Hispanic or Latino) |
| Table ID | ACSDT1Y2024.B05003I |
| Survey/Program | American Community Survey |
| Year | 2024 |
| Dataset | ACS 1-Year Estimates Detailed Tables |
| Source | U.S. Census Bureau, 2024 American Community Survey, 1-Year Estimates |
| Dataset Universe | The dataset universe of the American Community Survey (ACS) is the U.S. resident population and housing. For more |
| Methodology | |
| Unit(s) of Observation | American Community Survey (ACS) data are collected from individuals living in housing units and group quarters, and about |
| Geography Coverage | ACS data generally reflect the geographic boundaries of legal and statistical areas as of January 1 of the estimate year. For |
| Sampling | The ACS consists of two separate samples: housing unit addresses and group quarters facilities. Independent housing unit |
| Confidentiality | The Census Bureau has modified or suppressed some estimates in ACS data products to protect respondents' confidentiality. |
| Technical Documentation/Methodology | Information about the American Community Survey (ACS) can be found on the ACS website. Supporting documentation including code lists, subject definitions, data accuracy, and statistical testing, and a full list of ACS tables and table shells |
| Weights | ACS estimates are obtained from a raking ratio estimation procedure that results in the assignment of two sets of weights: a |
| Table Information | |
| API Information | American Community Survey (ACS) data is available via API. For more information on available APIs, please see Census |
| Symbols | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample |
| Additional Information | |
| Contact Information | Contact the Census Bureau Customer Help Center at 1-800-923-8282 or submit a question at ask.census.gov. |
| Suggested Citation | U.S. Census Bureau. "Sex by Age by Nativity and Citizenship Status (Hispanic or Latino)" American Community Survey, ACS 1- |

| COLUMN NOTES | None |
|---|---|

Table: ACSDT1Y2024.B05003I

|  | Minnesota | |
| --- | --- | --- |
| Label | Estimate | Margin of Error |
| Total: | 388,435 | ±803 |
| Male: | 201,221 | ±2,447 |
|   Under 18 years: | 67,641 | ±2,093 |
|     Native | 61,104 | ±2,700 |
|     Foreign-born: | 6,537 | ±1,971 |
|       Naturalized U.S. citizen | 418 | ±299 |
|       **Not a U.S. citizen** | **6,119** | **±1,932** |
|   18 years and over: | 133,580 | ±2,033 |
|     Native | 70,641 | ±4,006 |
|     Foreign-born: | 62,939 | ±3,704 |
|       Naturalized U.S. citizen | 19,167 | ±2,214 |
|       **Not a U.S. citizen** | **43,772** | **±3,622** |
| Female: | 187,214 | ±2,526 |
|   Under 18 years: | 61,776 | ±2,063 |
|     Native | 55,466 | ±2,585 |
|     Foreign-born: | 6,310 | ±1,543 |
|       Naturalized U.S. citizen | 804 | ±479 |
|       **Not a U.S. citizen** | **5,506** | **±1,504** |
|   18 years and over: | 125,438 | ±1,895 |
|     Native | 70,164 | ±3,551 |
|     Foreign-born: | 55,274 | ±2,863 |
|       Naturalized U.S. citizen | 17,809 | ±2,024 |
|       **Not a U.S. citizen** | **37,465** | **±2,854** |