# EXHIBIT 12

Post

**Aaron Rupar** ✓
@atrupar

Q: Why are we seeing Americans being asked on the street to provide proof of citizenship in Minnesota? Is that targeted enforcement and are you advising Americans to carry proof of citizenship?

KRISTI NOEM: In every situation we are doing targeted enforcement. If we are on a target, there may be individuals surrounding that criminal that we may be asking who they are and why they're there and having them validate their identity

9:37 AM · Jan 15, 2026 · **976.2K** Views

💬 849        🔁 560        ❤️ 1.6K        🔖 386        ↗️

Read 849 replies

---

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More... © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up