# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, <br><br> Defendants. | Case No. 0:26-cv-00324-ECT-ECW <br><br><br><br> **DECLARATION OF SPENCER AMDUR IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

1

**DECLARATION OF SPENCER AMDUR IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Spencer Amdur, declare as follows:

1.     I am a Senior Staff Attorney at the American Civil Liberties Union Foundation Immigrants' Rights Project ("ACLU"), and I am counsel for Plaintiffs in this case.  I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case.  The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

**Spencer Amdur**

2.     I am a member of the bar of California, and am admitted to practice in the U.S. Courts of Appeals for the Second, Fourth, Fifth, Seventh, Ninth, Tenth, and District of Columbia Circuits; and the U.S. District Courts for the District of Columbia, Northern and Southern Districts of California, and the Western District of Texas.  I graduated from Yale Law School in 2013 and clerked for the Honorable Judith W. Rogers of the U.S. Court of Appeals for the D.C. Circuit.  Prior to my work at the ACLU, I was a Trial Attorney at the Federal Programs Branch of the Civil Division in the U.S. Department of Justice, as well as an Arthur Liman Public Interest Fellow at the Lawyers' Committee for Civil Rights in San Francisco.

3.     I have served as class counsel in a number of federal lawsuits.  *See, e.g.*, *Barbara v. Trump*, No. 25-cv-244, 2025 WL 1904338 (D.N.H. July 10, 2025) (granting class certification and enjoining Executive Order on birthright citizenship); *Fla. Immigrant*

*Coal. v. Uthmeier*, No. 25-21524-CV, 2025 WL 1423357 (S.D. Fla. Apr. 29, 2025) (class challenge to state immigration law); *Idaho Org. of Res. Councils v. Labrador*, No. 1:25-CV-00178-AKB, 2025 WL 1237305 (D. Idaho Apr. 29, 2025) (same); *Padres Unidos de Tulsa v. Drummond*, No. CIV-24-511-J, 2025 WL 1573590 (W.D. Okla. June 3, 2025) (same); *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-428 (S.D. Cal.) (challenge to family separation policy).

4.      I litigate complex immigration-related cases at all levels of the federal and state courts. *See, e.g.*, *A.A.R.P. v. Trump*, 145 S. Ct. 1364 (2025) (granting injunction pending appeal to putative class in a challenge to a Proclamation issued under the Alien Enemies Act); *Trump v. Int'l Refugee Assistance Project*, 137 S. Ct. 2080 (2017) (denying stay in part of preliminary injunction of an Executive Order barring nationals of certain countries from entering the United States); *East Bay Sanctuary Covenant v. Biden*, 102 F.4th 996 (9th Cir. 2024) (argued) (challenge to federal policy restricting asylum at the southern border); *Gonzalez v. ICE*, 975 F.3d 788 (9th Cir. 2020) (addressing the legality of certain federal and local immigration detention policies); *P.K. v. Tillerson*, 1:17-cv-01533 (D.D.C. filed 2017) (challenge to State Department policy denying visas to winners of the Diversity Visa Lottery); *Al Mowafak v. Trump*, No. 3:17-cv-557 (N.D. Cal. filed 2017) (challenge to restrictions on refugee admissions). I have also represented amici in a number of cases involving the federal government's administration of the immigration laws. *See, e.g.*, *New York v. Department of Justice*, 951 F.3d 84 (2d Cir. 2020) (argued) (challenge to policy conditioning certain federal funds on immigration enforcement); *City of Philadelphia v. Att'y Gen.*, 916 F.3d 276 (3d Cir. 2019) (rejecting government assertion of authority to

impose immigration related conditions on grant program); *City of Providence v. Barr*, 954 F.3d 23 (1st Cir. 2020) (same); *United States v. California*, 921 F.3d 865 (9th Cir. 2019) (upholding state law prohibiting certain assistance with immigration enforcement).

5.      I have also litigated multiple challenges to state and local regulation of immigration.  *See, e.g.*, *United States v. Texas*, 144 F.4th 632 (5th Cir. 2025) (affirming preliminary injunction against state law creating entry and reentry crimes on preemption grounds); *Uthmeier v. FL. Immigrant Coal.*, No. 24A1269, 2025 WL 1890573 (U.S. 2025) (denying Florida's motion to stay injunction against similar law); *Texas v. Travis County*, 910 F.3d 809 (5th Cir. 2018) (argued) (affirming dismissal of action seeking to declare a state immigration law valid); *Farmworkers' Ass'n of Florida, Inc. v. Moody*, 734 F. Supp. 3d 1311 (S.D. Fla. 2024) (argued) (enjoining Florida immigration law); *Brown v. Ramsay*, 2025 WL 1571661 (S.D. Fla. May 30, 2025) (holding that local immigration arrest violated the Fourth Amendment); *United States v. Iowa*, 737 F. Supp. 3d 725 (S.D. Iowa 2024) (enjoining state immigration law); *Idaho Org. of Res. Councils v. Labrador*, No. 1:25-CV-00178-AKB, 2025 WL 1237305 (D. Idaho Apr. 29, 2025) (same); *Padres Unidos de Tulsa v. Drummond*, No. CIV-24-511-J, 2025 WL 1573590 (W.D. Okla. June 3, 2025) (same); *Ramon v. Short*, 2020 MT 69, 399 Mont. 254, 460 P.3d 867 (holding state officers lack authority to conduct civil immigration arrests); *People ex rel. Wells v. DeMarco*, 168 A.D.3d 31, 88 N.Y.S.3d 518 (N.Y. App. Div. 2018) (same).

