# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and
JAVIER DOE,
o*n behalf of themselves and others
similarly situated,*

        Plaintiffs,

    v.

KRISTI NOEM, *in her official
capacity as Secretary of the U.S.
Department of Homeland Security*;
U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M.
LYONS, *in his official capacity as
Acting Director of U.S. Immigration
and Customs Enforcement*; DAVID
EASTERWOOD, *in his official
capacity as U.S. Immigration and
Customs Enforcement Field Office
Director for St. Paul, Minnesota*;
U.S. CUSTOMS AND BORDER
PROTECTION; RODNEY S.
SCOTT, *in his official capacity as
Commissioner of U.S. Customs and
Border Protection*; U.S. BORDER
PATROL; MICHAEL W. BANKS,
*in his official capacity as Chief of
U.S. Border Patrol*; and
GREGORY BOVINO, *in his
official capacity as Commander-at-
Large of U.S. Border Patrol*,
        Defendants.

Case No. 26-cv-324 (ECT/ECW)

**DECLARATION OF TERESA
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PROVISIONAL CLASS
CERTIFICATION AND
APPOINTMENT AS CLASS
COUNSEL**

## DECLARATION OF TERESA NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Teresa Nelson, hereby declare and state as follows:

1. I am over the age of 18 and mentally capable of making this declaration.

2. I currently serve as Legal Director for the American Civil Liberties Union of Minnesota (ACLU-MN). I have personal knowledge of the matters stated herein.

3. I, along with my colleagues Catherine Ahlin-Halverson, Alicia Granse, Ian Bratlie, and Ben Casper, the law firm of Covington & Burling LLP, the American Civil Liberties Union Foundation Immigrants' Rights Project, Greene Espel PLLP, and Robins Kaplan, LLP am counsel for the named Plaintiffs and proposed class members in this action. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification for the purpose of setting forth the ACLU-MN team's qualifications in the areas of immigration law, civil rights, complex federal litigation, and class action litigation.

4. The ACLU-MN was founded in 1952 and is one of the leading civil rights and civil liberties advocacy organizations in the State of Minnesota. It is a private, nonprofit, nonpartisan organization supported by approximately 39,000 individual supporters in the State of Minnesota.  It is

2

the statewide affiliate of the American Civil Liberties Union.  Its purpose is to protect the rights and liberties guaranteed to all Minnesotans by the Minnesota and United States Constitutions. The ACLU-MN has an extensive background of litigation—including class action litigation—in support of its mission to protect constitutional rights. The ACLU-MN and its lawyers are uniquely situated to provide superior representation of the named plaintiffs as well as the interests of the proposed class.  Information about the ACLU-MN and its civil rights and civil liberties litigation can be found at: http://www.aclu-mn.org.

5.     I have worked full time for the ACLU of Minnesota since August 1997. I have served as Legal Director for the ACLU of Minnesota since September 2011. In my role as Legal Director, I supervise a team of five attorneys and a paralegal. I supervise all of the litigation filed by the ACLU of Minnesota including multiple class action and complex litigation matters, including *Esparza, et al. v. Nobles County*, No. A18-2011, 2019 WL 4594512 (Minn. Ct. App. 2019) (certified injunctive class action on behalf of individuals subjected to unlawful immigration holds by local county jail), and *Goyette v. City of Minneapolis*, 338 F.R.D. 109 (D. Minn. 2021), (putative class of journalists seeking injunctive relief for First Amendment violations by police while plaintiffs covered protests).

3

6.     From August 1997 until September 2011, my ACLU-MN title was Legal Counsel. In that role, I supervised all the litigation filed by the ACLU-MN. I was the only attorney on staff.

7.     I received my JD from Hamline University School of Law (now Mitchell Hamline School of Law) in 1996. Since that time, I have practiced exclusively in the areas of civil rights, civil liberties and constitutional law with the ACLU of Minnesota. I have extensive experience in cases involving issues similar to the constitutional issues involved in this case, including approximately five class action lawsuits filed in state and federal courts. I have served as Adjunct Faculty at both Hamline University School of Law and Mitchell Hamline School of law in courses relating to constitutional law. I am admitted to practice in the Minnesota Supreme Court, the U.S. District Courts for the District of Minnesota, and the District of North Dakota, the Eighth Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

8.     The ACLU-MN attorneys involved in this matter include Catherine Ahlin-Halverson, Alicia Granse, Ian Bratlie, and Ben Casper.

9.     Ms. Ahlin-Halverson has more than 25 years of complex, civil litigation experience, including class action and multidistrict litigation. Over the course of her legal career, she has litigated several complex civil rights matters. Ms. Ahlin-Halverson joined the ACLU-MN staff in November 2023

and has served as lead counsel on multiple ACLU-MN cases involving complex constitutional rights issues.

10.    Ms. Granse has more than 6 years of legal experience including immigrant rights litigation, criminal defense, and complex, civil litigation. She joined the ACLU-MN staff in October 2023 and has served as co-counsel on multiple ACLU-MN cases involving complex constitutional rights issues.

11.    Mr. Bratlie has more than 23 years of legal experience including immigration law and complex, civil litigation and class action litigation. He joined the ACLU-MN staff in 2011 and has served as lead counsel on numerous ACLU-MN cases involving complex constitutional rights issues, and multiple class actions. He was counsel of record in *Esparza, et al. v. Nobles County*.

12.    Mr. Casper has more than 28 years of legal experience including complex immigration law litigation, and appellate advocacy. He has served as law school faculty at the University of St. Thomas Law School (Adjunct Clinical Professor, Federal Immigration Litigation Clinic) and the University of Minnesota Law School. He was the founding director of the University of Minnesota's James H. Binger Center for New Americans, a collaborative immigration law center composed of three integrated

5

immigration clinics and an education and outreach program. He established and co-taught the Center's Federal Immigration Litigation Clinic with a focus on impact litigation in the areas of asylum, crimmigration, due process in removal proceedings, and immigration detention. He joined the ACLU-MN staff in October 2023 and has served as lead counsel on multiple, complex immigrant rights matters, including appellate litigation related to immigration detention and due process.

13.    I am aware of the responsibilities that come with serving as class counsel, and I am ready to accept that responsibility and vigorously fight for the rights of all class members. I am aware of no conflicts of interest between myself, Ms. Ahlin-Halverson, Ms. Granse, Mr. Bratlie, Mr. Casper, ACLU-MN or any members of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of January, 2026 in Minneapolis, Minnesota.

AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA

/s/ Teresa Nelson
Teresa Nelson, Legal Director