# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>Defendants. | Case No. 0:26-cv-00324-ECT-ECW<br><br><br>**DECLARATION OF STACEY SLAUGHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

1

**DECLARATION OF STACEY SLAUGHTER IN SUPPORT OF PLAINTIFFS'
MOTION FOR PROVISIONAL CLASS CERTIFICATION AND
APPOINTMENT OF CLASS COUNSEL**

I, Stacey Slaughter, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge and belief.

1.     I am a Partner with Robins Kaplan LLP ("Robins Kaplan" or "RK").

2.     I have practiced law for more than 26 years and am a member in good standing in the state bars of Minnesota and New York. I am also admitted to practice in the United States District Court for the District of Minnesota, among other federal courts in the United States.

3.     Before joining Robins Kaplan, I clerked in the United States District Court, District of Minnesota for Judge Michael J. Davis and Chief Judge Paul A. Magnuson.

4.     In this litigation, my colleagues Raoul Shah, Bahram Samie, Ellen Levish, and I ("RK team"), and Covington & Burling, LLP, Greene Espel PLLP, American Civil Liberties Union Foundation Immigrants' Rights Project, and American Civil Liberties Union of Minnesota ("co-counsel" and collectively with RK, "Plaintiffs' counsel"), are counsel of record for the named Plaintiffs and proposed class members in the above-captioned matter.

5.     I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel for the purpose of articulating the RK team's qualifications in the areas of civil rights, immigration law, complex federal litigation and class action litigation for the application of Robins Kaplan to serve as co-counsel for the proposed class.

2

**About Robins Kaplan LLP**

6.      During the depths of the Great Depression, two Jewish lawyers, rebuffed by traditional law firms, started a firm and began their own quest to drive equal justice under the law regardless of economic resources, against more powerful parties.  In the decades that followed, Robins Kaplan has grown into an AmLaw 200 law firm with more than 200 lawyers practicing in offices in Minnesota, New York, California, Massachusetts, North Dakota, and South Dakota. Robins Kaplan is now recognized as a premier national trial law firm with a robust, complex litigation practice and numerous accolades for its various practice groups. Robins Kaplan attorneys represent both plaintiffs and defendants, which puts the firm in a unique position to address clients' most difficult legal challenges on either side of the "v." For more information about the Robins Kaplan firm, please visit www.robinskaplan.com.

**Robins Kaplan's Experience**

7.      Robins Kaplan's attorneys have extensive experience with litigation, trial, and settlements in class action, civil rights, immigration, and complex federal cases. The firm's attorneys have served in leadership positions in hundreds of class actions and complex litigation cases during its 88-year history. *See* www.robinskaplan.com.

8.      Some of Robins Kaplan's case results have been historic.   For example, Robins Kaplan attorneys are responsible for some of the largest settlements ever recorded in matters alleging antitrust violations. The $5.54 billion settlement that Robins Kaplan secured in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720 (E.D.N.Y.), is the largest known settlement of any private action

under the Sherman Act.  Robins Kaplan attorneys also achieved settlements in excess of $1.2 billion in *In re Automotive Parts Antitrust Litigation* (43 separate actions), MDL No. 2311 (E.D. Mich.). In *Dahl, et al. v. Bain Capital Partners, LLC, et al.*, No. 1:08-CV-10254 (D. Mass.), the firm and its co-counsel achieved more than half a billion in settlements on behalf of its clients. In addition, in a significant *pro bono* effort,  Robins Kaplan led a group of 17 law firms who helped recover more than $77 million for those injured and those who lost loved ones when the I-35W Bridge in downtown Minneapolis collapsed.

9.      Robins Kaplan and its attorneys have been recognized nationally by Chambers, LawDragon, Benchmark Litigation, The Legal 500, and as one of three Elite U.S. Plaintiffs' Firms by Global Competition Review, among other awards and accolades.

10.      My practice focuses on antitrust, class action, and complex litigation.  I am currently a court-appointed, co-lead counsel in *In re Granulated Sugar Antitrust Litig.*, MDL No. 3110 (D. Minn.) (antitrust class action alleging price fixing in the sugar industry) and *In re RealPage Inc. Rental Software Antitrust Litig.*, MDL No. 3071 (M.D. Tenn.) (antitrust class action alleging conspiracy in setting rent prices).  I am one of the firm's attorneys serving as interim Court-appointed lead liaison counsel in *In re Cattle and Beef Antitrust Litig.*, MDL No. 3031 (D. Minn.) (antitrust class action concerning alleged price fixing in the cattle processing industry).  Some additional examples of my current and past class action and leadership experience include: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.) (antitrust class action concerning alleged conspiracy to fix credit card swipe fees charged to merchants), *Kirk*

*Dahl, et al. v. Bain Capital Partners, LLC, et al*. 1:08-CV-10254 (D. Mass.) (antitrust class action concerning alleged bid rigging and market division for leveraged buyouts), *Carder, et al., v. Graco Children's Products, Inc., Case No. 2:20-cv-00137*, (N.D. GA.) (class action concerning side-impact testing for child car safety seats), *In re Equifax Inc., Consumer Data Security Breach Litig.*, MDL No. 2800, (N.D. GA.) (representing financial institution class in litigation concerning data breach).

