# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, <br><br> *on behalf of themselves and others similarly situated* <br><br><br> Plaintiffs, <br><br><br> v. <br><br><br> KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, <br><br><br> Defendants. | Case No. 0:26-cv-00324-ECT-ECW <br><br><br><br><br> **DECLARATION OF ROBERT D. FRAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

1

**DECLARATION OF ROBERT D. FRAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT AS CLASS COUNSEL**

I, Robert D. Fram, of full age, do hereby declare as follows:

1.      My name is Robert D. Fram. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      I am Senior Counsel at the law firm of Covington & Burling LLP ("Covington"). I, along with my colleagues Gregg H. Levy, Paul Killebrew, and Bree Peilen (collectively, the "Covington Team"), the American Civil Liberties Union Foundation Immigrants' Rights Project, American Civil Liberties Union of Minnesota, Greene Espel PLLP, and Robins Kaplan, LLP (collectively "co-counsel," and collectively with the Covington Team, "Plaintiffs' Counsel") am counsel for the named Plaintiffs and proposed class members in this action. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification for the purpose of setting forth the Covington Team's qualifications in the areas of immigration law, civil rights, complex federal litigation, and class action litigation.

3.      My practice focuses on civil rights litigation. Before focusing on civil rights cases, for approximately thirty years, I litigated patent, copyright, trade secret, antitrust, licensing and insurance cases in federal and state courts.  I previously served as a law clerk to the Honorable J. Skelly Wright, U.S. Court of Appeals, District of Columbia Circuit.

4.      I am a 1985 graduate of Harvard Law School. I am admitted to practice in California (active status) and the District of Columbia (inactive status), and the United

2

States District Court for the Northern District of California. I am eligible for and have made a motion for *pro hac vice* admission to this Court.

5.      I have served as lead or co-counsel in the following civil rights and complex federal litigations: *Ohio A. Phillip Randolph Institute et al. v. Smith et al.*, No. 1:18:-cv-00357 (S.D. Ohio) (prevailed at trial challenging Ohio's congressional redistricting plan as unconstitutional partisan gerrymandering); *Vote Forward et al. v. DeJoy et al.*, 20-cv-2405 EGS (D.D.C.) (obtained preliminary injunction requiring the United States Postal Service to institute measures to secure the timely delivery of mail ballots in connection with the 2020 general election and the 2021 Georgia runoff election); *Harding et al. v. Edwards et al.*, 3:20-cv-00495-JWD-SDJ (M.D. La.) (obtained preliminary injunction providing for the right to vote by mail for all voters with co-morbidities related to COVID-19 and their caretakers, as well as a ten day early voting period in connection with the 2020 general election); *Collins et al. v. Adams et al.*, 3:20-cv-00375-CRS (W.D. Ky.) (represented plaintiffs seeking to expand the right to vote by mail during the COVID-19 pandemic, and obtained settlement following the agreement by the state to expand the right to vote by mail).

6.      Gregg H. Levy is Senior Counsel at Covington.  He is a 1977 graduate of Harvard Law School.  Mr. Levy is admitted to practice in the District of Columbia and before several federal district and circuit courts, including the United States Supreme Court, United States Court of Appeals for the District of Columbia Circuit, and the United States Court of Appeals for the Ninth Circuit, and has made a motion for *pro hac vice* admission to this Court.  Mr. Levy is an experienced litigator, having recently served as

3

lead or co-counsel in the following complex federal litigations: *Evans v. Arizona Football Cardinals Club LLC et al.*, No. C 16–01030 WHA (N.D. Cal. 2017) (secured summary judgment and dismissal on behalf of defendants in purported class action alleging that defendants' doctors and trainers provided prescription medications without adequate disclosure of their risks and side effects); *White v. National Football League*, Civ. No. 92–906 (MJD) (D. Minn. 2015) (obtained dismissal of claims that the defendants had engaged in collusion); *Washington v. National Football League*, Civ. No. 11–3354 (PAM/AJB) (D. Minn. 2012) (obtained dismissal of a purported class action antitrust suit alleging a conspiracy to restrain a market for the sale of images and likenesses).

7.      Paul Killebrew is Special Counsel at Covington.  He is a 2007 graduate of the New York University School of Law.  He previously served as Deputy Chief in the Civil Rights Division of the United States Department of Justice, where he led teams in enforcing civil rights laws against systemic police misconduct.  He also served as Special Litigation Counsel and Senior Counsel at the Department of Justice.  Mr. Killebrew is admitted to practice in New York and Louisiana and before the Eastern District of Louisiana. He has made a motion for *pro hac vice* admission to this Court.  He previously served as a law clerk for the Honorable William J. Haynes, Middle District of Tennessee. He served as lead counsel for the United States in the following cases: *Ortega-Melendres v. Sheridan*, Case No. 2-07-cv-2513 (D. Ariz.) (institutional reform class action, with United States as plaintiff-intervenor, involving the Maricopa County Sheriff's Office); *United States v. City of Albuquerque*, Case No. 1:14-cv-1025 (D.N.M.) (institutional reform consent decree litigation involving the Albuquerque Police Department); *United*

4

*States v. City of Newark*, Case No. 2:16-cv-1731 (D.N.J.) (institutional reform consent decree litigation involving the Newark Police Division); *United States v. Territory of the Virgin Islands*, Case No. 3:08-cv-158 (D.V.I.) (institutional reform consent decree litigation involving the Virgin Islands Police Department); *United States v. City of Springfield*, Case No. 3:22-cv-30043 (institutional reform consent decree litigation involving the Springfield Police Department); and *United States v. City of Louisville*, Case No. 3:24-cv-722 (W.D. Ky.) (institutional reform consent decree litigation involving the Louisville Metro Police Department).

