**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>Defendants. | Case No. 0:26-cv-00324-ECT-ECW<br><br><br>**DECLARATION OF KSHITHIJ SHRINATH IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, Kshithij Shrinath, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney at Greene Espel PLLP ("Greene Espel"). I, along with my

colleagues Amran A. Farah, Aaron P. Knoll, Benjamin Larson, Kevin Zhao, Michelle E.

Morrow, and Nicholas Scheiner, and counsel from the American Civil Liberties Union Foundation Immigrants' Right Project, the American Civil Liberties Union of Minnesota, Covington & Burling, LLP, and Robins Kaplan, LLP, represent Plaintiffs Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, on behalf of themselves and others similarly situated in this matter. I submit this declaration in support of Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel to attach exhibits, and to set forth Greene Espel's qualifications in the areas of complex federal litigation, class action litigation, constitutional law, immigration law, and civil rights law.

2.  Greene Espel is highly experienced in class action litigation in federal and state courts across the country. Greene Espel has a history of success both prosecuting and defending mass consumer actions, multi-district litigation, and attorney-general suits on behalf of consumers. This experience includes but is not limited to defending an insurance company in a putative nationwide class action alleging violations of consumer-fraud and other consumer-protection statutes; defending a Fortune 500 company in a putative nationwide class action alleging various contract, consumer-fraud, and tort claims related to the sale of gift cards; and representing one of the largest privately held U.S. companies in multiple class action and multi-district litigations alleging antitrust violations in the markets for beef, cattle, and turkey.

3.  Greene Espel and its lawyers are regularly recognized in major legal ranking and award programs, including Chambers USA, Best Lawyers, Super Lawyers, and Benchmark Litigation.

4.      Constitutional litigation is a cornerstone of Greene Espel's practice. Greene Espel represents individuals, private businesses, and government entities where their actions raise constitutional issues, including free speech and association, and substantive and procedural due process claims.

5.      Greene Espel also has extensive experience in immigration law and civils rights law. Among other immigration and civil rights matters, Greene Espel PLLP has served as pro bono co-counsel representing immigrants wrongfully detained by U.S. Immigration and Customs Enforcement ("ICE"), immigrants seeking asylum and other relief from removal, immigrants seeking injunctive relief to restore their student status when it was wrongfully terminated by ICE, journalists whose First Amendment rights were violated by government officials, and children in foster care proceedings. Greene Espel PLLP has also represented clients in cases raising class certification questions related to civil rights and represented clients in cases regarding Fourth Amendment rights, Title VII rights, and rights under the Minnesota Human Rights Act.

6.      I am a 2021 graduate of Yale Law School. I am admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota as well as the U.S. District Court, Eastern District of New York, the U.S. District Court, Southern District of New York, and the State Bar of New York.  My practice spans a diverse array of complex civil litigation matters. I have also handled significant pro bono work to enforce basic constitutional rights in immigration detention. Before joining Greene Espel, I clerked for the Honorable Analisa Torres of the U.S. District Court for the Southern

District of New York and was a Liman Fellow at The Bronx Defenders' Impact Litigation Practice.

7.      X. Kevin Zhao is an attorney at Greene Espel. He is a 2010 graduate of Harvard Law School, *magna cum laude*. He is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota as well as the U.S. Court of Appeals for the Eighth Circuit. Before joining Greene Espel, he clerked for the Honorable Patrick J. Schiltz of the U.S. District Court for the District of Minnesota, and for the Honorable James B. Loken of the U.S. Court of Appeals for the Eighth Circuit. Mr. Zhao has extensive experience in mass actions, including class actions and multi-district litigation. He also maintains an active pro bono practice working with asylum seekers.

8.      Aaron P. Knoll is an attorney at Greene Espel. He is a 2012 graduate of the University of St. Thomas Law School. He is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota as well as the U.S. District Court for the Southern District of New York, the U.S. District Court for the Northern District of Illinois, and the U.S. Court of Appeals for the Eighth Circuit. Mr. Knoll has extensive experience in a wide range of commercial, consumer, and class-action disputes.

