# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated,* | Case No. 0:26-cv-00324-ECT-ECW |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |
| Defendants. | |

1

This matter came before the Court on Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel [ECF No. 50] for Preliminary Injunctive Relief. Based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1.      Plaintiffs' Motion for Provisional Class Certification for Preliminary Injunctive Relief is GRANTED, and the following classes are hereby provisionally certified under Federal Rule of Civil Procedure 23(b)(2):

**Stops Class:**  All persons who, since December 1, 2025, have been or will be subject to an investigatory stop for immigration purposes by DHS in Minnesota.

**Warrantless Arrests Class:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in Minnesota.

> **Removability Subclass:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in Minnesota without probable cause that the person is a non-citizen who is subject to removal from the United States.

> **Flight Risk Subclass:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in Minnesota without probable cause that the person is likely to escape before a warrant can be obtained.

Excluded from these Classes are the Defendants, their officers, directors, management, employees, subsidiaries, affiliates, the attorneys of record in this matter, and the Court, its staff and their family members.

2.      Plaintiffs Mubashir Khalif Hussen and Javier Doe are appointed as class representatives of the **Stops Class**, **Warrantless Arrests Class**, and the **Removability** and **Flight Risk** Subclasses.

3.      Plaintiff Mahamed Eydarus is appointed as a class representative of the **Stops Class**.

4.      The American Civil Liberties Union of Minnesota, American Civil Liberties Union, Covington & Burling LLP, Greene Espel PLLP, and Robins Kaplan LLP are hereby appointed as counsel for each of the certified Classes and Subclasses.


Date: _____                              _____
                                                    United States District Judge