**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | Case No.: 26-cv-00324 (ECT/ECW) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR NON-PARTY DECLARANTS TO PROCEED UNDER PSEUDONYM** |

This matter is before the Court on Plaintiffs' Motion for Non-Party Declarants to Proceed Under Pseudonym. Based on all the files, records, and proceedings herein, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Non-Party Declarants to Proceed Under Pseudonym is GRANTED.

2. Non-Party Declarants are permitted to proceed in this action under the pseudonyms identified in their declarations in all public filings and proceedings, unless otherwise ordered by the Court.

3. Defendants shall maintain the confidentiality of Non-Party Declarants' identities by using these pseudonyms and redacting Declarants' full names and personally identifying information in all filings, including all exhibits in which their names appear.

4.   This Order shall remain in effect unless and until modified by the Court.

Dated:

BY THE COURT:

_____
United States District Court Judge