

# UNITED STATES DISTRICT COURT
## District of Minnesota

Motion for Admission Pro Hac Vice
of U.S. Government Attorney
*(filing fee waived)*

| Case Number: | 0:26-cv-00324 |
|---|---|
| Case Title: | Mubashir Khalif Hussen et al. v. Kristi Noem et al. |

Under LR 83.5(e), an attorney who represents the United States or any of its officers or agencies and who is not a member of the court's bar may appear pro hac vice in this court in one of two ways: (1) by being a member in good standing of the bar of a federal court of appeals or of a different federal district court; or (2) by associating with an attorney from the United States Attorney's Office for the District of Minnesota.

An attorney who chooses to associate with a local AUSA must, before filing this form, contact the Civil Chief of the United States Attorney's Office for the District of Minnesota at 612-664-5600 to obtain local counsel.

**The U.S. Government Attorney seeking admission pro hac vice must complete Section A. That attorney's supervisor must complete Section B.**

### SECTION A - Affidavit of U.S. Government Attorney

| Attorney's Name: | **James J. Walker** |
|---|---|
| Attorney's License Number: | N/A |
| Issued by the State of: | Maryland |
| Party represented: | Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Todd M. Lyons, David Easterwood, U.S. Customs and Border Protection, Rodney S. Scott, U.S. Border Patrol, Michael W. Banks, and Gregory Bovino |
| Government agency employing attorney: | U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation |

| Address: | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |
|---|---|
| Phone Number: | (202) 598-0816 |
| E-Mail Address: | james.walker3@usdoj.gov |

**Check and complete either section 1 or section 2 below before signing:**

1. **Certification of membership in other federal court's bar**

   ☐   I certify that I am not a member of this court's bar, but I am currently an active member in good standing of the bar of the following federal court of appeals or other federal district court.

   | Federal court: | |
   |---|---|

2. **Certification of association with local AUSA**

   X   I certify that I am associating with the following attorney from the United States Attorney's Office for the District of Minnesota who will participate in the preparation and presentation of the case to the extent directed by my supervisor and who will accept service on behalf of the United States of all papers.

   | Associating attorney's name: | Ana H. Voss, Civil Chief, U.S. Attorney's Office, District of Minnesota |
   |---|---|

I further certify that:
- I understand the United States District Court for the District of Minnesota is an electronic court;
- I will receive service under Fed. R. Civ. P. 5(b) and 77(d) by electronic means; and
- I understand such electronic service will be lieu of service by mail.

| Date: | 01/20/2026 | Signature: | */s/ James J. Walker* |
|---|---|---|---|

**SECTION B - Certification of Attorney's Supervisor**

I, ___Cara E. Alsterberg_____, hereby certify that the attorney identified above is employed as an attorney by the government agency identified above.

| Date: | 01/20/2026 | Signature: | *Cara E. Alsterberg* |
|---|---|---|---|
| | | Printed Name: | Cara E. Alsterberg |
| | | Title: | Acting Assistant Director |
| | | Government agency: | U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation |

> ➢ This form should be electronically filed in CM/ECF to the specific case in which the U.S. Government Attorney is seeking pro hac vice admission. If the attorney is unable to cause this form to be filed in CM/ECF, then this form may be emailed in PDF format to ecfhelpdesk@mnd.uscourts.gov for electronic filing in the case.

> ➢ **IN ADDITION** to filing this motion in the specific case, the proposed admittee **MUST** also apply for "Federal Attorney" Admission to the District of Minnesota through his or her individual upgraded PACER ACCOUNT. This last step only needs to be completed the first time a U.S. Government Attorney is admitted Pro Hac Vice to the District of Minnesota. For detailed step by step instructions, click here.

For questions, please email the ECF Helpdesk at ecfhelpdesk@mnd.uscourts.gov or contact an Attorney Admissions Clerk at 651-848-1100.