## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

### IN SUPPORT OF PLAINTIFFS AND IN SUPPORT OF THE COURT'S PRELIMINARY INJUNCTION

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Mubashir Khalif Hussen, et al.,

Plaintiffs,

v.

Kristi Noem, Secretary, Department of Homeland Security, et al.,

Defendants.



RECEIVED BY MAIL

JAN 2 2 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to this Court's inherent authority and Rule 7 of the Federal Rules of Civil Procedure, Elder Mmoja Ajabu, appearing pro se, respectfully moves for leave to file the attached Amicus Curiae Brief in support of Plaintiffs and in support of the Court's Preliminary Injunction.

### INTRODUCTION

This case raises issues of exceptional constitutional importance concerning the limits of federal enforcement authority, the rights of civilians and U.S. citizens, and the role of peaceful civic resistance in preserving constitutional governance.

Amicus seeks leave to assist the Court by providing:

A focused constitutional and historical analysis of tyranny as a legally cognizable condition;

A regulatory analysis of ICE and DHS enforcement limits under binding federal regulations; and

Context regarding the non-electoral constitutional mechanisms by which citizens may lawfully resist and correct tyrannical government conduct.

### STATEMENT OF INTEREST OF AMICUS CURIAE

Amicus Elder Mmoja Ajabu is the Director of Pan-Afrikan Affairs for the Black Panther Movement, an organization with a longstanding history of civic engagement, constitutional advocacy, and community defense through lawful means.

Amicus has a substantial interest in this matter because the challenged conduct implicates:

The First Amendment rights of protest, assembly, and observation;

The Fourth Amendment's prohibition on unreasonable seizures;

The integrity of judicial oversight as a restraint on executive overreach; and

The constitutional ability of citizens to oppose and reform tyrannical governance when electoral remedies are insufficient.

Amicus does not seek to expand the issues before the Court, but to aid the Court's analysis by addressing constitutional principles and regulatory constraints not fully developed by the parties.

ARGUMENT

### I. THIS COURT HAS DISCRETION TO PERMIT AMICUS PARTICIPATION

Federal courts possess broad discretion to permit amicus participation where a brief:

Assists the court in understanding the legal issues;

Provides relevant perspective not duplicative of the parties; and

Addresses matters of public importance.

This case involves extraordinary constitutional questions affecting not only the parties, but the public at large.

### II. THE PROPOSED AMICUS BRIEF WILL ASSIST THE COURT

The attached brief will assist the Court by:

Analyzing ICE and DHS regulatory limits, including:

8 C.F.R. § 287.8 (Standards for Enforcement Activities);

DHS Use of Force Policy (Management Directive 044-05);

ICE Directive 19009.3 (Firearms and Use of Force).

Clarifying the constitutional distinction between lawful enforcement and tyranny, grounded in:

Founding-era doctrine;

Supreme Court precedent; and

Established First and Fourth Amendment jurisprudence.

Explaining the constitutional role of non-electoral civic resistance, including protest, observation, petition, and judicial intervention, as protected mechanisms for correcting governmental abuse.

The brief does not advocate violence, lawlessness, or extrajudicial action, but rather reinforces the constitutional necessity of lawful civic resistance and judicial restraint of executive power.

### III. NO PARTY WILL BE PREJUDICED

Granting leave will not prejudice any party.

The proposed brief:

Does not introduce new claims or evidence;

Does not delay proceedings;

Does not expand the scope of relief sought.

It is offered solely to assist the Court.

## CONCLUSION

For the foregoing reasons, Amicus Curiae Elder Mmoja Ajabu respectfully requests that the Court grant leave to file the attached Amicus Curiae Brief, submitted concurrently as Exhibit A.

RESPECTFULLY SUBMITTED

*Mmoja Ajabu*

Elder Mmoja Ajabu

Amicus Curiae, Pro Se

Director of Pan-Afrikan Affairs

Black Panther Movement

P.O. Box 2696, Indpls, IN 46206

1 844 848 6489 x3

Ajabum15@gmail.com

January 19, 2026