**PROPOSED ORDER**

**GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Mubashir Khalif Hussen, et al.,

Plaintiffs,

v.

Kristi Noem, Secretary, Department of Homeland Security, et al.,

Defendants.

*RECEIVED BY MAIL*
*JAN 2 2 2026*
*CLERK, U.S. DISTRICT COURT*
*MINNEAPOLIS, MINNESOTA*

**ORDER**

This matter is before the Court on the Motion for Leave to File Amicus Curiae Brief submitted by Elder Mmoja Ajabu, appearing pro se, in support of Plaintiffs and in support of the Court's Preliminary Injunction.

Having reviewed the Motion and the proposed Amicus Curiae Brief, and finding that the submission may assist the Court in its consideration of the constitutional and regulatory issues presented, **IT IS HEREBY ORDERED:**

The Motion for Leave to File Amicus Curiae Brief is **GRANTED**; and

The Clerk of Court is directed to file the Amicus Curiae Brief of Elder Mmoja Ajabu as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

St. Paul, Minnesota

The Honorable _____

United States District Judge

District of Minnesota

*SCANNED*
*JAN 2 2 2026*
*U.S. DISTRICT COURT MPLS*