UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated,*

        Plaintiffs,

v.

Case No. 0:26-cv-00324-ECT-ECW

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

        Defendants.

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

## CERTIFICATE OF COMPLIANCE

I hereby certify that Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction complies with the word count and type face requirements of L. Civ. R. 7(f) and (h) and the Court's January 21, 2026 Order (ECF No. 75). The word count total of the document is 14,503 words, according to the word count function in Microsoft 365 Apps for enterprise. The function was applied specifically to include all text, including headings, footnotes, textboxes, and quotations, with the exception of those items listed in L. Civ. R. 7(f)(1)(C).

| DATE: January 30, 2026 | Respectfully Submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br><br>TIBERIUS DAVIS<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br><br>JAMES J. WALKER<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br><br>*/s/ Lori S. MacKenzie*<br>LORI S. MACKENZIE (NC #25363)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-4565<br>Lori.S.MacKenzie@usdoj.gov |
|---|---|

|  | *Attorneys for Defendants* |
|---|---|