UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated,*

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**DECLARATION OF LORI MACKENZIE IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Lori S. MacKenzie, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Attorney for the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, representing Defendants in this matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Attached to this declaration are true and correct copies of the following:

| Exhibit # | Description |
|---|---|
| A. | Todd M. Lyons, "Civil Immigration Arrest Authority: Administrative Arrest Warrants and Warrantless Arrests," Jan. 28, 2026 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2026.

*/s/ Lori S. MacKenzie*
LORI S. MACKENZIE