UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated,*

        Plaintiffs,

v.

        Case No. 0:26-cv-00324-ECT-ECW

KRISTI NOEM, *in her official capacity as Secretary
of the U.S. Department of Homeland Security*; U.S.
Department of Homeland Security; U.S. Immigration
and Customs Enforcement; TODD LYONS, *in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement*; DAVID
EASTERWOOD, *in his official capacity as Acting
Director, Saint Paul Field Office, U.S. Immigration
and Customs Enforcement*; *;* U.S. Customs and Border
Protection; RODNEY SCOTT, *in his official capacity
as Commissioner of U.S. Customs and Border
Protection;* U.S. Border Patrol; MICHAEL W.
BANKS, *in his official capacity as Chief of U.S.
Border Patrol*; and GREGORY BOVINO, *in his
official capacity as Commander of the U.S. Border
Patrol*,
*in their official capacities,*

        Defendants.

**DEFENDANTS'
MEMORANDUM OF LAW IN
OPPOSITION TO
PLAINTIFFS' MOTION FOR
PROVISIONAL CLASS
CERTIFICATION**

---

**CERTIFICATE OF COMPLIANCE**

I hereby certify that Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Provisional Class Certification complies with the word count and type face requirements of L. Civ. R. 7(f) and (h). The word count total of the document is 8,160 words, according to the word count function in Microsoft 365 Apps for enterprise. The function was applied specifically to include all text, including headings, footnotes, textboxes, and quotations, with the exception of those items listed in L. Civ. R. 7(f)(1)(C).

| DATE: January 30, 2026 | Respectfully Submitted, |
|---|---|
| | BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br><br>TIBERIUS DAVIS<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br><br>JAMES J. WALKER<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br><br>*/s/ Lori S. MacKenzie*<br>LORI S. MACKENZIE (NC #25363)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-4565<br>Lori.S.MacKenzie@usdoj.gov<br><br>*Attorneys for Defendants* |