# **EXHIBIT 17**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>                                    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>                                    Defendants. | Case No. 0:26-cv-00324-ECT-ECW<br><br>**DECLARATION OF F. A.** |

1

# DECLARATION OF F.A.

I, F.A., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is F.A.. I am 22 years old and I am a resident of the State of Minnesota.

2. I am of Somali descent and wear a hijab.

3. I have never been convicted of any crime or offense.

4. I was born in St. Paul, Minnesota. I am a United States citizen. I have lived in the United States for the majority of my life. I grew up in Burnsville, Minnesota, then moved to Milwaukee, Wisconsin, around 2011. My family moved to Somalia in 2017, and we lived there for two years, before moving to Iowa in 2019. We moved back to Minnesota in 2021, and have continued to live here since.

5. My parents and three siblings live with me here in Minnesota. Both of my parents are both legally naturalized United States citizens. My three siblings were born in Minnesota and are also United States citizens. I also have extended family, including grandparents and an aunt – all of whom are naturalized United States citizens – who live in Minnesota.

6. On Wednesday, January 21, 2026, I was driving to work in Rogers, Minnesota. I had stopped at a Kwik Trip gas station located about two minutes from my workplace, where I work as a security supervisor.

7. I was driving a car that is registered to my mother, who is a United States citizen.

8. I pulled out of the gas station around 6:50 a.m. and continued on my way to work. As I drove down the street, I passed a trailer park and saw some vehicles there that I had never seen before but did not think much of it.

9. When I turned left at a stop light, I noticed that an SUV that was previously in the far right lane also turned left. This seemed odd to me. That same SUV quickly pulled in front of me and blocked me just as I was about to turn left into my workplace's parking lot. Another SUV quickly pulled up behind me, and turned on flashing red and blue lights. I stopped the car I was driving, as I was completely blocked.

10. After stopping the car, I texted someone from my work and told them that I was outside and that if I did not make it inside by 7:15 a.m., they should let my supervisor know that I had been taken by ICE. I also texted my family where I was and that ICE had stopped me because I was concerned that I was about to be arrested, despite being a citizen, and wanted them to know where I was.

11. Five men got out from each of the two SUVs. Two or three of them had guns drawn, and several others had their hands on their gun holsters. Two or three of them also had flashlights in their hands and were shining them in my car. All but one of these men had their faces covered.

12. The men were all wearing military-like bulletproof vests, but were otherwise in plain clothes. None of them had any clothing that identified themselves as ICE, DHS, Border Patrol, or any other kind of law enforcement. None of these men told me who they were, or said that they were with any type of law enforcement agency. I assumed that these were ICE agents based on what I had seen on the news and social media.

13. I immediately put my hands up because I was afraid and did not want to give them any excuse to try to drag me from the car or physically harm me. I have seen videos on social media where ICE agents break windows and pull people out of cars, and the video where they shot Renee Good while she was in a car, and I was very afraid. I did not want to give them any excuse to escalate or harm me.

14. When the men came to my window, they very aggressively demanded to see my ID. I took out my ID and showed it to them. A second man asked me very aggressively if I was a United States citizen and if I was born here. I responded "yes, sir" to each question to show them I was being polite and to try to keep the situation calm.

15. The man who I had given my ID to told me that there was an issue with my ID and that he thought it looked fake. He walked away, back towards an SUV, with my ID. Another man came up to the window and asked me if I had a passport. I did not have a passport with me, so I said no. It felt like they were trying to ask me the same types of questions multiple times to see if they could catch me in a lie, but I was telling them the truth.

16. I could hear the men continuing to talk about how my ID did not look right. This was very confusing to me, because I had given them a valid identification card.

17. Eventually, the men came back with my ID and told me that they could not determine if I was a United States citizen. They made a comment about how they would need a passport, and I heard them say something about my "accent." The men then gave me my ID back, and told me I was allowed to go.

18. The ICE agents did not ask me at any point if I had any ties to the community. They did not ask me any questions about where I live, whether I have family here, whether I have friends here, or anything else related to my ties to the community. They only asked me where I was born, if I was a citizen, and asked me once where I was headed.

19. I have been on high alert since this incident. If I see a black SUV while I am driving, my heart sinks to my stomach. If anyone pulls in front of me while I am driving, I instantly check my rearview mirror to make sure I am not being boxed in again.

20. My family and I have all started carrying our birth certificates everywhere we go, including to work and the gym. My whole family is also sharing our locations on our phones and constantly texting each other where we are, where we are going, and how long it will take us to get there, so that we know to be worried if someone does not check in on time. We are all very worried about being stopped, arrested, and disappearing, or worse, with no one knowing where we are. I see cars stopped every day on the way to work, and I am constantly worried that I will be next again.

21. I believe that I was stopped solely because of the color of my skin and our appearance, including wearing a hijab. It was clear that the ICE agents did not know who I was when they stopped me. I had not violated any traffic laws, and the vehicle I was driving was registered to my mother who is a United States citizen. These ICE agents never presented any papers or warrant, or even identified themselves. They did not state that I had committed a crime. They did not say they had a warrant of any kind. I do not know why they would have stopped me other than seeing that I am Somali as I drove past them.

22. I am familiar with the comments that the president and other top government officials have made about Somali people, including that they think we are "garbage" and blaming us for fraud. This has caused me and my family to be on high alert in public. I worry that members of the public who believe what these top officials are saying will take that seriously and try to harm us. I also worry that ICE agents are listening to these comments and targeting anyone who looks Somali.

23. I live in the Twin Cities metro area and am frequently in this location, because I have to go to work. I am terrified that this will happen again, and that it could be much worse—that I may be physically harmed or even arrested—simply for acting as any other U.S. citizen would act. I am very worried that my friends, family, neighbors, and community members will be subjected to similar harassment, physical harm, or arrest for no other reason than that we are Somali.

24. I am worried for my own safety and the safety of my family and scared that we will be subject to further harassing encounters such as these, or worse, simply for living as citizens in the United States of America. I am also worried and afraid that we will continue to be targeted and potentially arrested by ICE agents simply because we are Somali, despite being citizens of the United States of America. I am also worried and afraid that others in my community will be targeted, harassed,

3

and potentially arrested by ICE agents simply for being Somali. I am also afraid that such encounters will cause physical and/or mental and emotional harm to me, my family, and my community.

25. I am afraid of retaliation that my family and I may face if my identity were to become public as a result of my participation in this lawsuit. I have seen that some of my friends have spoken out against what is going on and against ICE on social media, and ICE has managed to find their location, stalked them, harassed them, and ultimately arrested them. It is almost as if they were seeking revenge. I am very worried about this happening to me and my family if my name was to become public.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2026

F.A.