**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | Case No.: 26-cv-00324 ECT/ECW <br><br> **PLACEHOLDER FOR EXHIBIT B TO THE DECLARATION OF R.J.** <br><br> **(TO BE FILED PUBLICLY)** |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required):

☐ Physical Object (description):

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:  **Video on USB**

☐ Other (description):

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017