**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated,* | Case No. 0:26-cv-324-ECT-ECW |
| *Plaintiffs,* | |
| v. | |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT RECORD** |
| *Defendants.* | |

1

This matter came before the Court on Plaintiffs' Motion for Leave to Supplement Record [ECF No. 87]. Based upon all the files, records, and proceedings herein, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    Plaintiffs' Motion is **GRANTED.**

2.    Plaintiffs are given leave to supplement the record with the declarations attached to Plaintiffs' Motion.

**SO ORDERED.**

Date: _____

_____
United States District Judge