# EXHIBIT 4

# (*Redacted*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,* <br><br>                                    Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,* <br><br>                                    Defendants. | Case No. 0:26-cv-324-ECT-ECW <br><br><br> **DECLARATION OF A.P.** <br><br> (***Redacted Version***) |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>       Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>       Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF A.P.** |

## DECLARATION OF ▮▮▮

I, A▮ P▮, pursuant to 28 U.S.C § 1746, declare as follows:

1. My name is A▮ P▮. I am a citizen of the United States.

2. On Wednesday, January 14, at approximately 6:30 a.m., while on my routine morning walk around Pershing Park (3523 W 48th St) in Minneapolis, MN, I encountered individuals who later identified themselves as ICE officers.

3. As I was nearing the end of my walk on Zenith Ave S, a vehicle I believed to be unmarked pulled up to the left side of the road. An individual exited the vehicle and began approaching me.

4. It was still dark outside, and I could not clearly see what the person was wearing. I am a 5'4" tall Vietnamese American and the individual appeared much taller than me in stature, which felt intimidating given the circumstances.

5. I am deaf in my right ear and was wearing AirPods in my left ear. If the individual announced themselves or gave verbal commands, I did not hear them.

6. As the person continued approaching without any visible identification that I could perceive, I instinctively ran.

7. Given recent news coverage involving ICE and the detention or kidnapping of U.S. citizens, I feared for my personal safety. At that point, I did not know that the individual was an ICE officer.

8. I ran down a neighboring street, and the individual returned to their vehicle. As I continued running, multiple additional vehicles pulled up along the street near me. When I reached closer to York Ave S, another vehicle turned the corner and blocked my path.

9. At that point, I slowed down and was able to clearly recognize that the individuals were ICE officers, as several officers exited their vehicles wearing green camouflage ICE jackets.

10. The officers asked for identification and stated there had been reports of suspicious activity in the neighborhood. They asked why I had run. I provided my driver's license, which is a REAL ID, and complied with their requests.

11. The officers repeatedly emphasized that I should not run. After reviewing my identification, they returned to their vehicles and left the area. I walked home safely afterwards.

2

12. The immigration agents were not professional, they acted as if I was a fugitive and that I had to prove my innocence.

13. The entire stop was grotesque and unamerican.

14. I hope my declaration can help a court understand the terror that ICE is creating in the Twin Cities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 23, 2026

(Jan 23, 2026 09:07:16 CST)

A▇ P▇