# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>      Defendants. | Court File No.  0:26-cv-324-ECT-ECW<br><br>**MEMORANDUM IN SUPPORT OF MOTION OF THE MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA HISPANIC BAR ASSOCIATION, SOMALI AMERICAN BAR ASSOCIATION, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA LAVENDER BAR ASSOCIATION, MINNESOTA DISABILITY BAR ASSOCIATION, AND MINNESOTA WOMEN LAWYERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association,

Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers (collectively, "Bar Associations") respectfully request leave of this Court to submit the attached *amicus curiae* brief in support to the Plaintiffs' motion for a preliminary injunction, and supporting declarations of Cheryl Dalby, Andrea C. Mejia Narvaez, Caroline H. Brunkow, Valerie Narcy, and Ikraan Abdurahman, and certificate of compliance. (*See* Declaration of Anna Petosky, Exs. A-G.)

The Bar Associations collectively include over thirteen thousand Minnesota attorneys and judges from diverse backgrounds and lived experiences. Upon admission to the Minnesota bar, all lawyers admitted to practice in Minnesota, many of whom are now members of the Bar Associations, take an oath to uphold the Constitutions of the United States and the State of Minnesota. *See* Minn. Stat. § 358.07(9).

For generations, the Bar Associations have remained committed to improving accessibility, fairness, and trust in Minnesota's legal system. The Bar Associations regularly work with judges, prosecutors, criminal defense attorneys, legal aid providers, attorneys in the full range of private practice, and community organizations committed to reducing barriers to justice and to upholding the rule of law. The unprecedented and disruptive actions caused by Defendants' "Operation Metro Surge," as described in Plaintiffs' Complaint, implicate the Bar Associations' core missions: to promote access to justice, advocate for the rule of law, and ensure the professional excellence and wellbeing of those in the legal profession.

In this case, the Bar Associations request leave to submit an *amicus curiae* brief and accompanying declarations that will aid this Court in its deliberations by providing additional argument to assist the Court in balancing the equities and the public interest in determining whether to grant Plaintiffs' preliminary injunction. Specifically, the Bar Associations' *amicus curiae* brief will address how Defendants' actions are impeding access to justice and undermining the rule of law. For example, actions relating to Operation Metro Surge have eroded public trust, inhibited participation in the legal system, negatively impacted amici members' ability to represent clients, and diminished the strength of the Minnesota bar. Amici provide a perspective on the impact of Defendants' actions on the ability of Minnesotans to access justice and the impact of upholding constitutional norms and the rule of law in Minnesota.

The Bar Associations are uniquely positioned to present arguments to the Court on how Defendants' Operation Metro Surge has denied access to justice and undermined the rule of law. Thus, the Bar Associations respectfully request that this Court grant them leave to file the attached *amicus curiae* brief in support of Plaintiffs' preliminary injunction motion.

**[rest of page intentionally blank; signature follows]**

Dated:  February 3, 2026

**MASLON LLP**


By: */s/ Anna Petosky*
Anna Petosky (#388163)
Peter C. Hennigan (#031089X)
Ashley Patyk (#0505314)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   anna.petosky@maslon.com
peter.hennigan@maslon.com
ashley.patyk@maslon.com

**AND**

**WILKINSON STEKLOFF**

By:*/s/ Guus Duindam*
Guus Duindam (*pro hac vice* pending)
(DC Bar No. 90004862)
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000
Email: gduindam@wilkinsonstekloff.com

**ATTORNEYS FOR AMICUS CURIAE
MINNESOTA STATE BAR ASSOCIATION,
HENNEPIN COUNTY BAR ASSOCIATION,
RAMSEY COUNTY BAR ASSOCIATION,
MINNESOTA HISPANIC BAR
ASSOCIATION, SOMALI AMERICAN BAR
ASSOCIATION, MINNESOTA ASIAN
PACIFIC AMERICAN BAR ASSOCIATION,
MINNESOTA ASSOCIATION OF BLACK
LAWYERS, MINNESOTA LAVENDER BAR
ASSOCIATION, MINNESOTA DISABILITY
BAR ASSOCIATION, AND MINNESOTA
WOMEN LAWYERS**