**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>        Defendants. | Court File No.  0:26-cv-324-ECT-ECW<br><br><br>**DECLARATION OF ANNA PETOSKY IN SUPPORT OF MOTION OF MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA HISPANIC BAR ASSOCIATION, SOMALI AMERICAN BAR ASSOCIATION, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA LAVENDER BAR ASSOCIATION, MINNESOTA DISABILITY BAR ASSOCIATION, AND MINNESOTA WOMEN LAWYERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

STATE OF MINNESOTA )
                                  ) ss
COUNTY OF HENNEPIN )

I, Anna Petosky, declare under penalty of perjury, that:

1. I am an attorney with Maslon LLP which represents Amici Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers on their Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached as **Exhibit A** is a true and correct copy of the Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

3. Attached as **Exhibit B** is a true and correct copy of the Compliance Certificate for the Amicus Curiae Brief Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota

2

Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in this above matter.

4. Attached as **Exhibit C** is the Declaration of Cheryl Dalby, MSBA President, in support of Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter

5. Attached as **Exhibit D** is the Declaration of Andrea C. Mejia Narvaez, MHBA President, in support of Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

6. Attached as **Exhibit E** is the Declaration of Caroline H. Brunkow in support of Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association,

3

Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

7.      Attached as **Exhibit F** is the Declaration of Valerie Narcy, MNAPABA President, in support of Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

8.      Attached as **Exhibit G** is the Declaration of Ikraan Abdurahman, SABA President, in support of Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my best knowledge, information and belief.


Dated:   February 3, 2026                    */s/Anna Petosky*
                                             Anna Petosky