# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>    Defendants. | Court File No.  0:26-cv-324-ECT-ECW<br><br><br>**[PROPOSED] ORDER GRANTING LEAVE TO MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA HISPANIC BAR ASSOCIATION, SOMALI AMERICAN BAR ASSOCIATION, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA LAVENDER BAR ASSOCIATION, MINNESOTA DISABILITY BAR ASSOCIATION, AND MINNESOTA WOMEN LAWYERS TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Based upon the files, record and proceedings herein, IT IS HEREBY ORDERED:

1.      That the motion of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers for leave to file Amicus Curiae Brief in Support Plaintiffs' Motion for Preliminary Injunction is hereby **GRANTED**; and

2.      That the Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability Bar Association, and Minnesota Women Lawyers Support of Plaintiffs' Motion for Preliminary Injunction is hereby filed with this Court.

February _____, 2026

_____
The Honorable Eric C. Tostrud
Judge, United States District Court
District of Minnesota

2