UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

Non-parties Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Hispanic Bar Association, Somali American Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Lavender Bar Association, Minnesota Disability

Bar Association, and Minnesota Women Lawyers have filed a Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction. ECF No. 107. All parties either consent to or do not oppose the Bar Associations' Motion. ECF No. 118 at 2. Based on the foregoing, and on all the files, records, and proceedings herein,

**IT IS ORDERED THAT**:

1.    The Bar Associations' Motion for Leave to File an Amicus Curiae Brief [ECF No. 107] is **GRANTED**.

2.    The Amicus Curiae Brief [ECF No. 110-1] and the supporting documents attached to ECF No. 110 are accepted.

Dated:  February 4, 2026                    s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court