**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*, <br><br>       Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, <br><br>       Defendants. | Court File No.  0:26-cv-324-ECT-ECW <br><br><br><br> **DECLARATION OF CHERYL DALBY IN SUPPORT OF AMICUS CURIAE BRIEF** |

I, Cheryl Dalby, declare as follows:

1. I am the Chief Executive Officer of the Minnesota State Bar Association, the Hennepin County Bar Association, and the Ramsey County Bar Association (collectively, the "Bar Associations"). I submit this declaration based on my personal knowledge and in support of the Amicus Curiae Brief filed in support of Plaintiffs.

2. Collectively, the Bar Associations represent approximately 13,000 attorneys who practice throughout Minnesota in a wide range of legal settings, including private practice, government service, nonprofit organizations, and the judiciary, and who come from a wide range of racial, ethnic, religious, cultural, and professional backgrounds.

3. Since the Department of Homeland Security ("DHS"), including Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP") increased their enforcement activities in Minnesota, I have heard directly from numerous attorneys and judges expressing concern for their personal safety and for the safety of their clients.

4. Attorneys of color have reported to me that, despite being United States citizens, recent federal immigration enforcement actions have led them to take additional steps to protect themselves and their families because of fear arising from the current immigration enforcement environment.

5. I have also heard from many attorneys who report experiencing increased mental health challenges associated with living and working under the current conditions. These attorneys have described heightened anxiety, depression, fear, and feelings of hopelessness that are affecting both their professional and personal lives.

6. In addition, attorneys have reported difficulty representing their clients because clients are afraid to come to law offices, attend court proceedings, or leave their homes as a result of the current immigration enforcement environment. Some attorneys, particularly attorneys of color, have expressed fear about leaving their own homes, further limiting their ability to represent their clients. Some legal employers have permitted attorneys and staff to work remotely in response to safety concerns. Many of the affected clients are United States citizens or individuals who are actively engaged in lawful immigration processes.

7. Furthermore, reports are now emerging that attorneys are being denied access to their clients at the Bishop Henry Whipple Federal Building in Minneapolis.

Attached hereto as **Exhibit 1** is a true and correct copy of a news article written by Matt Rivers, Janice McDonald, and Armando Garcia titled "Lawyers allege Dept. of Homeland Security is denying legal counsel to Minnesota detainees," published by ABC News at 7:22pm on January 18, 2026 at the following website: https://abcnews.go.com/US/lawyers-allege-dept-homeland-security-denying-legal-counsel/story?id=129335914.

8. Based on my experience communicating regularly with attorneys across Minnesota, these concerns are widespread and ongoing. In my 25 years of service as an executive director of a bar association, I have not previously encountered this level of fear or disruption affecting attorneys' ability to practice law and clients' ability to access legal representation.

9. This declaration is offered to provide the Court with information regarding the effects of the challenged conduct on attorneys, their clients, and the administration of justice in Minnesota, from the perspective of the professional organizations that serve those attorneys.

10. Attached hereto as **Exhibit 2** is a true and correct copy of the news article written by Katrina Pross titled "'It makes us …less safe': How federal immigration actions are affecting local prosecutions in Hennepin County," published by Sahan Journal on August 18, 2025 at the following website: https://sahanjournal.com/public-safety/immigration-arrests-impact-hennepin-county-court-cases/.

11. Attached hereto as **Exhibit 3** is a true and correct copy of the article written by Minneapolis Police Department Chief Brian O'Hara titled "Fear undermines public safety – naming it is not politics," published by The Hill on December 30, 2025, at the following website: https://thehill.com/opinion/immigration/5665347-fear-undermines-public-safety-naming-it-is-not-politics/.

12. Attached hereto as **Exhibit 4** is a true and correct copy of the news article written by Andrew Kruger titled "Judge grants order barring feds from altering or destroying evidence in Pretti shooting," published by MPR News on January 25, 2026, at the following website: https://www.mprnews.org/story/2026/01/25/alex-pretti-shooting-judge-grants-restraining-order-on-altering-evidence.

13. Attached hereto as **Exhibit 5** is a true and correct copy of the September 9, 2025, letter sent by members of Congress to Secretary of Homeland Security Kristi Noem.

14. Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Jacob Frey, entered in *Minnesota v. Noem*, No. 26-cv-00190 (KMM/DJF) (ECF No. 9) (D. Minn. Jan 12, 2026).

15. Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Isabella Smetana, entered in *Minnesota v. Noem*, No. 0:26-cv-00190 (KMM/DJF) (ECF No. 104) (D. Minn. Jan. 24, 2026).

16. Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of N.S., entered in *Minnesota v. Noem*, No. 0:26-cv-00190 (KMM/DJF) (ECF No. 86-6) (D. Minn. Jan. 22, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February, 2026, in Minneapolis, Minnesota.

_____

Cheryl Dalby
Chief Executive Officer
Minnesota State Bar Association
Hennepin County Bar Association
Ramsey County Bar Association