# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

—

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated*,

               Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS, *in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement*;
DAVID EASTERWOOD, *in his official
capacity as U.S. Immigration and Customs
Enforcement Field Office Director for St.
Paul, Minnesota*; U.S. CUSTOMS AND
BORDER PROTECTION; RODNEY S.
SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. BORDER PATROL;
MICHAEL W. BANKS, *in his official
capacity as Chief of U.S. Border Patrol*; and
GREGORY BOVINO, *in his official capacity
as Commander-at-Large of U.S. Border
Patrol*,

               Defendants.

Case No. 0:26-cv-324-ECT-ECW

_____

**DECLARATION OF IKRAAN ABDURAHMAN IN SUPPORT OF AMICUS CURIAE
BRIEF**

I, Ikraan Abdurahman, declare as follows:

1. I am the President of the Somali American Bar Association. I submit this declaration based on my personal knowledge and in support of the Amicus Curiae Brief filed in support of Plaintiffs.

2. The Somali American Bar Association represents approximately 50 law students and attorneys who practice throughout Minnesota in a wide range of legal settings, including private practice, government service, nonprofit organizations, and the judiciary, and who come from a wide range of racial, ethnic, religious, cultural, and professional backgrounds.

3. In my role as President, I frequently interact with Somali American Bar Association members to understand their experiences and advocate for the interests that our organization represents. The President is responsible for overseeing all of SABA's activities, presiding at general and Board meetings, and addressing and responding to the needs of the organization.

4. Since the U.S. Department of Homeland Security ("DHS") increased its enforcement activities in Minnesota, including through the deployments of agents from the U.S. Border Patrol, and U.S. Immigration and Customs Enforcement, I have heard directly from numerous Somali American Bar Association members expressing the difficulty in representing or preparing their clients adequately. This is in part due to many client's fear and anxiety of encountering ICE while traveling to the law office or being detained as they appear for hearings and check-ins. Some members have shared how the practice of law has become significantly more burdensome as clients request frequent availability of counsel due to unpredictable outcomes and urgent developments occurring in their cases.

5. Members of the Somali American Bar Association have reported apprehension about entering the Bishop Henry Whipple Federal building to represent clients due to their visible Somali identity and the current targeting of members of the Somali community, which has adversely affected their ability to safely and effectively perform their professional duties. Some members have raised safety concerns regarding commuting, travel, and participation in routine activities as a result of the targeting of Somali individuals.

6. I have also heard from association members and community members at large that the ongoing threats and targeting of the Somali community have had a profound effect on their mental health. They have described experiencing persistent anxiety, stress, and fear and many have reported feeling a pervasive sense of dread and hyper-vigilance, constantly assessing risks to their personal safety and the safety of their families.

7. These concerns directly undermine the mission of the Somali American Bar Association. When members are forced to limit their public presence due to safety risks, their ability to practice law is significantly impacted. This climate of fear not only impacts individual

members' personal well-being and professional effectiveness, but also hinders the Association's broader goal of building a strong, inclusive, and impactful legal community.

8. This declaration is offered to provide the Court with information regarding the effects of the challenged conduct on attorneys, their clients, and the administration of justice in Minnesota, from the perspective of the Somali American Bar Association that serves those attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of February, 2026, in Minneapolis, Minnesota.

_____

Ikraan Abdurahman
President
Somali American Bar Association