# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated,*

               Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS, *in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement*;
DAVID EASTERWOOD, *in his official
capacity as U.S. Immigration and Customs
Enforcement Field Office Director for St.
Paul, Minnesota*; U.S. CUSTOMS AND
BORDER PROTECTION; RODNEY S.
SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. BORDER PATROL;
MICHAEL W. BANKS, *in his official
capacity as Chief of U.S. Border Patrol*; and
GREGORY BOVINO, *in his official capacity
as Commander-at-Large of U.S. Border
Patrol,*

               Defendants.

Case No. 0:26-cv-324-ECT-ECW

---

## DECLARATION OF CAROLINE H. BRUNKOW
## IN SUPPORT OF AMICUS CURIAE BRIEF

I, Caroline H. Brunkow, declare as follows:

1. I am an attorney in Minneapolis, Minnesota. I am a solo-practitioner focused on civil rights and criminal defense work. The name of my law firm is Lotus Legal PLLC. I

submit this declaration based on my personal knowledge and in support of the Amicus Curiae Brief filed in support of Plaintiffs.

2. I am a member of the Minnesota State Bar Association and the Hennepin County Bar Association. I am a member of the Criminal Law Council within the Minnesota State Bar Association.

3. As an attorney, I represent clients from a wide range of racial, ethnic, religious, socioeconomic and cultural backgrounds. I have a part-time contract with the Minnesota Board of Public Defense for the Second District through which I represent indigent criminal defendants. I also represent indigent criminal defendants in the U.S. District of Minnesota through appointments pursuant to the Criminal Justice Act. In addition, I represent private clients in civil matters who have experienced violations of their constitutional rights by law enforcement. The majority of my clients are people of color and are indigent.

4. Since the U.S. Department of Homeland Security ("DHS") increased its enforcement activities in Minnesota, including through the deployments of agents from the U.S. Border Patrol, and U.S. Immigration and Customs Enforcement, I have observed:

   (a)   Clients failing to appear for important court dates, often resulting in both a warrant and a monetary fine;

   (b)   Clients seeking to appear for important court dates via Zoom out of fear of leaving their homes;

   (c)   Clients requesting that our meetings be held in their respective homes to ensure their safety.

This includes clients who are in the United States lawfully or are U.S. Citizens but are fearful of being detained on the basis of their perceived ethnicity or accent.

5. In at least one instance, I am representing a Hispanic client who was physically assaulted and detained by ICE even though he is a United States citizen.

6. I have been contacted at least three times since January 7, 2026, by individuals seeking to "put me on retainer" because they are fearful "that something might happen" based on their perceived ethnicity even though these individuals are in the United States lawfully or are U.S. Citizens.

7. I have had to adapt the way I practice. I am now spending significantly more time driving around the Twin Cities Metro Area and Outstate Minnesota to meet with clients in their homes because they are too afraid to leave their homes to meet me at my office or a different neutral location.

8. I have been contacted by people asking me to give "know your rights" presentations to church and community groups. In accepting these invitations, I advise individuals that I cannot guarantee nor do I have faith, that their constitutional rights will be respected by federal law enforcement. This has resulted in an ethical quandary, as an attorney, because I could be putting individuals in danger by educating these individuals on the lawful exercise of their constitutional rights.

9. On a personal level, I am experiencing heightened levels of stress and exhaustion in meeting my clients' needs as a result of the increased presence of federal law enforcement. I represent individuals who have both experienced abhorrent treatment firsthand and those that live in fear of experiencing such treatment themselves, by federal law enforcement. It is only human to internalize the terror that the communities I represent are experiencing.

10. This declaration is offered to provide the Court with information regarding the effects of the challenged conduct on attorneys, their clients, and the administration of justice in Minnesota, from the perspective of a Minnesota attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _FEBRUARY_, 2026, in _HENNEPIN COUNTY_.

Caroline H. Brunkow