# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE          Case No. 0:26-cv-324-ECT-ECW


*on behalf of themselves and others similarly
situated*,

                          Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS, *in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement*;
DAVID EASTERWOOD, *in his official
capacity as U.S. Immigration and Customs
Enforcement Field Office Director for St.
Paul, Minnesota*; U.S. CUSTOMS AND
BORDER PROTECTION; RODNEY S.
SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. BORDER PATROL;
MICHAEL W. BANKS, *in his official
capacity as Chief of U.S. Border Patrol*; and
GREGORY BOVINO, *in his official capacity
as Commander-at-Large of U.S. Border
Patrol*,

                          Defendants.

---

## DECLARATION OF ANDREA C. MEJIA NARVAEZ IN SUPPORT OF AMICUS CURIAE BRIEF

I, Andrea C. Mejia Narvaez, declare as follows:

1.   I am the President of the Minnesota Hispanic Bar Association ("MHBA"). I submit this declaration based on my personal knowledge and in support of the Amicus Curiae Brief filed in support of Plaintiffs.

2.   The MHBA was founded in 1991 to serve as a voice for Hispanic attorneys, judges, and law students in Minnesota, and as an advocate for the broader Hispanic community. The MHBA represents attorneys who practice throughout Minnesota in a wide range of legal settings, including private practice, government service, non-profit organizations, and the judiciary, and who come from a wide range of racial, ethnic, religious, cultural, and professional backgrounds.

3.   As President, I am responsible for advancing the MHBA's mission to unify and organize all members of the Hispanic legal community and to serve as an advocate for the Hispanic community in Minnesota. The MHBA also strives to promote professional growth and opportunity for Latino law students and attorneys, to provide community service and to ensure access to justice for all.

4.   In my role as President, I act as the public representative of the organization, preside as chairperson over all MHBA and Board of Directors meetings, and evaluate and supervise the management of all affairs and responsibilities of the MHBA. Through these frequent interactions with members, who are deeply engaged in Minnesota's legal and civil life, I have gained direct knowledge of the widespread impact of Defendants' conduct on our members and the community.

5.   Since the U.S. Department of Homeland Security ("DHS") increased its enforcement activities in Minnesota, including through the deployments of agents from the U.S. Border Patrol and U.S. Immigration and Customs Enforcement (collectively "ICE agents"), I have heard directly from numerous MHBA members about the profound impact of the increased presence and aggressive tactics of ICE agents in Minnesota. Our members have reported feeling emotionally exhausted, overwhelmed, and even personally targeted.

6.   Our immigration attorney members report a pattern of intimidation by ICE agents, including circling and/or surrounding their offices and stopping and questioning individuals entering or leaving their law firms. In one instance, ICE agents, along with six to ten ICE vehicles, used a member's law firm parking lot as a staging area for over a week. Such actions deter clients and community members from seeking legal assistance.

7.   Our immigration attorney members also report that ICE agents have improperly met with detained clients without their attorney present to persuade them to accept voluntary

departures. Clients have also reported being detained by ICE based solely on their appearance or the places they frequent, pushed to the ground from behind, and removed from their cars at gunpoint.

8.      Furthermore, members report being followed by ICE agents on public roads and having their professional LinkedIn profiles viewed by government officials. These actions create a perception of intimidation and surveillance, causing alarm among attorneys for simply doing what the state of Minnesota licensed them to do.

9.      ICE operations have disproportionately targeted Hispanic-owned businesses, neighborhoods, and places of worship—the same places our members live, work, and frequent. The fear of racially motivated stops and arrests has caused many members to curtail their daily activities and avoid public spaces to reduce the likelihood of an encounter with ICE agents.

10.     Members have also expressed concern over the long-term effects of ICE's increased enforcement on our communities, particularly on the mental well-being of children. The current tactics employed by ICE agents have created a climate of fear that has reached a level never seen before. For example, one member reported that ICE's conduct manifests the very fears she held as a child, which she had not too long ago considered irrational. Witnessing these childhood fears materialize has been profoundly disheartening, raising serious concerns for the present and future well-being of all children.

11.     This climate of fear is so severe and pervasive that several of our members, including U.S. citizens, now carry their passports to prove their status in a likely stop by ICE agents. Many attorneys, particularly naturalized citizens, are afraid to express their opinions for fear of retaliation, and some have reportedly left Minnesota as a result.

12.     A license to practice law does not alter our members' immutable characteristics. Like the rest of Minnesota's Hispanic community, our members fear for their freedom, livelihoods, and safety because of how they look, speak, and the places they frequent. Indeed, most of our members are immigrants themselves. Outside of a suit and the courtroom, they are subject to the same targeting by Defendants as the rest of the Hispanic community.

13.     This reality, and the consequences of such, present a profound problem extending beyond our membership into the broader mission of the MHBA and the principles of the legal profession. Defendants' conduct erodes the very foundation of access to justice and the rule of law, discouraging full participation in the legal system by the Hispanic community, and deterring talented individuals from entering or remaining in the profession in Minnesota.

14.    We took an oath to support the Constitution of the United States and that of the State of Minnesota, and thus are compelled to protect and defend the most vulnerable among us by seeking improvement of the law, ensuring access to the legal system, and upholding the administration of justice.

15.    These unprecedented times call for an unwavering commitment to this oath and to the rule of law.

16.    This declaration is offered to provide the Court with information regarding the effects of the challenged conduct on attorneys, their clients, and the administration of justice in Minnesota, from the perspective of the MHBA that serves those attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January, 2026, in Bogota, Colombia.

_____

Andrea C. Mejia Narvaez
President
Minnesota Hispanic Bar Association