UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated,*

      Plaintiffs,

v.

Case No. 0:26-cv-00324-ECT-ECW

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of Homeland
Security*; U.S. Department of Homeland Security;
U.S. Immigration and Customs Enforcement;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; DAVID EASTERWOOD, *in his
official capacity as Acting Director, Saint Paul
Field Office, U.S. Immigration and Customs
Enforcement*; *;* U.S. Customs and Border
Protection; RODNEY SCOTT, *in his official
capacity as Commissioner of U.S. Customs and
Border Protection;* U.S. Border Patrol; MICHAEL
W. BANKS, *in his official capacity as Chief of U.S.
Border Patrol*; and GREGORY BOVINO, *in his
official capacity as Commander of the U.S. Border
Patrol*,
*in their official capacities,*

      Defendants.

**DEFENDANTS' NOTICE OF
ERRATA IN DEFENDANTS'
MEMORANDUM OF LAW
IN OPPOSITION TO
PLAINTIFFS' MOTION
FOR PROVISIONAL
CLASS CERTIFICATION
(ECF No. 86)**

---

## <u>NOTICE OF ERRATA</u>

Defendants hereby advise the Court that on January 30, 2026, Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel (ECF No. 86) contained one error. At page 16, the motion reads:

> To have standing to certify a class, Plaintiffs must demonstrate that they have suffered a concrete and particularized legal harm, coupled with a sufficient likelihood that they will again be wronged in a similar way.") (citations and quotations omitted)).

The motion should read:

> To have standing to certify a class, Plaintiffs must demonstrate that they have suffered a concrete and particularized legal harm, coupled with a sufficient likelihood that they "will again be wronged in a similar way." *City of Los Angeles v. Lyons*, 461 U.S. 95, 111 (1983) (citations omitted).

A corrected version of the motion is attached herein. Defendants sincerely regret this error.

Dated: February 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

SHANE YOUNG
Trial Attorney

*/s/ Lori S. MacKenzie*
LORI S. MACKENZIE (NC #25363)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4565
Lori.S.MacKenzie@usdoj.gov

*Attorneys for Defendants*