UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

Plaintiffs have filed a Motion for Leave to Supplement Record. ECF No. 87. They request (1) leave to submit the record with twenty-seven additional witness declarations, (2) that Defendants' deadline to respond to the twenty-seven supplemental declarations be established as tomorrow, February 5, 2026; and (3) that the February 9, 2026 hearing go

forward as scheduled as an evidentiary hearing that includes in-person witness testimony. ECF No. 89 at 2. Defendants oppose supplementation. ECF No. 115 at 2. In the alternative, if Plaintiffs' supplemental declarations are accepted, Defendants seek to file a sur-reply by February 12, 2026. *Id.* at 3. That schedule would also require continuing the February 9 hearing to a later date. *Id.* Defendants oppose the request to hold an evidentiary hearing. *Id.* at 11.

I find that an evidentiary hearing is appropriate to resolve disputed facts. I also find that Plaintiffs' proposed timeline gives Defendants far too little time to respond to the supplemental declarations. Plaintiffs will be given the option to either (a) go forward with the February 9 hearing as planned without the twenty-seven supplemental declarations and without calling those twenty-seven declarants as witnesses, or (b) go forward with the twenty-seven supplemental declarations as part of the record, in which case Defendants will be given until February 12 to respond, and the hearing will be moved to Tuesday, February 17.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The hearing on Plaintiffs' Motion for a Preliminary Injunction [ECF No. 25] and Motion for Provisional Class Certification [ECF No. 50] will be an evidentiary hearing.

2. Plaintiffs shall file on CM/ECF a response **by 9:00 a.m., Central Time, February 5, 2026**, indicating whether they choose to:

(A) go forward with the February 9 hearing as planned without the twenty-seven supplemental declarations and without calling those twenty-seven declarants as

2

witnesses, in which case the Motion to Supplement [ECF No. 87] will be denied, and no supplemental declarations will be considered; **OR**

(B) Continue the evidentiary hearing to February 17, 2026, at 1:00 p.m., in which case the Motion to Supplement [ECF No. 87] will be granted, and Defendants' deadline to file a sur-reply and supporting declarations will be February 12, 2026.

Dated: February 4, 2026                                s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court