UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated*,

       Plaintiffs,

v.

Case No. 0:26-cv-00324-ECT-ECW

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

       Defendants.

**NOTICE IN REGARD TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT RECORD**

In Defendants' counsel's declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Supplement the Record (ECF Nos. 115, 116), counsel noted their intention to supplement the declaration by filing the emails between Defendants' counsel and Plaintiffs' counsel referenced in the declaration. ECF No. 116, n.1. Whereas the Court has now issued a ruling on Plaintiffs' motion (ECF No. 128), Defendants believe the need to file the emails is moot. Where the emails contain confidential conversations between the parties, including negotiations over a protective order that would require extensive redactions, Defendants will forgo filing the emails unless the Court orders otherwise.

DATE: February 4, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on February 4, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 4, 2026            */s/ Shane Young*
                                  SHANE YOUNG
                                  Trial Attorney
                                  United States Department of Justice
                                  Office of Immigration Litigation
                                  *Attorney for Defendants*