# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,* | Case No. 0:26-cv-324-ECT-ECW |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE IN RESPONSE TO THE COURT'S FEBRUARY 4, 2026 ORDER** |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,* | **AND** **REQUEST TO INCREASE WORD COUNT FOR REPLY BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION** |
| Defendants. | |

On February 2, 2026, Plaintiffs moved for leave to supplement the record to update the Court as to the continuing and widespread effects of "Operation Metro Surge" and to refute Defendants' arguments as to standing and commonality.  ECF No. 87; ECF No. 89 at 4–5.

By Order dated February 4, 2026, the Court directed Plaintiffs to choose whether to proceed with an evidentiary hearing (1) on February 9, 2026, without the supplemental declarations in the record, or (2) on February 17, 2026, with the supplemental declarations in the record.  ECF No. 128.

The supplemental declarations provide powerful evidence of the continuing nature of Defendants' conduct, the harms they inflict on ordinary Minnesotans, and the three unlawful policies and practices that they have instituted in the Twin Cities metropolitan area. Accordingly, Plaintiffs elect to continue the evidentiary hearing to February 17, 2026, at 1:00 p.m., with Defendants' sur-reply due by February 12, 2026.

Given Defendants' ability to file a sur-reply, and given the additional record evidence, Plaintiffs respectfully request a modest enlargement of the word count limit for their opening and reply briefs for preliminary injunction, from 15,000 words to 18,000 words (opening and reply combined). Plaintiffs do not oppose a similar enlargement for Defendants' briefs, so Defendants' word count limit for their opposition and sur-reply briefs would be 18,000 words (combined). Plaintiffs asked Defendants for their consent to this proposal, but as of this filing, Defendants have not yet responded.

Dated:  February 5, 2026                     *s/ Kshithij Shrinath*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT**

Kathryn Huddleston (*Pro Hac Vice*)
Lucia Goin (*Pro Hac Vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Spencer Amdur (*Pro Hac Vice*)
Oscar Sarabia Roman (*Pro Hac Vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Omar C. Jadwat (*Pro Hac Vice*)
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org

**COVINGTON & BURLING, LLP**

Robert Fram (*Pro Hac Vice*)
415 Mission Street, Suite 5400
San Francisco, CA 94105
rfram@cov.com
415-591-7025

Gregg Levy (*Pro Hac Vice*)
Paul Killebrew (*Pro Hac Vice*)
850 Tenth Street, NW
Washington, DC 20001
glevy@cov.com
pkillebrew@cov.com

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
Benjamin Casper (#0276145)
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org
bcasper@aclu-mn.org

Ian Bratlie (#319454)
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

**GREENE ESPEL PLLP**

Amran A. Farah, Reg. No. 0395354
Aaron P. Knoll, Reg. No. 0393066
Benjamin Larson, Reg. No. 0504146
Michelle E. Morrow, Reg. No. 0504419
Nicholas Scheiner, Reg. No. 0402470
Kshithij Shrinath, Reg. No. 0505164
X. Kevin Zhao, Reg. No. 0391302
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
afarah@greeneespel.com
aknoll@greeneespel.com
blarson@greeneespel.com
mmorrow@greeneespel.com
nscheiner@greeneespel.com
kshrinath@greeneespel.com
kzhao@greeneespel.com
(612) 373-0830

Bree Peilen (*Pro Hac Vice*)
30 Hudson Yards
New York, NY 10001
bpeilen@cov.com

**ROBINS KAPLAN, LLP**

Raoul Shah, Reg. No. 0399117
Bahram Samie, Reg. No. 0392645
Ellen Levish, Reg. No. 0400878
Stacey Slaughter, Reg. No. 0296971
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
rshah@robinskaplan.com
bsamie@robinskaplan.com
elevish@robinskaplan.com
sslaughter@robinskaplan.com
(612) 349-8500

*Attorneys for Plaintiffs*