UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

Plaintiffs filed a Motion for Leave to Supplement Record. ECF No. 87. Plaintiffs were ordered to file on CM/ECF a response indicating whether they elected to proceed on the current schedule, in which case the Motion would be denied, or to continue the February 9, 2026 hearing, in which case the Motion would be granted. ECF No. 128 at 2–3.

Plaintiffs have chosen the second option.  ECF No. 132 at 2.  They also request the parties' total word count limit for their briefing be increased from 15,000 to 18,000.  *Id.* at 2.  That request will be granted.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.    Plaintiffs' Motion for Leave to Supplement Record [ECF No. 87] is **GRANTED**.

2.    The evidentiary hearing on Plaintiffs' Motion for a Preliminary Injunction [ECF No. 25] and Motion for Provisional Class Certification [ECF No. 50] **is hereby rescheduled from Monday, February 9, 2026, at 9:00 a.m. to Tuesday, February 17, 2026, at 1:00 p.m.**, at the United States Courthouse, Courtroom 7D, 316 North Robert Street, St. Paul, Minnesota.

3.    Defendants' deadline to file a sur-reply to the Plaintiffs' motion for preliminary-injunction is Thursday, February 12, 2026.

4.    Each side's briefing on the preliminary-injunction motion shall not exceed 18,000 words.

Dated:  February 5, 2026                          s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court

2