UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mubashir Khalif Hussen, Mahamed
Eydarus, and Javier Doe, *on behalf of
themselves and others similarly situated*,

      Plaintiffs,

v.

Kristi Noem, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; U.S. Department of
Homeland Security; U.S. Immigration and
Customs Enforcement; Todd M. Lyons, *in
his official capacity as Acting Director of
U.S. Immigration and Customs
Enforcement*; David Easterwood, *in his
official capacity as U.S. Immigration and
Customs Enforcement Field Office Director
for St. Paul, Minnesota*; U.S. Customs and
Border Protection; Rodney S. Scott, *in his
official capacity as Commissioner of U.S.
Customs and Border Protection*; U.S.
Border Patrol; Michael W. Banks, *in his
official capacity as Chief of U.S. Border
Patrol*; and Gregory Bovino, *in his official
capacity as Commander-at-Large of U.S.
Border Patrol*,

      Defendants.

File No. 26-cv-324 (ECT/ECW)

**ORDER**

Non-party City of Minneapolis has filed a Motion for Leave to File Amicus Curiae

Brief in support of Plaintiffs' motion for preliminary injunction. ECF No. 130. All parties

either consent to or do not oppose the City's Motion. *Id.* at 2 n.1; ECF No 130-1 at 2 n.1.

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS**

**ORDERED THAT**:

     1.     The City of Minneapolis's Motion for Leave to File an Amicus Curiae Brief

[ECF No. 130] is **GRANTED**.

     2.     The Amicus Curiae Brief [ECF No. 130-1] and its supporting documents

[ECF No. 130-2] are accepted.

     3.     The City of Minneapolis may not file a separate amicus brief.

Dated:  February 5, 2026                 s/ Eric C. Tostrud

                                       Eric C. Tostrud
                                       United States District Court