UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated*,

      Plaintiffs,

v.

Case No. 0:26-cv-00324-ECT-ECW

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

**NOTICE IN REGARD TO DEFENDANTS' SUBMISSION OF EVIDENTIARY DOCUMENTS TO PLAINTIFFS' COUNSEL**

      Defendants.

1

Defendants, through counsel, submit the following evidentiary documents in advance of their surreply so that Plaintiffs may consider them in their reply in support of their Motion for Preliminary Injunction and Certification, due today:

1. Form I-213, Record of Deportable/Inadmissible Alien, dated December 12, 2025, for Luisa Doe.

2. Form I-213, Record of Deportable/Inadmissible Alien, dated December 24, 2025, for Julio Doe.

3. Form I-213, Record of Deportable/Inadmissible Alien, dated December 12, 2025, for Santiago Doe.

Defendants submit these evidentiary documents now in an effort to provide Plaintiffs with a meaningful opportunity to incorporate them within their Response. As explained in an earlier filing, Defendants only learned the identities of these individuals from Plaintiffs on January 28 and located the records late on January 29, the day before Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction and Memorandum in Opposition to Plaintiffs' Motion for Provisional Class Certification were due. Defendants were thus not able to incorporate the documents in their January 30 filing and only now believe it is appropriate to include them with their surreply. This early submission is intended to prevent prejudice to Plaintiffs.

//

DATE: February 5, 2026                    Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on February 5, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 5, 2026        */s/ Shane Young*
                              SHANE YOUNG
                              Trial Attorney
                              United States Department of Justice
                              Office of Immigration Litigation
                              *Attorney for Defendants*