**U.S. Department of Homeland Security** — Subject ID : LES — **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| | | | M | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | LES | 67 | 155 | UNR |

**U.S. Address:** MINNESOTA, 55330, UNITED STATES — Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital Status |
|---|---|---|---|
| Unknown Date Unknown Time, | | LES | ☐ Single ☐ Divorced ☑ Married ☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence — Method of Location/Apprehension: **NCA**

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 1970    Age: 55 | 12/12/2025 | SPM/SPM | See I-831 | 12/12/2025 15:27 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| SAN ANTONIO DE MASADO, HONDURAS | | | LES |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| NATIONALITY: HONDURAS | NATIONALITY: HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☑ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN:                         Left Index fingerprint          Right Index fingerprint

FAMILY INFORMATION
-------------------
Father:           is a citizen of  HONDURAS.
Mother:           is a citizen of  HONDURAS.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
---------------------
The subject claims good health. ...(CONTINUED ON I-831)

LES
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

Distribution:

Received: (Subject and Documents) (Report of Interview)

Officer: LES _____

on: December 12, 2025 _____ (time)

Disposition: Other

Examining Officer: FELLENZ, P 8779

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████ | LES ████████ | 12/12/2025 |

```
CURRENT ADMINISTRATIVE CHARGES
------------------------------
12/12/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)12/12/2025 -
212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

RECORDS CHECKED
---------------
CIS checked on 12/12/2025 with Positive result.CLAIM checked on 12/12/2025 with Negative
result.EARM checked on 12/12/2025 with Positive result.IAFIS checked on 12/12/2025 with
Positive result.NCIC checked on 12/12/2025 with Negative result.TECS checked on 12/12/2025
with Positive result.

ARRESTED AT/NEAR
----------------
110 HUNDERTMARK RD, CHASKA, MINNESOTA, 553181110, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
SPM METRO SURGE

METHOD OF APPREHENSION & ALIENAGE AND REMOVABILITY:
Arrest location: 110 Hundertmark Road, Chaska, MN 55318
On December 12, 2025, ERO San Antonio/Houston officers conducted a vehicle stop 110
Hundertmark Road, Chaska, MN 55318 on a White Honda Ridgeline bearing Minnesota License
plate ██████
ERO officers were conducting a targeted enforcement operation when they observed the vehicle
traveling North on Hwy 41 in Chaska, MN.  Officers conducted record checks on the vehicle
and identified the owner as ████████████████ aka: ████████████, ███████████████████
████████████ ███████; a subject who is a citizen and national of Honduras, who is
illegally present in the United States. Record checks showed ████████ was residing in the
United States despite having 2 voluntary returns; an I-765 which was denied and an approved
I-130.
With this information ERO officers conducted a vehicle stop by activating their lights and
sirens on their government issued vehicles, approached the vehicle wearing their ICE issued
markings and identified themselves as Deportation Officers with Immigration and Customs
Enforcement, Department of Homeland Security. Once at the vehicle ERO Officers identified
the driver as ████████████████ a citizen and national of Honduras with no legal status to
be in or remain in the United States. ████████ presented a Minnesota driver's license
(██████████████) and admitted to having no legal status to be in the United States.
ERO Officers took custody of ████████ and informed him that he was under arrest for being
unlawfully present in the United States.

Criminal history:
Arrest Date: February 7, 1997
Agency: Anne Arundel County PD
Charge: Theft less $300
Disposition:  Dismissed by state

Arrest Date: December 26, 2000
Agency: Westminster PD
Charge: Theft less $500
Disposition:  STET

MONEY: When arrested, ████████ had $61.00 USD.
DOCS: #████████
```

| Signature | Title |
|---|---|
| LES ████████ | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                     **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████ | LES | 12/12/2025 |

```
APPLICATIONS: I-130 approved.
SMUGGLED: N/A
EQUITIES: Claims None.
GANG: None claimed.
WELFARE: None claimed.

HEALTH AND HUMANITARIAN:
████████ claims and appears to be in good health. When asked, he stated he is not currently
taking any medications.
MILITARY: ████████ has no prior U.S. Military Service.
FREE TELEPHONE CALL: ████████ called his daughter PII████████
████████ was provided with a List of Free Legal Se██████ers.
          was provided a copy of the National Detainee Handbook.
          was advised of the National Detainee Locator System.
          was advised of his right to contact the Honduras Consulate. ████████ did not wish
to
contact the Consulate.
████████ claims NO FEAR of returning to Honduras.

RECOMMENDATION:
Notice to Appear


OTHER IDENTIFYING NUMBERS
-----------------------------
ALIEN-██████████
```

| Signature | Title |
|---|---|
| LES████████ | Deportation Officer |

___3___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)