UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*, *in their official capacities,*<br><br>　　　　Defendants. | Case No. 0:26-cv-00324-ECT-ECW<br><br>**DEFENDANTS' NOTICE OF ERRATA IN DEFENDANTS' NOTICE IN REGARD TO DEFENDANTS' SUBMISSION OF EVIDENTIARY DOCUMENTS TO PLAINTIFFS' COUNSEL (ECF NO. 136)** |

1

Defendants hereby advise the court that on February 5, 2026, Defendants' Notice in Regard to Defendants' Submission of Evidentiary Documents to Plaintiffs' Counsel (ECF No. 136) contained errors of redaction in two of the attachments: Attachment 1 – Form I-213 Luisa Doe, and Attachment 2 – Form I-213 Julio Doe.

The corrected attachments are submitted herein. CM/ECF has already struck the erred documents and labeled them as "document filed in error." ECF No. 136. Defendants sincerely regret this error.

DATE: February 5, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

/s/ Shane A. Young
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed on February 5, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 5, 2026

*/s/ Shane Young*
SHANE YOUNG
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
*Attorney for Defendants*