U.S. Department of Homeland Security        Subject ID :          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
|  |  |  | F | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | Height | Weight | Occupation |
|---|---|---|---|---|
| HONDURAS | LES | 64 | 180 | Unemployed |

| U.S. Address | Scars and Marks |
|---|---|
| SAINT PAUL, MINNESOTA, 55119, UNITED STATES | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single / Divorced / Married / Widower / Separated |
|---|---|---|---|
| 11/28/2018 Unknown Time, FTL, B1-Visitor For Business |  | LES |  |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| SAN PEDRO, HONDURAS | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 1977  Age: 48 | 12/12/2025 | SPM/SPM | See I-831 | 12/12/2025 09:06 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| San Pedro Sula, HONDURAS |  |  | LES |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
|  |  |  |  |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
|  |  |  |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE |  |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
|  | 1-HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| PII | PII |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed |  | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
|  | Unemployed or Retired |  Hr |  |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN:

Left Index fingerprint            Right Index fingerprint

FAMILY INFORMATION
------------------
Father:          is a citizen of HONDURAS.
Mother:          is a citizen of HONDURAS.
Spouse: Subject is not married.
Son:          is a citizen of HONDURAS.

SCARS MARKS AND TATTOOS
-----------------------
None Indicated - None Visible ...(CONTINUED ON I-831)

LES
Deportation Officer

Alien has been advised of communication privileges _____ (Date/Initials)    (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| To File | Officer: LES |
|  | on: December 12, 2025 _____ (time) |
|  | Disposition: Other |
|  | Examining Officer: HOLIEN, J 6919 |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
|  | LES | 12/12/2025 |

**SUBJECT HEALTH STATUS**
--------------------
The subject claims to be a type 2 diabetic taking injections

**CURRENT ADMINISTRATIVE CHARGES**
--------------------------------
12/12/2025 - 237a1B - NONIMMIGRANT OVERSTAY

**RECORDS CHECKED**
----------------
CIS checked on 12/12/2025 with Negative result. NCIC checked on 12/12/2025 with Negative result. TECS checked on 12/12/2025 with Negative result.

**ARRESTED AT/NEAR**
-----------------
1769 BEACH ST, ST PAUL, MINNESOTA, 55106, UNITED STATES

**RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:**
-----------------------------------------
**ENCOUNTER DATA**
Subject ▓▓▓ was encountered by ICE ERO during operation Metro Surge. Immigration Officers determined that she was unlawfully present and placed her under arrest for an immigration violation.

**ENTRY DATA**
On 11/28/2018, ▓▓▓ entered the United States at or near Fort Lauderdale, as a B1 nonimmigrant with permission to remain in the United States until 05/27/2019. ▓▓▓ remained in the United States beyond 05/27/2019 without permission from the Immigration and Naturalization Service or its successor, the Department of Homeland Security.

**IMMIGRATION HISTORY**
On 04/10/2012, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 11/08/2012, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 04/22/2013, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 08/22/2013, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 01/20/2015, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 05/17/2016, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 02/09/2016, ▓▓▓ entered the United States as a B1/B2 nonimmigrant.
On 11/23/2016, ▓▓▓ entered the United States as a B2 nonimmigrant.
On 11/28/2018, ▓▓▓ entered the United States at or near Fort Lauderdale, as a B1 nonimmigrant

REG ▓▓▓

On 10/29/2025, ▓▓▓ case was referred to the Immigration Judge for the ▓▓▓ application ▓▓▓

| Signature | Title |
|---|---|
| LES | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name | File Number **LES** | Date 12/12/2025 |

**CRIMINAL HISTORY**

Criminal history checks for ▮▮▮ were negative.

SQ-11/NN-13 records check for outstanding wants, warrants, and lookouts were negative.

**BASIS FOR ICE CHARGES**

▮▮▮ makes no claim to USC or LPR and is amenable to removal under section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

**DISPOSITION**

▮ was advised of her right to speak to a consulate officer from Honduras.
▮ states she has no fear of persecution or torture if removed to Honduras.
▮ has immigration applications pending ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮ requested a hearing before an immigration judge.
▮ was provided a list of free legal services.
▮ was provided a copy of the On-line Detainee Locator System privacy notice.
▮ will be held in ICE custody pending removal from the United States.
▮ claims she did not attend/graduate high school in the United States.
▮ claims she did not receive a G.E.D. or equivalent.
▮ claims she did not serve in the United States military.
▮ claims to have one adult son (Honduran).
▮ claims to be separated.
▮ claims to be in good health and states she is a Type 2 Diabetic, taking medication for it.
▮ successfully completed a phone call on 12/12/2025 at 0830-0835.
Person/relationship/number called: **PII** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Phone called witnessed by Officer **LES** ▮▮▮

**OTHER IDENTIFYING NUMBERS**
---------------------------
ALIEN- ▮▮▮▮▮▮

| Signature **LES** | Title Deportation Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)