| U.S. Department of Homeland Security | Subject ID : ███████ | | **Record of Deportable/Inadmissible Alien** |
|---|---|---|---|

| Family Name (CAPS) ████████ | First | Middle | Sex **M** | Hair **BRO** | Eyes **BRO** | Cmplxn **LGT** |
|---|---|---|---|---|---|---|

| Country of Citizenship **EL SALVADOR** | Passport Number and Country of Issue **LES** ████ | Height **69** | Weight **130** | Occupation **UNR** |
|---|---|---|---|---|

| U.S. Address ████████ BURNSVILLE, MINNESOTA, 55337, UNITED STATES | Scars and Marks **See Narrative** |
|---|---|

| Date, Place, Time, and Manner of Last Entry **05/21/2024 Unknown Time, EGP,** | Passenger Boarded at | F.B.I. Number **LES** ████ | ☐ Single ☐ Divorced ■ Married ☐ Widower ■ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension **NCA** |
|---|---|

| Date of Birth ██ 2006    Age: 19 | Date of Action **12/24/2025** | Location Code **SPM/SPM** | At/Near **See I-831** | Date/Hour **12/24/2025 10:04** |
|---|---|---|---|---|

| City, Province (State) and Country of Birth **Estero Rincon Grande, EL SALVADOR** | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By **LES** ████ |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record **NEGATIVE** | Criminal Record |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children **None** |
|---|---|

| Father's Name, Nationality, and Address, if Known **LES** ████ | Mother's Present and Maiden Names, Nationality, and Address, if Known **LES** ████ |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession **None Claimed** | Fingerprinted? ■ Yes ☐ No | Systems Checks **See Narrative** | Charge Code Words(s) **See Narrative** |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment **Unemployed or Retired** | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ████

Left Index fingerprint                    Right Index fingerprint

FAMILY INFORMATION
-------------------
Father: ████████ is a citizen of  EL SALVADOR.
Mother: ████████ is a citizen of  EL SALVADOR.
Spouse: Subject is not married.
Child: Subject does not have children or dependents.

SCARS MARKS AND TATTOOS
-----------------------
None Indicated - None Indicated ...(CONTINUED ON I-831)

**LES** ████
Deportation Officer

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: **AFILE** **ERO** **ADMIN** | Received: (Subject and Documents)  (Report of Interview) Officer **LES** ████ on: **December 24, 2025** (time) Disposition: **Other** Examining Officer: **HOLIEN, J 6919** |
|---|---|

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████████████ | LES ████████████ | 12/24/2025 |

```
SUBJECT HEALTH STATUS
---------------------
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
------------------------------
12/24/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
---------------
CIS checked on 12/24/2025 with Positive result.EARM checked on 12/24/2025 with Positive
result.IAFIS checked on 12/24/2025 with Positive result.NCIC checked on 12/24/2025 with
Negative result.TECS checked on 12/24/2025 with Negative result.

ARRESTED AT/NEAR
----------------
ROSEMOUNT AKRON AVE AND 43, ROSEMOUNT, MINNESOTA, 55068, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
ALIENAGE AND REMOVABILITY:
████████████████████████████ is a citizen of El Salvador and native of El Salvador. ████
makes no claim to U.S. citizenship or current lawful immigration status.

METHOD OF APPREHENSION:
On December 24, 2025, at approximately 7:45 AM, ERO Team 7 was conducting surveillance in
the vicinity of Durham Drive in Lakeville, MN, where multiple arrests had previously
occurred.

During this surveillance, a white Dodge Ram was observed entering the area. The vehicle
displayed clear markings consistent with a construction company. Notably, this same white
Dodge Ram was seen circling close to our unmarked ICE vehicles. The operator of the Ram
approached an ICE vehicle, slowed down, and began to look inside.
Moments later, Officer Benn, who was monitoring a nearby residence, noticed four Hispanic
males quickly exit a worksite, enter a red Chevrolet Silverado (MN Tag: █████████), and rapidly
leave the job site. There is reasonable suspicion to believe that these four males were
fleeing the area due to the presence of ICE. The vehicle was registered to a female alien
who was pending a U Visa. The suspicion to stop the vehicle was based on the previous
arrests made in this area on December 23, 2025, the operator of the Dodge Ram seemingly
notifying the four males, who then immediately left the scene, as well as the registered
owner of the vehicle.

Multiple unmarked vehicles followed the aforementioned Chevrolet Silverado out of the
neighborhood. It should be noted that the Silverado was driving at an extremely high rate of
speed, indicative of an attempt to evade potential pursuers. The final stop was at the
intersection of 145th St W and Akron Ave.
At this time, multiple ICE agents approached the vehicle occupied by the four males. All
individuals inside were cooperative and provided identification. Below is a list of each
individual encountered and their current status.

The three, PII ████████████████████████████████ and ██████████████████████ were placed
in handcuffs, which were checked for proper fit and double locked. They were then placed in
the back of Ice vehicles and transitioned to the parking lot of the lifetime fitness located
at 14290 Akron Ave, where we waited for transport. The three individuals were later
transported to Ice Minneapolis headquarters for further processing with no further incident.
```

| Signature | Title |
|---|---|
| LES ████████ | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████████ | ████████ | 12/24/2025 |
| | Event No: ████████ | |

**Immigration history:**
On or about May 21, 2024, █████ was encountered by an Immigration Official at or near Eagle Pass, TX. At the time of that encounter █████ was an Unaccompanied Juvenile.

On or about May 25, 2025, █████ was issued and served a Notice to Appear (Form I-862).

On August 08, 2025, █████ filed Application ████████████████████████████████ ██████

On September 04, 2025, █████ filed a petition to Administratively Close the proceedings to await the decision of his ████████

On September 05, 2025, an Immigration Judge out of Fort Snelling Immigration Court granted █████'s petition to Administratively Close proceedings.

████████████████ is currently still pending.

On December 24, 2025, █████ was taken into custody pending immigration proceedings.

**Criminal history:**
On December 24, 2025, record checks in ICE/ERO database (TECS) revealed negative criminal record for █████

MONEY: When arrested, █████ had one thousand forty-seven (1,047) dollars.
DOCS: None.
APPLICATIONS: ████████████████
SMUGGLED: N/A
FAMILY: █████ claims to be single with no children.
EQUITIES: None claimed.
GANG: None claimed.
WELFARE: None claimed.
HEALTH AND HUMANITARIAN:
██████ claims and appears to be in good health. When asked, he stated he is not currently taking any medications.
MILITARY: █████ has no prior U.S. Military Service.
FREE TELEPHONE CALL: █████ was offered a call by DO Mora.
████ was provided with a List of Free Legal Service Providers.
was provided a copy of the National Detainee Handbook.
was advised of the National Detainee Locator System.
was advised of his right to contact the El Salvadorian Consulate. █████ did not wish to contact the Consulate.

RECOMMENDATION:
Motion to Re-Open.

OTHER IDENTIFYING NUMBERS
-----------------------------
ALIEN-████████
Other Biometric-████████
..COMMENT: FINS

| Signature | Title |
|---|---|
| LES██████ | Deportation Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)