# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>                                  Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>                                  Defendants. | Case No. 0:26-cv-324-ECT-ECW<br><br>**THIRD DECLARATION OF KSHITHIJ SHRINATH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION** |

I, Kshithij Shrinath, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Greene Espel PLLP law firm, which represents the Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel.

2. The summary tables attached to this declaration were prepared by counsel and are provided to the Court for ease of reference to documents publicly filed on the docket for the above-captioned case and documents filed on the other dockets in the District of Minnesota.

3. Attached as **Exhibit 1** to this declaration is a reference table for the ECF docket entries for Plaintiffs' and other declarants' declarations.

4. Attached as **Exhibit 2** to this declaration is a reference table for 100 District of Minnesota orders identified by Plaintiffs' counsel dated between January 20, 2026, and February 3, 2026, that (1) granted a habeas petition and (2) ordered releases in cases where the Court ordered Defendants to defend a warrantless arrest, and Defendants did not produce or provide evidence of a warrant.

5. These reference tables are true and correct to the best of my knowledge.

6. Also attached to this declaration are true and correct copies of the following:

| Exhibit # | Description |
|---|---|
| 3 | Cecilia Vega et al., *Minneapolis' police chief fears possible 'moment where it all explodes' as ICE operation continues*, CBS News (Jan. 18, 2026), |

| Exhibit # | Description |
|---|---|
|  | https://www.cbsnews.com/news/minneapolis-police-chief-worries-about-escalating-tensions-with-ice-60-minutes-transcript. |
| 4 | *Immigrants Make Up Just 7.7% of Minnesota's Construction Workforce, 12th Lowest in the U.S.*, Southern Minn (Dec. 5, 2025), https://www.southernminn.com/around_the_web/news/immigrants-make-up-just-7-7-of-minnesotas-construction-workforce-12th-lowest-in-the-u/article_6aa4571c-dcc4-5e3a-b444-9ee47ead196f.html. |
| 5 | Anthony Iafrate, *'Nothing But Green Lights': ICE Memo Expands Agents' Warrantless Arrest Powers*, Daily Caller (Jan. 31, 2026), https://dailycaller.com/2026/01/31/immigration-customs-enforcement-memo-expands-agents-warrantless-arrest-powers. |
| 6 | Michelle Hackman et al., *The Standoff That Has Turned Minneapolis Into a Tinderbox*, Wall St. J. (Jan. 17, 2026), https://www.wsj.com/us-news/the-standoff-that-has-turned-minnesota-into-a-tinderbox-a3a7e672. |
| 7 | Sarah Raza, *Somali businesses struggle during the Minneapolis ICE crackdown*, AP News (Jan. 18, 2026), https://apnews.com/article/immigration-ice-minneapolis-somali-business-bfeae0007ce78a2c7e954d8061085153. |
| 8 | U.S. Department of Homeland Security (@DHSgov), X (Jan. 17, 2026, at 8:45 PM), https://x.com/DHSgov/status/2012718004480393474. |
| 9 | U.S. Department of Homeland Security (@DHSgov), X (Jan. 16, 2026, at 10:36 AM), https://x.com/DHSgov/status/2012202324991635495. |
| 10 | U.S. Department of Homeland Security (@DHSgov), X (Jan. 16, 2026, at 4:49 PM), https://x.com/DHSgov/status/2012296163278405727. |
| 11 | Suzanne Gamboa et al., *Immigration officers around Minneapolis are approaching people and demanding proof that they're U.S. citizens*, NBC News (Jan. 16, 2026), https://www.nbcnews.com/news/us-news/ice-approaching-people-minneapolis-demanding-proof-citizenship-rcna254247. |

| Exhibit # | Description |
|---|---|
| 12 | Sarah Nelson & Jeffrey Meitrodt, *Wave of immigrants file lawsuits to fight ICE detention*, Star Trib. (Jan. 22, 2026), https://www.startribune.com/wrongful-detainment-complaints-spike-during-ice-surge/601567955. |
| 13 | Christopher Magan & Jeff Hargarten, *The Trump administration calls them the 'worst of the worst.' Here's what we found.*, Star Trib. (Jan. 21, 2026), https://www.startribune.com/the-trump-administration-calls-them-the-worst-of-the-worst-heres-what-we-found/601555390. |
| 14 | Zolan Kanno-Youngs, *Trump Called for 'De-Escalation' in Minneapolis. It Didn't Last Long.*, N.Y. Times (Jan. 30, 2026), https://www.nytimes.com/2026/01/30/us/politics/trump-minneapolis-dueling-messages.html. |
| 15 | Giovanna Dell'Orto & Rebecca Santana, *Trump's border czar suggests a possible drawdown in Minnesota, but only after 'cooperation,'* AP News (Jan. 29, 2026), https://apnews.com/article/homan-minneapolis-immigration-enforcement-0d559bf53b630d7cc525fd3219f430ba. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2026.

             */s/Kshithij Shrinath*
             Kshithij Shrinath