# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER
DOE,
*on behalf of themselves and others*
*similarly situated,*

Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as*
*Secretary of the U.S. Department of*
*Homeland Security*; U.S. DEPARTMENT
OF HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS, *in*
*his official capacity as Acting Director of*
*U.S. Immigration and Customs*
*Enforcement*; DAVID EASTERWOOD, *in*
*his official capacity as U.S. Immigration*
*and Customs Enforcement Field Office*
*Director for St. Paul, Minnesota*; U.S.
CUSTOMS AND BORDER
PROTECTION; RODNEY S. SCOTT, *in*
*his official capacity as Commissioner of*
*U.S. Customs and Border Protection*; U.S.
BORDER PATROL; MICHAEL W.
BANKS, *in his official capacity as Chief*
*of U.S. Border Patrol*; and GREGORY
BOVINO, *in his official capacity as*
*Commander-at-Large of U.S. Border*
*Patrol,*

Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**[AMENDED PROPOSED] ORDER**
**GRANTING PLAINTIFFS'**
**MOTION FOR PROVISIONAL**
**CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS**
**COUNSEL**

1

This matter came before the Court on Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel [ECF No. 50] for preliminary injunctive relief. Based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1.      Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel for preliminary injunctive relief is GRANTED, and the following classes are hereby provisionally certified under Federal Rule of Civil Procedure 23(b)(2):

**Stops Class:** All persons who, since December 1, 2025, have been or will be subject to an investigatory stop for immigration purposes by DHS in the Twin Cities metropolitan area.

**Warrantless Arrests Class:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in the Twin Cities metropolitan area.

**Removability Subclass:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in the Twin Cities metropolitan area without probable cause that the person is a non-citizen who is subject to removal from the United States.

**Flight Risk Subclass:** All persons who, since December 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in the Twin Cities metropolitan area without probable cause that the person is likely to escape before a warrant can be obtained.

Excluded from these Classes are the Defendants, their officers, directors, management, employees, subsidiaries, affiliates, the attorneys of record in this matter, and the Court, its staff and their family members.

2.      Plaintiffs Mubashir Khalif Hussen and Javier Doe are appointed as class representatives of the **Stops Class**, **Warrantless Arrests Class**, and the **Removability** and **Flight Risk** Subclasses.

2

3.      Plaintiff Mahamed Eydarus is appointed as a class representative of the

**Stops Class**.

4.      The American Civil Liberties Union of Minnesota, American Civil

Liberties Union, Covington & Burling LLP, Greene Espel PLLP, and Robins Kaplan LLP

are hereby appointed as counsel for each of the certified Classes and Subclasses.


Date: _____                          _____
                                              The Honorable Eric C. Tostrud
                                              United States District Judge