UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE,<br>*on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Case No.: 0:26-cv-00324-ECT/ECW<br><br>**CERTIFICATE OF SERVICE** |

A video exhibit that was referenced in and attached to the Declaration of M.M. [ECF 92-7] inadvertently was not filed with the Court contemporaneous with the filing. In accordance with Fed. R. Civ. P. 5, I certify that:

On February 6, 2026, a true and correct copy of the following document:

1. **Video [public] regarding Placeholder for Exhibit A [ECF 142] to Declaration of M.M. filed February 2, 2026 at ECF 92-7**

was served by secure email, upon the following counsel of record:

James Walker
james.walker3@usdoj.gov

Lori S. Mackenzie
lori.s.mackenzie@usdoj.gov

I further certify that on February 6, 2026, a USB drive containing:

1. **Video [public] regarding Placeholder for Exhibit A [ECF 142] to Declaration of M.M. filed February 2, 2026 at ECF 92-7**

was filed conventionally with the Court.

Dated: February 6, 2026                    */s/ Kshithij Shrinath*
                                                                    Kshithij Shrinath