

X. Kevin Zhao
(612) 373-8336 Direct
kzhao@greeneespel.com

February 10, 2026

VIA ECF

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:    Hussen, et al. v. Noem, et al.
              Court File No.: 26-cv-00324-ECT-ECW

Dear Judge Tostrud:

I write on behalf of the parties regarding the evidentiary hearing on February 17, 2026.

First, the parties have agreed on a schedule for exchanging witness lists. Both sides will simultaneously exchange their final witness lists on **Wednesday at 9:00 AM CT**. And any witnesses that will be called solely as responsive witnesses shall be disclosed on **Thursday at 9:00 AM CT**. The parties can file a notice of final witness lists with the Court shortly thereafter.

Second, the parties seek the Court's guidance as to the structure and time-allocations for the evidentiary hearing. Ideally, the parties would have submitted a joint proposal for the Court's consideration. But, having met and conferred, the parties were not able to reach agreement on such a proposal.

- Plaintiffs' preferred approach would be for both sides to have up to **two hours** each for live witness testimony on the afternoon of February 17, and for the Court to hear attorney argument on the pending motions on the morning of February 18. Plaintiffs believe that having attorney argument on February 18 will allow the parties to incorporate testimony from the hearing into their arguments. If the Court were not amenable to having the hearing carry over to the following morning, Plaintiffs anticipate that the presentation of evidence will have to be truncated, perhaps to **100 minutes** per side, to permit adequate time for argument and questions from the Court.

- Defendants believe that **60 minutes** per side for witness testimony and **60 minutes** per side for argument is more than enough and thus oppose extending the hearing into the following day.

The parties are available for a virtual scheduling conference with the Court, if that would be helpful.

The Honorable Eric C. Tostrud
February 10, 2026
Page 2

        Sincerely,

        s/ X. Kevin Zhao

        X. Kevin Zhao

XKZ/jo

cc:     All Counsel of Record (via ECF)