## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE, *on behalf of themselves and others similarly situated*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 0:26-cv-00324-ECT/ECW<br><br>**CERTIFICATE OF SERVICE** |

　　　　The Declaration of R.M. [ECF 92-16] was originally filed in *Minnesota v. Noem*, No. 0:26-cv-00190-KMM-DJF (D. Minn.), and re-filed in this matter. The Declaration references a video as Exhibit 1; this video was filed with the Court in the *Minnesota v. Noem* litigation, but was not re-filed in this matter. To complete the record, the video is being re-filed in this matter as Exhibit 1 to the Declaration of R.M. In accordance with Fed. R. Civ. P. 5, I certify that:

On February 10, 2026, a true and correct copy of the following document:

**1.　　Video [public] regarding Placeholder for Exhibit 1 [ECF 147] to Declaration of R.M. filed February 2, 2026 at ECF 92-16**

was served by secure email, upon the following counsel of record:

| | |
|---|---|
| James Walker<br>james.walker3@usdoj.gov | Lori S. Mackenzie<br>lori.s.mackenzie@usdoj.gov |

2

I further certify that on February 11, 2026, a USB drive containing:

    **2.**     **Video [public] regarding Placeholder for Exhibit 1 [ECF 147] to Declaration of R.M. filed February 2, 2026 at ECF 92-16**

was filed conventionally with the Court.

Dated: February 11, 2026          */s/ Kshithij Shrinath*
                                             Kshithij Shrinath