UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

---

The parties seek guidance on the structure and time allocation of the hearing on Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification. ECF No. 146 at 1. Having considered the parties' positions, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the hearing on Plaintiffs' Motion for a

Preliminary Injunction [ECF No. 25] and Motion for Provisional Class Certification [ECF No. 50] will be held over two days as follows:

1.      On Tuesday, February 17, 2026, the Court will hold an evidentiary hearing. Each side shall have **120 minutes** total to examine witnesses.  This includes direct examination of each side's own witnesses and cross examination of the other side's witnesses.  The hearing shall begin at 1:00 p.m., and the parties should expect two brief recesses.

2.      On Wednesday, February 18, 2026, the Court will hear argument on the Motions.  Each side shall have **60 minutes** total.  The hearing shall begin at 10:00 a.m. and conclude at 12:00 p.m.

3.      These proceedings will be held at the United States Courthouse, Courtroom 7D, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 11, 2026                    s/ Eric C. Tostrud
                                             Eric C. Tostrud
                                             United States District Court