UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated*,

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**DEFENDANTS' REQUEST TO INCREASE WORD COUNT FOR SUR-REPLY IN OPPOSITION TO PLAINTIFFS' REPLIES IN SUPPORT OF THE MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

As noted in Defendant's Response to Plaintiffs' Second Request to Increase Word Count for Reply Brief, (ECF 133), Defendants endeavored to remain within Plaintiff's proposed 18,000-word limit. However, given the breadth of the evidentiary record, and Plaintiffs reliance on the supplemental declarations for their replies to both the Motion for Preliminary Injunction and Motion for Class Certification, Defendants request an additional 500-words for their Sur-Reply.

Defendants, through counsel, communicated this request to Plaintiffs on February 12, 2025, through e-mail. Plaintiffs noted that they do not oppose the Motion.

DATE: February 12, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed on February 12, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 12, 2026        */s/ Shane Young*
                               SHANE YOUNG
                               Trial Attorney
                               United States Department of Justice
                               Office of Immigration Litigation
                               *Attorney for Defendants*