UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated,*

      Plaintiffs,

  v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of Homeland
Security*; U.S. Department of Homeland Security;
U.S. Immigration and Customs Enforcement;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; DAVID EASTERWOOD, *in his
official capacity as Acting Director, Saint Paul
Field Office, U.S. Immigration and Customs
Enforcement*; *;* U.S. Customs and Border
Protection; RODNEY SCOTT, *in his official
capacity as Commissioner of U.S. Customs and
Border Protection;* U.S. Border Patrol; MICHAEL
W. BANKS, *in his official capacity as Chief of
U.S. Border Patrol*; and GREGORY BOVINO, *in
his official capacity as Commander of the U.S.
Border Patrol*, *in their official capacities,*

      Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**[PROPOSED] ORDER**

This matter came before the Court on Defendants' Request to Increase Word Count for Sur-reply in Opposition to Plaintiffs' Replies in Support of the Motions for Preliminary Injunction and Provisional Class Certification. ECF No. 151.

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion is Granted. Defendants are allotted 18,500 words between their response and sur-reply.

**SO ORDERED.**

Date:  February   , 2026

_____
United States District Judge