UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

Defendants have moved to increase the word count by 500 words for their sur-reply in opposition to the Plaintiff's motion for a preliminary injunction. ECF No. 151. Plaintiffs do not oppose the motion. *Id.* at 2. Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Defendants' motion to increase the word count [ECF No. 151] is **GRANTED**.

2. Defendants are allotted 18,500 words between their response and sur-reply.

Dated: February 13, 2026
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court