UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>　　　　　　　　　　Defendants. | Case No. 0:26-cv-324-ECT-ECW<br><br>**INDEX OF EXHIBITS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs hereby submit the attached demonstratives that were shown at the hearing and oral argument dated February 18, 2026.

| **Exhibit Letter** | **Exhibit** |
|---|---|
| A | Location of Unlawful Stops and Arrests Described in Plaintiffs' Declarations (Map) |
| B | Stops and Arrests Summary |

Dated: February 18, 2026                                        s/ Kshithij Shrinath

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT**

Kathryn Huddleston (*Pro Hac Vice*)
Lucia Goin (*Pro Hac Vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Spencer Amdur (*Pro Hac Vice*)
Oscar Sarabia Roman (*Pro Hac Vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Omar C. Jadwat (*Pro Hac Vice*)
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
Benjamin Casper (#0276145)
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org
bcasper@aclu-mn.org

Ian Bratlie (#319454)
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

1

| | |
|---|---|
| **COVINGTON & BURLING, LLP** | **GREENE ESPEL PLLP** |
| Robert Fram (*Pro Hac Vice*)<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>rfram@cov.com<br>415-591-7025 | Amran A. Farah, Reg. No. 0395354<br>Aaron P. Knoll, Reg. No. 0393066<br>Benjamin Larson, Reg. No. 0504146<br>Michelle E. Morrow, Reg. No. 0504419<br>Nicholas Scheiner, Reg. No. 0402470<br>Kshithij Shrinath, Reg. No. 0505164<br>X. Kevin Zhao, Reg. No. 0391302<br>222 S. Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>afarah@greeneespel.com<br>aknoll@greeneespel.com<br>blarson@greeneespel.com<br>mmorrow@greeneespel.com<br>nscheiner@greeneespel.com<br>kshrinath@greeneespel.com<br>kzhao@greeneespel.com<br>(612) 373-0830 |
| Gregg Levy (*Pro Hac Vice*)<br>Paul Killebrew (*Pro Hac Vice*)<br>850 Tenth Street, NW<br>Washington, DC 20001<br>glevy@cov.com<br>pkillebrew@cov.com | |
| Bree Peilen (*Pro Hac Vice*)<br>30 Hudson Yards<br>New York, NY 10001<br>bpeilen@cov.com | |
| | **ROBINS KAPLAN, LLP** |
| | Raoul Shah, Reg. No. 0399117<br>Bahram Samie, Reg. No. 0392645<br>Ellen Levish, Reg. No. 0400878<br>Stacey Slaughter, Reg. No. 0296971<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>rshah@robinskaplan.com<br>bsamie@robinskaplan.com<br>elevish@robinskaplan.com<br>sslaughter@robinskaplan.com<br>(612) 349-8500 |
| | *Attorneys for Plaintiffs* |