# EXHIBIT A

Hussen v. Noem (No. 0:26-cv-00324-ECT-ECW)

## Location of Unlawful Stops and Arrests Described in Plaintiffs' Declarations



| # | Witness (Location) | # | Witness (Location) |
|---|---|---|---|
| 1 | Said Osman (Minneapolis) | 16 | S.P. (Richfield) |
| 2 | Javier Doe (Richfield) | 17 | A.P. (Minneapolis) |
| 3 | Ali Dahir (Minneapolis) | 18 | C.M. (Minneapolis) |
| 4 | Mubashir Khalif Hussen (Minneapolis) | 19 | V.N. (St. Louis Park) |
| 5 | Lindsay Vogt (Minnetonka) | 20 | M.M. (Shakopee) |
| 6 | A.A. (Burnsville) | 21 | R.J. (Brooklyn Park) |
| 7 | Crisareli Castillo (Minneapolis) | 22 | E.G. (Mounds View) |
| 8 | Julio Cesar Martinez Garcia (Minneapolis) | 23 | N.G. (New Hope) |
| 9 | Julio Doe (Rosemount) | 24 | T.G. (Shakopee) |
| 10 | Luisa Doe (St. Paul) | 25 | M.G. (Eden Prairie) |
| 11 | Mahamed Eydarus (Minneapolis) | 26 | K.D. (Bloomington) |
| 12 | Mark Castillo (St. Paul) | 27 | Antony Doe (Brooklyn Center) |
| 13 | Santiago Doe (Chaska) | 28 | F.A. (Rogers) |
| 14 | C.L. (St. Paul) | 29 | S.S. (Bloomington) |
| 15 | Jane Doe (Richfield) | 30 | J.J. (Edina) |
| Not Marked on Map | | | |
| | Pedro Moreno | | E.M. |
| | Raul Aguirre Castrejon (Monticello) | | R.M. |
| | H.S. (St. Cloud) | | Timothy Sexton (Minneapolis) |

\* Map is sourced from the Metropolitan Council. Locations of stops and arrests are approximate.