# EXHIBIT B

*Hussen v. Noem* Stops and Arrests Summary

| | | |
|---|---|---|
| Total number of firsthand stops: **31**<br><br>Including the three witness stops, described in S.S., Vogt, and C. Castillo, plus Mr. Eydarus's mother and Javier Doe's coworker: **36** | Among firsthand stops, number of USCs: **23**<br><br>Including stop S.S. witnessed, Mr. Eydarus's mother, and Javier Doe's coworker: **26** | Dahir (32), Hussen (34), C. Castillo (38), Martinez Garcia (39), Eydarus (42), M. Castillo (43), Javier Doe (30), C.L. (103), C.M. (103-1), Jane Doe (93), E.G. (92-10), E.M. (92-8), F.A. (93-2), H.S. (92-5), K.D. (92-13), M.G. (92-12), M.M. (92-7), N.G. (95), R.J. (92-9), R.M. (92-16), S.P. (92-2), T.G. (92-11), V.N. (92-6) |
| | Among firsthand stops, number of LPRs: **4** | Osman (29), A.A. (37), Moreno (44), Aguirre Castrejon (45) |
| | Among firsthand stops, number of ppl w/ removable status: **4** | Julio Doe (40), Luisa Doe (41), Santiago Doe (46), Antony Doe (93-1) |
| Total number of firsthand arrests: **15**<br><br>Including the two witness arrests, described in Vogt and C. Castillo, plus Javier Doe's coworker: **18**<br><br>\* = arrested without PC of removability<br>^ = arrested without PC of flight risk | Among firsthand arrests, number of USCs: **7**<br><br>Including Javier Doe's coworker: **8** | Hussen\*^ (34), Martinez Garcia\*^ (39), Javier Doe\*^ (30), H.S.\*^ (92-5), M.M.\*^ (92-7), R.J.\*^ (92-9), R.M.\*^ (92-16) |
| | Among firsthand arrests, number of LPRs: **4** | Osman\*^ (29), A.A.\*^ (37), Moreno\*^ (44), Aguirre Castrejon\*^ (45) |
| | Among firsthand arrests, number of people w/ removable status: **4** | Julio Doe^ (40), Luisa Doe^ (41), Santiago Doe^ (46), Antony Doe^ (93-1) |