UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT RECORD ON MOTIONS TO PROCEED WITH PSEUDONYMS (ECF NOS. 15, 60, 98)** |

Plaintiffs hereby move the Court pursuant to Local Rule 7.1 for leave to supplement the record with respect to three unopposed motions that seek to allow Plaintiff Javier Doe

1

and eight non-party declarants to proceed pseudonymously in this case. *See* ECF Nos. 15, 60, 98.

On February 12, 2026, the Court issued an order granting these motions for the purposes of the evidentiary hearing scheduled for February 17, 2026.[1] The Court noted its intention to give this issue more focused attention based on the record created at the evidentiary hearing. At the hearing, the undersigned counsel requested an opportunity to supplement the record as to these three motions.

Pursuant to the Court's direction, the undersigned counsel met and conferred with counsel for Defendants regarding a potential briefing schedule for such supplementation. Counsel for Defendants reaffirmed that Defendants do not oppose the pseudonym motions and do not oppose supplementation, but reserve the right to comment in response to Plaintiffs' submissions, if necessary. As such, Plaintiffs respectfully request that the Court permit Plaintiffs to supplement the motions pursuant to the following schedule:

1. Plaintiffs have until February 27, 2026, to provide supplemental support and briefing with respect to the above-referenced motions (ECF Nos. 15, 60, 98); and

2. Defendants have until March 6, 2026, to respond to Plaintiffs' supplemental submissions.

---

[1] The parties do not believe further resolution of these motions is necessary for the Court to issue decisions on Plaintiffs Motion for Preliminary Injunction and Motion for Provisional Class Certification and Appointment of Class Counsel. ECF Nos. 25, 50.

Dated: February 23, 2026                    s/ *Bahram Samie*

<div style="columns:2">

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT**

Spencer Amdur*
Oscar Sarabia Roman*
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Kathryn Huddleston*
Lucia Goin*
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Omar C. Jadwat*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org

**COVINGTON & BURLING, LLP**

Robert Fram*
415 Mission Street, Suite 5400
San Francisco, CA 94105
rfram@cov.com
415-591-7025

Gregg Levy*
Paul Killebrew*
850 Tenth Street, NW
Washington, DC 20001
glevy@cov.com
pkillebrew@cov.com

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
Benjamin Casper (#0276145)
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org
bcasper@aclu-mn.org

Ian Bratlie (#319454)
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

**GREENE ESPEL PLLP**

Amran A. Farah, Reg. No. 0395354
Aaron P. Knoll, Reg. No. 0393066
Benjamin Larson, Reg. No. 0504146
Michelle E. Morrow, Reg. No. 0504419
Nicholas Scheiner, Reg. No. 0402470
Kshithij Shrinath, Reg. No. 0505164
X. Kevin Zhao, Reg. No. 0391302
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
afarah@greeneespel.com
aknoll@greeneespel.com
blarson@greeneespel.com
mmorrow@greeneespel.com
nscheiner@greeneespel.com
kshrinath@greeneespel.com
kzhao@greeneespel.com
(612) 373-0830

</div>

|  |  |
|---|---|
| Bree Peilen*<br>30 Hudson Yards<br>New York, NY 10001<br>bpeilen@cov.com | **ROBINS KAPLAN, LLP**<br><br>Raoul Shah, Reg. No. 0399117<br>Bahram Samie, Reg. No. 0392645<br>Ellen Levish, Reg. No. 0400878<br>Stacey Slaughter, Reg. No. 0296971<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>rshah@robinskaplan.com<br>bsamie@robinskaplan.com<br>elevish@robinskaplan.com<br>sslaughter@robinskaplan.com<br>(612) 349-8500<br><br>*Attorneys for Plaintiffs* |

\* *Admitted Pro Hac Vice*