UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**[PROPOSED ORDER] ON UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT RECORD ON MOTIONS TO PROCEED WITH PSEUDONYMS (ECF NOS. 15, 60, 98)** |

1

The Court **HEREBY GRANTS** Plaintiffs' Unopposed Motion for Leave to Supplement Record on Motions to Proceed with Pseudonyms (ECF Nos. 15, 60, 90) and **ORDERS AS FOLLOWS:**

1. Plaintiffs may have until February 27, 2026, to provide supplemental support and briefing with respect to the above-referenced motions (ECF Nos. 15, 60, 98); and

2. Defendants have until March 6, 2026, to respond to Plaintiffs' supplemental submissions.

Dated: February __, 2026

_____
Eric C. Tostrud
United States District Court