UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated,*

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**DEFENDANTS' NOTICE OF SUPPLEMENTAL FILING REGARDING "OPERATION METRO SURGE"**

Pursuant to this Court's order on February 18, 2026, allowing "Defendants [to] file an affidavit or declaration regarding the drawdown," ECF No. 158, Defendants submit the following declarations regarding "Operation Metro Surge":

Exhibit A: Declaration of Marty C. Raybon, Sr., U.S. Customs and Border Protection's Lead Field Coordinator for U.S. Immigration and Customs Enforcement's Minneapolis operation, Operation Metro Surge;

Exhibit B: Declaration of Sam Olson, Field Office Director of the St. Paul Field Office of the Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations.

Defendants submit no other declarations or documentation in regard to Operation Metro Surge.

DATE: February 23, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice

Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed on February 23, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 23, 2026

*/s/ Shane Young*
SHANE YOUNG
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
*Attorney for Defendants*