UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mubashir Khalif Hussen, Mahamed Eydarus, and Javier Doe, *on behalf of themselves and others similarly situated*, | File No. 26-cv-324 (ECT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. Customs and Border Protection; Rodney S. Scott, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Border Patrol; Michael W. Banks, *in his official capacity as Chief of U.S. Border Patrol*; and Gregory Bovino, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

---

The Court **HEREBY GRANTS** Plaintiffs' Unopposed Motion for Leave to Supplement Record on Motions to Proceed with Pseudonyms (ECF Nos. 15, 60, 98) and **ORDERS AS FOLLOWS**:

1. Plaintiffs may have until February 27, 2026, to provide supplemental support and briefing with respect to the above-referenced motions [ECF Nos. 15, 60, 98].

2. Defendants have until March 6, 2026, to respond to Plaintiffs' supplemental submissions.

Dated: February 23, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court