UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**DECLARATION OF KRISTIN BERGQUIST** |

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | **DECLARATION OF KRISTIN BERGQUIST** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Kristin Bergquist, declare as follows:

1. I am a resident of Minneapolis; I live in the Bancroft neighborhood. I am over 18 years of age. I'm a United States citizen.

2. On January 21, 2026, I was with one of my neighbors driving in and around the area where we live. We were in my vehicle and my neighbor was driving.

3. We were looking for ICE activity to keep our neighborhood safe.

4. We were exercising our First Amendment rights to observe ICE agents.

5. As we were driving around, we saw a vehicle that, based on the license plate, was known to be an ICE vehicle ("ICE Vehicle").

6. We drove behind the ICE Vehicle. After a few minutes, I realized the ICE Vehicle was driving towards my house, and I started video recording.

7. The ICE Vehicle stopped directly in front of my house.

8. The implication was clear: they knew where I lived. I believe they were trying to intimidate and retaliate against me for exercising my First Amendment rights.

9. I was offended that they were trying to do this.

10. The ICE Vehicle stayed in front of my house a short time and then drove away.

11. We continued to drive behind the ICE Vehicle after it drove away. Eventually, due to traffic, we lost track of the ICE Vehicle.

12. The actions of the ICE agents during these occurrences are very concerning to me. My Constitutional rights, and those of my neighbors, are being violated.

13. The actions of the ICE agents make me fearful for the physical safety of my neighbors.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on __2 FEBRUARY__, 2026 in Hennepin County, State of Minnesota.

_____ RN
Kristin Bergquist