UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**DECLARATION OF RILEY KELLERMEYER** |

1

### DECLARATION OF RILEY KELLERMEYER

I, Riley Kellermeyer, declare as follows:

1. I am a resident of Northeast Minneapolis. I've lived in the Twin Cities since 2023. I'm 32 years old. I'm a biologist.

2. On Sunday, December 7, 2025, at about 9:00 am, I was in South Minneapolis near 31st and Stevens. I saw an SUV with dark black windows and Texas plates that I believed to belong to immigration agents—the same license plate had previously been shared in one of my community group chats as an ICE vehicle. I decided to follow the car to report its whereabouts and activities to the community. For me, observing and documenting federal agents is part of how I express my displeasure with the government's actions against my neighbors and community.

3. I followed the car for a few blocks, and then another SUV with Indiana plates and dark tinted windows started following me very closely. I pulled over to let that car pass. Both SUVs drove back toward 35W. I decided to just go home, which meant I also went towards 35W. The Indiana plates car got on 35W before I did, but I was not trying to follow at that point. We drove north and the Indiana plates car got off on at my exit before I did.

4. When I got to my house, that car was already there—they were pulled up next to my house like they were waiting for me. I wasn't about to go home while they were there so I drove past them. They turned around to follow me. I called my husband and told him

what was happening and that I was going to a public place. I decided to go to the Home Depot in the Quarry Shopping Center on 18th and Johnson in Northeast.

5. While I was waiting to turn left into the Quarry Shopping Center parking lot, the car with Indiana plates nosed in front of me to make it harder for me to move. The driver, a Latina woman wearing a mask and a vest, rolled down the window and started screaming at me. She told me to "stop fucking following them" and said I was "impeding" them, that this was my "one and only warning" before I would be arrested. She said what I was doing is illegal. She repeated herself and few times and then they drove off down 35W.

6. I drove into the parking lot and just tried to calm down. I felt scared—they were at my house! I know they were trying to intimidate me and I felt intimidated and vulnerable. I felt unsafe. Federal agents with guns went to my house to threaten me. That's not right.

7. I follow them because they do things like this—they are here to terrorize us, not to keep us safe or stop crime. They're committing crimes. I want them to be held accountable for what they're doing. So I won't stop following and observing and protesting them, it's too important.

8. If I had let them intimidate me into stopping observing and protesting, I wouldn't have been able to record them pepper spray a man full in the face who was simply standing on the road as they drove past him on Wednesday, December 10, 2025.

9. That morning, I heard from a community chat that ICE was trying to enter the high-rise towers in Cedar Riverside in Minneapolis and people were needed to protest and observe. I first drove past around 8:45 am and didn't see anything. But about ten minutes later, I got an update that ICE had gone inside the building by going through as someone else

was leaving. So I went back to park on Cedar Ave., got out of my car, and grabbed my megaphone.

10. There was a group of about 30 people standing around just outside the high-rise towers at 420 Cedar Ave. and yelling at ICE. They were telling ICE to leave and that they didn't want ICE there. There was already orange marking on the ground from where ICE had sprayed chemical irritants before I got there.

11. ICE had a sort of "news crew" with them, filming what was happening. They filmed me for a while.

12. I was standing on the west side of Cedar Ave, farther away than many of the protesters to get a good view of what was going on. I was filming and also got on my megaphone, chanting things like "ICE get out" and calling them "f**king terrorists."

13. At one point, I saw a man in a green jacket standing several feet from one of the ICE vehicles, a blue Subaru. He seemed to be saying something to the agents and the "news crew" who were also standing there. After the agents got into the blue Subaru, he moved next to the car. It looked like he was on the sidewalk, but it was hard to tell because of the snow. He seemed to be watching the car as it left, and as it turned right onto Cedar Ave to leave, he moved to stand on the mound of snow at the edge of the sidewalk and then the edge of the street. As he stood there, another ICE vehicle drove by (a white SUV with Florida plates) and sprayed him right in the face. You could see the blast of orange so clearly against the white of the car and of the snow. He wasn't in the way of the car or throwing anything or doing anything but protesting.

14. The only reason for ICE to act like this is to terrorize. They're not here to keep people safe. How do you stand up to a federal government that's doing illegal things and hurting your community? By documenting and showing up and bearing witness.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 15/12/2025 in Hennepin County, State of Minnesota.

*Riley Kellermeyer*
Riley Kellermeyer (Dec 15, 2025 15:04:28 CST)

RILEY KELLERMEYER