UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**DECLARATION OF NOAH LEVY** |

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Court File No. 25-cv-04669 (KMM/DTS)<br><br><br><br>**DECLARATION OF NOAH LEVY** |

I, Noah ADD, state as follows:

1. I am a 53-year-old resident of Saint Paul, Minnesota.

2. On January 6, 2026, at approximately 8:00 to 8:30 a.m., my wife received information from a friend that ICE agents were staging at a nearby shopping center, located approximately 4 blocks from our house at the corner of Pascall Street North and University Avenue West in Saint Paul.

3. My wife and I decided to drive to the area where the ICE agents were staging with the intent of observing and reporting their actions to members of our community.

4. When we arrived, we observed eight vehicles with what we believed to be ICE agents standing nearby. Many of the agents were masked and all wore tactical gear, at least some of which had the word "Police" written on the front.

5. We circled the group of agents once in our car, never approaching closer than 20 feet and maintaining a suitable speed for a parking lot, and then parked approximately 50 yards away and continued to observe them.

6. Shortly after we arrived, several of our neighbors arrived at the parking lot in five other cars to observe as well.

7. Approximately five minutes later, the agents got into their vehicles and exited the parking lot onto Pascall Street North and began heading north toward University Ave. My wife and I followed the agents in our car along with our neighbors.

8. I had my whistle with me and intended to blow it as the ICE vehicles neared groups of people to alert the public that the agents were approaching.

9. We had traveled less than half a block toward University Ave. when the first car in our group was stopped by ICE. One ICE vehicle blocked the road leading toward University, while others surrounded the first car. Agents exited from the vehicles and approached our car, as well as our neighbors' vehicles.

10. The agents then began taking pictures of our license plates and of us inside our vehicles. At this point, I started to film the agents with my phone.

11. Below are true and correct screenshots of the video I took of the agents on January 6th. The first photo on the left depicts agents surrounding our neighbor's vehicle on Pascall Street. The photo on the right shows an agent approaching our vehicle and taking photos of us in our car.

 

12. My wife and I remained in our vehicle for the duration of this encounter. I did not observe any of our neighbors exit their vehicles.

13. Eventually, the agents returned to their vehicles and continued east onto University Ave. I followed, again with the intent of observing and recording the agents' activities and ultimately informing members of our community of those activities.

14. As we followed, the agents eventually lead us to our home. They parked directly in front of our house. Rather than stay and/or enter our own home, and out of concern for our safety, we went to a nearby Target for a while before returning home.

15. I was, and continue to be, completely shaken by the encounter described above. I still get flushed when retelling what happened to us that day. The encounter has made me afraid to continue to observe and/or protest the actions of ICE and other federal enforcement agencies in Minnesota. I have observed ICE activities on one other occasion since January 6, but I am hesitant to do so again.

16. I am committed, however, to finding other ways to support those observing and directly protesting the ICE presence in Minnesota. I will continue to help because I care deeply about my neighbors and strongly oppose what ICE is doing in our communities, which is in direct opposition to my world view.

17. At no point in my interactions with ICE described above did I physically interact with any agent. I never impeded their freedom of movement or operations. I always maintained a safe driving distance between our car and the ICE vehicles while following and obeyed all applicable traffic laws.

18. I took video of portions of the encounter with ICE both on Pascall Street as well as in front of our home. I posted these videos to Facebook to inform my neighbors and community of ICE and other federal enforcement agencies' activities in Minnesota.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/12/2026
County: Ramsey

DocuSigned by:
Noah Levy

- 4 -