# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated,*

|                                                      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*

|                                                     Defendants.

Case No. 0:26-cv-324-ECT-ECW

**DECLARATION OF
LUIS RAMIREZ OROZCO**

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, and ALAN
CRENSHAW, *on behalf of themselves and
other similarly situated individuals*,

          Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director, Enforcement
and Removal Operations (ERO), ICE;
DAVID EASTERWOOD, Acting Field
Office Director, ERO, ICE Saint Paul
Field Office; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); The
Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities*,

          Defendants.

Case No. 25-cv-04669-KMM-DTS

**DECLARATION OF
LUIS RAMIREZ OROZCO**

---

I, Luis Ramirez Orozco, declare as follows:

1.      I am a resident of Faribault, County of Rice, Minnesota.

2.      I am at least 18 years old.

3.      I work as an owner of a Mexican grocery store located in Shakopee, Minnesota.

4.      I make the following declaration based on personal knowledge.

5.      I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6.      On or about January 15, 2026, I had several interactions with federal agents where they tried to harass me, intimidate me, and subsequently pepper sprayed me while I was driving my car.

7.      Specifically, on the morning of January 15, 2026, I was delivering groceries at Hunter's Ridge, which is an apartment complex in Shakopee, Minnesota.

8.      Before making my delivery, I decided to get breakfast at McDonald's. I started turning left across oncoming traffic into the McDonald's parking lot on Marshall Road when an older, black Ford Expedition two cars in front of me suddenly made a U-turn into oncoming traffic. I almost hit the Expedition due to its unexpected U-turn.

9.      I was angry at the Expedition's unsafe maneuver and flipped off the individuals in the vehicle. At this point, I noticed the Expedition contained what appeared to be federal agents due to their vests and face coverings.

10.     I continued driving into the McDonald's parking lot, parked my car, and exited the vehicle. A different black Ford Expedition suddenly turned into the

McDonald's parking lot and parked directly behind my vehicle. This Ford Expedition was newer than the one that made the unsafe driving maneuver.

11.     The driver of this Ford Expedition rolled down his window, and I realized that the two individuals in the vehicle appeared to be federal agents as it stated "Federal Agents" on their vests.  They also wore face coverings over their face.

12.     The federal agent in the driver seat asked, "What is your problem?" I assumed he was referring to the fact that I flipped off one of their vehicles when I almost hit them turning into the McDonald's parking lot. I responded that, "Your agents need to learn how to drive!"

13.     At this point, an unmarked, silver Dodge Journey turned into the McDonald's parking lot, drove past my vehicle, made a U-turn, and parked the vehicle facing me approximately 15-20 yards away. This vehicle also appeared to contain two federal agents with face coverings.

14.     One of the federal agents in the silver Dodge Journey yelled at me, "Go back to your country!" I interpreted this to mean that I should go back to Mexico because I am Latino. The federal agent who yelled at me appeared to be of African descent so I yelled back, "You should go back to Africa, and I'll go back to Mexico, and we can just leave this land back to the Natives!"

15.     I was not fearful of the federal agents because I am a U.S. Citizen and I had not done anything wrong.

16.     At this point, workers from McDonald's started to come outside and record the interaction.  I wanted to remove myself from the situation, so I got back in my vehicle and started driving to Hunter's Ridge to deliver the groceries.

17.     As I was driving to Hunter's Ridge, I observed the federal agents in the Ford Expedition from the McDonald's parking lot following me.

18.     As I was again about to turn left through oncoming traffic into the Hunter's Ridge parking lot, a tan F-150 pickup, which was coming towards me in oncoming traffic, suddenly slowed down in front of the Hunter's Ridge entrance as I was trying to turn into the lot. I immediately hit my brakes and waited for the F-150 pickup to continue and made my way safely into the parking lot.

19.     I parked and as I was exiting the vehicle to deliver my groceries, the tan F-150 pickup suddenly pulled up behind me, and two federal agents exited the vehicle. A third federal agent stayed in the backseat of the vehicle.

20.     One of the federal agents yelled, "Why are you trying to crash into us?" I responded, "No one is trying to crash into you. I'm just here doing my delivery. I didn't even know you were federal agents."

21.     At this time, the federal agents in the black Ford Expedition from the McDonald's drove into the Hunter's Ridge parking lot and parked beside me.

22.     The third federal agent from the F-150 pickup also jumped out of the backseat and asked if I wanted to go to jail?

23.    I responded that I did not want to go to jail and that I was just trying to make my delivery; however, I could not deliver the groceries while all of the federal agents were there.

24.    The federal agents continued harassing me and trying to intimidate me. Finally, one of the federal agents from the Ford Expedition tried to defuse the situation and, after a few minutes, the federal agents all got back in their vehicles and left the parking lot.

25.    After delivering the groceries to the recipients in the apartment, I was leaving the Hunter's Ridge parking lot when I noticed a group of four federal agents in a Dodge Durango rush a car with an elderly Hispanic woman and child.

26.    An unmarked Jeep containing additional federal agents suddenly turned into the Hunter's Ridge parking lot through oncoming traffic without using their turn signal and parked next to the Durango. Due to the way the federal agents parked their vehicles, I could not exit the parking lot without going around them.

27.    As I was driving around the federal agents' vehicles, I asked the federal agent in the Jeep if he spoke English or Spanish and whether he knew how to use his turn signal.  The federal agent responded that, "We do whatever the fuck we want!" I was shocked at all of the federal agents' unprofessionalism, lack of safety in driving their vehicles, and that they were harassing what appeared to be two Latino individuals.

28.     I responded, "Fuck you then." I drove way around the federal agents' vehicles so I could exit the parking lot and started driving away.

29.     I was stopped at a red light at the intersection of Marshall Road and 4th Avenue waiting in the turn lane to turn left when the four federal agents in the Dodge Durango came up behind me. The federal agents swerved and pulled up on the left-hand side of my vehicle. My driver's side window was still rolled down and the federal agent in passenger seat of the Dodge Durango suddenly reached out, and pepper sprayed me through the window of my vehicle.

30.     When the federal agent pepper sprayed me, I accidentally hit the gas pedal and my vehicle jolted forward through the intersection due to the unexpected and painful chemical irritant in my left eye.

31.     The federal agents laughed, turned left, and drove away, leaving me in my vehicle.

32.     I immediately called the local police dispatch to report the incident.

33.     Since January 15, 2026, federal agents have parked outside or shown up at my family-owned grocery store. Federal agents have sometimes shown up at my grocery store up to three times in a single day.  It appears the federal agents are trying to intimidate me, as well as keep customers away from my store, which is hurting my small, family-run business.

34.     I am extremely frustrated that the federal government not only is trying to intimidate me and my community due to our ethnicity, but these federal agents are

actively harassing, intimidating, and using unnecessary force and chemical irritants against citizens like me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on January 30, 2026 in Rice County, Minnesota.



_____
Luis Ramirez Orozco