UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>*Defendants*. | Case No. 0:26-cv-324-ECT-ECW<br><br>**DECLARATION OF SAMUEL ROSEMARK** |

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 <br><br> **DECLARATION OF SAMUEL ROSEMARK** |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Samuel Rosemark, declare as follows:

1. I am a resident of the Oakdale neighborhood.

2. I am a member of the School Board of Independent School District 622 (North St. Paul – Maplewood – Oakdale). Through that role, I learned that ICE was targeting a mobile home community at 102 Dellwood Square North, Landfall, MN, which

has many BIPOC residents. Specifically, I learned that an adult education student had been detained.

3. On January 7, 2026, ICE agents arrested a resident of the mobile home community as she was on her way to pay her bill at the leasing office. They had no warrant.

4. On January 9, 2026, in an effort to observe and document any further ICE activity, I drove to the mobile home community. I was in my car at the entrance to the mobile home community where I observed two ICE agents outside of their vehicle near a home. I drove past the ICE agents and turned around at the end of the street. I honked my horn and they honked back. I then followed that vehicle for approximately five to ten minutes. During that time, another ICE vehicle pulled up behind me and started following me. I pulled over and let the second ICE vehicle pass me and continued to follow both ICE vehicles about two to three car lengths behind. The second ICE vehicle then pulled over and I passed it and it continued to follow me. The vehicle I was following then drove to my mother's house at 2671 Gresham Avenue North, Oakdale, MN. After the cars parked, four agents in the first car and one agent from the second car got out of their vehicles and started taking photos and videos of my mother's house while laughing. Another agent from the ICE car parked behind me was out of his car standing at the car behind me. They asked if I was going to pull into my driveway. I recorded this.

5. The address on my driver's license is still my mother's address, which is my former address. I have since moved to an apartment building.

6. I felt threatened by the agents leading me to my mother's home. I believe the agents threatened me in this way, believing they were letting me know they knew where I

lived, because I observed and photographed their activity at the home in the Landfall community and continued to videotape their activity after they left the community.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on __1/20/2026__ in Hennepin County, State of Minnesota.

*Samuel Rosemark*
Samuel Rosemark