UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated*,

       Plaintiffs,

    v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

       Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO PROCEED WITH PSEUDONYMS (ECF NO. 175)**

Defendants hereby confirm for the Court that they do not oppose Plaintiffs' Supplemental Memorandum in Support of Motions to Proceed with Pseudonyms so long as Plaintiffs provide all additional relevant personal identifying information ("PII") requested by Defendants to aid in preparing their defense in a timely manner. Defendants note that names alone are not enough, and that other PII such as dates of birth, A-numbers, and aliases need to be communicated in order to properly ascertain who these individuals are. As long as those lines of communication are unhindered, Defendants remain unopposed to Plaintiffs' Motion.

DATE: March 6, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation

LORI S. MACKENZIE
Trial Attorney

/s/ Shane A. Young
SHANE A. YOUNG (DC #1620020)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7483
Shane.A.Young@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on March 6, 2026, through the ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: March 6, 2026

*/s/ Shane Young*
SHANE YOUNG
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
*Attorney for Defendants*