UNITED   STATES   DISTRICT   COURT
DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly
situated,*

      Plaintiffs,

      v.

KRISTI NOEM, *in her official capacity as Secretary
of the U.S. Department of Homeland Security*; U.S.
Department of Homeland Security; U.S. Immigration
and Customs Enforcement; TODD LYONS, *in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement*; DAVID
EASTERWOOD, *in his official capacity as Acting
Director, Saint Paul Field Office, U.S. Immigration
and Customs Enforcement*; *;* U.S. Customs and Border
Protection; RODNEY SCOTT, *in his official capacity
as Commissioner of U.S. Customs and Border
Protection;* U.S. Border Patrol; MICHAEL W.
BANKS, *in his official capacity as Chief of U.S.
Border Patrol*; and GREGORY BOVINO, *in his
official capacity as Commander of the U.S. Border
Patrol*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO
RESPOND TO THE
COMPLAINT**

1

## PROPOSED ORDER

This matter is before the Court on Defendants' Motion for an Extension of Time. Pursuant to the Motion, the Court finds there is good cause to extend the deadline for Defendants' response to the Complaint.

IT IS HEREBY ORDERED that the Defendants' response to the Complaint shall be due April 16, 2026.

Date:

_____

Eric C. Tostrud
United States District Judge