UNITED    STATES    DISTRICT    COURT
DISTRICT OF MINNESOTA

---

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE
*on behalf of themselves and others similarly situated,*

        Plaintiffs,

        v.

MARKWAYNE MULLIN,[1] *in his official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; *;* U.S. Customs and Border Protection; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Border Patrol; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*,
*in their official capacities,*

        Defendants.

Case No. 0:26-cv-00324-ECT-ECW

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT**

---

[1] Secretary Mullin is automatically substituted for his predecessor under Federal Rule of Civil Procedure 25(d).

1

**PROPOSED ORDER**

This matter is before the Court on the parties' Joint Motion for an Extension of Time. Pursuant to the Motion, the Court finds there is good cause to extend the deadline for Defendants' response to the Complaint.

IT IS HEREBY ORDERED that the Defendants' response to the Complaint shall be due June 15, 2026.

Date:

_____
Eric C. Tostrud
United States District Judge