## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MUBASHIR KHALIF HUSSEN,
MAHAMED EYDARUS, and JAVIER DOE,
*on behalf of themselves and others similarly*
*situated*,

        Plaintiffs,

v.

MARKWAYNE MULLIN, *et al*.,

        Defendants.

Case No. 0:26-cv-324-ECT-ECW

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7(a), undersigned counsel Sean Skedzielewski respectfully files this notice of his withdrawal as counsel of record in the above-captioned matter. Mr. Skedzielewski is withdrawing from this matter because of his departure from the United States Department of Justice. Defendants remain represented by other counsel of record from the United States Department of Justice in the matter.

DATED: August 3, 2026

Respectfully Submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
NY Bar No. 6112429
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
Tel. 202-307-1697
Sean.Skedzielewski@usdoj.gov

*Attorney for Defendants*