**Kathryn Huddleston**

6.      Kathryn Huddleston is a Senior Staff Attorney at the ACLU, where she has worked since May 2025.  Previously Ms. Huddleston was an attorney at the ACLU of

4

Texas, the ACLU of Southern California, and the ACLU of Arizona, focusing on immigrants' rights litigation. Her experience includes immigrants' rights and other civil rights litigation in federal courts. In addition to her work at the ACLU, Ms. Huddleston was previously Senior Legal Counsel for strategic litigation at Campaign Legal Center and a Staff Attorney at the Sierra Club.

7. Ms. Huddleston graduated from Yale Law School in 2016, and she clerked for Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit and Justice Goodwin Liu of the Supreme Court of California. Ms. Huddleston is a member of the Arizona and Texas bars and is admitted to practice at the U.S. Courts of Appeals for the Fifth Circuit, Sixth Circuit, Ninth Circuit, and D.C. Circuit and the U.S. District Courts for the District of Arizona and the Southern District of Texas.

8. Ms. Huddleston has served as counsel in immigrants' rights cases before numerous federal courts. Examples include: *Alabama Coalition for Immigrant Justice v. Allen*, No. 2:24-cv-01254 (N.D. Ala.) (argued) (challenge to state purge of naturalized citizen voters from voter rolls); *Vazquez Barrera v. Wolf*, No. 4:20-cv-01421 (S.D. Tex.) (argued) (challenge to ICE's detention of medically vulnerable individuals at Texas detention center during COVID pandemic); and *Annunciation House v. Abbott*, Nos. 3:21-cv-00173 (W.D. Tex.) and 22-50212 (5th Cir.) (argued sovereign immunity appeal before Fifth Circuit) (challenge to state executive order barring private individuals from providing ground transportation to certain migrants).

9. Ms. Huddleston's cases as class counsel include *Ortega Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz.) (successful class challenge to Maricopa County Sheriff's

Office pattern and practice of Fourth Amendment and equal protection violations in vehicle stops), *P.J.E.S. v. Wolf*, No. 1:20-cv-02245 (D.D.C.) (class provisionally certified in challenge to policy blocking unaccompanied minors' access to asylum), and *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) (class provisionally certified in challenge to invocation of Alien Enemies Act).

**Oscar Sarabia Roman**

10.     Oscar Sarabia Roman has been a Staff Attorney at the ACLU since 2022.  He graduated from U.C. Berkeley, School of Law in 2021 and clerked for the Honorable Virginia A. Phillips of the U.S. District Court for the Central District of California.  Mr. Sarabia Roman is a member of the District of Columbia and California bars.  He is admitted to practice before the U.S. Court of Appeals for the Second, Third, Fifth, Seventh, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the Northern District of California and the Central District of California.

11.     Mr. Sarabia Roman has served as co-counsel on several complex immigration cases, including class actions.  *See, e.g., Trump v. J.G.G.*, 604 U.S. 670 (2025) (challenge to Alien Enemies Act removals); *A.A.R.P. v. Trump*, 605 U.S. 91 (2025) (same); *M.A.P.S. v. Garite*, 786 F. Supp. 3d 1026 (W.D. Tex. 2025) (same); *J.A.V. Trump*, 781 F. Supp. 3d 535 (S.D. Tex. 2025); *A.S.R. v. Trump*, 782 F. Supp. 3d 224 (W.D. Pa. 2025) (same); *G.F.F. v. Trump*, 781 F. Supp. 3d 195 (S.D.N.Y. 2025) (same); *D.B.U. v. Trump*, 781 F. Supp. 3d 1158 (D. Colo. 2025) (same); *East Bay Sanctuary Covenant v. Biden*, No. 18-cv-6810 (N.D. Cal. filed May 18, 2023) (challenge to ban of asylum for noncitizens); *Fla. Immigrant Coal. v. Uthmeier*, 780 F. Supp. 3d 1235, 1268 (S.D. Fla. 2025) (class

action) (granting preliminary injunction against state law creating entry and reentry crimes on preemption grounds); *Padres Unidos de Tulsa v. Drummond*, 783 F. Supp. 3d 1324 (W.D. Okla. 2025) (similar); *Idaho Org. of Res. Councils v. Labrador*, 780 F. Supp. 3d 1013 (D. Idaho 2025) (similar); *United States v. Texas*, 794 F. Supp. 3d 427 (W.D. Tex. 2025) (granting summary judgment enjoining state transport executive order on preemption grounds).