11.     Raoul Shah is a partner at Robins Kaplan LLP. He is a 2017 graduate of the Mitchell Hamline School of Law and was first admitted to practice law in October 2017 in the State of Minnesota and has since been admitted to practice before this Court and the U.S. Court of Appeals for the Eighth Circuit, the State of North Dakota, and the State of Wisconsin. Before joining Robins Kaplan LLP, Mr. Shah served as an assistant county attorney for the Hennepin County Attorney's Office and a law clerk to the Honorable Judge John R. Rodenberg of the Minnesota Court of Appeals. Mr. Shah specializes in complex personal injury litigation, serving as lead or co-counsel on dozens of medical malpractice cases. During his time as an assistant county attorney, Mr. Shah also served as co-counsel on several complex criminal matters, including the prosecutions of three homicides by law enforcement officers and reviewing several others. Mr. Shah has also served as co-counsel on two *pro bono* immigration cases.

12.     Bahram Samie is a counsel at Robins Kaplan LLP. He is a 2009 graduate of the University of Minnesota Law School. He is admitted to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. Before joining Robins Kaplan LLP, Mr. Samie served as an Assistant United States Attorney and Deputy

Civil Chief for the United States Attorney's Office for the District of Minnesota and as a law clerk to the Honorable Judge Michael J. Davis of the United States District Court for the District of Minnesota. Mr. Samie specializes in complex business litigation, government and internal investigations, healthcare fraud litigation, and civil rights litigation. During his time at the United States Attorney's Office, Mr. Samie investigated and litigated healthcare fraud cases under the False Claims Act and the Anti-Kickback Statute, including *United States ex rel. Fesenmaier v. the Cameron Ehlen Group, et al.*, 13-cv-3003 (ECT) (D. Minn.), and *United States ex rel. Health Dimensions Rehabilitations v. Rehabcare Group, Inc., et al.*, 4:12CV00848 AGF (E.D. Mo.). Mr. Samie also coordinated the Civil Division's civil rights practice, where he investigated and litigated cases focused on policing, disability discrimination, housing discrimination, sexual harassment, and the unlawful infringement of religious assembly by local governments. *See United States v. City of Anoka*, 24-cv-1861 (JMB) (D. Minn.); *United States v. Minnesota Department of Corrections*, 23-cv-367 (JWB) (D. Minn.); *United States v. Reese Pfeiffer, et al.*, 20-cv-1974 (WMW) (D. Minn.); *United States v. City of St. Anthony Village*, 14:cv-3272 (DSD) (D. Minn.); *United States v. Greenbrier Village Homeowner's Association, Inc., et al.,* 13-CV-03237 (PJS). At the United States Attorney's Office, Mr. Samie represented the government in over 70 immigration matters, including immigration habeas, immigration benefits, and challenges under the Immigration and Nationality Act and the Administrative Procedure Act.

13.     Ellen Levish is an associate at Robins Kaplan LLP. She is a 2019 graduate of the University of Minnesota Law School. She was admitted to practice law in October

6

2019 in the State of Minnesota and has since been admitted to practice in the State of Colorado and before the 10th Circuit Court of Appeals. Ms. Levish specializes in complex federal intellectual property litigation and serves or has served as counsel in litigations in district courts in Minnesota, Colorado, Wyoming, Texas, Pennsylvania, New York, and New Jersey. Ms. Levish has tried cases to verdict in the District of Minnesota, including *National Presto Industries, Inc. v. U.S. Merchants Financial Group, Inc*., No. 18-cv-03321-SRT (D. Minn.). She maintains an active *pro bono* immigration practice and has successfully obtained asylum for Somali and Sudanese clients.

14.     Together, the RK team and other members of the firm have the combined knowledge, skill, and experience in the relevant practice areas necessary to adequately and fairly represent the interests of the proposed class.

15.     When it comes to *pro bono* legal service, Robins Kaplan has earned a national reputation as a law firm that gives back. Doing well while doing good is part of the firm's fabric. Since 2008, the firm has contributed an annual average of 5.2% of its billable hours to *pro bono* matters. *The American Lawyer* consistently ranks Robins Kaplan high on its list of top *pro bono* firms in the nation. Robins Kaplan devotes significant *pro bono* resources to help low-income litigants who would not otherwise be able to afford representation.

### Robins Kaplan's Efforts to Investigate and Prosecute This Case

16.     With co-counsel, the firm has been actively litigating this putative class action, including through factual investigation and preparing and filing the Complaint and

the Motion for Plaintiffs to Proceed Under Pseudonyms, as well as the accompanying Motion for Class Certification.

**Robins Kaplan's Willingness to Devote the Resources Necessary for This Case**

17.    Robins Kaplan is prepared to commit the resources necessary to litigate this case and represent the plaintiffs in this matter.    Robins Kaplan has not received compensation for this representation nor will it receive payment from the Named Plaintiffs in the above-captioned matter.    Robins Kaplan has committed to representing plaintiffs in the above-captioned matter on a *pro bono* basis.

18.    I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 16th day of January 2025 in Minneapolis, MN.

s/*Stacey Slaughter*

**ROBINS KAPLAN LLP**
Stacey Slaughter
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
sslaughter@robinskaplan.com
(612) 349-8500

8