8.      Bree Peilen is an Associate at Covington.  She is a 2021 graduate of Cornell Law School.  She was first admitted to practice law in 2021 in New York and has since been admitted to the Southern and Eastern District of New York.  She has made a motion for *pro hac vice* admission to this Court.   Ms. Peilen specializes in litigation and investigations, including white collar defense and congressional investigations.  She also has represented clients in pro bono immigration proceedings and federal litigation, including appearing *in A.P.F. v. U.S.*, No. 2:20-cv-00065-SRB (D. Ariz.2024) (securing a settlement in a Federal Tort Claims Act lawsuit for minor plaintiffs separated from their fathers at the U.S.-Mexico border).

9.      Together and individually, the Covington Team has distinctive knowledge and specialized skill in the area of complex litigation in the federal courts, civil rights, immigration law, and class actions, and will adequately and fairly represent the interests of the proposed class.

10.     Founded in 1919, Covington has more than 1,400 lawyers across its offices in Beijing, Boston, Brussels, Dubai, Frankfurt, Johannesburg, London, Los Angeles, New York, Palo Alto, San Francisco, Seoul, Shanghai, and Washington, D.C. Covington provides corporate, litigation, and regulatory expertise to help its clients navigate through their most complex business problems, deals and disputes. Both the firm as a whole and its litigation group are regularly recognized among the nation's best.

11.     Since its founding, Covington has had a strong commitment to public service and pro bono cases. The firm is frequently recognized for pro bono service, including *The American Lawyer* ranking it as the number one pro bono practice in the U.S. 12 times. Much of Covington's pro bono work is anchored in meeting local needs, serving economically disadvantaged individuals and families in our surrounding communities, but the firm also has a long history of serving vulnerable clients and important causes throughout the U.S. and the world.

12.     Covington has substantial experience serving as plaintiffs' counsel in class action litigation involving regulatory, statutory, and federal constitutional rights. For example, on behalf of a class of veterans who sought to challenge adverse U.S. Department of Veterans Affairs' (VA) benefits decisions, Covington partnered with co-counsel National Veterans Legal Services Program, arguing that years-long delays in the VA's appeal process violated the class members' due process rights. In a historic victory, the Court of Appeals for Veterans Affairs certified the class and ordered the VA to resolve class members' appeals within 120 days. *Godsey v. Wilkie*, No. 17-4361, 31 Vet. App. 207 (2019).

13. In addition, Covington has partnered with co-counsel at American Civil Liberties Unions of Michigan and of Oklahoma to litigate bail reform class actions in Detroit, Michigan and Canadian County, Oklahoma. *See* Class Action Complaint, *Ross v. Blount*, No. 2:19-cv-11076, ECF No. 1 (E.D. Mich. Apr. 14, 2019); Class Action Complaint, *White v. Hesse*, No. 19-cv-1145, ECF No. 1 (W.D. Okla. Dec. 10, 2019). Covington has also partnered with the District of Columbia Public Defender Service on behalf of a class of individuals seeking to redress conditions in the District's juvenile justice system. *Jerry M. v. District of Columbia* litigation, Civil Action No. 1519-85 (D.C. Super. Ct.). Other Covington prisoners' rights cases, several of which were class actions, have included *Disability Rights Network v. Wetzel*, 1:13-CV-00635 (M.D. Pa.), *Mathis v. GEO Group*, 2:08-CV-00021 (E.D.N.C.), *Doe v. Wooten*, 1:07-cv-02764 (N.D. Ga.), *Twelve John Does v. District of Columbia*, 117 F.3d 571, 576 (D.C. Cir. 1997), *Women Prisoners of the District of Columbia Dep't of Corr. v. Dist. of Columbia*, 968 F. Supp. 744 (D.D.C. 1997), and *Inmates of the Modular Facility v. Dist. of Columbia*, 1996 WL 734195 (D.C. Cir. Nov. 25, 1996).

14. Beyond prisoner class actions, Covington has effectively and successfully represented other plaintiffs pro bono in class actions, including *Melendres v. Arpaio*, 989 F. Supp. 2d 822 (D. Ariz. 2013),), *aff'd*, 784 F.3d 1254 (9th Cir. 2015), a class action challenging the policies and practices of the Maricopa County Sheriff's Office, and *Floyd v. City of New York*, 959 F. Supp. 2d 540 (S.D.N.Y. 2013), a class action challenging the stop-and-frisk policy of the New York City Police Department.

15.     In addition to the Covington Team identified as proposed class counsel above, Covington has hundreds of other attorneys with substantial experience in class actions, complex federal litigation, and immigration law with whom the Covington Team regularly consults. Although the Covington Team is not seeking appointment of these particular individuals as class counsel, their continued consultation will provide valuable assistance in this matter and further the interests of Plaintiffs and members of the proposed class.

16.     With co-counsel, the Covington Team has been actively litigating this putative class action, including through factual investigation and preparing and filing the Complaint and the Motion for a Preliminary Injunction, as well as the accompanying Motion for Class Certification.

17.     Covington is prepared to contribute significant resources to litigating this case. Covington has not received compensation nor will it receive reimbursement from the individual Plaintiffs or class members in this case. Covington has committed to representing Plaintiffs and members of the proposed class on a pro bono basis and to litigate this case to resolution.

18.     I am aware of no conflicts of interest between me or any member of the Covington Team, and any members of the proposed class.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

January 16, 2026                    /s/ Robert D. Fram
                                    Robert D. Fram

8