9.      Amran Farah is an attorney at Greene Espel. She is a 2013 graduate of Hamline University School of Law. She is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota. Ms. Farah is an experienced investigator and litigator, advising clients in an array of areas, including internal investigations, complex commercial litigation, construction litigation, social

media, and employment law. Ms. Farah previously served as President of the Minnesota Association of Black Lawyers, and is also leading a working group to end racial inequities in the legal profession.

10.     Nicholas Scheiner is an attorney at Greene Espel PLLP. He is a 2015 graduate of Stanford Law School. He is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota as well as the State Bar of California and the U.S. District Court for the Northern District of California. Formerly a Special Agent with the Federal Bureau of Investigation in Manhattan, Mr. Scheiner has a diverse litigation practice, including consumer class action matters.

11.     Michelle E. Morrow is an attorney at Greene Espel. She is a 2020 graduate of Stanford Law School, where she obtained pro bono distinction.  She is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota as well as the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, and the State Bar of California. Ms. Morrow joined Greene Espel after practicing for multiple years in a national law firm in San Francisco, where she focused on employment law and employment litigation, including employment class actions and cases brought under California's Private Attorneys General Act. Prior to that, Ms. Morrow clerked for the Honorable Joan N. Ericksen in the United States District of Minnesota.

12.     Benjamin Larson is an attorney at Greene Espel. He is a December 2022 graduate of Mitchell Hamline School of Law. He is admitted to practice before the U.S. District Court for the District of Minnesota and the State of Minnesota. Mr. Larson

represents business clients across a broad range of complex commercial litigation matters. While working full time, Mr. Larson graduated, *summa cum laude*, from Mitchell Hamline School of Law, where he achieved Dean's List honors every semester. Ben also served as a Managing Editor and member of the Diversity Committee for the Mitchell Hamline Law Review.

13.     Together and individually, Greene Espel has distinctive knowledge and specialized skill in the area of complex litigation in the federal courts, class actions, constitutional law, immigration law, and civil rights law, and will adequately and fairly represent the interests of the proposed class.

14.     Greene Espel is prepared to contribute significant resources to litigating this case. Greene Espel has not received compensation, nor will it receive reimbursement from the individual Plaintiffs or class members in this case. Greene Espel is committed to representing Plaintiffs and members of the proposed class on a pro bono basis and to litigate this case to resolution.

15.     I am aware of no conflicts of interest between me or my colleagues at Greene Espel, and any members of the proposed class.

16.     Attached to this declaration are true and correct copies of the following:

| Exhibit # | Description |
|---|---|
| 1 | Isabella Murray, Lalee Ibssa, & Ivan Pereira, *Trump Describes Somali Immigrants as "Garbage" Amid Feud with Minnesota Congresswoman, Governor*, ABC News (Dec. 3, 2025), https://abcnews.go.com/Politics/trump-describes-somali-immigrants-garbage-amid-feud-minnesota/story?id=128069199. |