**Lucia Goin**

12.     Lucia Goin has been a Staff Attorney at the ACLU since October 2025. She graduated from the University of Chicago School of Law in 2019 and clerked for the Honorable Richard A. Paez on the U.S. Court of Appeals for the Ninth Circuit. Prior to joining the ACLU, Ms. Goin was a staff attorney at Public Justice, a national nonprofit that works to erode access-to-justice barriers for workers, consumers, students, and people who are incarcerated. She also worked as a staff attorney in the Immigrant Justice Project of the Southern Poverty Law Center, and as a Supervising Attorney and Graduate Teaching Fellow in the Civil Rights Clinic at Georgetown University Law Center. Ms. Goin is a member of the bars of the District of Columbia and the State of California. She is admitted to practice before the U.S. Supreme Court, the U.S. Courts of Appeal for the Third, Seventh, Eighth, Tenth, Eleventh, and D.C. Circuits, and the U.S. District Court for the District of Columbia.

13.     Ms. Goin has served as counsel on a wide range of federal civil rights cases, some of which have concerned the rights of noncitizens and immigrants. *See, e.g.*, *Trump v. Barbara, et al.*, No. 25-365 (U.S. Supreme Court 2026) (challenge to executive order seeking to terminate birthright citizenship); *Make the Road v. Noem*, No. 25-5320 (D.C.

Circuit 2025) (challenge to expansion of expedited removal); *Make the Road v. Noem*, No. 25-cv-04455 (D.D.C. 2025) (challenge to expansion of expedited removal); *Abrego Garcia v. Noem*, No. 25-cv-02780 (D. Md. 2025) (on behalf of intervenor, request to intervene and protect public right of access in high-profile immigration suit); *Su v. Tosh Pork*, No. 24-cv-1038 (W.D. Tenn. 2024) (represented immigrant whistleblowers in FLSA retaliation suit); *Smith v. Twin County Regional Healthcare*, No. 22-cv-238 (W.D. Va. 2022) (Fourth and Fourteenth Amendment suit against local officials); *Washington v. Brooks*, No. 20-cv-88 (E.D. Va. 2022) (Eighth Amendment suit against state prison healthcare provider); *Wesby v. District of Columbia*, No. 20-7117 (D.C. Cir. 2021) (qualified immunity and restitution suit).

**Omar Jadwat**

14.     Omar Jadwat has been an attorney with the ACLU since 2002 and is the current Director of the ACLU Immigrants' Rights Project.  Mr. Jadwat graduated from New York University School of Law in 2001, then clerked for the Honorable John G. Koeltl of the U.S. District Court for the Southern District of New York.

15.     Mr. Jadwat is a member of the New York bar, and is admitted to practice in the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits; and the U.S. District Courts for the Southern and Eastern Districts of New York.  He has argued notable immigrants' rights cases at all levels of the federal court system.

16.     Mr. Jadwat has served as counsel in multiple class action or systemic immigration cases.  His cases include: *Trump v. Int'l Refugee Assistance Project*, 137 S.

8

Ct. 2080 (2017) (described *supra*); *United States v. Texas*, 144 F.4th 632 (5th Cir. 2025) (described *supra*); *Uthmeier v. FL. Immigrant Coal.*, No. 24A1269, 2025 WL 1890573 (U.S. 2025) (described *supra*); *United States v. Iowa*, 737 F. Supp. 3d 725 (S.D. Iowa 2024) (described *supra*); *Idaho Org. of Res. Councils v. Labrador*, No. 1:25-CV-00178-AKB, 2025 WL 1237305 (D. Idaho Apr. 29, 2025) (described *supra*); *Padres Unidos de Tulsa v. Drummond*, No. CIV-24-511-J, 2025 WL 1573590 (W.D. Okla. June 3, 2025) (described *supra*); *Lozano v. City of Hazleton*, 724 F.3d 297, 300 (3d Cir. 2013) (argued) (affirming injunction against city provisions seeking to prohibit unauthorized noncitizens from working or renting housing); *Villas at Parkside Partners v. City of Farmers Branch, Tex.*, 726 F.3d 524, 528 (5th Cir. 2013) (affirming injunction against criminal and civil provisions seeking to prevent unauthorized noncitizens from renting housing in city); *Hisp. Int. Coal. of Alabama v. Governor of Alabama*, 691 F.3d 1236, 1240 (11th Cir. 2012) (remanding for entry of preliminary injunction against state statute seeking to bar public postsecondary education for unauthorized noncitizens).

17.     In addition to his work at the ACLU, Mr. Jadwat has taught classes on immigration law and litigation at New York University School of Law and Cardozo School of Law.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Spencer Amdur
Spencer Amdur

Executed on January 16, 2026.

9