| Exhibit # | Description |
|---|---|
| 2 | Cameron Macht, *The Role of Undocumented Immigrants in Minnesota's Workforce*, Minn. Dep't of Econ. Dev. (Mar. 2025), https://mn.gov/deed/newscenter/publications/trends/mar-2025/immigrants.jsp. |
| 3 | Alyssa Chen, *Most Somali people in America and Minnesota are citizens*, Minn. Reformer (Dec. 5, 2025), https://minnesotareformer.com/briefs/most-somali-people-in-america-and-minnesota-are-citizens. |
| 4 | UnidosUS, *Minnesota State Fact Sheet*, National Council of La Raza, https://unidosus.org/wp-content/uploads/2021/07/MN.pdf. |
| 5 | Jeff Hargarten & Jake Steinberg, *Homeland Security Presence in Minnesota Dwarfs Twin Cities' Largest Police Forces*, Star Trib. (Jan. 13, 2026), https://www.startribune.com/how-ice-numbers-compare-to-twin-cities-largest-police-forces/601562617. |
| 6 | *2,400 Have Been Arrested By Immigration Officials Since Operation Metro Surge Began, DHS Says*, KARE 11 (Jan. 13, 2026), https://www.kare11.com/article/news/local/ice-in-minnesota/ice-arrests-twin-cities-department-of-homeland-security-nbc/89-1b55f7f3-0a44-4b23-9950-c6513fe6c608. |
| 7 | Nicole Sganga & Camilo Montoya-Galvez, *2,000 Federal Agents Deploying to Minneapolis in Immigration Crackdown, Fraud Probe*, CBS News (Jan. 5, 2026), https://www.cbsnews.com/news/minneapolis-federal-agents-crackdown. |
| 8 | U.S. Department of Homeland Security (@DHSgov), X (Jan. 6, 2026 at 3:21 PM), https://x.com/DHSgov/status/2008650038847959106. |
| 9 | Madison McVan, *Homeland Security Sec. Kristi Noem Visits Minnesota as ICE Agents Arrive*, S.C. Times (Jan. 7, 2026), https://www.sctimes.com/story/news/2026/01/07/kristi-noem-speaks-in-minnesota-as-ice-agents-move-in/88063262007. |
| 10 | Rebecca Santana & Michael Balsamo, *2,000 Federal Agents Sent to Minneapolis Area to Carry Out 'Largest Immigration Operation Ever,' ICE Says*, PBS News (Jan. 6, 2026), https://www.pbs.org/newshour/politics/2000-federal-agents-sent-to-minneapolis-area-to-carry-out-largest-immigration-operation-ever-ice-says. |
| 11 | U.S. Department of Homeland Security (@DHSgov), X (Sep. 25, 2025 at 3:45 PM) https://x.com/DHSgov/status/1971315047201694042. |

| Exhibit # | Description |
|---|---|
| 12 | Teo Armus & Jenny Gathright, *Lawsuit Accuses ICE of Illegally Arresting Latino Immigrants in D.C.*, The Washington Post (Sept. 25, 2025), https://www.washingtonpost.com/immigration/2025/09/25/dc-ice-arrests-lawsuit-trump. |
| 13 | U.S. Department of Homeland Security (@DHSgov), X (Dec. 16, 2025 at 11:21 AM) https://x.com/DHSgov/status/2000979658179752224. |
| 14 | U.S. Department of Homeland Security (@DHSgov), X (Dec. 21, 2025 at 3:31 PM) https://x.com/dhsgov/status/2002854584272974223. |
| 15 | Alicia Victoria Lozana, *Lawsuit Accuses Federal Agents of Racial Profiling in Minneapolis Immigration Operation*, NBC News (Jan. 15, 2026), https://www.nbcnews.com/news/us-news/lawsuit-accuses-federal-agents-racial-profiling-minneapolis-immigratio-rcna254245. |
| 16 | Hanna Park et al., *October 7, 2025: National Guard Deployments*, CNN (Oct. 8, 2025), https://www.cnn.com/us/live-news/national-guard-chicago-portland-trump-10-07-25. |
| 17 | Rebecca Santana & Mike Balsamo, *Homeland Security Plans 2,000 Officers in Minnesota for Its 'Largest Immigration Operation Ever'*, AP News (January 6, 2026), https://apnews.com/article/immigration-enforcement-ice-noem-minnesota-somali-db661df6de1131a034da2bda4bb3d817/. |
| 18 | Hamed Aleaziz & Madeleine Ngo, *Trump Officials Are Sending 1,000 More Immigration Officers to Minnesota*, N.Y. Times (Jan. 12, 2026 at 7:40 AM), https://www.nytimes.com/2026/01/12/us/politics/border-patrol-minnesota-surge.html. |
| 19 | Donald J. Trump (@realDonaldTrump), Truth (Jan. 13, 2026), https://truthsocial.com/@realDonaldTrump/posts/115888070937502023. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026.

/s/ Kshithij Shrinath
Kshithij Shrinath

8